# COMPOSITE EXHIBIT 1

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

Generated on: This page was generated by TSDR on 2025-05-29 14:52:30 EDT

Mark: STINGER



# STINGER

| | |
|---|---|
| **US Serial Number:** 77230845 | **Application Filing Date:** Jul. 16, 2007 |
| **US Registration Number:** 3398038 | **Registration Date:** Mar. 18, 2008 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** The registration has been renewed. | |
| **Status Date:** Mar. 22, 2018 | |
| **Publication Date:** Jan. 01, 2008 | |

▲ **Mark Information**                                           ▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▲ **Current Owner(s) Information**

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE |
|--------|-----------|-------------|

Back to Search    🖶 Print



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-05-29 14:53:51 EDT |
| **Mark:** | STINGER |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85464583 | **Application Filing Date:** | Nov. 04, 2011 |
| **US Registration Number:** | 4281501 | **Registration Date:** | Jan. 29, 2013 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Feb. 08, 2023 | | |
| **Publication Date:** | Apr. 24, 2012 | | |

▲ Mark Information                                                    ▼ Expand All

▲ Related Properties Information

▲ Goods and Services

▲ Basis Information (Case Level)

▲ Current Owner(s) Information

▲ Attorney/Correspondence Information

▲ Prosecution History

▲ TM Staff and Location Information

▲ Assignment Abstract Of Title Information - Click to Load

▲ Proceedings - Click to Load

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |

Generated on: This page was generated by TSDR on 2025-05-29 14:55:14 EDT

Mark: STINGER



STINGER

| US Serial Number: 90877191 | Application Filing Date: Aug. 11, 2021 |
| US Registration Number: 6837849 | Registration Date: Sep. 06, 2022 |
| Register: Principal | |
| Mark Type: Trademark, Service Mark | |
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active |
| | The trademark application has been registered with the Office. |
| Status: Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| Status Date: Sep. 06, 2022 |
| Publication Date: Jun. 21, 2022 |

▲ Mark Information                                                    ▼ Expand All

▲ Related Properties Information

▲ Goods and Services

▲ Basis Information (Case Level)

▲ Current Owner(s) Information

▲ Attorney/Correspondence Information

▲ Prosecution History

▲ TM Staff and Location Information

▲ Assignment Abstract Of Title Information - Click to Load

▲ Proceedings - Click to Load