# COMPOSITE EXHIBIT 2

| | |
|---|---|
| **To:** | LIV GOLF INCORPORATED (pto@fkks.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97349256 - STINGER GC - 031259.0200 |
| **Sent:** | August 11, 2022 12:23:33 PM |
| **Sent As:** | ecom305@uspto.gov |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 97349256

**Mark:** STINGER GC

**Correspondence Address:**
Christopher R. Chase
FRANKFURT KURNIT KLEIN & SELZ PC
28 LIBERTY STREET
NEW YORK NY 10005

**Applicant:** LIV GOLF INCORPORATED

**Reference/Docket No.** 031259.0200

**Correspondence Email Address:**
 pto@fkks.com


# NONFINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within  six months of the issue date below or the application will be **abandoned**.
Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this
Office action.


**Issue date:  August 11, 2022**


**Introduction**
The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to
the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

The preliminary amendment dated April 22, 2022 has been rejected for the reasons set forth in this action.

<u>Summary of Issues</u>

· Section 2(d) - Likelihood of Confusion Refusal
· Advisory regarding Potential Section 2(d) Refusal - Prior Filed-Application
· Identification of Goods – Amendment Exceeds Scope of Original Identification

<u>Section 2(d) - Likelihood of Confusion Refusals</u>

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 3398038 and 4281501.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the attached registrations.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties.  *See* 15 U.S.C. §1052(d).  Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors").  *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017).  Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case."  *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis:  (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services.  *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

Applicant has applied to register the mark STINGER GC in standard characters for "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, skorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team" in International Class 25.

Registrant's mark is STINGER in standard characters for "golf tees" in International Class 28.

Registrant's mark is STINGER in stylized text with a design for "golf tees" in International Class 28.

The above marks are owned by the same registrant.

<u>Similarity of the Marks</u>

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity in any one of these elements may be sufficient to find the marks confusingly similar."  *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Here, applicant's mark, STINGER GC, is confusingly similar to the registered marks, STINGER and STINGER in stylized text with design.

*COMPARISION WITH MARK IN CITED REGISTRATION NO. 3398038*

Applicant's mark is STINGER GC and Registrant's mark is STINGER in standard characters.
Here, applicant's mark, STINGER GC, is confusingly similar to the registered mark, STINGER. Both marks contain the same identical term, "STINGER," creating marks with highly similar commercial impression, especially when viewed in the context of the golf-related clothing, headwear, footwear, and sporting goods in which they are used. Further, the marks are identical in part in sound and meaning and highly similar in appearance.

Adding a term to a registered mark generally does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d).  *See Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (holding BENGAL and BENGAL LANCER and design confusingly similar); *In re Toshiba Med. Sys. Corp.*, 91

USPQ2d 1266, 1269 (TTAB 2009) (holding TITAN and VANTAGE TITAN confusingly similar); *In re El Torito Rests., Inc.*, 9 USPQ2d 2002, 2004 (TTAB 1988) (holding MACHO and MACHO COMBOS confusingly similar); TMEP §1207.01(b)(iii).  Here, applicant's addition of a mere two letters, "GC," to "STINGER" does not obviate a likelihood of confusion between the marks.

Due to the similarity in commercial impression created by the shared identical term, "STINGER," the compared marks are confusingly similar for likelihood of confusion purposes.

*COMPARISION WITH MARK IN CITED REGISTRATION NO. 4281501*

Applicant's mark is STINGER GC and Registrant's mark is STINGER in stylized text with a bee design.

As mentioned in the comparison to Registration No. 4281501, applicant's mark, STINGER GC, is confusingly similar to the registered mark, STINGER with a bee design because both marks contain the same identical term, "STINGER," creating marks with highly similar commercial impression, especially when viewed in the context of the golf-related clothing, headwear, footwear, and sporting goods in which they are used. Further, the marks are identical in part in sound and meaning and similar in appearance.

As in the previous comparison, adding a term to a registered mark generally does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d). *See Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (holding BENGAL and BENGAL LANCER and design confusingly similar); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1269 (TTAB 2009) (holding TITAN and VANTAGE TITAN confusingly similar); *In re El Torito Rests., Inc.*, 9 USPQ2d 2002, 2004 (TTAB 1988) (holding MACHO and MACHO COMBOS confusingly similar); TMEP §1207.01(b)(iii). Here, applicant's addition of a mere two letters, "GC," to "STINGER" does not obviate a likelihood of confusion between the marks.

Moreover, the design in the registrant's mark does not obviate a likelihood of confusion. When evaluating a composite mark consisting of words and a design, the word portion is normally accorded greater weight because it is likely to make a greater impression upon purchasers, be remembered by them, and be used by them to refer to or request the goods and/or services. *In re Aquitaine Wine USA, LLC*, 126 USPQ2d 1181, 1184 (TTAB 2018) (citing *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012)); TMEP §1207.01(c)(ii). Thus, although marks must be compared in their entireties, the word portion is often considered the dominant feature and is accorded greater weight in determining whether marks are confusingly similar, even where the word portion has been disclaimed. *In re Viterra Inc.*, 671 F.3d at 1366-67, 101 USPQ2d at 1911 (citing *Giant Food, Inc. v. Nation's Foodservice, Inc.*, 710 F.2d 1565, 1570-71, 218 USPQ2d 390, 395 (Fed. Cir. 1983)). In this instance, the word portion, STINGER, in registrant's mark is the dominant portion of the mark and is confusingly similar to applicant's "STINGER GC."

Lastly, a mark in typed or standard characters may be displayed in any lettering style; the rights reside in the wording or other literal element and not in any particular display or rendition. *See In re Viterra Inc.*, 671 F.3d 1358, 1363, 101 USPQ2d 1905, 1909 (Fed. Cir. 2012); *In re Mighty Leaf Tea*, 601 F.3d 1342, 1348, 94 USPQ2d 1257, 1260 (Fed. Cir. 2010); 37 C.F.R. §2.52(a); TMEP §1207.01(c)(iii). Thus, a mark presented in stylized characters and/or with a design element generally will not avoid likelihood of confusion with a mark in typed or standard characters because the word portion could be presented in the same manner of display. *See, e.g.*, *In re Viterra Inc.*, 671 F.3d at 1363, 101 USPQ2d at 1909; *Squirtco v. Tomy Corp.*, 697 F.2d 1038, 1041, 216 USPQ 937, 939 (Fed. Cir. 1983) (stating that "the argument concerning a difference in type style is not viable where one party asserts rights in no particular display"). In this instance, registrant's added design elements do not obviate the likelihood of confusion between the marks because applicant's standard character mark can be displayed in any lettering style, including that of registrant.

Because the marks look and sound similar and create the same commercial impression, the marks are considered similar for likelihood of confusion purposes.

<u>Relatedness of the Goods</u>

The goods are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

The compared goods need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i).  They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Here, applicant's goods, "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, shorts, trousers, sweaters,

underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team," are closely related to registrant's goods in both registrations, "golf tees."

The attached Internet evidence, consisting of websites from *Calloway*, *Macy's* , *Target*, *Vice*, and *Walmart* establishes that the same entity commonly manufactures, produces, or provides the relevant goods and markets the goods under the same mark. Thus, applicant's and registrant's goods are considered related for likelihood of confusion purposes. *See, e.g.*, *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

Accordingly, the goods are considered related for purposes of the likelihood of confusion analysis.

<u>Conclusion</u>

Because the marks are similar and the goods are related, there is a likelihood of confusion as to the source of applicant's goods, and registration is refused pursuant to Section 2(d) of the Trademark Act.

**Advisory regarding Potential Section 2(d) Refusal - Prior Filed-Application**

The filing date of pending U.S. Application Serial No. 97187116 precedes applicant's filing date. See attached referenced application. If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the two marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

While applicant is not required to respond to the issue of the pending application, applicant must respond to the Section 2(d) Refusals above within the six-month deadline mentioned above to avoid abandonment.

Although applicant's mark has been refused registration, applicant may respond to the refusal by submitting evidence and arguments in support of registration. However, if applicant responds to the refusal, applicant must also respond to the requirement set forth below.

**Identification of Goods – Amendment Exceeds Scope of Original Identification**

The proposed amendment to the identification is not acceptable because it exceeds the scope of the identification in the application, as amended on April 22, 2022. *See* 37 C.F.R. §§2.32(a)(6), 2.71(a); TMEP §§1012, 1402.06 *et seq.*, 1402.07. Applicant's goods may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the original identification in the application, and any previously accepted amendments, remain operative for purposes of future amendment. *See* 37 C.F.R. §2.71(a); TMEP §1402.07(d).

In this case, the application, as amended, identifies the goods as follows: "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, skorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team."

However, a portion of the proposed amendment identifies the following goods: "skorts."

This portion of the proposed amendment exceeds the scope of the current identification because "skorts" were not named in the original identification of goods, "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, shorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team." Additionally, "skorts" or skirts with shorts built into the garment, are different from both "shorts" and "skirts," and therefore, expand the amended identification beyond the scope of the original identification in the application.

**Response Guidelines**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see " [Responding to Office Actions](#) " and the informational  [video "Response to Office Action](#)" for more information and tips on responding .

Please call or email the assigned trademark examining attorney with questions about this Office action.  Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action.  *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.  Click to file a response to this nonfinal Office action.**

/Elizabeth Anderson/
Elizabeth Anderson (she/her)
Examining Attorney, Law Office 305
U.S. Patent and Trademark Office
elizabeth.anderson@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.**  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.**  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.













**Print: Aug 11, 2022**                              **77230845**

**DESIGN MARK**

**Serial Number**
77230845

**Status**
REGISTERED AND RENEWED

**Word Mark**
STINGER

**Standard Character Mark**
Yes

**Registration Number**
3398038

**Date Registered**
2008/03/18

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
STINGER TEES, INC. CORPORATION OHIO 26001 MILES ROAD UNIT 10
WARRENSVILLE HEIGHTS OHIO 44128

**Goods/Services**
Class Status -- ACTIVE.  IC 028.  US  022 023 038 050.  G & S: [ Golf
clubs and ] golf tees.  First Use: 1999/01/11.  First Use In Commerce:
1999/01/11.

**Filing Date**
2007/07/16

**Examining Attorney**
MCBRIDE, THEODORE

**Attorney of Record**
Steven J. Solomon

# STINGER

**Print: Aug 11, 2022**                                   **85464583**

**DESIGN MARK**

**Serial Number**
85464583

**Status**
SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Word Mark**
STINGER

**Standard Character Mark**
No

**Registration Number**
4281501

**Date Registered**
2013/01/29

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Stinger Tees, Inc. CORPORATION OHIO Unit 10 26001 Miles Road
Warrensville Heights OHIO 44128

**Goods/Services**
Class Status -- ACTIVE.  IC 028.  US  022 023 038 050.  G & S: Golf
tees.  First Use: 2010/04/00.  First Use In Commerce: 2010/04/00.

**Prior Registration(s)**
3398038

**Description of Mark**
The mark consists of the word "STINGER" superimposed over a drawing of
a bee.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2011/11/04

**Examining Attorney**

**Print: Aug 11, 2022**                              **85464583**

KELLY, AMY C

**Attorney of Record**
Steven J. Solomon



**Print: Aug 11, 2022**                              **97187116**

**DESIGN MARK**

**Serial Number**
97187116

**Status**
NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER

**Word Mark**
STINGER

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Malika Harris AKA ScorpioSunScorpioMoon Incorporaated CORPORATION NEW
YORK JAF PO BOX 8362 New York NEW YORK 11379

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Specific word
used interchangeably with or to describe the zodiac sign of Scorpio.
Specific word used in association with zodiac sign Scorpio on apparel
or goods.  First Use: 2013/03/01.  First Use In Commerce: 2013/03/01.

**Filing Date**
2021/12/23

**Examining Attorney**
UNKNOWN

# Stinger

| | |
|---|---|
| **To:** | LIV GOLF INCORPORATED (pto@fkks.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97349256 - STINGER GC - 031259.0200 |
| **Sent:** | August 11, 2022 12:23:36 PM |
| **Sent As:** | ecom305@uspto.gov |
| **Attachments:** | |

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **August 11, 2022** for
**U.S. Trademark Application Serial No. 97349256**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action in order to avoid your application abandoning.  Follow the steps below.

**(1) Read the Office action.**  This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams.**  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  And all official USPTO correspondence will only be emailed from the domain "@uspto.gov."   Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents"  tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97349256 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 305 |
| **MARK SECTION** | |
| MARK | mark |
| LITERAL ELEMENT | STINGER GC |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **EVIDENCE SECTION** | |
| EVIDENCE FILE NAME(S) | |
| ORIGINAL PDF FILE | evi_45395226-202302131719 36820484 _. STINGER_GC_Cla ss_25_Office_Action_respo nse.pdf |
| CONVERTED PDF FILE(S) (13 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0014.JPG |
| ORIGINAL PDF FILE | evi_45395226-202302131719 36820484 _. STINGER_GC_Exh ibit_A-B.pdf |
| CONVERTED PDF FILE(S) (10 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0017.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0019.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0024.JPG |
| **ORIGINAL PDF FILE** | evi_45395226-202302131719 36820484_._STINGER_GC_Exh ibit_C-E.pdf |
| **CONVERTED PDF FILE(S)** **(53 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0026.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0029.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0030.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0031.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0032.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0033.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0034.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0035.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0036.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0037.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0038.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0039.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0040.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0041.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0042.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0043.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0044.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0045.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0046.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0047.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0048.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0049.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0050.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0051.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0052.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0053.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0054.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0055.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0056.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0057.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0058.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0059.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0060.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0061.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0062.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0063.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0064.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0065.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0066.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0067.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0068.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0069.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0070.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0071.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0072.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0073.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0074.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0075.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0076.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0077.JPG |
| **ORIGINAL PDF FILE** | evi_45395226-202302131719 36820484 _ STINGER_GC_Exh ibit_F-G.pdf |
| **CONVERTED PDF FILE(S)** <br> **(20 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0078.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0079.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0080.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0081.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0082.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0083.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0084.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0085.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0086.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0087.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0088.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0089.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0090.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0091.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0092.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0093.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0094.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0095.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0096.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0097.JPG |
| **ORIGINAL PDF FILE** | evi_45395226-202302131719 36820484_._ STINGER_GC_Exh ibit_H-I.pdf |
| **CONVERTED PDF FILE(S)** **(24 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0098.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0099.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0100.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0101.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0102.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0103.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0104.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0105.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0106.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0107.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0108.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0109.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0110.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0111.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0112.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0113.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0114.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0115.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0116.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0117.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0118.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0119.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0120.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0121.JPG |
| **ORIGINAL PDF FILE** | evi_45395226-202302131719 36820484_._ STINGER_GC_Exh ibit_J-L.pdf |

| CONVERTED PDF FILE(S) (32 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0122.JPG |
| --- | --- |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0123.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0124.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0125.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0126.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0127.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0128.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0129.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0130.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0131.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0132.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0133.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0134.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0135.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0136.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0137.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0138.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0139.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0140.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0141.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0142.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0143.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0144.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0145.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0146.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0147.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0148.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0149.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0150.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0151.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0152.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\492\97349256\xml5\ ROA0153.JPG |
| DESCRIPTION OF EVIDENCE FILE | legal argument and exhibits |

## ATTORNEY INFORMATION

| NAME | Christopher R. Chase |
| --- | --- |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |

| YEAR OF ADMISSION | XXXX |
|---|---|
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | FRANKFURT KURNIT KLEIN & SELZ PC |
| STREET | 28 LIBERTY STREET |
| CITY | NEW YORK |
| STATE | New York |
| POSTAL CODE | 10005 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 212-980-0120 |
| FAX | 212-593-9175 |
| EMAIL | pto@fkks.com |
| DOCKET/REFERENCE NUMBER | 031259.0200 |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Christopher R. Chase |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | pto@fkks.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | alaroui@fkks.com |
| DOCKET/REFERENCE NUMBER | 031259.0200 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Christopher Chase/ |
| SIGNATORY'S NAME | Christopher R. Chase |
| SIGNATORY'S POSITION | Attorney of record, New York Bar member. |
| SIGNATORY'S PHONE NUMBER | 212-980-0120 |
| DATE SIGNED | 02/13/2023 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Feb 13 17:43:01 ET 2023 |
| TEAS STAMP | USPTO/ROA-X.XX.XX.XXX-202 30213174301734976-9734925 6-8502920d7b7dfe2981fb0bd bc46a23ba14d61110e9226efd ac46ce8e1c989b7b56-N/A-N/ A-20230213171936820484 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Response to Office Action**

**To the Commissioner for Trademarks:**

Application serial no. **97349256** STINGER GC(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/97349256/large) has been amended as follows:

**EVIDENCE**
Evidence has been attached: legal argument and exhibits
**Original PDF file:**
evi_45395226-202302131719 36820484_._STINGER_GC_Cla ss_25_Office_Action_respo nse.pdf
**Converted PDF file(s)** ( 13 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13
**Original PDF file:**
evi_45395226-202302131719 36820484_._STINGER_GC_Exh ibit_A-B.pdf
**Converted PDF file(s)** ( 10 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10
**Original PDF file:**
evi_45395226-202302131719 36820484_._STINGER_GC_Exh ibit_C-E.pdf
**Converted PDF file(s)** ( 53 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20Evidence-21Evidence-22
Evidence-23Evidence-24Evidence-25Evidence-26Evidence-27Evidence-28Evidence-29Evidence-30
Evidence-31Evidence-32Evidence-33Evidence-34Evidence-35Evidence-36Evidence-37Evidence-38
Evidence-39Evidence-40Evidence-41Evidence-42Evidence-43Evidence-44Evidence-45Evidence-46
Evidence-47Evidence-48Evidence-49Evidence-50Evidence-51Evidence-52Evidence-53
**Original PDF file:**
evi_45395226-202302131719 36820484_._STINGER_GC_Exh ibit_F-G.pdf
**Converted PDF file(s)** ( 20 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20
**Original PDF file:**
evi_45395226-202302131719 36820484_._STINGER_GC_Exh ibit_H-I.pdf
**Converted PDF file(s)** ( 24 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20Evidence-21Evidence-22Evidence-23Evidence-24
**Original PDF file:**
evi_45395226-202302131719 36820484_._STINGER_GC_Exh ibit_J-L.pdf
**Converted PDF file(s)** ( 32 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20Evidence-21Evidence-22
Evidence-23Evidence-24Evidence-25Evidence-26Evidence-27Evidence-28Evidence-29Evidence-30Evidence-31Evidence-32

The owner's/holder's current attorney information: Christopher R. Chase. Christopher R. Chase of FRANKFURT KURNIT KLEIN & SELZ PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   28 LIBERTY STREET
   NEW YORK, New York 10005
   United States
The docket/reference number is 031259.0200.
   The phone number is 212-980-0120.
   The fax number is 212-593-9175.
   The email address is pto@fkks.com

**Correspondence Information**
   Christopher R. Chase
   PRIMARY EMAIL FOR CORRESPONDENCE: pto@fkks.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): alaroui@fkks.com

The docket/reference number is 031259.0200.


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the

owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /Christopher Chase/    Date: 02/13/2023
Signatory's Name: Christopher R. Chase
Signatory's Position: Attorney of record, New York Bar member.

Signatory's Phone Number: 212-980-0120 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Christopher R. Chase
  FRANKFURT KURNIT KLEIN & SELZ PC

  28 LIBERTY STREET
  NEW YORK, New York 10005
Mailing Address:   Christopher R. Chase
  FRANKFURT KURNIT KLEIN & SELZ PC
  28 LIBERTY STREET
  NEW YORK, New York 10005

Serial Number: 97349256
Internet Transmission Date: Mon Feb 13 17:43:01 ET 2023
TEAS Stamp: USPTO/ROA-X.XX.XX.XXX-202302131743017349
76-97349256-8502920d7b7dfe2981fb0bdbc46a
23ba14d61110e9226efdac46ce8e1c989b7b56-N
/A-N/A-20230213171936820484

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Mark | : | STINGER GC |
| International Class | : | 025 |
| Serial No. | : | 97349256 |
| Applicant | : | LIV Golf Inc. |
| Filed | : | April 6, 2022 |
| Law Office | : | 305 |
| Examining Attorney | : | Elizabeth Anderson |

**RESPONSE TO NONFINAL OFFICE ACTION**

This Response answers the Office Action issued on August 11, 2022 in connection with Application Serial No. 97349256 for the trademark STINGER GC ("Applicant's Mark") filed in the name of LIV Golf Inc. ("Applicant") for "clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, skorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team" in International Class 25.   The Examining Attorney has refused registration of Applicant's Mark for both non-substantive reasons and on the grounds that the mark is likely to be confused with the registered marks STINGER in standard characters for "golf tees" in International Class 28 (Reg. No. 3398038) and STINGER in stylized text with a design for "golf tees" in International Class 28 (Reg. No. 4281501) (collectively, the "Registered Marks") owned by Stinger Tees, Inc. (the "Registrant") and potentially may be confused with the mark STINGER for "Specific word used interchangeably with or to describe the zodiac sign of Scorpio. Specific word used in association with zodiac sign Scorpio on apparel or goods" (Ser. No. 97187116) owned by an individual (the "Third Party Pending Application").   Additionally, the Examining Attorney has noted that the amendment to the identification of goods exceeds the scope of the original identification.

Applicant agrees with the Examining Attorney with respect to the identification of goods and will remove "skorts" from the current identification. However, in response to the Examining Attorney's refusal based on Section 2(d), Applicant submits that because of the differences between the marks and goods at issue, the conditions under which and buyers to whom sales are made, and the sophistication of relevant consumers, Applicant respectfully requests that the Examining Attorney reconsider the decision that confusion between Applicant's Mark and the Registered Marks and the Third Party Pending Application is likely, and approve Applicant's Mark for publication. To maintain the refusal would ignore the significant differences between the parties' marks and goods, the relevant consumers, and the realities of the marketplace.

1.      **Refusal Based on Section 2(d) – the Registered Marks.**

There is no mechanical test for determining likelihood of confusion. The issue is not whether the actual goods are likely to be confused but, rather, whether there is a likelihood of confusion as to the *source* of the goods." T.M.E.P. § 1207 (emphasis in the original) (citing In re Shell Oil Co., 992 F.2d 1204, 1208 (Fed. Cir. 1993)). Here, there is no likelihood of confusion as to the source of the goods – particularly given the entities using the marks at issue and the conditions under which consumers will encounter them. Additionally, the USPTO examiner must consider more than simply the similarity of the marks and the goods – rather, all relevant *DuPont* factors must be considered. See In re Dixie Rests., Inc., 105 F.3d 1405, 1406 (Fed. Cir. 1997) (quoting DuPont, 476 F.2d at 1361).

A.      **Applicant's Background.**

Applicant operates the professional golf league LIV Golf, which upended the traditional format of competitive, professional golf by providing an innovative new format featuring

2

simultaneous team and individual play.  (Exhibit A, Declaration of Ross Antrobus ("Ross Declaration") ¶ 2).  In 2022, LIV Golf held eight (8) events in several locations throughout the world, including five (5) in the United States - in Portland, Oregon, Bedminster, New Jersey, Boston, Massachusetts, Chicago, Illinois, and Miami, Florida (the "2022 Season").  (Ross Declaration ¶¶  4 and 8).  In 2023, LIV Golf will organize fourteen (14) events, adding the U.S. locations of Tucson, Arizona, Orlando, Florida, Tulsa, Oklahoma, Washington, D.C.,  and Greenbrier, West Virginia to those in Bedminster, New Jersey, Boston, Massachusetts, Chicago, Illinois, and Miami, Florida (the "2023 Season").  (See Exhibit L, a true and correct copy of the "Events" page from Applicant's website).  According to industry publication *Sports Business Journal*, LIV Golf was the "biggest sports business story of the year" (see Exhibit D, a true and correct copy of the article "Asked and Answered: 2022 Reader Survey"), and the *New York Times* even noted that for 2022, "LIV Golf Was the Story."  (See Exhibit E, a true and correct copy of the article "For 2022, LIV Golf Was the Story").

STINGER GC is one of the teams in the LIV Golf League, which, during the 2022 Season, consisted of professional golfers Charl Schwartzel, Hennie Du Plessis, Branden Grace, Shaun Norris, and Louis Oosthuizen.  (Ross Declaration ¶ 4).  STINGER GC competed in all of the events in the 2022 Season and will compete in all of those in the 2023 Season as well.  (Id.)  STINGER GC branding was present throughout the golf courses at all of the events in the 2022 Season.  (Id. at ¶ 3; see also, Exhibit B, a true and correct copy of the *Golf Monthly* article "Multiple LIV Golf Teams to be Renamed for 2023 League", which includes a photo of the on-course banners showing the team branding, including STINGER GC).

The STINGER GC team was very successful during the 2022 Season.  It won the initial LIV Golf event, which was held on June 9 and 10, 2022 at the Centurion Club near London,

England, with team member Charl Schwartzel finishing first in the individual competition. (Id.

at ¶ 5). Following that, STINGER GC team member Branden Grace finished first at the first

LIV Golf event in the United States, held from June 30 through July 2, 2022 at the Pumpkin

Ridge Golf Club in Portland, Oregon, with the STINGER GC team finishing second at such

event. (Id. at ¶ 6). STINGER GC finished tied for third overall in the 2022 Season final

standings. (Id. at ¶ 7). As a result, STINGER GC was highly publicized.

Over 100,000 people attended the eight (8) total LIV Golf events in 2022, all of which

featured the STINGER GC team and its branding on the courses. (Id. at ¶ 8). STINGER GC

merchandise, including t-shirts, caps, and towels, were available for sale at all of the LIV Golf

events in the 2022 Season and will be also available for sale at all of the LIV Golf events in the

2023 Season. (Id. at ¶ 9; see also Exhibit C, a true and correct copy of the *Pro Golf Weekly*

article "Photos: 25 Things that Make LIV Golf Tournaments Unique", which includes a photo of

the team merchandise for sale under the "24. Team Logo" heading). Additionally, the league

plans to offer STINGER GC merchandise for sale on the league's digital channels in 2023 and

going forward. (Ross Declaration at ¶ 9).

Relevant consumers (those who play and/or watch professional golf) will be well-aware

of the team. STINGER GC received 463 hours of exposure globally across all broadcast and

digital platform coverage of the LIV Golf events during the 2022 Season. When on-screen

during the event broadcasts, the graphic to accompany each team member was branded with

STINGER GC. (Id. at ¶ 10). Additionally, the LIV Golf League's official social media accounts

have included 76 posts about the STINGER GC team, which would have been received by at

least 2.5 million third party social media accounts. (Id. at ¶ 11). Over the past year, there have

been over 4,200 third party posts on online channels about the STINGER GC team, with an

engagement figure of over 63,000 responses (e.g., likes, retweets, shares, and comments) to the 4,200 posts.  (Id. at ¶ 12).

Significantly, the STINGER GC team, and LIV Golf as a whole, received major, international media coverage since the launch of the league.  For example, articles by *CNN*, *NBC Sports*, and *Fox News* about the inaugural event outside of London heavily featured STINGER GC.  (See Exhibits F, G, and H, true and correct copies of articles from the preceding publications).  Additionally, articles by *Sports Illustrated* , *CBS Sports*, and *ESPN* covering the 2022 Season finale in Miami covered STINGER GC's performance.  (See Exhibits I, J, and K, true and correct articles from the preceding publications).

Given the foregoing, golf fans and consumers of golf-related products will be well aware that STINGER GC refers to a professional golf team in the LIV Golf League.

### B.    The Parties' Marks Are Distinct in Appearance, Pronunciation, and Commercial Impression.

To evaluate likelihood of confusion, the marks must be considered in their entireties and in their commercial settings, and "[a]ll relevant facts pertaining to the appearance and connotation must be considered."  Recot Inc. v. M.C. Becton, 214 F.3d 1322, 1329, 54 U.S.P.Q.2d 1894, 1897 (Fed. Cir. 2000); see also In re Viterra Inc., 671 F.3d 1358, 1362 (Fed. Cir. 2012) (the "marks [of applicant and registrant] must be viewed 'in their entireties,' and it is improper to dissect a mark when engaging in this analysis") (quoting In re Shell Oil Co., 992 F.2d 1204, 1206 (Fed. Cir. 1993)); Opryland USA Inc. v. Great American Music Show, Inc., 970 F.2d 847, 851, 23 U.S.P.Q.2d 1471, 1473 (Fed. Cir. 1992) ("When it is the entirety of the marks that is perceived by the public, it is the entirety of the marks that must be compared.").

5

That marks share a common term or terms, or even contain an identical term, is not determinative that a likelihood of confusion exists.  Lever Bros. Co. v. American Bakeries Co., 216 U.S.P.Q. 177, 182 (2d Cir. 1982) ("Even close similarity between two marks is not dispositive of the issue of likelihood of confusion.") (citing McGregor-Doniger Inc. v. Drizzle Inc., 599 F.2d 1126, 1133 (2d Cir. 1979)); see also In re TSI Brands, Inc., 67 U.S.P.Q.2d 1657 (T.T.A.B. 2002) (finding that the parties' respective AK & Design marks, both for wearing apparel, were not confusingly similar); Lever Bros. Co., 216 U.S.P.Q. at 182 (AUTUMN for margarine not confusingly similar to AUTUMN GRAIN for bread); Conde Nast Publications, Inc. v. Miss Quality, Inc., 184 U.S.P.Q. 422 (C.C.P.A. 1975) (no confusing similarity between COUNTRY VOGUES and VOGUE).

Where there is substantial similarity with a registered mark for similar products, a mark may be registered if even slight differences exist that avoid creating a likelihood of confusion. Industrial Adhesive Co. v. Borden, Inc., 218 U.S.P.Q. 945, 951 (T.T.A.B. 1983) (dismissing opposition to the registration of WONDER BOND PLUS for cyanoacrylate adhesive filed by prior registrant for BOND-PLUS for industrial adhesive); Taco Time Int'l, Inc. v. Taco Town, Inc., 217 U.S.P.Q. 268, 271 (T.T.A.B. 1982) (permitting registration of TACO TOWN for fast food restaurant services despite prior registration of TACO TIME for restaurant services). Indeed,

> even close similarity between two marks is not dispositive
> of the issue of likelihood of confusion.  Similarity in and of
> itself is not the acid test.  Whether the similarity is likely to
> provoke confusion is the crucial question.  For this reason,
> cases involving the single alliteration, addition or

elimination of only a single letter from the old mark to the

new reach divergent results.

<u>McGregor-Doniger Inc. v. Drizzle, Inc</u>., 599 F.2d 1126, 1133 (2d Cir. 1979) (no likelihood of

confusion between DRIZZLE for women's overcoats and DRIZZLER for golf jackets).

      In the initial Office Action, the Examining Attorney focused on the similarity of

Applicant's Mark and the Registered Marks and the goods at issue (although Applicant

encourages the Examining Attorney to consider all relevant <u>DuPont</u> factors here).  While on their

face, both the marks and the goods at issue seem similar, there are enough differences to render

such confusion unlikely.  Applicant respectfully submits that insufficient weight has been

accorded to the entireties of its STINGER GC mark and the Registered Marks, and that, when

considered in their entireties and in their commercial settings, there is no likelihood of confusion

between Applicant's Mark and the Registered Marks.

      Although both Applicant's Mark and the Registered Marks share the term "Stinger,"

Applicant's Mark includes the critical acronym "GC."  This acronym is used to denote a team

within Applicant's golf league (<u>see</u> Ross Declaration ¶ 2) and, as such, should not be given short

shrift when considering Applicant's Mark as a whole.  Given the amount of third party media

coverage for the various "GC" golf teams in Applicant's golf league, consumers will be attuned

to the nature of the "GC" and how it relates to Applicant's teams, thereby recognizing Applicant

as the source of goods and services emanating from marks using the "GC" – including those of

STINGER GC.  As such, the addition of "GC" is not "merely two letters," as the Examining

Attorney argues.  Further, the mark STINGER GC must be considered as a whole, as the "GC"

will always be used when the team name is used.  (<u>See</u> <u>e.g.</u>, Ross Declaration, Exhibit 1).  The

7

team name – and that when featured on the goods set forth in Applicant's application – will always be the full STINGER GC.

Adding the "GC" significantly differentiates Applicant's Mark from the Registered Marks, as the sight, sound, and commercial impression made upon consumers greatly differ.

### C.   The Goods Are Unrelated, Given the Way They are Marketed.

"Even when two products or services fall within the same general field, it does not mean that the two products or services are sufficiently similar to create a likelihood of confusion." Harlem Wizards Entertainment Basketball, Inc. v. NBA Properties, Inc., 952 F. Supp. 1084, 1095 (D.N.J. 1997) (WIZARDS and WASHINGTON WIZARDS for professional basketball team not confusingly similar to WIZARDS and HARLEM WIZARDS for a show basketball team). The Board and the courts have long recognized this principle, admonishing that "a finding that the goods are similar is not based on whether a general term or overarching relationship can be found to encompass them both." Edwards Lifesciences Corporation v. VigiLanz Corporation, 94 U.S.P.Q.2d 1399 (T.T.A.B. 2010) (no likelihood of confusion between VIGILANCE for a monitor with operating software used in critical care settings and VIGILANZ for a computer monitoring system, and attendant software and database, used in hospitals to analyze lab results); see also Modular Cinemas of America, Inc. v. Mini Cinemas Corp., 175 U.S.P.Q. 355 (S.D.N.Y. 1972) (no likelihood of confusion between MINI CINEMA for family movie theaters and MINI CINEMA for erotic movie theaters even though both marks were used in connection the operation of motion picture theaters); In re Mars, Inc., 741 F.2d 395, 396 (Fed. Cir. 1984) (no likelihood of confusion between exact mark CANYON for food products, where one party's use was for candy bars and the other's was for fruit); Sunenblick v. Harrell, 895 F. Supp. 616 (S.D.N.Y. 1995) (no likelihood of confusion between exact mark UPTOWN

RECORDS for music label where one party's use related to jazz, and the other's was for rap and R&B), *aff'd*, 101 F.3d 684 (2d Cir. 1996); <u>Vitarroz Corp. v. Borden., Inc.</u>, 644 F.2d 960 (2d Cir. 1981) (no likelihood of confusion between BRAVO'S for crackers and BRAVOS for tortilla chips); <u>In re Donnay International Société Anonyme</u>, 31 U.S.P.Q.2d 1953 (T.T.A.B. 1994) (no likelihood of confusion between GHOST and THE GHOST for sporting goods, where one party's use related to racquet sports and the other's related to soccer).

Here, the description of Applicant's goods themselves are particularly relevant, as the description specifies "all the foregoing relating to golf and commemorating a professional golf team."  Thus Applicant's Mark is not used for clothing, headwear, and footwear generally, but in connection with a professional golf team within Applicant's league.

Given that Applicant's goods will always be used in connection with a professional golf team within Applicant's league and the fact that such goods will be sold in connection with Applicant's league (e.g., on-course and on the league's e-commerce platforms), the goods in question are not marketed in such a way that they would be encountered by the same persons in situations that would create the incorrect assumption that they originate from the same source, and therefore even if the marks are similar or identical, confusion may not be likely.  <u>See</u> T.M.E.P. § 1207.01(a)(i).  As such, the goods at issue are not related for purposes of the likelihood of confusion analysis.

While golf tees and clothing, headwear, and footwear may fall within the same general field, Applicant respectfully submits that the clothing, headwear, and footwear specifically related to a professional golf team offered under Applicant's Mark are sufficiently different from the golf tees offered under the Registered Marks such that no likelihood of confusion exists. Any conclusion to the contrary would give credence to a superficial similarity based on an

9

overinclusive view of the parties' goods that simply is not borne out by the realities of the marketplace.

### D. The Conditions Under Which and Buyers to Whom Sales Are Made

The goods offered under Applicant's Mark are specifically related to a professional golf team in Applicant's league. These goods are sold on-course at the league's events and will soon be sold on the league's e-commerce channels. Consumers will only be offered and have the ability to purchase these goods via Applicant's league – whether in-person or online. Consumers will know the source of the goods offered under Applicant's Mark – <u>Applicant</u> – given that the only opportunity to purchase such goods will be at Applicant's events or online channels.

Consumers of sports teams, leagues, and events are sufficiently sophisticated that confusion is unlikely. Sports fans are among the most passionate, dedicated consumers in the marketplace. Many are deeply devoted to their sports they love and their teams. This passion for and connection to teams gives those who purchase the goods associated with their team or tickets to sporting events a high level of sophistication as consumers. The level of care they exercise in making their purchasing decisions prevents confusion from being likely in the instant situation. <u>See, e.g.</u>, <u>PC Club v. Primex Technologies, Inc.</u>, 32 F. App'x 576, 579 (Fed. Cir. 2002) ("When goods are sold to consumers that exercise care there is less chance that confusion will occur."); <u>Magnaflux Corp. v. Sonoflux Corp.</u>, 231 F.2d 669, 672 (C.C.P.A. 1956) (finding less likelihood of confusion when goods are sold to discerning customers). Simply put – consumers are not going to think that a professional golf team that is part of a global, well-organized league and a golf tee manufacturer are the same source for goods offered under Applicant's Mark.

Further, the marks at issue were used in the same geographic area during the relevant time – with Applicant marketing its products and services throughout the United States and offering STINGER GC merchandise for sale at golf events in Florida, Illinois, Massachusetts, New Jersey, and Oregon, while Registrant maintains its headquarters in Ohio and presumably sells its golf tees in interstate commerce in the United States.  Applicant, to the best of its knowledge, is unaware of any actual confusion between its goods and those of the Registrant over the past year.  (See Ross Declaration ¶ 13).

Given the foregoing, the totality of the circumstances provides more than sufficient bases to distinguish Applicant's Mark from the Registered Marks.

2.       **Potential Refusal Based on Section 2(d) – the Third Party Pending Application.**

The owner of the Third Party Pending Application is an individual that appears to be using term "Stinger" or "Stingers" in connection with astrology services (she applied for "Stinger" but the specimen on file uses "Stingers").  The Third Party Pending Application has received a final refusal from the US Patent and Trademark Office due to several deficiencies (including the description of goods and the specimen that was filed) and due to likelihood of confusion with a prior registration.  It is unlikely that the applicant will overcome the final refusal and have her mark published for opposition and ultimately registered.  Even if she does so, it is unlikely that consumers would ever confuse products having to do with astrology with products associated with a professional golf team.  As noted above, STINGER GC is a professional golf team competing in Applicant's global golf league – LIV Golf.  Consumers will always see Applicant's STINGER GC products used in connection with such team. Additionally, the target consumer for a professional golf team is unlikely to overlap with the

target consumer for astrology related products and services.  As such, confusion with the Third

Party Pending Application is unlikely.

**CONCLUSION**

For the reasons detailed above, Applicant respectfully submits that its Mark, STINGER

GC, is unlikely to be confused with the Registered Marks or the Third Party Pending Application

and should be passed for publication.


Dated: February 10, 2023

          Respectfully Submitted,
          FRANKFURT KURNIT KLEIN & SELZ, P.C.

          By: */Christopher R. Chase/*

          Christopher R. Chase
          28 Liberty Street
          New York, NY 10005
          212-980-0120

          *Attorneys for Applicant, LIV Golf Inc.*

FKKS:3557967v.1
31259.200

# EXHIBIT A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Mark | : | STINGER GC |
| International Class | : | 025 |
| Serial Nos. | : | 97349256 |
| Applicant | : | LIV Golf Inc. |
| Filed | : | April 6, 2022 |
| Law Office | : | 305 |
| Examining Attorney | : | Elizabeth Anderson |

## DECLARATION OF ROSS ANTROBUS

Ross Antrobus hereby declares under penalty of perjury as follows:

1.    I, Ross Antrobus, am the VP Insight, Analytics & Loyalty for Liv Golf Inc. ("Applicant") and its affiliate Liv Golf Ltd.  I have held this position since February 2022 and previously worked for The English Football Association in similar capacities for nine and a half years.  I am directly involved in, and am fully familiar with, Applicant's marketing activity, sales, and overall operations.  As such, I am personally and fully familiar with the matters set forth in this Declaration.

2.    In 2022, Applicant launched a new, global golf league called LIV Golf.  LIV Golf is a new concept for professional golf, as it simultaneously features golfers competing in the tournaments individually and as part of teams.  Each team in the LIV Golf League is branded with the initials "GC," a moniker that stands for "golf club" to denote a team in the league and which is unique in the world of professional golf.  For example, the league features teams called 4ACES GC, TORQUE GC, CRUSHERS GC, and MAJESTICKS GC.

3.    Each team played under the banner of their team name and were photographed, recorded, and broadcast in and around their team branding, as all of the courses featuring

1

branding for each team. When the team name was included in such branding, it would always feature the "GC" portion. The caddies for each player wore bibs with team branding on them.

4.      One of the inaugural teams in the league was STINGER GC, which consisted of professional golfers Charl Schwartzel, Hennie Du Plessis, Branden Grace, Shaun Norris, and Louis Oosthuizen. The STINGER GC team participated in all 8 LIV Golf events in 2022 (the "2022 Season"). The STINGER GC team will participate in the 14 events for the upcoming 2023 LIV Golf season (the "2023 Season") as well.

5.      The STINGER GC team won the initial LIV Golf event, which was held on June 9 and 10, 2022 at the Centurion Club just outside of London, England, with team member Charl Schwartzel finishing first in the individual competition. Attached as Exhibit 1 to this Declaration is a photo commemorating Schwartzel's victory.

6.      STINGER GC team member Branden Grace finished first at the first LIV Golf event in the United States, held from June 30 through July 2, 2022 at the Pumpkin Ridge Golf Club in Portland, Oregon, with the team finishing second at that event.

7.      STINGER GC finished tied for third overall in the 2022 Season final standings, with $8,500,000 in team prize money.

8.      Over 100,000 people attended the 8 total LIV Golf events in 2022, all of which featured the STINGER GC team and its branding. Within the United States, the locations included Portland, Oregon, Bedminster, New Jersey, Boston, Massachusetts, Chicago, Illinois, and Miami, Florida.

9.      STINGER GC merchandise, including t-shirts, caps, and towels, were available for sale at all of the LIV Golf events in the 2022 Season and will be available for sale at all of the

LIV Golf events in the 2023 Season as well.  LIV Golf plans to offer STINGER GC merchandise for sale on the league's digital channels during the 2023 Season.

10.    For the 2022 Season, the STINGER GC team received 463 hours of exposure globally across all broadcast and media platform coverage of the LIV Golf events for their players and sponsorship patches.  When on-screen during the event broadcasts, the graphic to accompany each team member was branded with STINGER GC.

11.    The LIV Golf League's official social media accounts have included 76 posts about the STINGER GC team, which would have been received by at least 2.5 million third party social media accounts.

12.    Over the past year, there have been over 4,200 third party posts on online channels about the STINGER GC team, with an engagement figure of over 63,000 responses (e.g., likes, retweets, shares, and comments) to the 4,200 posts.

13.    To the best of my knowledge, Applicant is not aware of any confusion between Stinger Tees (or any other manufacturer of golf tees) and the STINGER GC team.

14.    The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that all statements made above of his knowledge are true and that all statements made on information and belief are believed to be true.

Dated: February 10, 2023                By: _____

                                        Ross Antrobus
                                        VP Insight, Analytics & Loyalty
                                        LIV Golf Inc.

Exhibit 1



# EXHIBIT B





When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

Home  >  News

# Multiple LIV Golf Teams To Be Renamed For 2023 League

A number of LIV teams will be getting new names and logos ahead of the full LIV Golf League launch







(Image credit: Getty Images)



BY ELLIOTT HEATH
PUBLISHED SEPTEMBER 27, 2022

Around half of the current 12 LIV Golf teams will be renamed for 2023, Golf Monthly understands.

Of those, it is understood that Sergio Garcia's Fireballs GC will be getting a new name along with Bubba Watson's Niblicks GC and Brooks Koepka's Smash GC. Garcia had previously announced that the Fireballs would be getting re-branded. "Exciting news, my team is set and we'll soon be changing the logo and the name of the team so very excited to have all these things going on," Garcia said ahead of the second event in Portland.

Most of the other LIV Golf teams will be getting re-branded, it's understood, which could include new logos and colors.


ON SALE NOW
Total Game Plan
6

The inaugural season of LIV Golf Invitational tournaments was always seen as a pilot year, with 2023 and the launch of the 14-event LIV Golf League being how LIV was envisioned. It is understood the 12 team names and branding were thought up just to get the pilot series' teams off the ground, with captains and team owners who inherited the franchises free to change them.

RECOMMENDED VIDEOS FOR YOU...







The 2023 calendar could also see players wear team uniforms or team colors, which may still be undecided due to players' sponsorship agreements.

Next year's LIV Golf League is set to get underway in February, with new tournaments potentially lined up in Australia, Singapore, Spain, Arizona, California and also Mexico or Canada. A total of $405m will be up for grabs in the 2023 league.

There will be new signings announced for the upcoming season, although no announcements are expected until next year. One player linked with moving to LIV is Chile's Mito Pereira, with Torque GC captain Joaquin Niemann said to be very keen to have his countryman join up.

---



**Elliott Heath**   🐦 in ✉
*Senior Staff Writer*

Elliott Heath is our Senior Staff Writer and has been with Golf Monthly since early 2016 after graduating with a degree in Sports Journalism. He manages the Golf Monthly news, features, courses and travel sections as well as our large Facebook, Twitter and Instagram pages. Elliott has interviewed some huge names in the golf world including Sergio Garcia, Thomas Bjorn, Bernd Wiesberger and Scotty Cameron as well as a number of professionals on the DP World and PGA Tours. He covered the 2022 Masters from Augusta National as well as four Open Championships on-site including the 150th at St Andrews. He has played 35 of our Top 100 golf courses, with his favourites being both Sunningdales, Woodhall Spa, Old Head and Turnberry. He has been obsessed with the sport since the age of 8 and currently plays at West Byfleet Golf Club in Surrey, where his handicap index floats anywhere between 2-6.

His golfing highlights are making albatross on the 9th hole on the Hotchkin Course at Woodhall Spa, shooting an under-par round, playing in the Aramco Team Series on the Ladies European Tour and making his one and only hole-in-one at the age of 15 - a long time ago now!

Elliott is currently playing:

Driver: Titleist TSR4
3 wood: TaylorMade SIM2 Max
Hybrid: TaylorMade SIM Max
Irons: Mizuno MP5 4-PW

Elliott is currently playing:

Driver: Titleist TSR4
3 wood: TaylorMade SIM2 Max
Hybrid: TaylorMade SIM Max
Irons: Mizuno MP5 4-PW
Wedges: Cleveland RTX ZipCore 50, 54, 58
Putter: Odyssey White Hot OG #5
Ball: Titleist Pro V1x

---

## LATEST



### Motocaddy M5 GPS Electric Trolley

We test out Motocaddy's flagship electric trolley, the M5 GPS, with integrated GPS and moveable pointer to adjust the pin position



### Jeunghun Wang Leads On DP World Tour After Returning From Military Service

Wang currently co-leads the Singapore Classic as he looks for his first DP World Tour title since 2017

BY MATT CRADOCK • PUBLISHED 2 DAYS AGO



### PGA Tour Player Putts Into Water Before Chipping In And Withdrawing From Event

Maverick McNealy may have produced one of the most bizarre moments of 2023

BY MATT CRADOCK • PUBLISHED 2 DAYS AGO





# GOLF MONTHLY

ABOUT US    CONTACT US    TERMS AND CONDITIONS    PRIVACY POLICY    ACCESSIBILITY STATEMENT

Golf Monthly is part of Future plc, an international media group and leading digital publisher. Visit our corporate site.

© Future Publishing Limited Quay House, The Ambury, Bath BA1 1UA. All rights reserved. England and Wales company registration number 2008885.

# EXHIBIT C

☀ 65° Bluffton    Monday, February 13, 2023    HOME   ABOUT   CONTACT   SUBSCRIBE   Send Anonymous Tips

Advertisement



SOCIAL ⌄   VIDEO ⌄   PHOTOS ⌄   TRAVEL ⌄   LINKS ⌄   TOUR SCHEDULES ⌄                         🔍

PHOTOS

# Photos: 25 Things That Make LIV Golf Tournaments Unique

Posted By Jordan Thomas  -  JULY 11, 2022                          💬 1

ADVERTISEMENT

Share       

Fans watch Phachara Khongwatmai of Crushers GC tees off on the 1st hole during day 3 of the LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)

The PGA Tour is the staid and secretive pro golf tour that's basically been run like a monopoly for the past forty years. LIV Golf, on the other hand, is the upstart that is changing the way tour golf is run... and marketed.

Here are 25 ways that LIV Golf is different from the PGA Tour.

## 1. COMMISSIONER OF THE PEOPLE

The PGA Tour commissioner rarely even shows his face until the trophy presentation, never mind throwing out some Heinekens to the crowd.

ADVERTISEMENT



presentation, never mind throwing out some Heinekens to the crowd.



*LIV Golf commissioner Greg Norman tosses a beer from the deck of a pavilion on the 18th green during the final round of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Steve Dykes via Getty Images)*



*Greg Norman, CEO and commissioner of LIV Golf, signs his autograph for a fan, and then poses with a hat type he made famous, during day three of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

## 2. PYROTECHNICS

The PGA Tour hands out a trophy and then says thank you and goodbye. The LIV Golf League puts on a made-for-TV show with pyrotechnics and whatnot.



*A general view of the trophy ceremony is seen as Team Captain Dustin Johnson, Patrick Reed, Talor*



ADVERTISEMENT

CALLAWAY
JAWS RAW
Wedges

"Two hops...
and stops on a dime!"

-Jordan Thomas
Equipment Editor,
PRO GOLF WEEKLY

BUY CALLAWAY GOLF AT AMAZON



*A general view of the trophy ceremony is seen as Team Captain Dustin Johnson, Patrick Reed, Talor Gooch and Pat Perez of 4 Aces GC are honored after winning the team portion during day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Chris Trotman / LIV Golf via Getty Images)*



*Team Captain Dustin Johnson (R) of 4 Aces GC alongside Patrick Reed (L) of 4 Aces GC on stage after winning the team award during day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

## 3. CHAMPAGNE SPRAY

The champagne spray is a great effect and gives off a big-league look in photos. It's used often on the LPGA Tour, European Tour and the Ryder Cup. It's never been used on the haughty PGA Tour – although we predict that will change soon.



*Branden Grace of Stinger GC is sprayed with champagne by Team Captain Louis Oosthuizen after winning on the 18th green during day three of the LIV Golf Invitational–Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*





ADVERTISEMENT

CALLA
JAWS
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS

BUY CALLAWAY GOLF AT AM

MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023



*Team Stinger GC's Hennie du Plessis and Branden Grace celebrate winning the team title of the LIV Golf Invitational-London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)*

## 4. OLYMPIC-LIKE PODIUMS

We've always advocated for the implementation of an Olympic-like medaling system to make it more exciting... and enticing. The LIV Golf series has implemented this type of award system, and while it doesn't offer Gold, Silver, and Bronze medals (like we'd prefer) it does celebrate the top-3 finishers with trophies and podiums.



*Branden Grace (C) of Stinger GC celebrates with the first-place trophy alongside runner-up Carlos Ortiz (L) of Fireballs GC and bronze winner Patrick Reed (R) of 4 Aces GC after the conclusion of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*





ADVERTISEMENT

CALLAWAY
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS R

BUY CALLAWAY GOLF AT AM

× MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023



*Charl Schwartzel (center) poses with the winner's trophy alongside runner-up Hennie du Plessis (left) and top-3 finisher Branden Grace (right) after day 3 of the LIV Golf Invitational at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Craig Mercer for MB Media via Getty Images)*

## 5. WELCOME PARTY

The PGA Tour doesn't even show the players practicing beforehand, never mind parties. The LIV Golf Tour hosts a Tuesday 'Welcome Party' each tournament week so players can mingle with one another, and just create some buzz ahead of the event.



*Team Captain Dustin Johnson, Talor Gooch and Patrick Reed of 4 Aces GC smile together during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Joe Scarnici/LIV Golf via Getty Images)*



*A guest photographs Greg Norman, CEO and commissioner of LIV Golf, during the LIV Golf Invitational–Portland Welcome Party at Redd in Portland, Oregon on June 28, 2022. (Photo by Joe Scarnici for LIV Golf via Getty Images)*

## 6. SHOTGUN CARTS

One of the best aspects of the LIV Golf league is the shotgun start which ends the early/late waves and the unfairness related to weather.

ADVERTISEMENT

CALLAW
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

JAWS R

BUY CALLAWAY GOLF AT AM



× MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

*Portland Welcome Party at Redd in Portland, Oregon on June 28, 2022. (Photo by Joe Scarnici for LIV Golf via Getty Images)*

## 6. SHOTGUN CARTS

One of the best aspects of the LIV Golf league is the shotgun start which ends the early/late waves and the unfairness related to weather.



*Branden Grace of Stinger GC and golfers wait to be taken to their starting holes before the start of the round on day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*



*Golfers are driven in golf carts to their starting holes during day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*

## 7. CONCERTS

The LIV Golf event puts on concerts, among other types of entertainment, all week for its fans.





ADVERTISEMENT

CALLA
JAWS
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

BUY CALLAWAY GOLF AT AM

✕   MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023



*The band Hit Machine performs during day 1 of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Joe Scarnici for LIV Golf via Getty Images)*



*James Morrison performs in concert following day 1 of the LIV Golf Invitational – London at The Centurion Club on June 9, 2022 in St Albans, England. (Photo by Joe Maher for LIV Golf via Getty Images)*

## 8. VIP TRANSPORTATION

LIV golfers get VIP transportation, replete with photographers waiting to snap up pics for marketing purposes.



*Team Captain Bryson DeChambeau of Crushers GC arrives at Pumpkin Ridge GC on day 1 of the LIV Golf Invitational-Portland on June 30, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*





ADVERTISEMENT

MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

*Invitational-Portland on June 30, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*



*Team Captain Kevin Na of Iron Heads GC arrives to day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 9. TEAM CADDIE BIBS

Instead of the title sponsor on caddie bibs, LIV Golf promotes team names, front and back.



*Dustin Johnson of 4 Aces GC tees off on the 2nd hole as Phil Mickelson of Hy Flyers GC looks on during day 1 of the LIV Golf Invitational – London at The Centurion Club on June 09, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*



*The caddie bib of Fireballs GC Captain Sergio Garcia is shown during day 2 of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV*

ADVERTISEMENT



× MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*The caddie bib of Fireballs GC Captain Sergio Garcia is shown during day 2 of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

## 10. TWO TROPHIES

Two trophies are up for grabs during each tournament: individual and team.



*LIV Golf Commissioner and CEO, Greg Norman, on the 1st tee during day 3 of the LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Matthew Lewis via Getty Images)*



*LIV Golf trophies (Team (L) and Individual) are seen ahead of the LIV Golf Invitational at The Centurion Club on June 08, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 11. LONDON CABS

LIV Golf branded London's iconic cab for its inaugural event.





ADVERTISEMENT

✕   MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

## 11. LONDON CABS

LIV Golf branded London's iconic cab for its inaugural event.



*A LIV Golf branded London black cab taxi is seen ahead of the LIV Golf Invitational at The Centurion Club on June 8, 2022 in St Albans, England. (Photo by Joe Maher for LIV Golf via Getty Images)*



*LIV Golf branded London black cab taxis are seen ahead of the LIV Golf Invitational at The Centurion Club on June 8, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 12. BRITISH TRUMPETERS

LIV Golf also brought in Britain's famous trumpeters for its London stop.



*Trumpets players on day 1 of the LIV Golf Invitational – London at The Centurion Club in St Albans, England on June 9, 2022. (Photo by Steven Paston for PA Images via Getty Images)*

ADVERTISEMENT



**MORE STORIES**

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*Trumpets players on day 1 of the LIV Golf Invitational – London at The Centurion Club in St Albans, England on June 9, 2022. (Photo by Steven Paston for PA Images via Getty Images)*



*A tee marker is shown on the 1st tee during day 1 of the LIV Golf Invitational – London at The Centurion Club on June 9, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)*

## 13. AMERICAN PARACHUTERS

For its first American event, LIV Golf brought in some patriotic parachuters.



*A military parachuter lands on the course ahead of day 1 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*





ADVERTISEMENT

CALLA
JAWS
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

BUY CALLAWAY GOLF AT AM

× MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*A military parachuter is seen in the sky before landing on the course ahead of day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Charles Laberge for LIV Golf via Getty Images)*

## 14. DRIVING RANGE

The PGA Tour never shows photos from the range. The LIV Golf league makes it a centerpiece.



*LIV golfers practice on the driving range during day 1 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*



*LIV golfers practice on the driving range ahead of day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 15. WAYFINDING SIGNS

Similar to the iconic wayfinding signs at Augusta National, these pointers have become a staple at LIV Golf events.

ADVERTISEMENT



**MORE STORIES**

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)

## 15. WAYFINDING SIGNS

Similar to the iconic wayfinding signs at Augusta National, these pointers have become a staple at LIV Golf events.



*A wayfinding sign is seen during day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC July 1, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*



*Wayfinding signs are seen during the pro-am prior to the LIV Golf Invitational – Portland at Pumpkin Ridge GC on June 29, 2022 in North Plains, Oregon. (Photo by Joe Scarnici for LIV Golf via Getty Images)*

## 16. FAN FESTIVAL

LIV Golf's tagline is 'Golf But Louder.' The Fan Festival conveys those words best.

ADVERTISEMENT



**MORE STORIES**

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*Fans enjoy the atmosphere during day 3 of the LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)*



*Spectators enjoy the Food Market in the Fan Zone during the final round of the inaugural LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Montana Pritchard for LIV Golf via Getty Images)*

## 17. CLEAN & BOLD BRANDING

The PGA Tour's branding is different each week with the change of title sponsor. LIV Golf, however, delivers the same exact branding each event, with a bold and clean look.



*Dustin Johnson of 4 Aces GC putts on the 7th green during day 3 of LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*



ADVERTISEMENT

CALLA
JAWS
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS

BUY CALLAWAY GOLF AT AM



MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

*Centurion Club on June 11, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*



*Phil Mickelson, of HY Flyers GC, putts on the 14th green, during day 3 of the LIV Golf Invitational Series at the Centurion Club, Hertfordshire on June 11, 2022. (Photo by Kieran Cleeves for PA Images via Getty Images)*

## 18. TEAM PHOTOS

The PGA Tour doesn't have teams so you'd never see it, anyhow.



*Pat Perez, Talor Gooch, Greg Norman, CEO and commissioner of LIV Golf, Team Captain Dustin Johnson and Patrick Reed of 4 Aces GC during the LIV Golf Invitational–Portland Welcome Party at Redd in Portland, Oregon on June 28, 2022. (Photo by Chris Trotman for LIV Golf via Getty Images)*



*Greg Norman, Commissioner and CEO, poses for a photo with the golfers during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

ADVERTISEMENT



**MORE STORIES**

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

CALLAWAY
JAWS R
Wedge

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS

BUY CALLAWAY GOLF AT AM



*Greg Norman, Commissioner and CEO, poses for a photo with the golfers during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 19. POULTER PLAID

No one rocks the plaid like Poulter. For now, only available on the LIV Golf tour.



*Ian Poulter plays a shot on the practice range during a practice round prior to the LIV Golf Invitational– Portland at Pumpkin Ridge GC in No. Plains, Oregon on June 28, 2022. (Photo by Jamie Squire for LIV Golf via Getty Images)*



*Ian Poulter of Majesticks GC plays his shot from the 6th tee during day 1 of the LIV Golf Invitational–Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 20. LIV GOLF BALL

LIV giant golf ball has become popular after only two events.





ADVERTISEMENT

× MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



A general view of the leaderboard on the 17th hole during day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Steve Dykes via Getty Images)



A general view of signage during a practice round prior to the LIV Golf Invitational–Portland at Pumpkin Ridge GC in No. Plains, Oregon on June 27, 2022. (Photo by Steve Dykes for LIV Golf via Getty Images)

## 21. LIV GOLF TAGLINES

'Don't Blink,' one of LIV Golf's two taglines ('Golf, But Louder' is the other), is promoted throughout the course.



Team Captain Dustin Johnson of 4 Aces GC lines up a putt on the 18th green during day one of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)





ADVERTISEMENT

CALLAWAY
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

BUY CALLAWAY GOLF AT AM

**MORE STORIES**

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

Team Captain Dustin Johnson of 4 Aces GC lines up a putt on the 18th green during day one of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)



Graeme McDowell of Niblicks GC tees off on the 4th hole during day 1 of the LIV Golf Invitational – London at The Centurion Club on June 9, 2022 in St Albans, England. (Photo by Joe Maher for LIV Golf via Getty Images)

## 22. DJ'S SWING

One of the most recognizable (and smoothest) swings in golf history can only be seen at LIV Golf events.



Dustin Johnson tees off on the 7th hole during round two of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Steve Dykes via Getty Images)



ADVERTISEMENT



**MORE STORIES**

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023



*Louis Oosthuizen watches as Dustin Johnson tees off on the 16th hole ahead of the LIV Golf Invitational at The Centurion Club on June 08, 2022 in St Albans, England. (Photo by Charlie Crowhurst / LIV Golf via Getty Images)*

## 23. OLD SCHOOL TOURNAMENT NAMES

The tournament names, simply based on location, bring us back in time, before the PGA sold the title rights to fund its purses.



*Branding for the forthcoming LIV Golf event, is pictured on the 18th hole at The Centurion Club in St Albans, north of London, on May 11, 2022. (Photo by GLYN KIRK / AFP via Getty Images)*



*A general view of signage during a practice round prior to the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 27, 2022 in North Plains, Oregon. (Photo by Steve Dykes / LIV Golf via Getty Images)*

## 24. TEAM LOGOS

Similar to F1 Racing, the team logos play a big part in LIV Golf events.





ADVERTISEMENT

CALLA
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS R

BUY CALLAWAY GOLF AT AM

× MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

Similar to F1 Racing, the team logos play a big part in LIV Golf events.



*Team of Fireballs GC (L-R) Captain Sergio Garcia, Carlos Ortiz, Abraham Ancer and Amateur Eugenio Lopez-Chacarra during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Joe Scarnici for LIV Golf via Getty Images)*



*Fans at merchandise shop during day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*

## 25. MEGA VIDEO BOARD

Not only useful for fans on site, the mega video boards give off a high-end look as well.



*Charl Schwartzel celebrating after winning the LIV Golf Invitational at The Centurion Club on June 11*

ADVERTISEMENT



× MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REO · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REO · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REO · FEBRUARY 13, 2023



*Charl Schwartzel celebrates after winning the LIV Golf Invitational at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Matthew Lewis via Getty Images)*



*Carlos Ortiz of Fireballs GC on the podium stage during the award ceremony after claiming the individual silver medal honors during day three of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

Advertisement

**TAGS**   Concerts   LIV Golf   PGA Tour   photos

Share   [Facebook] [Twitter] [Pinterest] [LinkedIn] [Reddit] [Email]

PREVIOUS ARTICLE
WITB: Xander Schauffele's Winning Bag at 2022 Scottish Open

NEXT ARTICLE
The 2022 Open Championship Primer: History, TV, Field, Odds

**Jordan Thomas**

Jordan Thomas is a Pro Golf Weekly producer and contributor. Jordan performs research, crunches numbers, compiles content, and writes up quick-hit posts.

**RELATED ARTICLES**   MORE FROM AUTHOR



LIV Golf League Captains Unveil 2023 Team Names, Logos



Photos: Justin Rose's 20 Big-League Trophies

Winner's Circle: Justin Rose Claims Emotional Victory at AT&T Pebble Beach Pro-Am

ADVERTISEMENT



CALLAWAY
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS R

BUY CALLAWAY GOLF AT AM

**MORE STORIES**

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023





LIV Golf League Captains
Unveil 2023 Team Names,
Logos

Photos: Justin Rose's 20 Big-
League Trophies

Winner's Circle: Justin Rose
Claims Emotional Victory at
AT&T Pebble Beach Pro-Am

‹   ›

**1 COMMENT**

**Brendan O'Shea**   July 11, 2022 at 5:35 pm

Good luck to LIV golf. No golf fan gives a lick about team golf or having the guys on a
podium to spray champagne.

Winning a LIV invitational means about as much as winning the CVS Charity Classic
hosted by Brad Faxon and Billy Andrade back in the day. In other words, it means
nothing.

Why did LIV target guys that had kind of an oblong attitude like Garcia, Reed,
DeChambeau, Johnson, Koepka, etc. Not the most likeable bunch.

Reply

**LEAVE A REPLY**



Name:*

Email:*

Website:

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT

ADVERTISEMENT



CALLAWAY
JAWS RAW
Wedges

"Two hops...
and stops on a dime!"

-Jordan Thomas
Equipment Editor,
PRO GO

BUY CALLAWAY GOLF AT AM

✕   MORE STORIES



2023 WM Phoenix Open: Money,
Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's
Winning Bag at 2023 WM
Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie
Scheffler Recycles Victory at
2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023



LATEST CONTENT

2023 WM Phoenix Open: Money,
Points Earned By Every Player
FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag
at 2023 WM Phoenix Open
FEBRUARY 13, 2023

ADVERTISEMENT

VAULT V

Tyrrell Hatton Admits He
"Super Sucked" After Blowing
Five-Shot Lead at

The 10 Most Smug, Self-
Righteous Media Reactions
To Phil Mickelson

Email:*

Website:

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT



BUY CALLAWAY GOLF AT AMAZON



# EXHIBIT D





Monday, February 13, 2023   |   Sign In   SUBSCRIBE

All Topics ▾

Daily Editions ▾   |   Newsletters ▾   |   Weekly Issue  2.13.2023 ▾   in  ⌨  ◉  f

# Asked and Answered: 2022 Reader Survey

12.5.2022





— GETTY IMAGES

The sports industry is ever-changing, and one need look no further for proof than by checking out the top two vote-getters for the question that kicks off the return of our annual Reader Survey: What was the biggest sports business story of the year? The most common answer: The LIV Golf tour. Second: The influence of name, image and likeness on college sports.

Neither of those topics were a factor the last time we did our survey, in 2020, and because that year's edition focused on the dueling dominant forces of that historic year — the pandemic and the social justice movement — it has been three years since we polled executives about the broad state of the industry. In 2019, no one had ever heard of LIV Golf and the chances of NIL both becoming real just a few years later

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶                                            ▲

Neither of those topics were a factor the last time we did our survey, in 2020, and because that year's edition focused on the dueling dominant forces of that historic year — the pandemic and the social justice movement — it has been three years since we polled executives about the broad state of the industry. In 2019, no one had ever heard of LIV Golf and the chances of NIL becoming real just a few years later and having the broad, seismic and immediate impact it has had seemed, well, nil.

On the following pages you will find answers to questions that reflect other changes to the sports business in recent years — including the rise of streaming and sports betting — as well as familiar topics such as the year's most intriguing executive and a look to the future related to the 2026 FIFA men's World Cup and the 2028 Summer Olympics. There's no telling what the industry — or this survey — will look like by then.

## Who Voted

What is your gender?

| Responses | Pct. |
|-----------|------|
| Male | 73.0% |
| Female | 26.0% |
| Other | 0.4% |

Get the data · Created with Datawrapper

What is your age?

| Responses | Pct. |
|-----------|------|
| Under 18 | 0.2% |
| 18 - 24 | 4.0% |
| 25 - 34 | 17.0% |
| 35 - 44 | 26.0% |
| 45 - 54 | 26.0% |
| 55 - 64 | 20.0% |
| 65 - 74 | 6.0% |
| 75+ | 0.7% |

Get the data · Created with Datawrapper

How long have you worked in the sports industry?

| Responses | Pct. |
|-----------|------|
| 0-5 years | 16.0% |
| 6-10 years | 16.0% |
| 11-20 years | 27.0% |
| 21-30 years | 24.0% |
| More than 30 years | 16.0% |

Get the data · Created with Datawrapper

What is your general title?

| Responses | Pct. |
|-----------|------|
| Student | 3.0% |
| Junior level executive | 22.0% |
| Senior level executive | 38.0% |
| C-level executive | 17.0% |
| Ownership | 5.0% |
| Other | 15.0% |

Get the data · Created with Datawrapper

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

| | |
|---|---|
| C-level executive | 17.0% |
| Ownership | 5.0% |
| Other | 15.0% |

Get the data · Created with Datawrapper

What area of sports business do you work in?

| Responses | Pct. |
|---|---|
| Marketing and Advertising | 16.0% |
| League/NGB | 15.0% |
| Media | 14.0% |
| Other | 12.0% |
| Team | 6.0% |
| Agency | 5.0% |
| Events | 5.0% |
| Technology | 4.0% |
| Legal | 4.0% |
| Facilities | 3.0% |
| College Athletics | 2.0% |
| Ticketing | 2.0% |
| Data and Analytics | 2.0% |
| N/A | 2.0% |
| Finance | 1.0% |
| Financial Services | 1.0% |
| Athlete Representation | 0.8% |
| Betting | 0.8% |
| Gaming | 0.6% |
| Food and Beverage Hospitality | 0.5% |

Get the data · Created with Datawrapper



You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶



— Kevin Warren
GETTY IMAGES

## PEOPLE

Which of the following is the biggest sports business story of the year?

| Responses | Pct. |
|---|---|
| The LIV Golf tour | 27.0% |
| The influence of NIL on college sports | 19.0% |
| The rising impact of streaming platforms | 12.0% |
| The return of full-capacity venues | 10.0% |
| Deal-making in college football | 7.0% |
| The rise of women's sports | 7.0% |
| The MLB lockout | 5.0% |
| MLS's media rights deal with AppleTV+ | 3.0% |
| The rise of pickleball | 3.0% |
| The USWNT settles its equal pay lawsuit | 2.0% |
| Jersey patch deals coming to MLB, NHL | 2.0% |
| The debut of Charlotte FC | 1.0% |
| Unionization by minor league baseball players | 1.0% |
| Sale of the Denver Broncos | 1.0% |
| The Winter Olympics held without fans | 1.0% |
| The crash of the SPAC craze | 0.3% |

Get the data • Created with Datawrapper

Who is the most intriguing sports executive?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Steve Phelps, NASCAR | 13% |
| Adam Silver | 4% |
| Mark Cuban | 4% |
| Rob Manfred | 3% |
| Daniel Snyder | 3% |
| Greg Norman | 3% |
| Jay Monahan | 2% |
| Tim Leiweke | 2% |
| Jerry Jones | 2% |
| Ben Kennedy | 2% |

You have 1 All Access article remaining | **SUBSCRIBE TODAY** ▶



| | |
|---|---|
| Greg Norman | 3% |
| Jay Monahan | 2% |
| Tim Leiweke | 2% |
| Jerry Jones | 2% |
| Ben Kennedy | 2% |
| Dana White | 2% |
| Jimmy Pitaro | 2% |
| Greg Sankey | 2% |
| Kevin Warren | 2% |
| Theo Epstein | 1% |
| Roger Goodell | 1% |
| Jim France | 1% |

Get the data · Created with Datawrapper

Who is the most intriguing sports business athlete
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| LeBron James | 11% |
| Tom Brady | 10% |
| Shohei Ohtani | 7% |
| Aaron Judge | 7% |
| Ross Chastain | 6% |
| Steph Curry | 4% |
| Rory McIlroy | 4% |
| Serena Williams | 4% |
| Bubba Wallace | 3% |
| Aaron Rodgers | 3% |
| Tiger Woods | 3% |
| Kyrie Irving | 2% |
| Patrick Mahomes | 2% |
| Giannis Antetokounmpo | 1% |
| Bryce Harper | 1% |

Get the data · Created with Datawrapper

Who is the most effective college commissioner?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Kevin Warren | 29% |
| Greg Sankey | 27% |
| Not sure/no answer | 19% |
| Brett Yormark | 3% |
| Val Ackerman | 1% |

Get the data · Created with Datawrapper

Who is the most effective athletic director?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Greg Byrne, Alabama | 7% |
| Gene Smith, Ohio State | 7% |
| Jack Swarbrick, Notre Dame | 4% |

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

| Responses | Pct. |
|---|---|
| Greg Byrne, Alabama | 7% |
| Gene Smith, Ohio State | 7% |
| Jack Swarbrick, Notre Dame | 4% |
| Mike Bohn, USC | 3% |
| Danny White, Tennessee | 3% |
| Bubba Cunningham, North Carolina | 2% |
| Chris Del Conte, Texas | 2% |
| Nina King, Duke | 2% |
| Joe Castiglione, Oklahoma | 2% |
| Warde Manuel, Michigan | 1% |

Get the data • Created with Datawrapper

Who is the most effective pro sports commissioner?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Adam Silver | 32% |
| Roger Goodell | 17% |
| Rob Manfred | 10% |
| Steve Phelps | 10% |
| Gary Bettman | 7% |
| Jay Monahan | 5% |
| Don Garber | 4% |
| Cathy Engelbert | 1% |

Get the data • Created with Datawrapper

Who is the most effective union leader?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Tony Clark | 16% |
| DeMaurice Smith | 11% |
| Tamika Tremaglio | 8% |
| Don Fehr | 4% |
| JC Tretter | 2% |
| Chris Paul | 2% |
| CJ McCollum | 1% |

Get the data • Created with Datawrapper

What are the three hottest sports properties?

| Responses | Pct. |
|---|---|
| NFL | 64.0% |
| Formula One | 38.0% |
| NBA | 37.0% |
| NASCAR | 28.0% |
| Premier League | 20.0% |
| NCAA | 19.0% |
| MLB | 19.0% |
| NWSL | 9.0% |
| PGA Tour | 9.0% |

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

| | | |
|---|---|---|
| Premier League | | 20.0% |
| NCAA | | 19.0% |
| MLB | | 19.0% |
| NWSL | | 9.0% |
| PGA Tour | | 9.0% |
| MLS | | 9.0% |
| NHL | | 8.0% |
| LIV Golf | | 8.0% |
| WNBA | | 8.0% |
| UFC | | 5.0% |
| Minor League Baseball | | 4.0% |
| IndyCar | | 3.0% |
| WWE | | 3.0% |
| USTA | | 2.0% |
| PBR | | 1.0% |
| ATP Tour | | 1.0% |
| Minor league hockey | | 1.0% |
| NHRA | | 1.0% |
| LPGA | | 0.9% |
| PGA of America | | 0.8% |
| USOC | | 0.7% |
| USGA | | 0.4% |
| WTA Tour | | 0.3% |

Get the data • Created with Datawrapper



— Major League Pickleball will expand to 16 teams in 2023.
GETTY IMAGES

## Leagues

Which emerging league would prove to be the wisest investment?

You have 1 All Access article remaining | **SUBSCRIBE TODAY** ▶ ▲



— Major League Pickleball will expand to 16 teams in 2023.
GETTY IMAGES

## Leagues

Which emerging league would prove to be the wisest investment?



| Responses | Pct. |
|---|---|
| NWSL | 40% |
| Major League Pickleball | 39% |
| League of Legends | 11% |
| Premier Hockey Federation | 5% |
| Overwatch | 5% |

Get the data · Created with Datawrapper

Will the NBA be the first league to reduce its number of regular-season games with its next CBA?

■ Yes (51%)  ■ No (49%)



No
49%

Yes
51%

Get the data · Created with Datawrapper

Where will the Oakland A's be playing in 2025?

| Responses | Pct. |
|---|---|
| Oakland | 26% |
| Las Vegas | 66% |
| Other | 8% |

Get the data · Created with Datawrapper

How would you grade sports' efforts at maintaining its commitment to social justice?

■ A (11%)  ■ B (44%)  ■ C (37%)  ■ D (6%)  ■ F (2%)



D
6%

F
2%

A
11%

C
37%

B
44%

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶         ▲



Get the data · Created with Datawrapper

Will a non-North American country get an expansion team in MLB, MLS, the NBA, NFL or NHL in this decade?

■ Yes (60%) ■ No (40%)



Get the data · Created with Datawrapper

Which are you more interested in: F1 or NASCAR?



Get the data · Created with Datawrapper



You have 1 All Access article remaining   |   **SUBSCRIBE TODAY** ▶



— Tony Romo (left) and Jim Nantz have served as CBS's lead NFL broadcast duo for six seasons, including Super Bowl LIII.

AP IMAGES

## Media, Marketing & Sponsorships

What is your favorite national play-by-play announcer team?

| Responses | Pct. |
|---|---|
| Jim Nantz and Tony Romo | 17% |
| Other | 13% |
| Joe Buck and Troy Aikman | 12% |
| Chris Fowler and Kirk Herbstreit | 11% |
| Mike Tirico and Cris Collinsworth | 10% |
| Mike Breen, Jeff Van Gundy and Mark Jackson | 7% |
| Al Michaels and Kirk Herbstreit | 7% |
| Jim Nantz, Grant Hill and Bill Raftery | 5% |
| Joe Davis and John Smoltz | 4% |
| Karl Ravech, David Cone and Eduardo Perez | 4% |
| Kevin Burkhardt and Greg Olsen | 2% |
| Gus Johnson and Joel Klatt | 2% |
| Sean McDonough and Ray Ferraro | 2% |
| Brad Nessler and Gary Danielson | 1% |

Get the data · Created with Datawrapper

If you worked for a brand, what sports/properties would you most want your company aligned with as a sponsor? (respondents could make multiple selections)

| Responses | Pct. |
|---|---|
| NASCAR | 10% |

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

If you worked for a brand, what sports/properties would you most want your company aligned with as a sponsor? (respondents could make multiple selections)



| Responses | Pct. |
|---|---|
| NASCAR | 19% |
| NFL | 11% |
| MLB | 9% |
| NBA | 7% |
| PGA Tour | 5% |
| NHL | 4% |
| Colleges/NCAA sports | 3% |
| Nike | 3% |
| F1 | 3% |
| NWSL | 2% |
| WNBA | 2% |
| Women's Sports | 2% |
| MLS | 1% |

Get the data · Created with Datawrapper

What is the most effective social media platform for engaging sports fans?



| Responses | Pct. |
|---|---|
| Twitter | 50% |
| Instagram | 28% |
| TikTok | 9% |
| YouTube | 9% |
| Facebook | 3% |
| Snapchat | 1% |

Get the data · Created with Datawrapper

What is your favorite streaming app?



| Responses | Pct. |
|---|---|
| Netflix | 33.0% |
| ESPN+ | 23.0% |
| Amazon Prime Video | 11.0% |
| AppleTV+ | 8.0% |
| Hulu | 8.0% |
| Peacock | 8.0% |
| Disney+ | 8.0% |
| Discovery+ | 0.7% |

Get the data · Created with Datawrapper

Which was your favorite new sports movie, series or documentary?

| Responses | Pct. |
|---|---|
| Other | 29% |
| The Captain (ESPN) | 22% |
| Welcome to Wrexham (Hulu) | 17% |
| Winning Time (HBO) | 12% |
| Hustle (Netflix) | 10% |

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

| | |
|---|---|
| The Captain (ESPN) | 22% |
| Welcome to Wrexham (Hulu) | 17% |
| Winning Time (HBO) | 12% |
| Hustle (Netflix) | 10% |
| The Man in the Arena (ESPN) | 7% |
| McEnroe (Showtime) | 5% |

Get the data • Created with Datawrapper



— Youth sports, including always popular offerings such as soccer and softball, have returned with high participation rates.

GETTY IMAGES

## Best of the Rest

Are your children playing more or fewer sports compared to before the pandemic?

| Responses | Pct. |
|---|---|
| N/A | 46% |
| More | 14% |
| The same | 30% |
| Fewer | 10% |

Get the data • Created with Datawrapper

Have you gone to as many sporting events this year as you did before the pandemic?

 Yes (61%)  ■ No (39%)

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶



Have you gone to as many sporting events this year as you did before the pandemic?

■ Yes (61%) ■ No (39%)

No 39%

Yes 61%

Get the data • Created with Datawrapper

Have you watched LIV Golf this year?

■ Yes (18%) ■ No (82%)

Yes 18%

No 82%

Get the data • Created with Datawrapper

What is the right number of teams for the College Football Playoff?

| | 51% | | |
|---|---|---|---|
| 8% | 8 | 34% | 6% |
| 4 | 8 | 12 | Other |

Get the data • Created with Datawrapper

Is NIL good or bad for college sports?

| Responses | Pct. |
|---|---|
| Good | 49% |
| Bad | 31% |
| No Opinion | 20% |

Get the data • Created with Datawrapper

You have 1 All Access article remaining | **SUBSCRIBE TODAY** ▶

▲



| Responses | Pct. |
|-----------|------|
| Good | 49% |
| Bad | 31% |
| No Opinion | 20% |

Get the data • Created with Datawrapper

Have you personally contributed to a college NIL program/collective?

| Responses | Pct. |
|-----------|------|
| Yes | 4% |
| No | 96% |

Get the data • Created with Datawrapper

How many teams will the SEC and Big Ten have by the end of the decade?

| Responses | Pct. |
|-----------|------|
| 16 | 41% |
| 24 | 49% |
| 32 | 10% |

Get the data • Created with Datawrapper

Do you have a sports betting app on your phone?

Yes (28%)   No (72%)

Yes 28%

No 72%

Get the data • Created with Datawrapper

How have your sports betting habits changed in the past year?

| Responses | Pct. |
|-----------|------|
| I've never bet | 63% |
| I've bet the same amount as always | 18% |
| More | 11% |
| Less | 8% |

Get the data • Created with Datawrapper

Do you own any NFTs?

| Responses | Pct. |
|-----------|------|
| Yes | 13% |
| I did but I sold them | 2% |
| No | 85% |

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY**



| Responses | Pct. |
|---|---|
| Yes | 13% |
| I did but I sold them | 2% |
| No | 85% |

Get the data · Created with Datawrapper

Will fans be able to buy food from a human inside stadiums/arenas in 5 years?

Get the data · Created with Datawrapper

Have you ever played pickleball?

| Responses | Pct. |
|---|---|
| Yes | 37% |
| No | 63% |

Get the data · Created with Datawrapper

Have you ever been to a live esports event?

| Responses | Pct. |
|---|---|
| Yes | 26% |
| No | 74% |

Get the data · Created with Datawrapper

Should American sports properties allow Russian athletes to compete?

| Responses | Pct. |
|---|---|
| Yes | 61% |
| No | 39% |

Get the data · Created with Datawrapper

Will MLB, MLS, the NBA, NHL or NFL allow multiple jersey ads in the next 5 years?

■ Yes (77%)   ■ No (23%)

No
23%

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶



Get the data • Created with Datawrapper

Which city should host the 2026 men's World Cup final?

| Responses | Pct. |
|---|---|
| Los Angeles | 25% |
| New York/New Jersey | 22% |
| Miami | 11% |
| Atlanta | 11% |
| Dallas | 6% |
| Non-U.S. city | 5% |
| Kansas City | 5% |
| Philadelphia | 4% |
| San Francisco Bay Area | 4% |
| Seattle | 4% |
| Boston | 3% |
| Houston | 2% |

Get the data • Created with Datawrapper

Which are you looking forward to more?


■ 2028 Summer Olympics (52%)  ■ 2026 World Cup (48%)



Get the data • Created with Datawrapper

Should the Olympics have a fixed rotation of host cities?

■ Yes (43%)  ■ No (57%)

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

Should the Olympics have a fixed rotation of host cities?

■ Yes (43%)  ■ No (57%)



Get the data • Created with Datawrapper

What is on your sports bucket list?
(Minimum 10 responses)

| Responses | Pct. |
|---|---|
| The Masters | 13% |
| Super Bowl | 10% |
| FIFA World Cup | 9% |
| The Olympics | 8% |
| F1 Race (any location) | 7% |
| Wimbledon | 5% |
| Daytona 500 | 5% |
| Kentucky Derby | 4% |
| NASCAR Chicago Street Race | 3% |
| World Series | 3% |
| Final Four | 2% |
| Ryder Cup | 2% |
| Stanley Cup Final | 2% |

Get the data • Created with Datawrapper

**PREVIOUS**
Cindy Parlow Cone: Volunteer Boss

**NEXT**
We've officially crossed the sports media Rubicon

**SPONSORED CONTENT**


[PODCAST] Measure of Success: Churchill Downs Race Track's Sponsorship


ONE Championship Sees Major Growth Opportunity With Prime


MMA's Explosive Growth Powered by the PFL by Professional Fighters

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

Document title: Asked and Answered: 2022 Reader Survey
Capture URL: https://www.sportsbusinessjournal.com/Journal/Issues/2022/12/05/In-Depth/reader-survey.aspx
Capture timestamp (UTC): Mon, 13 Feb 2023 15:52:17 GMT

Page 17 of 19

SPONSORED CONTENT

 [PODCAST] Measure of Success: Churchill Downs Race Track's Sponsorship Strategy
by IEG

 ONE Championship Sees Major Growth Opportunity With Prime Video Broadcast Partnership
by ONE Championship

 MMA's Explosive Growth Powered by the PFL
by Professional Fighters League



**ADDITIONAL SECTIONS**

- Tech
- Marketing
- Media
- Executive Transactions
- Data
- Franchises
- Esports
- Betting
- Colleges
- Events and Attractions
- Facilities
- Finance
- Labor and Agents
- Leagues
- Olympics
- Opinion
- People and Pop Culture
- Sports and Society

**PODCASTS**

### SBJ Morning Buzzcast: February 13, 2023
February 13, 2023
Postcard from Phoenix; Is Haslam Sports Group set to grow? Could Barkley draw on CNN? TGL lands key exec in Ross Berlin.



### Measure of Success: Churchill Downs Race Track's Sponsorship Strategy Sponsored by IEG
LISTEN
December 19, 2022
It's been proclaimed the most exciting two minutes in sports. Churchill Downs has been home to some of the most incredible moments in sports history. During today's conversation IEG's Vice President of Strategy and Churchill Downs Vice President of Marketing, Brand and Partnerships Casey Ramage give us some insight on their analytical approach to sponsorship strategy.

### SBJ I Factor: Alex Martins
LISTEN
December 13, 2022
SBJ I Factor presented by Allied Sports features an interview with Orlando Magic CEO Alex Martins. Martins is a long-time sports executive who first started with the Magic in 1989. He has been CEO since 2011, and was instrumental in the Amway Center winning a Sports Business Award for Facility of the Year in 2012. Martins talks with SBJ's Abe Madkour about coming up through the business from the communications side, what he learned during stints with multiple teams, and why he looks for emotional intelligence when interviewing job candidates. SBJ I Factor is a monthly podcast offering interviews with sports executives who have been recipients of one of the magazine's awards, including Forty Under 40, Game Changers and Sports Business Awards.

**SBJ TV**

 Is stripped-down Sunday Ticket on the way?
1 MINS

 NFL's Brian Rolapp on Sunday Ticket, flex scheduling and what's next for the league
30 MINS

 The Marchand and Ourand Sports Media Podcast: Episode 73: Top NFL exec Brian Rolapp
36 MINS

You have 1 All Access article remaining | SUBSCRIBE TODAY

- Olympics
- Opinion
- People and Pop Culture
- Sports and Society

analytical approach to sponsorship strategy.

### SBJ I Factor: Alex Martins


LISTEN

December 13, 2022

SBJ I Factor presented by Allied Sports features an interview with Orlando Magic CEO Alex Martins. Martins is a long-time sports executive who first started with the Magic in 1989. He has been CEO since 2011, and was instrumental in the Amway Center winning a Sports Business Award for Facility of the Year in 2012. Martins talks with SBJ's Abe Madkour about coming up through the business from the communications side, what he learned during stints with multiple teams, and why he looks for emotional intelligence when interviewing job candidates. SBJ I Factor is a monthly podcast offering interviews with sports executives who have been recipients of one of the magazine's awards, including Forty Under 40, Game Changers and Sports Business Awards.



# EXHIBIT E



# For 2022, LIV Golf Was the Story

The Saudi-backed tour, which has used big payments to attract players, has upended the gentlemen's game.



Greg Norman, the former world No. 1 and two-time major champion, is the commissioner of LIV Golf. Jonathan Jones/USA Today Sports, via Reuters

By **Paul Sullivan**

Dec. 9, 2022                                               5 MIN READ

> **Sign up for the On Golf newsletter.** Our coverage of golf's most interesting stories and athletes, delivered during the biggest tournaments in the sport. Get it sent to your inbox.

Golf is an individual sport, so any year-end reflection is going to be about the people who stood out.

But this year many of the top names who defined the year in golf are past their prime or don't play professionally.

≡  🔍  GOLF   The New York Times   GIVE THE TIMES   Account ⌄

Golf is an individual sport, so any year-end reflection is going to be about the people who stood out.

But this year many of the top names who defined the year in golf are past their prime or don't play professionally.

Pride of place goes to Greg Norman, the former world No. 1 and two-time major champion whose last PGA Tour win came 25 years ago at the 1997 NEC World Series of Golf. In that victory, Norman beat a young Phil Mickelson, who was just at the start of his career that would include six major championships and more than double the PGA Tour victories of Norman.

Now the pair are linked in the creation of the Saudi-backed LIV Golf and roiling the established PGA and DP World Tours. LIV made headlines as much for paying golfers tens or hundreds of millions of dollars to join the league as it did for the source of the support, Saudi Arabia's sovereign wealth fund.

Story continues below advertisement

Add to that a rollout and public relations campaign that was bumpy — including one golfer who took $200 million to join LIV, while saying their move was to grow the game — and it made for a very unexpected year.

"Golf was puttering along in its normal boring sport way, and then everything exploded," said Alan Shipnuck, whose book "Phil: The Rip-Roaring (and Unauthorized!) Biography of Golf's Most Colorful Superstar" and subsequent reporting for The Fire Pit Collective, a golf news site, was at the center of the story. "This was the most fascinating and chaotic season in golf history. The gentlemen's game has never seen this kind" of news conference sniping.

Did you know you can share 10 gift articles a month, even with nonsubscribers?
Share this article.

The league brought fresh attention to the human rights records of Mohammed bin Salman, Saudi Arabia's crown prince. It also held

The New York Times

GIVE THE TIMES    Account ⌄

Did you know you can share 10 gift articles a month, even with nonsubscribers?
**Share this article.**

Spending Money
Abroad

The league brought fresh attention to the human rights records of Mohammed bin Salman, Saudi Arabia's crown prince. It also held several events at golf courses owned by former President Donald J. Trump, who didn't shy away from criticizing the PGA Tour.



Phil Mickelson was paid a reported $200 million to join LIV Golf.  Patrick Smith/Getty Images

While a rival golf league had been talked about for years, just as LIV was set to start at the beginning of the year, Shipnuck published an interview with Mickelson on The Fire Pit Collective that criticized the Saudi government over its human rights record.

Story continues below advertisement

"Knowing all of this, why would I even consider it?" Mickelson said. "Because this is a once-in-a-lifetime opportunity to reshape how the PGA Tour operates." He joined LIV in June.

**A Guide to the LIV Golf Series**

**A new series.** The debut of the Saudi-financed LIV Golf series in 2022

The New York Times

GOLF | For 2022, LIV Golf Was the Story





**A Guide to the LIV Golf Series**

**A new series.** The debut of the Saudi-financed LIV Golf series in 2022 resurfaced longstanding questions about athletes' moral obligations and their desire to compete and earn money. Here's what to know:

⟨ ●●●●●●● ⟩

From that moment, the story on the men's and women's game has been Saudi money and LIV Golf.

It overshadowed Rory McIlroy becoming only the second player to win both season-long events on the PGA and DP World Tours in the same year. Henrik Stenson, who now plays on LIV, was the first in 2013.

It put the game's administrators, Jay Monahan, commissioner of the PGA Tour; Keith Pelley, chief executive of the DP World Tour; and Peter Dawson, chairman of the Official World Golf Ranking, front and center.

It spilled over to women's golf, where talk focused on what might happen if the Saudis took a similar interest in top L.P.G.A. players. (The consensus has been Saudi money would decimate a tour that doesn't have the financial reserves or lucrative television rights to fend off a rival league buying up players the way the PGA Tour has.)

**Sign up for the Sports Newsletter** Get our most ambitious projects, stories and analysis delivered to your inbox every week. Get it sent to your inbox.

And it got young professional and amateur players thinking about their future in professional golf after a few unproven players — namely the 2019 and 2021 U.S. Amateur Champions Andy Ogletree and James Piot and a top-ranked college player Eugenio Chacarra — took LIV money and bypassed the traditional route of trying to make their way on the PGA or DP World Tours.

"I spoke to some friends and coaches who said if LIV contacts you go there," said Filippo Celli, who won the silver medal as the low amateur at this year's British Open and is trying to play his way onto the DP World Tour.

"You go there and even if you finish last in the tournament you can earn $150,000, which is a lot of money, especially at 22 years old," he said. "When you're young you're thinking about the money. It's normal. My dream is to play on the DP World Tour and then the PGA Tour."

The New York Times                    GOLF | For 2022, LIV Golf Was the Story                  

"You go there and even if you finish last in the tournament you can earn $150,000, which is a lot of money, especially at 22 years old," he said. "When you're young you're thinking about the money. It's normal. My dream is to play on the DP World Tour and then the PGA Tour."

Story continues below advertisement



But the threat of a rival league forced changes on both of the main men's tours. Many of those changes were announced after an August meeting of PGA Tour players in Delaware before the BMW Championship.

The increased money was the main issue, more prize money for the top players and also guaranteed minimum pay for golfers still making their way. That helped defer six-figure costs just to compete, and the money was a carrot to the elite players.

Of course, plenty of good players have not been asked to go to LIV and have said they are not interested. Sam Ryder, who has played on the PGA Tour for six seasons, is one of them.

"I'm not on the players council of the PGA Tour," he said. "I've been trying to stay in my lane and play good golf. I've not been concerning myself too much with all that's been going on. I just know that everything will sort itself out."

His playing status on the PGA Tour has earned him a new multiyear sponsor this year: Ryder, the transportation company. "Both Ryder and Sam Ryder remain committed to the PGA Tour," said J. Steve Sensing, president of supply chain solutions for Ryder System.

Some of the top players have not been as politic in their rhetoric. McIlroy, who reclaimed the world No. 1 spot this year, became the de facto player-defender of the PGA Tour. He and Tiger Woods were at the center of the meeting in Delaware, and he's spoken forcefully in defense of the tour. Recently, McIlroy and Woods called for Norman to step down as LIV commissioner as a necessary first step in negotiations.

  

concerning myself too much with all that's been going on. I just
know that everything will sort itself out."

His playing status on the PGA Tour has earned him a new
multiyear sponsor this year: Ryder, the transportation company.
"Both Ryder and Sam Ryder remain committed to the PGA Tour,"
said J. Steve Sensing, president of supply chain solutions for Ryder
System.

Some of the top players have not been as politic in their rhetoric.
McIlroy, who reclaimed the world No. 1 spot this year, became the
de facto player-defender of the PGA Tour. He and Tiger Woods
were at the center of the meeting in Delaware, and he's spoken
forcefully in defense of the tour. Recently, McIlroy and Woods
called for Norman to step down as LIV commissioner as a
necessary first step in negotiations.



Dustin Johnson was reportedly paid up to $150 million to join LIV Golf.  John David
Mercer/USA Today Sports, via Reuters

But there are knock-on effects of losing older but well-known
players, like the future of PGA Tour Champions. It is where many
of the game's greats go to play when they turn 50. Each year the
tour gets marquee players who are suddenly relevant again. This
year, it was Padraig Harrington, a three-time major winner and
Ryder Cup captain, who won four times on the Champions Tour.

Story continues below advertisement



Yet some of the first players who went to LIV were close to Champions Tour eligibility, including Lee Westwood, Henrik Stenson, and Ian Poulter, with players like Sergio Garcia and Paul Casey not too far behind them. It's those big names that sell tickets.

At a news conference in August for a Champions Tour event in Jacksonville, Fla., Jim Furyk, the 2003 U.S. Open champion and the tournament's host, talked about the course and the fan experience. He even talked about Notah Begay III, a former player turned Golf Channel commentator who was returning to professional golf on his 50th birthday.

What Furyk or anyone else at the event did not talk about was the previous year's winner: Mickelson. That victory was his third win in four starts on the Champions Tour and augured well for his transition to the tour, and for the tour itself.

But right now, the focus is on the main tours and seeing what LIV does next year. There has been little interest in actually watching LIV events. The league has no television contract and worldwide viewership numbers for streaming have declined with each event, particularly after the initial player announcements were made.

Still, the PGA Tour, which had been slow to respond at first, seems to be taking no chances. It recently hired a lobbyist in Washington who is close to Kevin McCarthy, the House minority leader who hopes to become speaker when Republicans take control of the chamber in January.

"The tour has always been all powerful," Shipnuck said. "Now there's a competition."

ADVERTISEMENT

The New York Times

GOLF | For 2022, LIV Golf Was the Story

Give this article

Yet some of the first players who went to LIV were close to Champions Tour eligibility, including Lee Westwood, Henrik Stenson, and Ian Poulter, with players like Sergio Garcia and Paul Casey not too far behind them. It's those big names that sell tickets.

At a news conference in August for a Champions Tour event in Jacksonville, Fla., Jim Furyk, the 2003 U.S. Open champion and the tournament's host, talked about the course and the fan experience. He even talked about Notah Begay III, a former player turned Golf Channel commentator who was returning to professional golf on his 50th birthday.

What Furyk or anyone else at the event did not talk about was the previous year's winner: Mickelson. That victory was his third win in four starts on the Champions Tour and augured well for his transition to the tour, and for the tour itself.

But right now, the focus is on the main tours and seeing what LIV does next year. There has been little interest in actually watching LIV events. The league has no television contract and worldwide viewership numbers for streaming have declined with each event, particularly after the initial player announcements were made.

Still, the PGA Tour, which had been slow to respond at first, seems to be taking no chances. It recently hired a lobbyist in Washington who is close to Kevin McCarthy, the House minority leader who hopes to become speaker when Republicans take control of the chamber in January.

"The tour has always been all powerful," Shipnuck said. "Now there's a competition."

The New York Times

Go to Home Page »

**NEWS**
Home Page
World
Coronavirus
U.S.
Politics
New York
Business
Tech
Science
Sports
Wildfire Tracker

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Letters
Sunday Opinion
Opinion Video

**ARTS**
Today's Arts
Art & Design
Books
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Video: Arts

**LIVING**
Automotive
Games
Education
Food
Health
Jobs
Love
Magazine
Parenting
Real Estate
Style

**MORE**
Reader Center
The Athletic
Wirecutter
Cooking
Headway
Live Events
The Learning Network
Tools & Services
Podcasts
Video
Graphics

**SUBSCRIBE**
Home Delivery
Digital Subscriptions
Games
Cooking
Email Newsletters
Corporate Subscriptions
Education Rate
Mobile Applications
Replica Edition

# EXHIBIT F



Advertisement                                                    Ad Feedback

☰  **CNN** **Sports**   World Cup   Tennis   Golf   Motorsport   Football   US Sports   Olympics   Climbing   More          Audio   Live TV   🔍   Log In

# Charl Schwartzel wins inaugural LIV Golf individual competition and $4 million prize

By CNN Sport staff

Updated 6:01 AM EDT, Sun June 12, 2022





South African golfer Charl Schwartzel celebrates his victory at the LIV Golf Invitational.

ADRIAN DENNIS/AFP/AFP via Getty Images



**MORE FROM CNN**

Savannah Chrisley shares update on her parents' lives in prison

Emma Thompson says she was 'utterly blind' about ex-husband Kenneth Branagh'…

Shop science-backed sleep & recovery must-haves

Read more

Sponsored by Gravity

Advertisement                    Ad Feedback

**(CNN)** — South African Charl Schwartzel won the inaugural individual stroke-play competition of the controversial Saudi-backed LIV Golf Invitational Series on Saturday.

With the victory, Schwartzel earned $4 million for the three-round, 54-hole event. The 37-year-old shot 7-under at the Centurion Golf Club outside London, finishing one stroke clear of Hennie du Plessis.

Schwartzel's four-man team, Stinger GC, also won the team competition by 14 shots over Crushers GC and will split the $3 million prize. The 2011 Masters champion combined payday for winning both individual and team contests is $4.75 million.



craders and will split the $6 million prize. The 2011 Masters champion combined payday for winning both individual and team contests is $4.75 million.



CONTENT BY BUILD-A-BEAR

These 'After Dark' teddies aren't your average gift

Advertisement     Ad Feedback

Phil Mickelson finished in 34th place on 10-over in the 48-player field. Dustin Johnson placed eighth, and ended the tournament on 1-under.

Fronted by former world No. 1 Greg Norman, the LIV Golf series runs from June to October with the aim, it says, to "holistically improve the health of professional golf on a global scale to help unlock the sports' (sic) untapped potential."

It is backed by Saudi Arabia's Public Investment Fund (PIF) – a sovereign wealth fund chaired by Mohammed bin Salman, the Crown Prince of Saudi Arabia and the man who a US intelligence report named as responsible for approving the operation that led to the 2018 murder of journalist Jamal Khashoggi. Bin Salman has denied involvement in Khashoggi's murder.

READ: What the LIV Golf series was actually like on the ground

DEVELOPING STORY
CRITICS BLAST NEW GOLF LEAGUE FOR DEEP TIES TO SAUDI MONEY
Phil Mickelson | Six-time Major Golf Champion

Saudi golf controversy                    02:58 - Source: CNN
                                          Video Ad Feedback

The source of the money has led to queries and criticism aimed at organizers and players about choosing to play for money from the country given its human rights record.

The country has been criticized by human rights groups for years. In March, Saudi Arabia executed 81 men in the biggest mass execution in decades. Rights groups have criticized the country for executing people who were minors at the time of the offenses for which they were convicted.

Mickelson was the main focus of attention at the inaugural tournament, mainly because he is

Shop science-backed sleep & recovery must-haves

Read more                 Sponsored by Gravity

Advertisement     Ad Feedback

News & Buzz

Child found alive after a week under the rubble in Turkey

Opinion: Here's when the Fed could start cutting interest rates

Unique gifts to give this Valentine's Day

Read more        Sponsored by 1800Flowers

Advertisement     Ad Feedback

☰   CNN   **Sports**   World Cup   Tennis   Golf   Motorsport   Football   US Sports   Olympics   Climbing   More         Audio   Live TV   🔍   Log In

executed 81 men in the biggest mass execution in decades. Rights groups have criticized the country for executing people who were minors at the time of the offenses for which they were convicted.

Mickelson was the main focus of attention at the inaugural tournament, mainly because he is one of the sport's biggest stars but also because this will be his first competitive event since his controversial comments about the Saudi Arabian-funded events were published earlier this year by his biographer.

The six-time major winner was quoted from a 2021 interview with author Alan Shipnuck for his upcoming book, "Phil: The Rip-Roaring (and Unauthorized!) Biography of Golf's Most Colorful Superstar," as saying disparaging things about Saudi Arabia's human rights record and asserting that the kingdom killed journalist Khashoggi.

**5 things**   You give us five minutes, we'll give you five things you must know for the day.

Email address            Sign Me Up

By subscribing you agree to our privacy policy.

The next LIV Golf tournament is scheduled for June 30-July 2 at Pumpkin Ridge Golf Club near Portland, Oregon.

PAID CONTENT                                        outbrain ▷


Seattle: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices
Sponsored: New SUV Deals | Search Ads


Hands Down! The World's Healthiest Breakfast
Sponsored: Ka'Chava


RECOMMENDED   1/5


Read more
Sponsored by 1800Flowers
Advertisement          Ad Feedback

Paid Content                              ⊙ ▷


[Photos] Taylor Swift's Private Island Cost Her $17.75M, And This Is What It Looks Like.
YourDIY


Banned For 84 Years; Powerful Pain Reliever Legalized In Washington
healthyedibles4-you.com


[Gallery] The Most Inappropriate Dress on The Met Gala Red Carpet
HeraldWeekly


Save hundreds of dollars a year on ink or toner
Read more
Sponsored by HP Instant
Advertisement          Ad Feedback





**Subaru Solterra is Turning Heads.**
Subaru Solterra | Search Ads

**The brightest flashlight in the world!**
Bommory

**The Most Inappropriate Dresses on The Golden Globes Red...**
Definition

**If You Have Toenail Fungus Try This Tonight (It's Genius!)**
wellnessguide101.com

**Netflix Cancels Another Rounds Of Great Shows**
Bon Voyaged

**Doctor Says Slimming Down After 50 Comes Down To This**
Consumer List

**Most Affordable Camper Vans**
Camper Vans Warehouse

**[Gallery] How Foreigners Identify Americans Abroad Is Hilarious**
Here are some of the juicy tales these celebrity chefs would like to forget
HeraldWeekly

Recommended  2/5





Document title: Charl Schwartzel wins inaugural LIV Golf individual competition and $4 million prize | CNN
Capture URL: https://www.cnn.com/2022/06/12/golf/charl-schwartzel-wins-liv-golf-tournament-spt-intl/index.html
Capture timestamp (UTC): Mon, 13 Feb 2023 15:56:10 GMT





# EXHIBIT G



WASHINGTON

# Charl Schwartzel crowned winner of inaugural LIV Golf Invitational Series

JUN 11, 2022 / BY KRISTEN CONTI



2011 Masters champion Charl Schwartzel is officially the first victor of the inaugural LIV Golf Invitational Series.
USA Today

fter a long three days, 54 holes, no cuts and shotgun starts, 2011 Masters champion Charl Schwartzel is officially the first victor of the inaugural LIV Golf Invitational Series.

With 15 pro titles to his name, Schwartzel cliched an individual victory as well as a team victory for his group Stinger GC, which includes Louis Oosthuizen, Hennie du Plessis, Schwartzel, Branden Grace.

Series.

With 15 pro titles to his name, Schwartzel cliched an individual victory as well as a team victory for his group Stinger GC, which includes Louis Oosthuizen, Hennie du Plessis, Schwartzel, Branden Grace.



Round three of three of the controversial series proved to be a walk in the park for the South African golfer. No one put much heat on Schwartzel, who remained in first through the entirety of the 18 holes. As a matter of fact, three Stinger GC members - Schwartzel with 7-under, Plessis with 6-under, and Grace with 5-under - claimed the top three spots.

Peter Uihlein tied Grace for third with 5-under and Sam Horsfield secured fifth place with 3-under. Dustin Johnson took eighth place with 1-under.

Coming into the third and final round of the Saudi-Backed golf invitational, Schwartzel, who also happens to be one of the 17 PGA Tour members suspended, held the lead through the first two rounds of play.

He shot a four-under 66 during the second round at the Centurion Club in England, leaving him with a huge lead at nine under par for the tournament. He was three shots ahead of second place Hennie Du Plessis, who was two shots ahead of third place Peter Uihlein.

held the lead through the ~~first two rounds of play~~.

He shot a four-under 66 during the second round at the Centurion Club in England, leaving him with a huge lead at nine under par for the tournament. He was three shots ahead of second place Hennie Du Plessis, who was two shots ahead of third place Peter Uihlein.

TRENDING



**Super Bowl locations: 2023, 2024 and beyond**

AUG 22, 2022

**Everything to know about the 2023 Super Bowl Halftime performance**

FEB 4, 2023

**Ranking the top 20 NBA players right now**

JUL 12, 2022

In the first round, six-time major champion Phil Mickelson and two-time major champion Johnson were both four shots off the lead after shooting 1-under. While in round two, Johnson moved to sixth place still with 1-under, while Mickelson fell to 26th with 4-over after struggling a five-over 75 on Friday.

The event marked Mickelson's first return to competitive golf since February. He was grouped with 10 other golfers, including Johnson, competing in the inaugural tournament after resigning their PGA Tour membership.

And that's that. The first sector of the novel LIV golf series has wrapped for the 48 competitors. Next, we head to Portland for the second invitational of the LIV golf series on June 30.

Taboola Feed



**Caps searching for consistency with playoff race heating up**

**Capitals host Youth Hockey Day at Capital One Arena**

**Missed opportunities cost Capitals in loss to Sharks**

**How to watch Capitals vs. Hurricanes**

**Watch Capitals vs. Hurricanes on NBCSW**

**Caps secure more young talent by extending Strome, Milano**

**Capitals set to face Hurricanes in Stadium Series game**



**Getting 87¢ Generic Viagra Online Isn't Illegal, But CVS Doesn't Want You To**

Public Health Forum by Friday Plans | Sponsored



**Cardiologist: Too Much Belly Fat? Do This Before Bed**

Healthy Guru | Sponsored



**Killer New EVs That Many Don't Realize Are Affordable**

New Electric Cars | Search Ads | Sponsored



**Amazon Left Scrambling As Prime Users Find Out About Secret Deals**

Online Shopping Tools | Sponsored



Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game





**Amazon Hates When You Do This (But They Can't Stop You)**

Online Shopping Tools | Sponsored

**Here's What A Walk-In Tub Should Cost**

safestepbath.com | Sponsored



**Real-Time 5v5 Mech Combat: So Beautiful, Worth Installing**

Plarium - Mech Arena | Sponsored

Play Now





**Could Eric Bieniemy fill Commanders' OC vacancy?**

NBC Sports Washington

**Taylor Heinicke reiterates interest in returning to Commanders**

NBC Sports Washington



Caps searching for consistency with playoff race heating up



Capitals host Youth Hockey Day at Capital One Arena



Missed opportunities cost Capitals in loss to Sharks



How to watch Capitals vs. Hurricanes



Watch Capitals vs. Hurricanes on NBCSW



Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**Here's The Standard Price Of Gutter Protection**

LeafFilter Partner | Sponsored

Get Quote





**2 Cards Charging 0% Interest Until 2024**

CompareCredit.com | Sponsored

Learn More

**If You Have Toenail Fungus Try This Tonight (It's Genius!)**

WellnessGuide101.com | Sponsored

Watch Now





**Why Deni Avdija is nicknamed 'Turbo'**

NBC Sports Washington

**Robert Griffin III likens Dak Prescott to Tony Romo after Cowboys' playoff loss**

NBC Sports Washington





**This is the most powerful flashlight in the world**

Bommory | Sponsored

Shop Now



**Roofers Tested 17 Gutter Guards... Here's What They Discovered**

LeafFilter Partner | Sponsored

Learn More





Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



### Ireland Train Packages Deals!

Yahoo! Search | Sponsored



### Washington: "Grocery Allowance" Everyone on Medicare Can Apply for

Flex Allowance | Sponsored



### Hall of Fame executive Bobby Beathard passes away at 86

NBC Sports Washington



### Kendrick Nunn excited to show what he can do with Wizards

NBC Sports Washington



### The Best Men's Shoes for Walking and Standing All Day

MEN SHOES | Sponsored     [Shop Now]












Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**Washington: Notice For Cars Used Less Than 50 Miles/Day Near Seattle**

Penny Pinchers | Sponsored

 

**Dig Up "prehistoric Dinosaur Fossils" and Piece Them Together into Complete**

Hot Sale 70% OFF | Sponsored     Shop Now

**You Won't Want To Take Off The Waterproof And Orthopedic Boot All**

Wesenrd Shoes | Sponsored     Shop Now

 

**Super Bowl 57 props: What are the best bets in Eagles-Chiefs?**

NBC Sports Washington

**Gretzky called Howe family after Ovechkin scored No. 802**

NBC Sports Washington



  Caps searching for consistency with playoff race heating up

 Capitals host Youth Hockey Day at Capital One Arena

 Missed opportunities cost Capitals in loss to Sharks

 How to watch Capitals vs. Hurricanes

 Watch Capitals vs. Hurricanes on NBCSW

 Caps secure more young talent by extending Strome, Milano

 Capitals set to face Hurricanes in Stadium Series game

---

Document title: Charl Schwartzel crowned winner of inaugural LIV Golf Invitational Series - NBC Sports Washington
Capture URL: https://www.nbcsports.com/washington/charl-schwartzel-crowned-winner-inaugural-liv-golf-invitational-series
Capture timestamp (UTC): Mon, 13 Feb 2023 15:59:49 GMT



**Pentagon consultant–July 25 twist gives Biden landslide election win?**

Altimetry | Sponsored



**This Powerful "Brain Tonic" Is Now Legal Without Prescription**

Health Headlines | Sponsored



**U.S. Surgeon: This Simple Trick Empties Almost Immediately Your Bowels Every**

Gundry MD | Sponsored    [Watch Now]



**Big Change in Washington Leaves Drivers Fuming**

Expert In Money | Sponsored    [Learn More]










Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game

Almost Immediately Your Bowels Every      Fuming

Gundry MD | Sponsored                    Expert In Money | Sponsored



**Wizards players react to trade deadline**

NBC Sports Washington

**Unseld Jr. commends Avdija's approach during hot streak**

NBC Sports Washington



# EXHIBIT H



GOLF · Published June 11, 2022 4:35pm EDT

# Two-time PGA Tour winner Charl Schwartzel wins inaugural LIV Golf Invitational

Second-place finisher Hennie Du Plessis earned $2.9M

By Paulina Dedaj | Fox News



**Fox News Flash top headlines for June 11**

Fox News Flash top headlines are here. Check out what's clicking on Foxnews.com.

Two-time PGA Tour winner Charl Schwartzel became the first-ever LIV Golf Invitational champion Saturday after finishing 7 under par.

Schwartzel took home a whopping $4.75 million amid a sea of controversy that prompted

**More From Fox News**

Harrison Ford: 'I was raised Democrat' and 'my moral purpose was being a Democrat with the bi...

New York Times Kamala Harris whispers cause fits for days. It looks grim for VP if she's lost the...

Two-time PGA Tour winner Charl Schwartzel became the first-ever LIV Golf Invitational champion Saturday after finishing 7 under par.

Schwartzel took home a whopping $4.75 million amid a sea of controversy that prompted PGA Tour Commissioner Jay Monahan to ban more than dozen players who committed to playing in the rival Saudi-backed golf league.



Charl Schwartzel of Stinger GC celebrates with the LIV Golf Invitational individual trophy after his victory at the LIV Golf Invitational London at The Centurion Club June 11, 2022, in St Albans, England.  (Aitor Alcalde/LIV Golf/Getty Images)

"The guys put up an amazing show," Schwartzel, the former Masters champion, said after the match. "What they've done was way beyond our expectations. The entertainment. The way they treat everybody. You know, the amount of money they put up is out of this world.





New York Times Kamala Harris whispers cause fits for days. It looks grim for VP if she's lost the...

Ben Affleck's Dunkin' Super Bowl commercial sends social media into a frenzy: 'Greatest thing ever...

NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...

Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report

Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**



6:37 PM · Jun 11, 2022

♥ 287      💬 Reply      ⧉ Copy link

Read 36 replies

"This is a historical moment," he added. "First LIV league tournament, and man, it's awesome."

**LIV GOLF OFFICIALLY WELCOMES BRYSON DECHAMBEAU AFTER PGA TOUR ANNOUNCES BAN**

Hennie Du Plessis earned $2.875 million for his second-place finish, just one stroke off from Schwartzel.



Charl Schwartzel of Stinger GC, center, celebrates with the LIV Golf Invitational individual trophy alongside teammates Hennie du Plessis, left, and Branden Grace, right, who hold their runners-up trophies at the LIV Golf Invitational London at The Centurion Club June 11, 2022, in St Albans, England.  (Charlie Crowhurst/LIV Golf/Getty Images)

Having won golf's richest tournament in history comes at a price, however.

Monahan announced Thursday in a memorandum that all 17 members of the PGA Tour — by Saturday, that number had climbed to 20 — who chose to participate in the LIV Golf series would be barred from participating in PGA Tour events and the Presidents Cup.

**CLICK HERE FOR MORE SPORTS COVERAGE ON FOXNEWS.COM**

"These players have made their choice for their own financial-based reasons. But they can't demand the same PGA Tour membership benefits, considerations, opportunities and platform as you," the memo stated. "That expectation disrespects you, our fans and our



NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...

Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report

Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**

Super Bowl 2023: Social media reacts to Rihanna's halftime show



↑                                    close ✕

NOW PLAYING
Fox News Flash top headlines for June 11

series would be barred from participating in PGA Tour events and the Presidents Cup.

CLICK HERE FOR MORE SPORTS COVERAGE ON FOXNEWS.COM

"These players have made their choice for their own financial-based reasons. But they can't demand the same PGA Tour membership benefits, considerations, opportunities and platform as you," the memo stated. "That expectation disrespects you, our fans and our partners.

"You have made a different choice, which is to abide by the tournament regulations you agreed to when you accomplished the dream of earning a PGA Tour card and — more importantly — to compete as part of the preeminent organization in the world of professional golf."



Charl Schwartzel of Stinger GC celebrates with the LIV Golf Invitational individual trophy following his victory during day three of the LIV Golf Invitational London at The Centurion Club June 11, 2022, in St Albans, England.  (Aitor Alcalde/LIV Golf/Getty Images)

Several players, including Dustin Johnson and Kevin Na, announced their resignation prior to Monahan's announcement. But the memo stated that even those who have resigned would be removed from the FedEx Cup Points List following the conclusion of the RBC Canadian Open.

They will also not be allowed to play in PGA Tour tournaments as non-members via sponsor exemption or any other eligibility category.

CLICK HERE TO GET THE FOX NEWS APP

LIV Golf has been at the center of controversy since its inception because of its ties to Saudi money.

Saudi Arabia's track record of human rights violations has sparked criticism from groups, including Amnesty International, that the country is "sportswashing" its image by investing in star athletes.

*Fox News' Ryan Gaydos and The Associated Press contributed to this report.*



NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...



Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report



Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**



Super Bowl 2023: Social media reacts to Rihanna's halftime show



NOW PLAYING
Fox News Flash top headlines for June 11

including Amnesty International, that the country is "sportswashing" its image by investing in star athletes.

*Fox News' Ryan Gaydos and The Associated Press contributed to this report.*

---

Paulina Dedaj is a <u>Sports Reporter</u> for Fox News Digital.

### Sponsored Stories You May Like

Recommended by ⬤utbrain I▷



**Seattle: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**

New SUV Deals | Search Ads



**Amazon Hates When You Do This, But They Can't Stop You**

Online Shopping Tools



**[Photos] Missing Boy Walks Out Of Woods After 11 Days, But He Wasn't Alone**

Cultures



**[Pics] The Only President Nicknamed 'Headache' By Secret Service**

Definition

### Sponsored Stories



**At 28, This Is Where Parker Schnabel Lives...**

Investing Magazine



**Washington Launches New Guidelines For...**

BindRight

Recommended by ⬤utbrain I▷

### More From Fox News

- **Adult actress reportedly taken to hospital after shooting scene: 'Almost killed her'**
  Fox News

- **Bill Maher calls out lack of audience support for Democrats to admit 'some people belong in jail'**
  Fox News

- **Tom Brady posts hilarious tweet as he watches Super Bowl after retirement announcement**
  Fox News

- **Megan Fox posts racy revenge photo before deleting Instagram amid breakup rumors with Machine Gun...**
  Fox News

- **Former F-18 combat fighter pilot on 'high-altitude object' detected over North America**
  Fox News

- **Eagles fans chant 'f--- the Chiefs,' climb poles after team's narrow Super Bowl LVII loss**
  Fox News

### More From Fox News

NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...

Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report

Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**

**HALFTIME SHOW**

Super Bowl 2023: Social media reacts to Rihanna's halftime show



Gas prices hit $5 nationwide for first time in over two decades

NOW PLAYING
Fox News Flash top headlines for June 11

---

including Amnesty International, that the country is "sportswashing" its image by investing in star athletes.

*Fox News' Ryan Gaydos and The Associated Press contributed to this report.*

Paulina Dedaj is a **Sports Reporter** for Fox News Digital.

## Sponsored Stories You May Like

Recommended by Outbrain |>



**Seattle: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**

New SUV Deals | Search Ads



**Amazon Hates When You Do This, But They Can't Stop You**

Online Shopping Tools



**[Photos] Missing Boy Walks Out Of Woods After 11 Days, But He Wasn't Alone**

Culturess



**[Pics] The Only President Nicknamed 'Headache' By Secret Service**

Definition

● ● ·

## Sponsored Stories



**At 28, This Is Where Parker Schnabel Lives...**

Investing Magazine



**Washington Launches New Guidelines For...**

BindRight

Recommended by Outbrain |>



**NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...**



**Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report**



**Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...**

### Promoted



**Super Bowl 2023: Social media reacts to Rihanna's halftime show**



This Year: ESCAPE & PLAY — The Coeur d'Alene — BOOK NOW

## More From Fox News

- **Adult actress reportedly taken to hospital after shooting scene: 'Almost killed her'**
  Fox News

- **Bill Maher calls out lack of audience support for Democrats to admit 'some people belong in jail'**
  Fox News

- **Tom Brady posts hilarious tweet as he watches Super Bowl after retirement announcement**
  Fox News

- **Megan Fox posts racy revenge photo before deleting Instagram amid breakup rumors with Machine Gun...**
  Fox News

- **Former F-18 combat fighter pilot on 'high-altitude object' detected over North America**
  Fox News

- **Eagles fans chant 'f--- the Chiefs,' climb poles after team's narrow Super Bowl LVII loss**
  Fox News



Gas prices hit $5 nationwide for first time in over two decades

NOW PLAYING

**Fox News Flash top headlines for June 11**


**At 28, This Is Where Parker Schnabel Lives...**
Investing Magazine


**Washington Launches New Guidelines For...**
BindRight

Recommended by Outbrain |>

- **Bill Maher calls out lack of audience support for Democrats to admit 'some people belong in jail'**
  Fox News
- **Tom Brady posts hilarious tweet as he watches Super Bowl after retirement announcement**
  Fox News
- **Megan Fox posts racy revenge photo before deleting Instagram amid breakup rumors with Machine Gun...**
  Fox News
- **Former F-18 combat fighter pilot on 'high-altitude object' detected over North America**
  Fox News
- **Eagles fans chant 'f--- the Chiefs,' climb poles after team's narrow Super Bowl LVII loss**
  Fox News


**NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...**


**Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report**


**Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...**

## More From Fox News


**Ashley Graham slams cancel culture in breastfeeding debate**


**Super Bowl QBs Mahomes, Hurts embrace faith as NFL kneels for God, not wokeness**


**Kate Winslet says filming sex scenes with Leonardo DiCaprio in front of her then-husband was 'a bit weird'**


**Adult actress reportedly taken to hospital after shooting scene: 'Almost killed her'**


**Philadelphia Eagles fans riot after losing Super Bowl to Kansas City Chiefs**


**Ben Affleck's Dunkin' commercial dubbed the winner of the Super Bowl online**

**Promoted**


**Super Bowl 2023: Social media reacts to Rihanna's halftime show**


**Black national anthem at Super Bowl stirs debate on social media**


**Chiefs' Super Bowl-winning field goal comes after controversial penalty on Eagles: 'Can't f---ing call that'**


**Eagles' James Bradberry admits to committing late-debated penalty: 'It was a holding'**


This Year: ESCAPE & PLAY  The Coeur d'Alene  BOOK NOW

## Conversation  1.9K Comments

What do you think?

Sort by Best ⌄


**3toedjoe**
11 June, 2022
Either the players are independent contractors or they're not.  The pga tour is trying to have both.  If they're employees then the pga tour has a lot of trouble ahead.
Reply · 👍 64  👎 3  ·  Share


close ✕
The national average retail price for regular gasoline hit $5 per gallon on Saturday

NOW PLAYING
Fox News Flash top headlines for June 11



11 June, 2022

The PGA is getting sued within the next two weeks, and it's going to be an antitrust lawsuit. The PGA is attempting to create a monopoly, and they've opened themselves up to be sued

Reply · 👍 56 👎 1 · Share

**randyrags1**
12 June, 2022

They don't have to allow those golfers to play on their tour.  The LIV golfers are allowed to play in the US Open, but the PGA is a private organization entitled to define who plays in their events.

Reply · 👍 12 👎 1 · Share

↳ 4 replies

**bucky1962**
11 June, 2022

there are other places they can play on besides the pga tour. there is the Asian tour, European tour. the Mexican tour. now there is the liv league. apparently you forgot when Paul Casey decided to join the pga, he had to drop his affiliation with the European tour. they signed a contract to to pla...**See more**

Reply · 👍 6 👎 2 · Share

**dragonwarrior**
11 June, 2022

I'm not a fan of Saudi Arabia and am definitely pro-America.  That said, I don't see how banning talented golfers whom fans want to see from participating in PGA events serves the PGA well in the future. Players need to be free to participate in the events of their choosing and fans need to be fre...**See more**

Reply · 👍 150 👎 18 · Share

**IndependentproudAmerican**
11 June, 2022

Guess we forget Saudi oil is bought everyday by Americans, arnt they an ally in that region ?

Reply · 👍 25 👎 · Share

↳ 2 replies

**fn35**
11 June, 2022

They dont have the kind of money to compete but are trying to keep players. They are between a rock and a hard place.

Reply · 👍 13 👎 1 · Share

↳ 2 replies

↳ Show 13 more replies

**elmostool**
11 June, 2022

Something to keep in mind. Saudi Arabia human rights violations would be in issue in a different era. Not today! Why? Because our own government violates our rights everyday and it is getting worse and worse. We have lost the moral high ground.

Reply · 👍 272 👎 11 · Share

**swordfish812**
12 June, 2022

PGA seems to have a problem with SAUDI human rights violations, but has zero to say about China's human rights violations. Guess money works both ways

Reply · 👍 61 👎 · Share

↳ 1 reply

**CyanAnchor**
11 June, 2022

And it shows.  25 years ago no amount of money would entice PGA players.  Imagine Trevino, Chi Chi Floyd, Couples? I can't.

Reply · 👍 31 👎 3 · Share

↳ 2 replies

↳ Show 10 more replies

**swordfish812**
12 June, 2022

I have a feeling anti trust lawsuits will come the way of the PGA.  Blocking what are effectively free agents from participating in any other league is tantamount to an attempt at a monopoly.

---

NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...

Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report

Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**

Super Bowl 2023: Social media reacts to Rihanna's halftime show

This Year: ESCAPE & PLAY   Coeur d'Alene   BOOK NOW

close ✕

The national average retail price for regular gasoline hit $5 per gallon on Saturday

NOW PLAYING
Fox News Flash top headlines for June 11

**swordfish812**
12 June, 2022

I have a feeling anti trust lawsuits will come the way of the PGA. Blocking what are effectively free agents from participating in any other league is tantamount to an attempt at a monopoly.

Reply · 👍 14 👎 · Share

↳ 2 replies

**KornyPop**
11 June, 2022

People keep pitting this debate as the Liv players versus PGAtour. But really the debate is twofold. One, guaranteed money versus pay for performance. While, yes, I'd rather watch Sergio verses Cameron Young or other emerging young players, eventually the young players become the next Sergio. So fo... **See more**

Reply · 👍 35 👎 3 · Share

> **nationalist1919**
> 12 June, 2022
>
> Can you name one economic and political system better than capitalism? No you can't because there has never been one.
>
> Reply · 👍 16 👎 1 · Share

> **CyanAnchor**
> 11 June, 2022
>
> I hope everyone reads your post! Nailed it. And the local charities and kid's events will lose out too.
>
> Reply · 👍 11 👎 1 · Share
>
> ↳ Show 4 more replies

**CyanStrawberry**
11 June, 2022

The PGA has been a monopoly for 93 years.
A little healthy competition will do them some good. Maybe they will find a way to compete and make their organization better.
In the end its always about the money for the golfers. I don't blame them! Collect while you are able. It will all be over someday.

Reply · 👍 116 👎 15 · Share

> **reasonableamerican17**
> 12 June, 2022
>
> PGA tour is not a monopoly. They allow other tours and competition. It gets a little different when a Govt Funded competition steps in though.
>
> Reply · 👍 6 👎 1 · Share

> **befair027**
> 12 June, 2022
>
> You just admitted you do not know what you are talking about. This is not the "PGA". This is the "PGA TOUR". They did not come about until the mid sixties after a revolt by Jack Nicholas and other early pros.
>
> Reply · 👍 7 👎 1 · Share
>
> ↳ 1 reply
>
> ↳ Show 2 more replies

**flyinginthefaceofstupidity**
11 June, 2022

The PGA sponsors golf in China also the European tour which includes Germany and Italy . They also play the zozo championship in Japan first won by tiger woods in 2019. If 9-11 is the criteria shouldn't Pearl Harbor also be considered.?

Reply · 👍 72 👎 4 · Share

> **CyanStrawberry**
> 11 June, 2022
>
> Well said.
> I guess Great Britain should be shunned as well. They were mean to us 250 years ago!
>
> Reply · 👍 13 👎 2 · Share

**NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...**

**Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report**

**Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...**

**Promoted**

HALFTIME SHOW

**Super Bowl 2023: Social media reacts to Rihanna's halftime show**

This Year: ESCAPE & PLAY   The Coeur d'Alene   BOOK NOW

close ✕

The national average retail price for regular gasoline hit $5 per gallon on Saturday

NOW PLAYING
Fox News Flash top headlines for June 11



Pearl Harbor also be considered.?

Reply · 👍 72 👎 4 · Share

**C** CyanStrawberry
11 June, 2022
Well said.
I guess Great Britain should be shunned as well. They were mean to us 250 years ago!

Reply · 👍 13 👎 2 · Share

↳ 2 replies

**K** kleby11175
12 June, 2022
What about the human abuse's in China. Why would you play there?

Reply · 👍 10 👎 · Share

↳ Show 3 more replies

fcroc
11 June, 2022
The PGA is no longer the premier association in the world. The money drew them out. The PGA is left to shaming and suspending players that defect. You know they're thinking of counter offers to lure them back. Maybe not.

Reply · 👍 36 👎 6 · Share

fn35
11 June, 2022
Over 100 million for top name players just to play? I dont see the PGA competing with that.

Reply · 👍 12 👎 · Share

↳ 1 reply

**R** reasonableamerican17
12 June, 2022
they are not.  You cant compete with a govt funded organization with endless amounts of money

Reply · 👍 3 👎 · Share

redryder996
12 June, 2022
The PGA tour keeps 40% of tour revenue and has 500 employees. It is about time the PGA had some competition and the players get a better cut. The stars always do well. It is the journeymen who have trouble meeting expenses each week.

Reply · 👍 10 👎 1 · Share

**R** reasonableamerican17
12 June, 2022
which is why it is a great competition.  Gives you something to work for instead of free money, which we see what happens to other players in other sports when they are just getting paid regardless of play

Reply · 👍 1 👎 1 · Share

↳ 1 reply

**Show More Comments**

Powered by ◎ OpenWeb

Terms | Privacy | Feedback

---

### Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report



### Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**



Super Bowl 2023: Social media reacts to Rihanna's halftime show

---

| U.S. | World | Politics | Entertainment | Bu |
|------|-------|----------|---------------|-----|
| Crime | U.N. | Executive | Celebrity News | Per |
| Military | Conflicts | Senate | Movies | Eco |
| Education | Terrorism | House | TV News | Ma |
| Terror | Disasters | Judiciary | Music News | Wa |
| Immigration | Global Economy | Foreign Policy | Style News | Life |
| Economy | Environment | Polls | Entertainment Video | Re |

NOW PLAYING
Fox News Flash top headlines for June 11

---



11 June, 2022

Over 100 million for top name players just to play? I dont see the PGA competing with that.

Reply · 👍 12 👎 · Share

↳ 1 reply

**reasonableamerican17**
12 June, 2022

they are not. You cant compete with a govt funded organization with endless amounts of money

Reply · 👍 3 👎 · Share

**redryder996**
12 June, 2022

The PGA tour keeps 40% of tour revenue and has 500 employees. It is about time the PGA had some competition and the players get a better cut. The stars always do well. It is the journeymen who have trouble meeting expenses each week.

Reply · 👍 10 👎 1 · Share

**reasonableamerican17**
12 June, 2022

which is why it is a great competition. Gives you something to work for instead of free money, which we see what happens to other players in other sports when they are just getting paid regardless of play

Reply · 👍 👎 1 · Share

↳ 1 reply

**Show More Comments**

Powered by ○ OpenWeb

Terms | Privacy | Feedback



Document title: Two-time PGA Tour winner Charl Schwartzel wins inaugural LIV Golf Invitational | Fox News
Capture URL: https://www.foxnews.com/sports/pga-tour-charl-schwartzel-wins-inaugural-liv-golf-invitational
Capture timestamp (UTC): Mon, 13 Feb 2023 16:04:31 GMT

# EXHIBIT I

FANNATION   SI SWIMSUIT   THE SPUN   SI SPORTSBOOK   SI TICKETS   SI SHOP                                      SUBSCRIBE TODAY!

**SI**        NFL   NBA   MLB   NCAAF   SOCCER   GOLF   NHL   NCAAB   WNBA   MMA   FANTASY   BETTING   WHAT'S ON TV   •••          🔍  👤

Golf   |   Home   News   Leaderboard   Schedules   Travel   Instruction   Gear   Betting   Pro Shop ⌕

# The $35 Million Man: Dustin Johnson Leads 4 Aces to LIV Golf Team Title

Johnson's birdie after driving the 370-yard 16th hole helped the 4 Aces to a one-shot team win and a $16 million payout in a season of big money.

ASSOCIATED PRESS • OCT 30, 2022 5:41 PM EDT

Search for                                    ⌕

1.  Masters Golf Ticket Prices        >

2.  10 Best Golf Drivers              >

3.  Golf Club Memberships             >

Ai │ Featured Insights

DORAL, Fla. — Dustin Johnson watched the final putt of his season roll in, pumped his right fist and waited for the party to begin.

Another big celebration. Another big check, too.

Johnson drove the green on the 370-yard par-4 16th to set up an easy birdie that provided a bit of breathing room, Patrick Reed birdied his last hole to put their squad ahead for good and 4 Aces GC captured the season-ending LIV Golf Team Championship at Trump National Doral on Sunday by one shot over Cameron Smith and Punch GC.

The victory capped a monster earnings year for Johnson, by far the biggest money winner in the first year of LIV. Including his $18 million for winning the season-long individual title, Johnson finished with $35,637,767 in earnings.

"It's been amazing," Johnson said. "Obviously, the fans (are) what makes it. This week's been incredible. This whole season has gotten better and better and obviously this finale has been unbelievable."

Johnson (70), Reed (70), Talor Gooch (71) and Pat Perez (70) shot a combined 7 under 281 on the par-72 Sunday—and split $16 million.

"I feel unbelievable," Perez said.

Reed felt even better, making birdie on his final hole to give Johnson a one-shot lead to work with. Johnson was on the par-4 18th green in two when Reed finished, while Smith—the other player in Johnson's twosome—was needing a miracle that didn't arrive. Reed's birdie gave his team the lead, and two putts from Johnson later, it was over.

## Latest Golf News


**Leaving the 'Designated' Events Alone, Tiger's Outlook and Jason Day's Resurgence**


**'Designated' Events Are Working and the PGA Tour Should Leave Them Alone**


**What Kind of Game Will Tiger Woods Have at Riviera?**


**As Jason Day's Resurgence Continues, He Hopes Restlessness is Next**


**Weekly Read Fore! Things: Jon Rahm Is Still Hot and a Rare Jordan Spieth Stat**

**Subscribe to SI Golf**

SI's Morning Read newsletter covers everything that's happening in pro golf, 5 days a week (Monday-Friday)

**Subscribe for Free**

Search for                                    ⌕

1.  Masters Golf Ticket Prices        >



miracle that didn't arrive. Reed's birdie gave his team the lead, and two putts from Johnson later, it was over.





"Makes me feel great," Reed said.

Johnson wound up claiming 14% of the $255 million in purses and bonuses won by all players in LIV's inaugural year, not including signing bonuses, which were massive and reported to be around $200 million for Phil Mickelson, and at least $100 million apiece for players like Johnson, Brooks Koepka and Bryson DeChambeau.

**RELATED: The Summer of LIV was the Summer of Excess**

Smith (65), Matt Jones (70), Wade Ormsby (73) and Marc Leishman (74) finished at 6 under, splitting $8 million. Smash GC—Koepka (74), Peter Uihlein (75), Jason Kokrak (68) and Chase Koepka (75)—ended 4 over and split $6 million.

Stinger GC, the team of Louis Oosthuizen (71), Charl Schwartzel (71), Hennie du Plessis (76) and Branden Grace (80), finished at 10 over and split $4 million.

"Coming down the stretch here, you couldn't draw it up any better with me and Cam battling it out to win the team championship," Johnson said.

The payouts next year, when LIV grows from eight to 14 events, will reach $405 million. And if more players join LIV in the coming months, there will be more signing bonuses, too.

"Next year we're going to play 14 events, plus ... the majors," Mickelson said during the LIV Golf broadcast on YouTube, doing the knock-on-wood-for-luck move before saying "the majors.""And that's a lot of golf. I've got a lot of golf coming up next year and I really want to get back to the level that I know I can play."

The majors remain in some question since much of the qualifying process for them revolves around world rankings. For now, LIV players don't get points toward their Official World Golf Ranking. They've been trying to change that.

their Official World Golf Ranking. They've been trying to change that.



Search for

1. Masters Golf Ticket Prices  ›

2. 10 Best Golf Drivers  ›

3. Golf Club Memberships  ›

Ad | Featured Insights

All 16 of the players who competed Sunday finished their LIV year with more than $2 million in earnings, though most of them received much more.

Perez made just over $8 million in seven LIV events, which is more than he had in his last five years on the PGA Tour combined.

Uihlein, who never won on the PGA Tour, finished his LIV season with just over $12.5 million in seven events. That more than doubled his career earnings in 10 years as a pro.

"We've had a lot of headwinds," LIV CEO and commissioner Greg Norman said on the streamed broadcast prior to the start of the final round. "We've weathered all the storms, and we're here. We've got a great crew of people and we've got a great product and we're off and running."

· PATRICK REED · PAT PEREZ · TALOR GOOCH · LIV GOLF · DUSTIN JOHNSON

BY ASSOCIATED PRESS

   

## Recommended for you

Recommended by Outbrain▷

Doctor Says Slimming Down After 50 Comes Down To This
Consumer List | Sponsored



Seattle: Empty Alaska Cruise Cabins Huge Clearance Sale: See Prices
All-Inclusive Cruise Deals | Search Ads | Spons...



The Most Inappropriate Dresses on The Golden Globes Red Carpet
Definition | Sponsored



This Is The Highest Rated Hearing Aid In The US
hear.com | Sponsored







their Official World Golf Ranking. They've been trying to change that.



Search for

1.  Masters Golf Ticket Prices   >

2.  10 Best Golf Drivers   >

3.  Golf Club Memberships   >

AI | Featured Insights

All 16 of the players who competed Sunday finished their LIV year with more than $2 million in earnings, though most of them received much more.

Perez made just over $8 million in seven LIV events, which is more than he had in his last five years on the PGA Tour combined.

Uihlein, who never won on the PGA Tour, finished his LIV season with just over $12.5 million in seven events. That more than doubled his career earnings in 10 years as a pro.

"We've had a lot of headwinds," LIV CEO and commissioner Greg Norman said on the streamed broadcast prior to the start of the final round. "We've weathered all the storms, and we're here. We've got a great crew of people and we've got a great product and we're off and running."

· PATRICK REED · PAT PEREZ · TALOR GOOCH · LIV GOLF · DUSTIN JOHNSON

BY ASSOCIATED PRESS

   

Recommended for you                                    Recommended by Outbrain

Doctor Says Slimming Down After 50        Seattle: Empty Alaska Cruise Cabins
Comes Down To This                         Huge Clearance Sale: See Prices
Consumer List | Sponsored                  All-Inclusive Cruise Deals | Search Ads | Spons...

The Most Inappropriate Dresses on The     This Is The Highest Rated Hearing Aid In
Golden Globes Red Carpet                   The US
Definition | Sponsored                     hear.com | Sponsored












**Slow-Motion Video Fuels Patrick Reed Penalty Controversy in Dubai**



**PGA Tour Player Calls Aaron Rodgers's Handicap 'Crap' After QB Wins Pro-Am**

Sponsored

**1 Simple Trick That Cuts People's Electric Bill by Up To 90%**

Lower Bill | Sponsored

Sponsored

**Subaru Solterra is Turning Heads.**

Subaru Solterra | Search Ads | Sponsored

Sponsored

**1/2 Cup Of This (Before Bed) Can Melt Your Belly Fat Like Never Before!**

getfittoday.online | Sponsored

Sponsored

**If You Are Born Before 1983 You Have To Play This Vintage Game. No Install.**

Forge of Empires | Sponsored



**The Ouster of Gary Koch and Roger Maltbie Is a Small Part of a Larger Shift in TV Sports**



**Watch: Pandemonium Erupts on 16th Hole in Phoenix After Hole-in-One**



**Warm Up The Bus! The Killer New VW Lineup Is Profoundly Incredible**

Search ads | Sponsored



**This Realistic Game Is Sweeping The World!**

RAID: Shadow Legends | Sponsored

**Jordan Spieth Explains Why This LIV Golfer Is Missed the Most on PGA Tour**

**Trailer Drops for Netflix's New Documentary Series on the PGA Tour**

•

A Channel By



Sports Illustrated

Sponsored

**[Photos] Man Turns Bus Into A Dream Home, Take A Look Inside**

We've seen remodels before, but we weren't prepared to see something like what this DIY master put together.

ScientistPlus | Sponsored

Sponsored

**These Are The Richest American Idol Winners Of All Time, Ranked In Order**

Definition | Sponsored

Sponsored

**Brain Surgeon - Do This to Relieve Tinnitus and Hearing Loss (Try Tonight)!**

Hearing Loss & Tinnitus Help | Sponsored

Sponsored

**Kia - Brand New and Affordable**

Car deals | Search ads | Sponsored

**What's not to Love about CBS move? Plenty**

**Watch: A Machine to Get Your Swing Back on Plane**





**Do this immediately if you noticed skin tags or moles (It's genius)**
Doctors can't explain but this can remove moles and skin tags in a few days
skintag.info | Sponsored

**Most Affordable Camper Vans**
Camper Vans Warehouse | Sponsored





**Weekly Read Fore! Things: Jon Rahm Is Still Hot and a Rare Jordan Spieth Stat**

**Jordan Spieth Pulled Off This Stat for First Time in a Decade**

**Most Windows PC Users Didn't Know This Simple Trick To Block All Ads (Do It Now)**
Security Savers | Sponsored
`Sponsored`

**[Photos] She Never Got Married, and Now We Know Why**
DailySportX | Sponsored
`Sponsored`

**1 Cup of This Daily Burns Pounds of Fat in a Week! Try Tonight**
Health Today News | Sponsored
`Sponsored`

**[Photos] Most Iconic Swimsuit Moments In Movie History.**
YourDIY | Sponsored
`Sponsored`



**View Today's Highest CD Rates**

CD Rates | Search Ads | Sponsored



**Washington: Say Bye To Your Home Insurance Bill If You Live In These Zip Codes**

bigbillsaving.com | Sponsored



**Fred Couples Strongly Rebukes LIV, Phil Mickelson: 'I Don't Think I'll Ever Talk to Him Again'**



**Roger Maltbie, Gary Koch Will Not Return to NBC Sports' Golf Coverage in 2023**

**Totally Fake - The 35 Most Fake Reality Shows People Actually Believed Were Real**

YourDIY | Sponsored



**Gronk's Favorite "Dressy" Shoes Feel Like Walking On Clouds**

Wolf & Shepherd | Sponsored



View Today's Highest CD Rates

CD Rates | Search Ads | Sponsored



Washington: Say Bye To Your Home Insurance Bill If You Live In These Zip Codes

bigbillsaving.com | Sponsored



Fred Couples Strongly Rebukes LIV, Phil Mickelson: 'I Don't Think I'll Ever Talk to Him Again'



Roger Maltbie, Gary Koch Will Not Return to NBC Sports' Golf Coverage in 2023



Totally Fake - The 35 Most Fake Reality Shows People Actually Believed Were Real

YourDIY | Sponsored

Gronk's Favorite "Dressy" Shoes Feel Like Walking On Clouds

Wolf & Shepherd | Sponsored





---




2023 WM Phoenix Open Final Prize Money Payouts Scottie Scheffler Wins 3.6 Million

Anthony Kim Discussed LIV Golf with PGA Tour Officials




Banned For 84 Years; Powerful Pain Reliever Legalized In Washington

healthyedibles4-you.com | Sponsored

New Audi Lineup Shows Competitors What Premium Looks Like

Audi Dealers | Search Ads | Sponsored




The most relaxing game of 2022. No Install

taongafarm.com | Sponsored

Top US Men's Surgeon: Do This Once Daily To 'Shrink' an Enlarged Prostate

WellnessGuide101 | Sponsored

A Channel By



**Sports Illustrated**

Privacy Policy · Terms of Use · Our Team · About Us · Latest News

© 2023 ABG-SI LLC. SPORTS ILLUSTRATED is a registered trademark of ABG-SI LLC. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Use and Privacy Policy

# EXHIBIT J



**BEST BUY** Get up to $880 value with pre-order of the new Samsung Galaxy S Series with qualified trade-in.

Pre-Order Now

*Offer valid 1/1/23–1/16/23. Terms and conditions apply. Minimum gift card value is $60. See BestBuy.com/SamsungS23Series for full details. © 2023 Best Buy.*

CBSSPORTS.COM    247SPORTS    MAXPREPS    SPORTSLINE    SHOP    PLAY GOLF    STUBHUB                    f  t  o  F

☰  ◉CBS | GOLF    HOME    LEADERBOARD    WATCH LIVE    SCHEDULE    STATS    •••                    PLAY   WATCH   PODCASTS   LOG IN

PGA Tour schedule    World Golf Rankings

# 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau

There were some big-name matchups on Saturday at Trump National Doral with some wild finishes

 By Patrick McDonald Oct 29, 2022 at 5:53 pm ET • 2 min read



Getty Images

The match play portion of LIV Golf's season-ending championship is complete. The top four teams over the first two days at Trump National Doral have moved on to championship Sunday, where teams will play stroke play for $34 million worth of prize money.

The match of the day on Saturday determined the last team in the championship. Bryson DeChambeau and Louis Oosthuizen went 23 holes before Oosthuizen beat DeChambeau 1 up. That sent the Stinger GC onto Sunday, joining the 4 Aces, Punch GC and Smash GC in the finale.

The 4 Aces -- which had dominated the season --narrowly escaped

---


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

---

**BEST BUY** Get up to $880 value with pre-order of the new Samsung Galaxy S Series with qualified trade-in.
*Offer valid 1/1/23-3/16/23. Terms and conditions apply. Minimum gift card value is $60. See BestBuy.com/GalaxyS23Series for full details. © 2023 Best Buy*   Pre-Order Now   EXPAND

☰  ●CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

on Saturday in the semifinals. Dustin Johnson destroyed Shergo Al Kurdi 5 and 3, but Patrick Reed lost to Laurie Canter. Pat Perez and Talor Gooch had to squeak out a 1-up win over Graeme McDowell and Richard Bland in the foursomes match for the Aces to have a chance to cap their terrific season with a $16 million first prize on Sunday.

One of the other featured matches of the day saw Sergio Garcia defeat Cameron Smith 2 and 1. Despite the individual win, the Fireballs couldn't pull out the team victory. Marc Leishman of Punch GC beat Carlos Ortiz 1 up and Matt Jones and Wade Ormsby defeated the team of Eugenio Chacarra and Abraham Ancer by the same margin to down Garcia's squad.

In the final match, Smash GC beat the Majesticks in all three matches. Brooks Koepka downed Ian Poulter, Peter Uihlein bested Lee Westwood, and Chase Koepka and Jason Kokrak narrowly got past Henrik Stenson and Sam Horsfield.



ᴰ▷X

**Continue**

1.   Best Vacation Packages
2.   Get up to 40% on Holiday Packages
3.   Contact Us and Get Quote

www.contoso.online

Punch is the outlier in the finals. All three of the other teams came into the finals ranked in the top five on the year, but Punch came in having finished 11th in the regular season. However, they did make the biggest move down the stretch by adding Open champion Smith, and that could pay off (literally) for them in a big way on Sunday in Miami.

Individual stroke play is the game on the final day, and all four scores count. The lowest aggregate team score will take home $16 million ($4 million per player). The other three finishing spots aren't bad, either.

1st: $16 million
2nd: $8 million
3rd: $6 million
4th: $4 million


A MOUNTAIN OF ENTERTAINMENT          Paramount+  TRY IT FREE


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ



Here are the scores from each of the semifinal matches in the 2022 LIV Golf Team Championship.

## 4 Aces (1): 2 | Cleeks GC (10): 1

| TEAM | MATCH | SCORE |
|------|-------|-------|
| 4 Aces | Dustin Johnson over Shergo Al Kurdi | 5 and 3 |
| Cleeks GC | Laurie Canter over Patrick Reed | 2 and 1 |
| 4 Aces | Pat Perez/Talor Gooch over Graeme McDowell/Richard Bland | 1 UP |

## Stinger GC (4): 2 | Crushers (2): 1

| TEAM | MATCH | SCORE |
|------|-------|-------|
| Stinger | Louis Oosthuizen over Bryson DeChambeau | 1 UP (23 holes) |
| Crushers | Paul Casey over Branden Grace | 1 UP (20 holes) |
| Stinger | Charl Schwartzel/Hennie du Plessis over Charles Howell III/Anirban Lahiri | 2 UP |

## Punch GC (11): 2 | Fireballs (3): 1

| TEAM | MATCH | SCORE |
|------|-------|-------|
| Fireballs | Sergio Garcia over Cam Smith | 2 and 1 |
| Punch GC | Marc Leishman over Carlos Ortiz | 1 UP |
| Punch GC | Matt Jones/Wade Ormsby over Eugenio Chacarra/Abraham Ancer | 1 UP |

## Smash GC (5): 3 | Majesticks (6): 0

| TEAM | MATCH | SCORE |
|------|-------|-------|


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                                                Page 3 of 23



| Smash GC | Brooks Koepka over Ian Poulter | 3 and 1 |
| Smash GC | Peter Uihlein over Lee Westwood | 4 and 2 |
| Smash GC | Chase Koepka/Jason Kokrak over Henrik Stenson/Sam Horsfield | 1 UP |

**Search for tee times**

🔍 Find a tee time
City, course or zip

📅 Date
02/13/2023 ›

👤 Players
One ›

**Search**

Supreme Golf

**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ

**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ

**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ

**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ

**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ

**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ

**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ

**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ

**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ

**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ



# Tiger Woods to play 2023 Genesis Invitational in his first PGA Tour tournament since 2022 British Open

Woods will make his return next week at Riviera Country Club

⚪ By Kyle Porter Feb 10, 2023 at 1:40 pm ET • 1 min read





☰   ⬤CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••   PLAY   WATCH   PODCASTS   LOG IN

**⊙ Watch Now: CBS Sports HQ**

Tiger Woods is back. The 15-time major winner <u>announced on Friday</u> that he will play the Genesis Invitational at Riviera Country Club next week. It will be his first PGA Tour start since the 2022 Open Championship at St. Andrews.

This is a bit of a surprise in Woods' schedule, although not a complete aberration. Woods said at the end of 2022 that he was aiming to play a few tournaments in addition to the major championships, and the one his foundation hosts, certainly makes sense.

"The goal is to play just the major championships and maybe one or two more," Woods said at the Hero World Challenge (which his foundation also hosts). "That's it. I mean, that's physically that's all I can do. I told you that, guys, you know, the beginning of this year, too. I don't have much left in this leg, so gear up for the biggest ones and hopefully, you know, lightning catches in a bottle and I'm up there in contention with a chance to win and hopefully I remember how to do that.

"But again, giving myself a chance to get out there again. I didn't expect to play three majors this year. We were hoping for just the British Open, but I was able to get two more in there, so that was a big positive."

Woods had to withdraw from the Hero World Challenge at the beginning of December with plantar fasciitis, but he apparently recovered in time for the third designated PGA Tour event of the year.

"No, not yet," Woods said at the PNC Championship in December when he was asked if he could predict what his 2023 schedule could look like. "Because if I didn't have the plantar feeling like this, then yes, I could tell you that and I'd have a better idea. But I'm supposed to be resting this thing and stretching and letting it heal. But I'm not doing that at the moment."

Woods last played the Genesis in 2020 when he shot 69-73-76-77 and finished 68th in the field. A few days after the 2021 Genesis, which he did not play, Woods got into a near-fatal car accident in Los Angeles, which has led to several injuries to his leg he has been


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ



≡  ⊙CBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••        PLAY   WATCH   PODCASTS   LOG IN

Los Angeles, which has led to several injuries to his leg he has been struggling with for the last few years.



LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ

# WATCH: Rickie Fowler sinks hole-in-one at 2023 Phoenix Open, sending crowd into frenzy

The past champion continues to be a fan favorite in Scottsdale

By Patrick McDonald 20 hrs ago • 1 min read



Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ



WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ



WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ



Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ



LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ



LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ



Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ



Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ



Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

Getty Images

Rickie Fowler sent the Scottsdale, Arizona, faithful into an uproar when he made an ace in Sunday's final round of the 2023 WM Phoenix Open. On the outskirts of contention to begin Round 4, Fowler utilized his hole-in-one on the par-3 7th to push his name back onto the first page of the leaderboard.

From 216 yards, Fowler's golf ball bounced a couple times before rolling beautifully into the bottom of the cup. Jumping to 11 under for the tournament, the 2019 champion got himself within four strokes of the lead held by overnight leader Scottie Scheffler.

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                    Page 6 of 23



🚨 HOLE-IN-ONE for
@RickieFowler from 216
yards! 🚨

It's the third ace of his
career.
pic.twitter.com/djDjZuFQFy

— PGA TOUR (@PGATOUR)
February 12, 2023

LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ

Tiger to play in Genesis
Invitational
KYLE PORTER • 1 MIN READ

**WATCH: Rickie Fowler make
an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ

For Fowler, this marks his third career hole-in-one on the PGA Tour
and his first since 2015. Going through some well-documented
struggles over the last few seasons, the 34-year-old appears to
have turned a corner with his game, highlighted by vast
improvements with his iron play. Ranking third in strokes-gained
approach on the week, Fowler has continued to impress with his
scoring clubs at a historically comfortable venue.

Known to be one of the biggest fan favorites at not only the WM
Phoenix Open but throughout the entire PGA Tour season, all can
agree an in-form Fowler is a beautiful sight -- even more so when he
is making a hole-in-one.

WATCH: Rahm, Hadwin
ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ

LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ

LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ

Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ

Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ

Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ

### Our Latest Golf Stories

WATCH: Rickie Fowler make an
ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ

How to watch 2022 WM Phoenix
Open
PATRICK MCDONALD • 1 MIN READ

WATCH: Jon Rahm, Adam Hadwin
ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

LOOK: Spieth gets odd ruling
after fan catches shot
AUSTIN NIVISON • 1 MIN READ

Scheffler on top through two
days at Phoenix Open
PATRICK MCDONALD • 4 MIN READ

Players react to news of Tiger
Woods returning to play
PATRICK MCDONALD • 2 MIN READ

**CBS SPORTS DIGITAL**

     



☰  ⓒCBS | GOLF    HOME    LEADERBOARD    WATCH LIVE    SCHEDULE    STATS    •••         PLAY    WATCH    PODCASTS    LOG IN

▶

⊙ Watch Now:

In Saturday's third round of the 2023 WM Phoenix Open, Adam
Hadwin and Jon Rahm were the last to arrive to the famous par-3
16th stadium hole. With the hole playing difficult due to varying
winds and firm conditions, Rahm along with fellow playing
competitor Scottie Scheffler hit their tee shots to roughly 40 feet
before Hadwin got to the tee.

Hadwin was the man to give the raucous faithful their last chance at
glory as the hole was unbothered for most of the day given the
tucked pin location. Stepping up and hitting his tee shot to tap-in
distance, the Canadian sent the locals into a frenzy. Beers rained
from above as the Scottsdale, Arizona, transplant nearly converted
an ace on the last full swing of the day.

> ALMOST AN ACE 👀 @AHadwinGolf
> nearly holed the last shot of the day at
> 16 @WMPhoenixOpen.
> pic.twitter.com/2KU0Gq7GkL
>
> — PGA TOUR (@PGATOUR) February 12,
> 2023

In the stands for as long as 12 hours waiting for a moment such as
Hadwin's, fans' patience was rewarded not once, but twice.
Following some clean up due to plastic cups and water bottles
being thrown onto the green in celebration over Hadwin's shot,
Rahm stepped up to his left-to-right birdie opportunity from 40
feet.

As the world No. 3 so often does, he delivered. Showers ensued and
just like that the Arizona State product had gotten within one of the
lead with a blink of an eye.


LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis
Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make
an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin
ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ

☰ ⓒCBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••   PLAY   WATCH   PODCASTS   LOG IN

Hadwin's, fans' patience was rewarded not once, but twice. Following some clean up due to plastic cups and water bottles being thrown onto the green in celebration over Hadwin's shot, Rahm stepped up to his left-to-right birdie opportunity from 40 feet.

As the world No. 3 so often does, he delivered. Showers ensued and just like that the Arizona State product had gotten within one of the lead with a blink of an eye.

> JON RAHM ❎
>
> With a birdie at 16, @JonRahmpga is now only one shot back @WMPhoenixOpen pic.twitter.com/IlLDV8YNw7
>
> — Golf on CBS 🏌️ (@GolfonCBS) February 12, 2023


**LIV Golf in Miami:** Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 3 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

# Tiger Woods to return in Genesis Invitational: Players react to 15-time major champion playing next week

Woods is officially back and his peers could not be more excited

 By Patrick McDonald Feb 10, 2023 at 6:54 pm ET • 2 min read

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                          Page 9 of 23

☰  ⓒ **CBS | GOLF**   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••    PLAY   WATCH   PODCASTS   LOG IN

# Tiger Woods to return in Genesis Invitational: Players react to 15-time major champion playing next week

Woods is officially back and his peers could not be more excited

By Patrick McDonald Feb 10, 2023 at 6:54 pm ET • 2 min read



⊙ Watch Now: HQ Spotlight: Tiger Woods Announces He W... (2:00)

Not since the 2020 Zozo Championship has Tiger Woods played in a regular PGA Tour event. That will change next week at the 2023 Genesis Invitational as the 47-year-old announced on Friday his inclusion in the field for the tournament. Garnering designated status by the PGA Tour just like the 2023 WM Phoenix Open, many of those in the field at TPC Scottsdale will make the trip to Los Angeles at the conclusion of the week and reunite with the 15-time major champion at Riviera Country Club.

"He's playing Riv?," asked a genuinely surprised Jon Rahm. "Nice...After all he's gone through. It's incredible that he keeps trying. Spoke to him at Bahamas. Everything he had on his leg and then you add the plantar fasciitis. I really feel for him in that sense. But I know he's going to keep doing everything he can to still try to win more tournaments. Possibly get that 83rd win. Hopefully, obviously in his mind a major, right? So it's a true honor for all of us. Any time Tiger can be present on the golf course playing makes the tournament even better. So I'm hoping he can play comfortably and I'm hoping he can play well."


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

☰  ⬤CBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

regular PGA Tour event. That will change next week at the 2023
Genesis Invitational as the 47-year-old <u>announced on Friday</u> his
inclusion in the field for the tournament. Garnering designated
status by the PGA Tour just like the 2023 WM Phoenix Open, many of
those in the field at TPC Scottsdale will make the trip to Los Angeles
at the conclusion of the week and reunite with the 15-time major
champion at Riviera Country Club.

"He's playing Riv?," asked a genuinely surprised Jon Rahm.
"Nice...After all he's gone through. It's incredible that he keeps
trying. Spoke to him at Bahamas. Everything he had on his leg and
then you add the plantar fasciitis. I really feel for him in that sense.
But I know he's going to keep doing everything he can to still try to
win more tournaments. Possibly get that 83rd win. Hopefully,
obviously in his mind a major, right? So it's a true honor for all of us.
Any time Tiger can be present on the golf course playing makes the
tournament even better. So I'm hoping he can play comfortably and
I'm hoping he can play well."

Woods has been stuck on 82 wins since his triumph at the
aforementioned Zozo Championship. Tied with Sam Snead for most
victories in PGA Tour history, one more trip into the winner's circle is
certainly on his list of to-dos. While his history at Riviera Country
Club suggests it may not come next week, his participation is
nevertheless encouraging for future prospects.

"That's awesome. I imagine we'll be carrying him down the hill on 1
and up it on 18. Which no one would mind," said 2021 Genesis
Invitational winner Max Homa. "But it's awesome. I'm really glad he's
back. I think we're privileged any time he plays now. Obviously we
don't know his schedule. Seems like he's going to try to play the
majors. Especially his event. One of my favorites. So I'm stoked to see him back out
there. Yeah, he's always remarkable. You never know what he's going
to do. So it will be fun to watch him play some golf."

Woods played only nine competitive rounds in 2022 between The
Masters, PGA Championship and The Open. Scheduled to play in the
Hero World Challenge this past December, he ultimately had to


LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis
Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make
an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin
ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ

regular PGA Tour event. That will change next week at the 2023
Genesis Invitational as the 47-year-old announced on Friday his
inclusion in the field for the tournament. Garnering designated
status by the PGA Tour just like the 2023 WM Phoenix Open, many of
those in the field at TPC Scottsdale will make the trip to Los Angeles
at the conclusion of the week and reunite with the 15-time major
champion at Riviera Country Club.

"He's playing Riv?," asked a genuinely surprised Jon Rahm.
"Nice...After all he's gone through. It's incredible that he keeps
trying. Spoke to him at Bahamas. Everything he had on his leg and
then you add the plantar fasciitis. I really feel for him in that sense.
But I know he's going to keep doing everything he can to still try to
win more tournaments. Possibly get that 83rd win. Hopefully,
obviously in his mind a major, right? So it's a true honor for all of us.
Any time Tiger can be present on the golf course playing makes the
tournament even better. So I'm hoping he can play comfortably and
I'm hoping he can play well."

Woods has been stuck on 82 wins since his triumph at the
aforementioned Zozo Championship. Tied with Sam Snead for most
victories in PGA Tour history, one more trip into the winner's circle is
certainly on his list of to-dos. While his history at Riviera Country
Club suggests it may not come next week, his participation is
nevertheless encouraging for future prospects.

"That's awesome. I imagine we'll be carrying him down the hill on 1
and up it on 18. Which no one would mind," said 2021 Genesis
Invitational winner Max Homa. "But it's awesome. I'm really glad he's
back. I think we're privileged any time he plays now. Obviously we
don't know his schedule. Seems like he's going to try to play the
majors. So it's really awesome he's playing a Tour event. Especially
his event. One of my favorites. So I'm stoked to see him back out
there. Yeah, he's always remarkable. You never know what he's going
to do. So it will be fun to watch him play some golf."

Woods played only nine competitive rounds in 2022 between The
Masters, PGA Championship and The Open. Scheduled to play in the
Hero World Challenge this past December, he ultimately had to


LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis
Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make
an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin
ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ

☰ ⦿CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

was traded to Phoenix

By Austin Nivison  Feb 10, 2023 at 3:30 pm ET • 1 min read



⦿ Watch Now: Highlights: Phoenix Open Final Round (4:26)

Kevin Durant was traded to the Phoenix Suns in the wee hours of Thursday morning, and it did not take long for his new jersey to fly off the shelves and onto the back of PGA golfer Stewart Cink at the Phoenix Open.

The tournament, which is played at TPC Scottsdale, is known to be the most raucous on the entire golf calendar. The fans have some leeway to get more rowdy than usual, especially on the 16th hole, which is where Stewart Cink pandered to the hometown fans.

Somehow, just hours after the Durant trade went down, Cink was able to get his hands on a Suns jersey featuring Durant's name and number and wore it to play the 16th hole. As he putted for par, Cink got a big reaction from the crowd.


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT
Page 13 of 23

☰  ⬤CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••            PLAY   WATCH   PODCASTS   LOG IN

was traded to Phoenix

By Austin Nivison  Feb 10, 2023 at 3:30 pm ET • 1 min read



⊙ Watch Now: Highlights: Phoenix Open Final Round (4:26)

Kevin Durant was traded to the Phoenix Suns in the wee hours of Thursday morning, and it did not take long for his new jersey to fly off the shelves and onto the back of PGA golfer Stewart Cink at the Phoenix Open.

The tournament, which is played at TPC Scottsdale, is known to be the most raucous on the entire golf calendar. The fans have some leeway to get more rowdy than usual, especially on the 16th hole, which is where Stewart Cink pandered to the hometown fans.

Somehow, just hours after the Durant trade went down, Cink was able to get his hands on a Suns jersey featuring Durant's name and number and wore it to play the 16th hole. As he putted for par, Cink got a big reaction from the crowd.



PGA TOUR ✔
@PGATOUR · Follow

35 on No. 16.

@StewartCink is already rocking a @KDTrey5 jersey 🏀☀️

---


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                                          Page 14 of 23












**☰   ⓒCBS | GOLF**   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••                    PLAY   WATCH   PODCASTS   LOG IN

# interview Patrick Mahomes, other Super Bowl 57 stars

J.T. is an apparent breakout media star in Arizona this week

 By Kyle Porter Feb 8, 2023 at 6:07 pm ET • 1 min read



▶ Watch Now: Highlights: Phoenix Open Final Round (4:26)

With Super Bowl 57 on Sunday in nearby Glendale, Justin Thomas took a break from this week's WM Phoenix Open to cross over to a potential side gig in media. Thomas visited Super Bowl media day and queried a variety of players about how they're feeling ahead of the big game on Sunday.

Up first was Patrick Mahomes, whom Thomas asked about his ankle injury. However, J.T. was only curious if it was going to affect the number of strokes Mahomes asks for in the offseason; Mahomes is a good player with a single-digit handicap.

"I will not let the ankle injury negotiate my strokes, but I heard Aaron [Rodgers] let something negotiate his strokes out at Pebble Beach," said Mahomes. "I just heard that second hand, that's not what I'm saying. But he did get the win so I'll give him that."

Mahomes was, of course, referencing the fact that Rodgers won the AT&T Pebble Beach Pro-Am last week with a handicap that may have been a tad suspect.

Reporter @JustinThomas34 mic'd up @NFL Media Day before the Super Bowl

### Sidebar headlines

LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ

Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ

WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ

WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ

LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ

LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ

Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ

Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ

Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

≡   CBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

Reporter @JustinThomas34 mic'd up @NFL Media Day before the Super Bowl during @WMPhoenixOpen week 🏌️ 🏈



Thomas also asked Eagles quarterback Jalen Hurts whether he was claiming Oklahoma or Alabama as his college. Thomas, a former Bama player, also bragged about the number of Tide players in the NFL.

Thomas, like everyone else in this week's Phoenix Open field, hopes he won't have the opportunity to head over to the Super Bowl on Sunday afternoon. That would mean he's playing last in Round 4 and tending to his duties as the champion of the event this week. If Thomas *and* the Chiefs win, Thomas said he and Mahomes agreed to go to Las Vegas together.

Not that it really needed it, but the Phoenix Open has seemingly gotten a bump in popularity and viewership from the fact that the Super Bowl is being played nearby this week.

"I think this was a designated event before we ever knew what they were going to be," said tournament favorite Jon Rahm. "No matter what the purse is, this tournament is going to be what it is. Very few sporting events in the world can comfortably happen in the same week as the Super Bowl and still have the impact that they have like this one."


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

☰   ⊙ CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••        PLAY   WATCH   PODCASTS   LOG IN

go to Las Vegas together.

Not that it really needed it, but the Phoenix Open has seemingly gotten a bump in popularity and viewership from the fact that the Super Bowl is being played nearby this week.

"I think this was a designated event before we ever knew what they were going to be," said tournament favorite Jon Rahm. "No matter what the purse is, this tournament is going to be what it is. Very few sporting events in the world can comfortably happen in the same week as the Super Bowl and still have the impact that they have like this one."

Let the party(ing) begin.

## Augusta National officially lengthens iconic 13th hole on Amen Corner ahead of Masters 2023

The 2023 edition of the Masters will be the longest in tournament history

By Patrick McDonald Feb 6, 2023 at 5:01 pm ET • 2 min read



⊙ Watch Now:


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                Page 17 of 23

☰  ⬤ CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••        PLAY   WATCH   PODCASTS   LOG IN

One of the most iconic holes at Augusta National will look slightly different for the 2023 Masters. The par-5 13th, commonly known as Azalea, will play 545 yards at this year's tournament. That's an increase of 35 yards up from its prior length of 510 yards.

A famous risk-reward hole that has played a role in green jackets being won and lost, the consistent distance gains made by players throughout the years have reduced the risk portion of Azalea.

Extending the 13th has been a move rumored for years, of course. Talk of it heated up after Augusta National purchased land from the adjacent Augusta Country Club that allowed it to push its the 13th tee box back.

With Rae's Creek running in front of the putting surface, historically, those golfers who were bold enough to take on the second shot from uneven lie in the fairway were often rewarded with an eagle opportunity late in their round. However, in recent years, competitors have been able to cut the corner off the tee and leave themselves with middle to short irons into the green for their second shots. This led to No. 13 consistently playing as one of the easiest holes on the golf course, holding a scoring average of 4.83 in 2022.

With this added yardage, long irons and fairway woods will likely be needed, thus the risk quotient will be increased at No. 13.

Augusta National made a similar change to the par-5 15th ahead of the 2022 Masters, and as a result, zero eagles were made on that hole for the first time since 1966.

In April, Augusta National chairman Fred Ridley was asked whether one of the most famous holes in golf would ever change.

"That's something that certainly we have considered and will continue to consider," Ridley said. "Admittedly, and I've said this before, the 13th hole does not have the same challenges that it has historically. I can just remember as a young guy watching the Masters, you know, some of the triumphs and tragedies. And while we still have those, the fact that players can play middle to short irons into that hole is not really how it was designed.

"My reluctance to date has been that it's such an iconic hole. ... So that probably, you know, has been sort of a counter to doing anything. At some point in time, it's something that we likely will do. We just don't have anything to say about it right now. "


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 3 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ



With added yardage on No. 13, this upcoming Masters will set the record for the longest ever in tournament history with a second-nine yardage of 3,780 and an 18-hole yardage of 7,545.

The modification 13th is not the only change being made on the property before this year's tournament. Holes Nos. 1-5 on the par-3 course were also redesigned.

## 2023 PGA Show: Davis Love III

property, before this year's tournament. Holes No. 1-8 on the par-3 course were also redesigned.


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ

# 2023 PGA Show: Davis Love III explains why Cameron Young has some of the highest upside on the PGA Tour


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

Love III won four major championships in his PGA Tour career

By Chris Bengel  Jan 25, 2023 at 7:40 pm ET • 1 min read


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ




LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ

⊙ Watch Now: Davis Love III joins CBS Sports HQ at th... (11:23)


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ

Several newcomers have burst onto the golf scene and taken the sport by storm over recent years. The days of Tiger Woods dominating the golf landscape are long since passed, and now golfers like Jon Rahm and Cameron Young are rising to the top.


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ

On Wednesday, Davis Love III joined CBS Sports at the 2023 PGA Show and broke down the future of the sport and its stars.


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

"I love watching Jon Rahm. We played together some in 2015 and 2016 when I was playing a lot of PGA Tour events, and I was really impressed with his game," he said. "Obviously, we knew about him

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                    Page 20 of 23

≡ ⓒCBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••        PLAY   WATCH   PODCASTS   LOG IN

several newcomers have burst onto the golf scene and taken the
sport by storm over recent years. The days of Tiger Woods
dominating the golf landscape are long since passed, and now
golfers like Jon Rahm and Cameron Young are rising to the top.

On Wednesday, Davis Love III joined CBS Sports at the 2023 PGA
Show and broke down the future of the sport and its stars.

"I love watching Jon Rahm. We played together some in 2015 and
2016 when I was playing a lot of PGA Tour events, and I was really
impressed with his game," he said. "Obviously, we knew about him
coming out of college and we knew he was going to be great. I don't
know if guys like Rahm or Cam Young can be underrated, but Cam is
my guy right now.

"I'm blown away with how Cam Young hits a golf ball. He's unreal. I
think he's got the most upside even though he's already had some
good years."

Those are kind words from Love III, who has been around the sport
for several decades and knows what it takes to be a great golfer.

Rahm has had an impressive start to his PGA Tour career as he won
the U.S. Open in 2021. While Young hasn't won a major just yet, he
finished second in The Open Championship in 2022 and also was
tied for third in the PGA Championship last year.


**LIV Golf in Miami:**
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis
Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make
an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin
ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger
returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant
Suns jersey at Phoenix
Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super
Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic
13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused
about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I
started loving golf**
CHRIS BENGEL • 1 MIN READ



# 2023 PGA Show: Johnny Damon on how he learned to love golf while playing MLB

The former MLB star has been an avid golfer for years

By **Chris Bengel** Jan 27, 2023 at 12:49 pm ET • 1 min read

# ...... .............. playing MLB

The former MLB star has been an avid golfer for years

 By <u>Chris Bengel</u> Jan 27, 2023 at 12:49 pm ET • 1 min read



▶ **Watch Now:**

Many professional athletes from other sports enjoy hitting the links and enjoying a round of golf in their spare time. Former MLB star Johnny Damon is no different.

On Friday, former MLB star Johnny Damon <u>joined CBS Sports at the 2023 PGA Show</u> and talked about his love for the sport of golf, and how that love grew while he was playing baseball professionally.

"Well, I can't play baseball forever and hopefully I can play golf for a long time," Damon said. "I just enjoy the camaraderie with the guys because we had it for so many years with the guys when I was playing baseball. And now it's on the golf course. We go out and have as much fun as we can.

"I know a lot of people take this game seriously. I will never. I always want to do good, I always want to have fun. I'm not getting paid to play this game, so I want to have as much as fun as possible."

Damon explained that he began playing golf during his time with the Kansas City Royals in the early stages of his baseball career. He never had a ton of chances to play during the season, though. Instead, he would play golf during spring training, more so when he was with the Boston Red Sox as an established veteran, without having the pressure of having to make the ball club.

Damon played 18 seasons in the majors, splitting time between the


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

☰  ◎CBS | GOLF    HOME    LEADERBOARD    WATCH LIVE    SCHEDULE    STATS    •••                    PLAY    WATCH    PODCASTS    LOG IN

want to do good, I always want to have fun. I'm not getting paid to play this game, so I want to have as much as fun as possible."

Damon explained that he began playing golf during his time with the Kansas City Royals in the early stages of his baseball career. He never had a ton of chances to play during the season, though. Instead, he would play golf during spring training, more so when he was with the Boston Red Sox as an established veteran, without having the pressure of having to make the ball club.

Damon played 18 seasons in the majors, splitting time between the Royals, Red Sox, New York Yankees, Oakland Athletics, Detroit Tigers, Tampa Bay Rays and Cleveland. He retired from the sport back in 2012.


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ



**Our Latest Golf Stories**


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**How to watch 2022 WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Jon Rahm, Adam Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**LOOK: Spieth gets odd ruling after fan catches shot**
AUSTIN NIVISON • 1 MIN READ


**Scheffler on top through two days at Phoenix Open**
PATRICK MCDONALD • 4 MIN READ

**Players react to news of Tiger Woods returning to play**
PATRICK MCDONALD • 2 MIN READ

◎CBS SPORTS DIGITAL

    

HELP    ABOUT US    CAREERS    NEWSLETTERS    MOBILE APPS    CLOSED CAPTIONING    PRIVACY POLICY    COOKIES POLICY    TERMS OF USE    DO NOT SELL MY PERSONAL INFORMATION

    

© 2004-2023 CBS INTERACTIVE. ALL RIGHTS RESERVED.

CBS Sports is a registered trademark of CBS Broadcasting Inc. Commissioner.com is a registered trademark of CBS Interactive Inc.

Images by Getty Images and US Presswire

# EXHIBIT K



# Dustin Johnson continues 'amazing' run with LIV Golf team title

Associated Press                                                                                    Oct 30, 2022

DORAL, Fla. -- Dustin Johnson watched the final putt of his season roll in, pumped his right fist and waited for the party to begin.

Another big celebration. Another big check, too.

Johnson drove the green on the 370-yard par-4 16th to set up an easy birdie that provided a bit of breathing room, Patrick Reed birdied his last hole to put their squad ahead for good and 4Aces GC captured the season-ending LIV Golf team championship at Trump National Doral on Sunday by 1 shot over Cameron Smith and Punch GC.

The victory capped a monster earnings year for Johnson, by far the biggest money winner in the first year of LIV. Including his $18 million for winning the season-long individual title, Johnson finished with $35,637,767 in earnings.

"It's been amazing," Johnson said. "Obviously, the fans [are] what makes it. This week's been incredible. This whole season has gotten better and better and obviously this finale has been unbelievable."

Johnson (70), Reed (70), Talor Gooch (71) and Pat Perez (70) shot a combined 7 under 281 on the par-72 Sunday -- and split $16 million.

"I feel unbelievable," Perez said.

Reed felt even better, making birdie on his final hole to give Johnson a 1-shot lead to work with. Johnson was on the par-4 18th green in 2 when Reed finished, while Smith -- the other player in Johnson's twosome -- was needing a miracle that didn't arrive. Reed's birdie gave his team the lead, and 2 putts from Johnson later, it was over.

"Makes me feel great," Reed said.

Johnson wound up claiming 14% of the $255 million in purses and bonuses won by all players in LIV's inaugural year, not including signing bonuses, which were massive and reported to be around $200 million for Phil Mickelson, and at least $100 million apiece for players like Johnson, Brooks Koepka and Bryson DeChambeau.

Smith (65), Matt Jones (70), Wade Ormsby (73) and Marc Leishman (74) finished at 6 under, splitting $8 million. Smash GC -- Koepka (74), Peter Uihlein (75), Jason Kokrak (68) and Chase Koepka (75) -- ended 4 over and split $6 million.

**EDITOR'S PICKS**

This week in golf: McIlroy takes top spot, it's LIV Golf Team Championship time, and LPGA prepares for return to Japan

111d - Mark Schlabach

## Sidebar Headlines

Johnson's squad cashes in with LIV Golf team title
108d

News, matchups and best bets for the 'Greatest Show on Grass'
5d - Mark Schlabach

Justin Rose's drought ends at Pebble Beach and more golf news of the week
7d - Mark Schlabach

Scheffler repeats at Phoenix Open, back to No. 1
18h

Strydom rallies in Singapore for 2nd Euro victory
1d

Griner joins big Saturday crowd at Phoenix Open
PHOENIX MERCURY 1d

Scheffler up 2 with repeat, No. 1 ranking in sight
2d

Ames completes wire-to-wire win in Morocco
2d - Reuters

Scheffler leads, Rahm right behind at Phoenix
5d

Ames holds on to 3-shot lead in Morocco
3d - Reuters

Tiger to play in next week's Genesis Invitational
3d - Mark Schlabach

Taylor, Hadwin up early at suspended Phoenix
4d

U.S. Open adds NCAA champ, tweaks exemptions
4d

'I'm playing well': Rory proud to own No. 1 ranking
5d - Mark Schlabach



Smith (65), Matt Jones (70), Wade Ormsby (73) and Marc Leishman (74) finished at 6 under, splitting $8 million. Smash GC -- Koepka (74), Peter Uihlein (75), Jason Kokrak (68) and Chase Koepka (75) -- ended 4 over and split $6 million.

Stinger GC, the team of Louis Oosthuizen (71), Charl Schwartzel (71), Hennie du Plessis (76) and Branden Grace (80), finished at 10 over and split $4 million.

EDITOR'S PICKS

**This week in golf: McIlroy takes top spot, it's LIV Golf Team Championship time, and LPGA prepares for return to Japan**
111d · Mark Schlabach

**PGA Tour commissioner Jay Monahan talks about the tour's future, Tiger Woods, LIV Golf and more**
138d · Mark Schlabach

**DeChambeau: Still part of suit out of 'principle'**
109d · Mark Schlabach

"Coming down the stretch here, you couldn't draw it up any better with me and Cam battling it out to win the team championship," Johnson said.

The payouts next year, when LIV grows from eight to 14 events, will reach $405 million. And if more players join LIV in the coming months, there will be more signing bonuses, too.

"Next year we're going to play 14 events, plus ... the majors," Mickelson said during the LIV Golf broadcast on YouTube, doing the knock-on-wood-for-luck move before saying "the majors." "And that's a lot of golf. I've got a lot of golf coming up next year and I really want to get back to the level that I know I can play."

The majors remain in some question since much of the qualifying process for them revolves around world rankings. For now, LIV players don't get points toward their Official World Golf Ranking. They've been trying to change that.

All 16 of the players who competed Sunday finished their LIV year with more than $2 million in earnings, though most of them received much more.

Perez made just over $8 million in seven LIV events, which is more than he had in his last five years on the PGA Tour combined.

Uihlein, who never won on the PGA Tour, finished his LIV season with just over $12.5 million in seven events. That more than doubled his career earnings in 10 years as a pro.

"We've had a lot of headwinds," LIV CEO and commissioner Greg Norman said on the streamed broadcast prior to the start of the final round. "We've weathered all the storms, and we're here. We've got a great crew of people and we've got a great product and we're off and running."

# EXHIBIT L

CLICK HERE FOR LIV GOLF 2023 TICKETS ▶

MÉXICO   ESPAÑA   WATCH   SHOP

# LIV GOLF

EVENTS 2023   ABOUT   TEAMS   PLAYERS   NEWS   STANDINGS   LIV TO GIVE

# 2023 EVENTS



### MAYAKOBA
El Camaleón Golf Course, a 620-acre luxury resort nestled amid lagoons, jungle, and tranquil oceanfront of Mexico's Riviera Maya, will play host to LIV Golf Mayakoba, February 24-26, 2023.



### TUCSON
The Gallery Golf Club, a spectacular club that spans from the narrow canyons of the Tortolita Mountains to the scenic landscape of the Sonoran Desert, will play host to LIV Golf Tucson, March 17-19, 2023.



### ORLANDO
The Orange County National, featuring rolling fairways and large contoured greens will play host to LIV Golf Orlando, March 31-2 April, 2023.



### ADELAIDE
The Grange Golf Club, located Northwest of South Australia's capital city, will play host to the country's debut LIV Golf event, LIV Golf Adelaide, April 21-23, 2023.



### SINGAPORE
Sentosa Golf Club, situated on the premier island of Sentosa featuring breath-taking views of the Singapore iconic cityscape, will play host to LIV Golf Singapore, April 28–30, 2023.



### TULSA
Cedar Ridge Country Club, a beautifully manicured championship golf course, and ranked as one of the top 100 courses in America, will play host to LIV Golf Tulsa, May 12-14, 2023.



### DC
Trump National Golf Club Washington DC, a magnificent course with expansive lakes



### VALDERRAMA
Real Club Valderrama, located in Sotogrande, Andalucía and considered one



### DC

Trump National Golf Club Washington DC, a magnificent course with expansive lakes and breath-taking, unobstructed views of the Potomac River, will play host to LIV Golf DC, May 26-28, 2023.



### VALDERRAMA

Real Club Valderrama, located in Sotogrande, Andalucía and considered one of the best conditioned courses in the world, will play host to LIV Golf Valderrama, June 30 - July 2, 2023.



### LONDON

The Centurion Club, located to the West of St. Albans in the rural Hertfordshire countryside, exploring pine woodland and displaying breath-taking views, will play host to LIV Golf London, July 7-9, 2023.



### GREENBRIER

The Old White Golf Course, with tree-lined fairways leading to well-guarded greens, recognised as one of the most scenic courses in all of golf, will play host to LIV Golf Greenbrier, August 4-6, 2023.

### BEDMINSTER

The Trump National Bedminster, a breath-taking course in the prestigious New Jersey countryside, with sprawling bunkers and brilliantly contoured greens, will play host to LIV Golf Bedminster, August 11-13, 2023.



### CHICAGO

Rich Harvest Farms, an oasis of nature tucked between wetlands, forest, farmland, and Illinois prairie grass, will play host to LIV Golf Chicago, September 22-24, 2023.

### MIAMI

The Trump National Doral, a tropical oasis of fabled greens, beautiful lakes, and recognised as one of America's most iconic golf resorts, will play host to LIV Golf Miami, October 20-22, 2023.

### LIV GOLF TEAM CHAMPIONSHIP JEDDAH

Royal Greens Golf Course, one of the most beautiful courses in the Middle East, characterised by manicured fairways and greens, will play host to The LIV Golf Team Championship, Jeddah, Nov 3-5, 2023.













## TICKETS & SPECIAL OFFERS

Learn more about discounts for Military & Veterans, Teachers, Medical Professionals & First Responders. As well as concession information and group booking offers.

FIND OUT MORE



## PAST TOURNAMENTS LEADERBOARD

Check out the score for the 2022 events!

LEADERBOARD



TERMS & CONDITIONS    PRIVACY POLICY    MEDIA & PRESS    SUBSCRIBE    CAREERS    CONTACT US    REPORT A FAKE

   

© 2023 LIV Golf, Inc. All Rights Reserved. LIV GOLF and the L design are trademarks of the LIV Golf Group of Companies.

| To: | Christopher R. Chase(pto@fkks.com) |
| Subject: | U.S. Trademark Application Serial No. 97349256 - STINGER GC - - 031259.0200 |
| Sent: | April 04, 2024 11:14:18 PM EDT |
| Sent As: | tmng.notices@uspto.gov |

**Attachments**

screencapture-www-sportingnews-com-us-golf-news-liv-golf-team-names-logos-meanings-cleeks-niblicks-ls0p1kstp05c1fxy79tg7sx7-17122683586691
screencapture-ghostgolf-com-collections-mens-apparel-collection-17122617692421
screencapture-ghostgolf-com-collections-golf-tees-17122618764591
screencapture-evolvegolf-com-golf-tees-17122621300241
screencapture-evolvegolf-com-motionwool-performance-golf-socks-3-17122621672691
screencapture-vesselgolf-com-products-vessel-golf-tees-17122623558941
screencapture-vesselgolf-com-collections-apparel-17122627762621
screencapture-www-aceofclubsgolfco-com-products-ace-bamboo-golf-tees-17122861609451
screencapture-www-aceofclubsgolfco-com-collections-t-shirts-17122862499441
screencapture-www-froggergolf-com-products-green-monsters-1-1-8-bamboo-tees-17122863047521
screencapture-www-froggergolf-com-shop-apparel-17122863259641

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 97349256

**Mark:** STINGER GC

**Correspondence Address:**
Christopher R. Chase
FRANKFURT KURNIT KLEIN & SELZ PC
28 LIBERTY STREET
NEW YORK NY 10005
UNITED STATES

**Applicant:** LIV GOLF INCORPORATED

**Reference/Docket No.** 031259.0200

**Correspondence Email Address:** pto@fkks.com

# FINAL OFFICE ACTION

**Response deadline.** File a request for reconsideration of this final Office action and/or a timely appeal

to the Trademark Trial and Appeal Board (TTAB) within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links below to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response and/or an appeal. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response and/or appeal within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** April 4, 2024

## Introduction

This Office action is in response to applicant's communication filed on February 13, 2023.

In a previous Office action dated August 11, 2022, the trademark examining attorney refused registration of the applied-for mark based on the following: Trademark Act Section 2(d) for a likelihood of confused with a registered mark. Additionally, the trademark examining attorney issued the following requirement: requirement to amend the identification of goods because the voluntary amendment exceeded the scope of the original identification.

Based on applicant's response, the trademark examining attorney notes that the following advisory has been withdrawn: Advisory regarding Potential Section 2(d) Refusal - Prior Filed-Application

The trademark examining attorney maintains and now makes FINAL the requirement in the summary of issues below. See 37 C.F.R. §2.63(b); TMEP §714.04.
- Section 2(d) - Likelihood of Confusion Refusal
- Identification of Goods – Amendment Exceeds Scope of Original Identification

## Section 2(d) - Likelihood of Confusion Refusals

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 3398038 and 4281501. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the previously attached registrations.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123

USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

Applicant has applied to register the mark STINGER GC in standard characters for "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, skorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team" in International Class 25.

Registrant's mark is STINGER in standard characters for "golf tees" in International Class 28.

Registrant's mark is STINGER in stylized text with a design for "golf tees" in International Class 28.

The above marks are owned by the same registrant.

<u>Similarity of the Marks</u>

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Here, applicant's mark, STINGER GC, is confusingly similar to the registered marks, STINGER and STINGER in stylized text with design.

*COMPARISON WITH MARK IN CITED REGISTRATION NO. 3398038*

Applicant's mark is STINGER GC and Registrant's mark is STINGER in standard characters.

Here, applicant's mark, STINGER GC, is confusingly similar to the registered mark, STINGER. Both marks contain the same identical term, "STINGER," creating marks with the same commercial impression evoking a 'stinger shot' or a "control shot used by golfers which keeps the ball lower to the ground during its flight," (see the attached evidence from Sporting News)especially when viewed in the context of the golf-related clothing, headwear, footwear, and sporting goods in which they are used. Further, the marks are identical in part in sound and meaning and highly similar in appearance.

Consumers are generally more inclined to focus on the first word, prefix, or syllable in any trademark or service mark. *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) (finding similarity between VEUVE ROYALE and two VEUVE CLICQUOT marks in part because "VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 876, 23 USPQ2d 1698, 1700 (Fed Cir. 1992) (finding

similarity between CENTURY 21 and CENTURY LIFE OF AMERICA in part because "consumers must first notice th[e] identical lead word"); *see also In re Detroit Athletic Co.*, 903 F.3d 1297, 1303, 128 USPQ2d 1047, 1049 (Fed. Cir. 2018) (finding "the identity of the marks' two initial words is particularly significant because consumers typically notice those words first"). In this instance, consumers are more inclined to focus on applicant's and registrant's identical first portions, STINGER, in a likelihood of confusion determination.

Additionally, consumers who are familiar with registrant's STINGER for golf tees and who then encounter applicant's STINGER GC for golf-related clothing, headwear, and footwear, may think applicant's goods are a product line extension of registrant's. *See, e.g., Double Coin Holdings Ltd. v. Tru Dev.*, 2019 USPQ2d 377409, *7 (TTAB 2019) ("ROAD WARRIOR looks, sounds, and conveys the impression of being a line extension of WARRIOR"); *Joel Gott Wines LLC v. Rehoboth Von Gott, Inc.*, 107 USPQ2d 1424, 1433 (TTAB 2013) ("Purchasers of opposer's GOTT and JOEL GOTT wines are likely to assume that applicant's goods, sold under the mark GOTT LIGHT and design, are merely a line extension of goods emanating from opposer"); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1271 (TTAB 2009) (holding that VANTAGE TITAN for MRI diagnostic apparatus and TITAN for medical ultrasound device were confusingly similar and that the addition of applicant's "product mark," VANTAGE, to the registered mark would not avoid confusion); *Schieffelin& Co. v. Molson Cos.*, 9 USPQ2d 2069, 2073 (TTAB 1989) ("Those consumers who do recognize the differences in the [BRADOR and BRAS D'OR] marks may believe that applicant's mark is a variation of opposer's mark that opposer has adopted for use on a different product.").

Because the marks look and sound similar and create the same commercial impression, the marks are considered similar for likelihood of confusion purposes.

*COMPARISON WITH MARK IN CITED REGISTRATION NO. 4281501*

Applicant's mark is STINGER GC and Registrant's mark is STINGER in stylized text with a bee design.

As mentioned in the comparison to Registration No. 4281501, applicant's mark, STINGER GC, is confusingly similar to the registered mark, STINGER with a bee design because both marks contain the same identical term, "STINGER," creating marks with the same commercial impression evoking a 'stinger shot' in golf, especially when viewed in the context of the golf-related clothing, headwear, footwear, and sporting goods in which they are used. Further, the marks are identical in part in sound and meaning and similar in appearance.

As mentioned above, consumers are generally more inclined to focus on the first word, prefix, or syllable in any trademark or service mark. *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) (finding similarity between VEUVE ROYALE and two VEUVE CLICQUOT marks in part because "VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 876, 23 USPQ2d 1698, 1700 (Fed Cir. 1992) (finding similarity between CENTURY 21 and CENTURY LIFE OF AMERICA in part because "consumers must first notice th[e] identical lead word"); *see also In re Detroit Athletic Co.*, 903 F.3d 1297, 1303, 128 USPQ2d 1047, 1049 (Fed. Cir. 2018) (finding "the identity of the marks' two initial words is particularly significant because consumers typically notice those words first"). In this instance, consumers are more inclined to focus on applicant's and registrant's identical first portions, STINGER, in a likelihood of confusion determination.

Additionally, consumers who are familiar with registrant's STINGER for golf tees and who then encounter applicant's STINGER GC for golf-related clothing, headwear, and footwear, may think applicant's goods are a product line extension of registrant's. *See, e.g., Double Coin Holdings Ltd. v. Tru Dev*., 2019 USPQ2d 377409, *7 (TTAB 2019) ("ROAD WARRIOR looks, sounds, and conveys the impression of being a line extension of WARRIOR"); *Joel Gott Wines LLC v. Rehoboth Von Gott, Inc*., 107 USPQ2d 1424, 1433 (TTAB 2013) ("Purchasers of opposer's GOTT and JOEL GOTT wines are likely to assume that applicant's goods, sold under the mark GOTT LIGHT and design, are merely a line extension of goods emanating from opposer"); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1271 (TTAB 2009) (holding that VANTAGE TITAN for MRI diagnostic apparatus and TITAN for medical ultrasound device were confusingly similar and that the addition of applicant's "product mark," VANTAGE, to the registered mark would not avoid confusion); *Schieffelin& Co. v. Molson Cos*., 9 USPQ2d 2069, 2073 (TTAB 1989) ("Those consumers who do recognize the differences in the [BRADOR and BRAS D'OR] marks may believe that applicant's mark is a variation of opposer's mark that opposer has adopted for use on a different product.").

Moreover, the design in the registrant's mark does not obviate a likelihood of confusion. When evaluating a composite mark consisting of words and a design, the word portion is normally accorded greater weight because it is likely to make a greater impression upon purchasers, be remembered by them, and be used by them to refer to or request the goods and/or services. *In re Aquitaine Wine USA, LLC*, 126 USPQ2d 1181, 1184 (TTAB 2018) (citing *In re Viterra Inc*., 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012)); TMEP §1207.01(c)(ii). Thus, although marks must be compared in their entireties, the word portion is often considered the dominant feature and is accorded greater weight in determining whether marks are confusingly similar, even where the word portion has been disclaimed. *In re Viterra Inc.*, 671 F.3d at 1366-67, 101 USPQ2d at 1911 (citing *Giant Food, Inc. v. Nation's Foodservice, Inc.*, 710 F.2d 1565, 1570-71, 218 USPQ2d 390, 395 (Fed. Cir. 1983)). In this instance, registrant's word portion, which is nearly identical to applicant's mark, is accorded greater weight over its design in a likelihood of confusion analysis.

Lastly, a mark in typed or standard characters may be displayed in any lettering style; the rights reside in the wording or other literal element and not in any particular display or rendition. *See In re Viterra Inc.*, 671 F.3d 1358, 1363, 101 USPQ2d 1905, 1909 (Fed. Cir. 2012); *In re Mighty Leaf Tea*, 601 F.3d 1342, 1348, 94 USPQ2d 1257, 1260 (Fed. Cir. 2010); 37 C.F.R. §2.52(a); TMEP §1207.01(c)(iii). Thus, a mark presented in stylized characters and/or with a design element generally will not avoid likelihood of confusion with a mark in typed or standard characters because the word portion could be presented in the same manner of display. *See, e.g.*, *In re Viterra Inc.*, 671 F.3d at 1363, 101 USPQ2d at 1909; *Squirtco v. Tomy Corp.*, 697 F.2d 1038, 1041, 216 USPQ 937, 939 (Fed. Cir. 1983) (stating that "the argument concerning a difference in type style is not viable where one party asserts rights in no particular display"). In this instance, registrant's added design elements do not obviate the likelihood of confusion between the marks because applicant's standard character mark can be displayed in any lettering style, including that of registrant.

Because the marks look and sound similar and create the same commercial impression, the marks are considered similar for likelihood of confusion purposes.

*APPLICANT'S ARGUMENTS*

Applicant argues against a finding of similarity by contending that "although both Applicant's mark and the registered marks share the term 'STINGER,' applicant's mark includes the critical element

'GC'," which "significantly differentiates applicant's mark from the registered marks." This argument is not persuasive because as demonstrated above, the marks share the identical first portions "STINGER," which share the same commercial impressions of evoking a 'stinger shot' or "control shot used by golfers which keeps the ball lower to the ground during its flight" when used in connection with golf-related goods and services.

Further, the attached evidence from Sporting News shows that the letters "GC" stand for "GOLF CLUB," which is merely descriptive of applicant's golf goods and services. Matter that is descriptive of or generic for a party's goods and/or services is typically less significant or less dominant in relation to other wording in a mark. *See Anheuser-Busch, LLC v. Innvopak Sys. Pty Ltd.*, 115 USPQ2d 1816, 1824-25 (TTAB 2015) (citing *In re Chatam Int'l Inc.*, 380 F.3d 1340, 1342-43, 71 USPQ2d 1944, 1946 (Fed. Cir. 2004)). Thus, this wording is less significant in terms of affecting the mark's commercial impression, and renders the shared wording, STINGER, the more dominant element of each mark.

Because the marks look and sound similar and create the same commercial impression, the marks are considered similar for likelihood of confusion purposes.

<u>Relatedness of the Goods</u>

The goods are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

The compared goods need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Here, applicant's goods, "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, shorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team," are closely related to registrant's goods in both registrations, "golf tees."

The previously attached Internet evidence, consisting of websites from Calloway, Macy's, Target, Vice, and Walmart and the attached evidence from Ace, Evolve, Frogger, Ghost Golf, and Vessel Golf establishes that the same entity commonly manufactures, produces, or provides the relevant goods and markets the goods under the same mark. Thus, applicant's and registrant's goods are considered related for likelihood of confusion purposes. *See, e.g., In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

Applicant argues against a finding of relatedness because "while golf tees and clothing, headwear, and footwear may fall with the same general field…the clothing, headwear, and footwear specifically related to a professional golf team offered under applicant's mark are sufficiently different from the

golf tees offered under registered marks." This argument is not persuasive because, as demonstrated above, the evidence of record demonstrates that the applied-for and registered goods may be offered by a single source under the same mark, frequently travel in the same channels of trade, and are marketed to the same consumers. Further, the fact that applicant's clothing, headwear, and footwear is related to golf reinforces applicant's goods relatedness to registrant's golf tees. On top of that, the previously attached evidence from Macy's and Walmart shows how the PGA, a professional golf league, provides both golf clothing and golf tees and markets the goods under the same mark. Thus, consumers are likely to believe that registrant's golf tees and applicant's golf clothing derive from the same professional golf organization.

Accordingly, the goods are considered related for purposes of the likelihood of confusion analysis.

Additional Considerations

Applicant argues against a finding of confusion because "consumers of sports teams, leagues, and events are sufficiently sophisticated that confusion is unlikely." This argument is not persuasive because the fact that purchasers are sophisticated or knowledgeable in a particular field does not necessarily mean that they are sophisticated or knowledgeable in the field of trademarks or immune from source confusion. TMEP §1207.01(d)(vii); *see, e.g.*, *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d. 1317, 1325, 110 USPQ2d 1157, 1163-64 (Fed. Cir. 2014); *Top Tobacco LP v. N. Atl. Operating Co.*, 101 USPQ2d 1163, 1170 (TTAB 2011). Further, where the purchasers consist of both professionals and the public, the standard of care for purchasing the goods is that of the least sophisticated potential purchaser. *In re FCA US LLC*, 126 USPQ2d 1214, 1222 (TTAB 2018) (citing *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d. at 1325, 110 USPQ2d at 1163), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 375518 (Fed. Cir. 2019).

Moreover, applicant argues that against confusion because the "marks at issue were used in the same geographic area during the relevant time and applicant is unaware of any actual confusion between its goods and those of registrant." This argument is not persuasive because "'[A] showing of actual confusion is not necessary to establish a likelihood of confusion.'" *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017) (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); TMEP §1207.01(d)(ii). "[T]he relevant test is *likelihood* of confusion, not *actual* confusion." *In re Detroit Athletic Co.*, 903 F.3d 1297, 1309, 128 USPQ2d 1047, 1053 (Fed. Cir. 2018) (emphasis in original). "Uncorroborated statements of no known instances of actual confusion . . . are of little evidentiary value," especially in ex parte examination. *In re Majestic Distilling Co.*, 315 F.3d 1311, 1317, 65 USPQ2d 1201, 1205 (Fed. Cir. 2003).

Conclusion

Because the marks are similar and the goods are related, there is a likelihood of confusion as to the source of applicant's goods and services, and registration is refused pursuant to Section 2(d) of the Trademark Act.

The overriding concern is not only to prevent buyer confusion as to the source of the goods, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. See In re Shell Oil Co., 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); see Hewlett-Packard Co. v. Packard Press, Inc., 281 F.3d 1261, 1265, 62 USPQ2d

1001, 1003 (Fed. Cir. 2002); In re Hyper Shoppes (Ohio), Inc., 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

**For the foregoing reasons, the refusal to register under Section 2(d) of the Trademark Act is maintained and made FINAL.**

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration. However, if applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

## Identification of Goods – Amendment Exceeds Scope of Original Identification

As mentioned in the initial office action, the proposed amendment to the identification is not acceptable because it exceeds the scope of the identification in the application, as amended on April 22, 2022. *See* 37 C.F.R. §§2.32(a)(6), 2.71(a); TMEP §§1012, 1402.06 *et seq.*, 1402.07. Applicant's goods may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the original identification in the application, and any previously accepted amendments, remain operative for purposes of future amendment. *See* 37 C.F.R. §2.71(a); TMEP §1402.07(d).

In this case, the application, as amended, identifies the goods as follows: "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, skorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team."

However, a portion of the proposed amendment identifies the following goods: "skorts."

This portion of the proposed amendment exceeds the scope of the current identification because "skorts" were not named in the original identification of goods, "Clothing, namely, t-shirts, shirts, tank tops, jackets, coats, scarves, pants, shorts, skirts, shorts, trousers, sweaters, underwear, belts, and sweatshirts; headwear, namely, hats, caps being hats, visors and bandanas; footwear; socks; all the foregoing relating to golf and commemorating a professional golf team." Additionally, "skorts" or skirts with shorts built into the garment, are different from both "shorts" and "skirts," and therefore, expand the amended identification beyond the scope of the original identification in the application.

**For the foregoing reasons, the requirement to amend the identification of goods is maintained and made FINAL.**

## Proper Response to a Final Action

Applicant must respond to all issues raised in this Office action within three months of the date of issuance of this Office action. 37 C.F.R. §2.62(a); see TMEP §711.02. If applicant does not respond within this time limit, the application will be abandoned. 37 C.F.R. §2.65.

**How to respond.** File a **request form for reconsideration of this final Office action** that fully resolves all outstanding requirements and/or refusals and/or file a timely **appeal form to the Trademark Trial and Appeal Board** with the required fee(s). Alternatively, applicant may file a **request form for an extension of time to file a response** for a fee.

/Elizabeth Anderson/
Elizabeth Anderson
Examining Attorney
LO121--LAW OFFICE 121
(571) 272-4322
Elizabeth.Anderson@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response, appeal, or extension request must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) and Electronic System for Trademark Trials and Appeals (ESTTA) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://www.sportingnews.com/us/golf/news/liv-golf-team-names-logos-meanings-cleeks-niblicks/ls0p1kstp05c1fxy79tg7sx7

at 06:06:21, 04/04/2024



ADVERTISEMENT

**The Sporting News**
EST 1886



News





Jacob Camenker

07-01-2022  •  6 min read



(Getty Images)

LIV Golf's first event [is set to begin on Thursday](#). The Saudi-backed start-up tour has generated a lot of buzz ahead of its three-day tournament in London, including everything from the golfers joining the upstart competition to the massive purse that will be available in the competition.

LIV Golf is using a unique format in its tournaments. Players will compete individually to win the event, but they will also be a part of a four-man team as well. In the first two rounds of the tournament, the two best scorers on each team will be credited. In the final round, the three best scores will be counted.

The teams are drafted days ahead of each event by a captain, and this added element of competition is one of the ways LIV Golf is attempting to differentiate itself.

The new setup may well work. But after the announcement of the tour's 12 team names, some were rolling their eyes — or scratching their heads — at the names and logos that LIV Golf chose. Here's a look at the names and logos for all 12 teams and how they relate to the game of golf.

**MORE:** How much money LIV Golf will pay out compared to the PGA Tour

## What are the teams for LIV Golf London?

There are 12 teams that are a part of the LIV Golf tour, and they will remain in place throughout the season. The only thing that will change is the players playing for each squad.

The 12 teams for the first LIV Golf event are as follows:

- Aces GC
- Cleeks GC
- Crushers GC
- Fireballs GC
- Hy Flyers GC
- Iron Heads GC
- Majesticks GC
- Niblicks GC
- Punch GC
- Torque GC
- Smash GC



**Premier League top scorers 2023/24: Salah responds in race**



**How would a Premier League luxury tax work? EPL may rework spending rules**



- Smash GC
- Stinger GC

**MORE:** Phil Mickelson explains why he joined LIV Golf, broke from PGA Tour

### What do the LIV Golf team names mean?

Some of the LIV Golf team names are fairly self-explanatory. Others are a bit less familiar to the tour's viewers. All of them, naturally, are related to golf.

Below is a description of each team name:

**Aces GC**

Aces is likely a reference to a hole-in-one, which is often referred to as an "ace."



**Cleeks GC**

(Getty Images)

LIV Golf's first event is set to begin on Thursday. The Saudi-backed start-up tour has generated a lot of buzz ahead of its three-day tournament in London, including everything from the golfers joining the upstart competition to the massive purse that will be available in the competition.

But on Tuesday, one thing overshadowed all else: the announcement of the 12 team names for the tour.





Click Here for More Information

See More

Ad By  Sponsor

**MORE FROM SPORTING NEWS**



Who is the best super welterweight in the world?



LIV Golf is using a unique format in its tournaments. Players will compete individually to win the event, but they will also be a part of a four-man team as well. In the first two rounds of the tournament, the two best scorers on each team will be credited. In the final round, the three best scores will be counted.

The teams are drafted days ahead of each event by a captain, and this added element of competition desired." In other words, it's a 9-iron.

### Punch GC

How many times have we heard an announcer mention "punching" a ball out of the rough? To hit a punch shot, a golfer takes a shorter swing to lower the trajectory of the ball in flight. This is often done in an attempt to avoid obstacles such as overhead trees.

### Torque GC

Different golf club shafts have different amounts of torque on them, and that determine how prone the club is to twisting. Some prefer the club to have more torque (more twist) while others prefer less torque (less twist).



### Smash GC

Smash is likely a reference to how hard a golf ball is hit. There is something called "smash factor," which measures "the ratio between the speed of the ball as it leaves the clubface and your swing speed," per Golf Digest. So, this team's name may stem from that advanced stat.

### Stinger GC

A stinger shot is a control shot used by golfers which keeps the ball lower to the ground during its flight. It is often used on windy days to avoid the ball being pushed wayward by strong gusts.

MORE: Why is Dustin Johnson playing in Saudi-backed LIV Golf Series?

## What does the GC at the end of each team name stand for?

The "GC" following each team name stands for "Golf Club." And in this context, golf club is in reference to the organizational term, not the physical club with which you hit the ball.

## LIV Golf team logos

LIV Golf released a video revealing its 12 team names on Tuesday. The logos can be seen in that video. The group of logos contains everything from plain letters to a scorpion's stinger to an anthropomorphic golf ball on fire.

**Premier League top scorers 2023/24: Salah responds in race**







anthropomorphic golf ball on fire.

Below is a look at the official release from LIV Golf:



And below is a screenshot of each of the 12 teams' default logos:













❤ 11   💬 Reply   ⬆ Share

**Read 1 reply**

**MORE:** What does LIV Golf stand for?

## LIV Golf draft results

The teams for LIV Golf's first event were established two days ahead of it. Below is a list of each four-man squad, including the captain, who selected his three fellow golfers.

| Team | Captain | Player 2 | Player 3 | Player 4 |
|------|---------|----------|----------|----------|
| Crushers | Peter Uihlein | Richard Bland | Phachara Khongwatmai | Travis Smyth |
| Stinger GC | Louis Oosthuizen | Hennie Du Plessis | Charl Schwartzel | Branden Grace |
| Iron Heads | Kevin Na | Sadom Kaewkanjana | Hideto Tanihara | Viraj Madappa |
| Torque GC | Talor Gooch | Hudson Swafford | Adrian Otaegui | Andy Ogletree |
| Fireballs | Sergio Garcia | David Puig | James Piot | Jediah Morgan |
| Hy Flyers | Phil Mickelson | Justin Harding | Ratchanon Chantananuwat | Chase Koepka |
| Majesticks GC | Ian Poulter | Lee Westwood | Sam Horsfield | Laurie Canter |
| Smash GC | Sihwan Kim | Scott Vincent | Jinichiro Kozuma | Itthipat Buranananatyarat |
| Cleeks GC | Martin Kaymer | Pablo Larrazabal | JC Ritchie | Ian Snyman |
| Punch GC | Wade Ormsby | Matt Jones | Ryosuke Kinoshita | Blake Windred |
| Niblicks GC | Graeme McDowell | Bernd Wiesberger | Turk Petit | Oliver Fisher |
| Aces GC | Dustin Johnson | Shaun Norris | Oliver Bekker | Kevin Yuan |





Recommended for You                                    Recommended by ᑲutbrain▷



Adidas Plus Size Logo Cotton T Shirt Tricot ▷
Track Jacket Warm Up 3 Stripes Track...
Sponsored | Macy's

HUNZA G                                            ▷
Sponsored | Mytheresa

Little Planet Size 12M Baby Organic Cotton ▷
Gauze Shortalls in Green Spring Moss
Sponsored | cartersus

Cienta | Velcro T-Strap Kids Sneakers (Pink, ▷
Size 28) | Maisonette
Sponsored | Maisonette

Unsold Dyson Vacuums 2024 (See Prices)
Sponsored | Unsold Dyson Vacuums | Search Ads





Hailey Van Lith's confused     Postgame handshake         Kim Mulkey blasts 'sexist'
reaction to Kim Mulkey sums    between Caitlin Clark, Angel  media coverage: Why LSU
up LSU's issues after third... Reese is going viral | Sporti... coach takes issue with...





Plan the Perfect Weekend







Sponsored | Pinehurst CVB

›

---

**Author(s)**

**Jacob Camenker**
Jacob Camenker is a senior content producer at The Sporting News.

ⓧ

^

**The Sporting News**
EST 1886



https://ghostgolf.com/collections/mens-apparel-collection



**Men's Apparel Collection**









**GHOST TEE**
$60.00

**GHOST POLO**
$75.00

**GHOST SWEATSHIRT**
$90.00

**GHOST HOODIE**
$100.00





 

**GHOST WINDBREAKER**
$120.00

**GHOST CHINO**
$110.00

 

**Protect your investment**

Protect your premium Ghost Golf Bags from cart strap wear and tear on them with our signature Cart Strap Sleeves.

SHOP

**#1 TOWEL IN GOLF**

Shop our signature **PATENTED** Ghost Golf Magnetic Towels

SHOP

**HELP**

FAQ

Start a Return

Returns & Exchanges

**LEGAL**

Privacy Policy

Terms & Conditions

**WHOLESALE**

Wholesale

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email ✉



Glove Fitting & Sizing

Orders

Military Discount

Influencers & Ambassadors

Contact Us

United States (USD $)

Powered by Shopify



YOUR CART

You are $100.00 away from **FREE SHIPPING**

**YOUR CART IS EMPTY!**

Add your favorite items to your cart.

Shop Now

**SHOP OUR FAVORITES !!**

Magnetic Towel (Greenside)
$40.00

Color

Magnetic Towel (Caddie)
$40.00

Color

TEXT US! ✕



## Ghost Golf Tees

50-Pack Ghost Tees
$15.00

4-Pack Bundle (200 Golf Tees)
$60.00  $48.00  Save $12.00



**Protect your investment**

Protect your premium Ghost Golf Bags from cart strap wear and tear on them with our signature Cart Strap Sleeves.

SHOP

**#1 TOWEL IN GOLF**

Shop our signature **PATENTED** Ghost Golf Magnetic Towels

SHOP

**HELP**

FAQ

Start a Return

Returns & Exchanges

Glove Fitting & Sizing

Orders

Military Discount

Influencers & Ambassadors

Contact Us

**LEGAL**

Privacy Policy

Terms & Conditions

**WHOLESALE**

Wholesale

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

United States (USD $)

Powered by Shopify

**YOUR CART**

You are $100.00 away from **FREE SHIPPING**

**YOUR CART IS EMPTY!**

Add your favorite items to your cart.

Shop Now

**SHOP OUR FAVORITES !!**

Magnetic Towel (Greenside)
$40.00

Color

Magnetic Towel (Caddie)
$40.00

Color



# History of the Golf Tee

The Sand Mound was the predominate tee used for four centuries. The first patents for wooden tees were issued in the 1890's. It took 30 years for wooden tees to replace sand mounded tees. The Reddy Tee was the first commercially successful wood tee. Sales of the Reddy Tee increased after Dr. William Lowell hired Walter Hagen to promote his Reddy Tee during professional tournaments. The Reddy Tee became the benchmark for the standard wood tee design. Corn starch tees were introduced in the 1990's but failed to catch on because the corn tees cost more and broke more frequently than wood golf tees.

The standard golf tee design was not improved until the introduction of the Epoch golf tee in 2003. The Epoch was the first

golf tee to offer golfer's improved performance and environmental advantages.



Sky Blue & Red 2.75 30/10 Pack S3 Epoch Golf Tee
$12.00

Black & Gold 2.75" 50 Count PGW S3 Golf Tees
$9.00

Lucky Clover 2.75" 30/10 Pack Epoch Golf Tees
$13.00

Stars & Stripes Golf Essentials Combo Pack
★★★★★
$15.00

Kelly & Hunter Green 2.75" 50 Count PGW S3 Golf Tees
$9.00

All  Bulk  PGW  Packs  Stock  Custom  Epoch





**ABOUT US**

Evolve Golf is committed to making products
that are better for the **player**, better for the
**course**, and better for the **planet**.

**LATEST NEWS**

13
Feb
Custom Golf Tees: Behind the Print #9-
Dallas Country Club Project Good
Woods

24
Aug
Custom Shape Woodworks Bag Tag:
Behind the Print #8

04
Aug
Custom Leatherworks Valuables Pouch:
Behind the Print #7

14
Jun
Tips from the Tee #1: Mastering Golf
Tee Height
1 Comment

**CART**

No products in the cart.



Copyright 2024 © Evolve Golf

Copyright 2024 © Evolve Golf








**COMPRESSION**

No slip compression for a perfect fit while you play.



**PERFORMANCE**

Mesh venting keeps your foot dry.



**COMFORT**

Seamless heel & toe ensures blister-free comfort.

DURABLE

Anti-shrink design that stands up to multiple machine washes.

# CUSTOM SOCKS START HERE

Motionwool Socks are made from Merino wool and combine with synthetic fibers to create a durable, moisture wicking sock that is extremely comfortable. This blend of synthetic fibers creates a sock that is not only built for performance but also for customization. Allow us to create digital mockups of what your performance sock could look like. We will choose the base colors and accent colors to create the perfect sock that fits your club's needs.



GET YOUR CUSTOM MOTIONWOOL SOCKS NOW












## WHY CHOOSE MOTIONWOOL PERFORMANCE GOLF SOCKS?

**Motionwool: Keep warm, stay cool. Proven by nature.**

Motionwool Socks are made from Merino wool which comes from one of the most ancient breeds of sheep, prized for its rich and versatile wool. Evolve Golf knits Merino with synthetic fibers creating true mesh venting to keep you warm through bone-chilling mornings and blistering hot rounds. With Motionwool, Evolve Golf delivers a new level of breathable comfort in a performance golf sock.











### ULTRA LIGHT

1. Ultra light heel tab for a no show, blister-free lift.
2. True mesh venting breathability with every step keeps your foot cool.
3. Seamless heel and toe reduces blisters and hot spots.
4. Compression no-slip heel.
5. Compression arch support.





### SPORT CUSHION

1. Terry loop roll for a comfortable, blister-free lift.
2. True mesh venting breathability with every step keeps your foot cool.
3. Seamless heel and toe reduces blisters and hot spots.
4. Compression no-slip heel and arch support.
5. Sole cushion comfortable support.





### PERFORMANCE CREW

1. 3/4 calf for a no-show leg
2. True mesh venting breathability with every step keeps your foot cool.
3. Seamless heel and toe reduces blisters and hot spots.
4. Compression no-slip calf and ankle.
5. Compression arch support.



## HAPPY FEET LEAD TO LOWER SCORES!

    



MOTIONWOOL PERFORMANCE SOCKS
Motionwool Sport Cushion Performance Golf Socks-
Charcoal with Hunter Green and White Accents-Large

★★★★★
$20.00

MICRO CREW SOCKS
Motionwool Micro Crew Performance Socks Oatmeal
Base with Charcoal Accents- Ocean Gradient

$22.00

MOTIONWOOL PERFORMANCE SOCKS
Motionwool Sport Cushion Performance Socks White
Base Colorways 3-Pack-Hunter Green, Black, and Navy
Accents-Large

$54.00

MOTIONWOOL PERFORMANCE SOCKS
Women's Motionwool Sport Cushion Performance Golf
Socks 4 Pack-White Base, Oatmeal Base, Charcoal Base, &
Black Base-Medium

$72.00

MICRO CREW SOCKS
Motionwool Micro Crew Performance Socks Oatmeal
Base with Charcoal Accents and Gradients 4-Pack-Large

$80.00

## ABOUT US

Evolve Golf is committed to making products that are better for the **player**, better for the **course**, and better for the **planet**.

## LATEST NEWS

**13** Custom Golf Tees: Behind the Print #9-
**Dec** Dallas Country Club Project Good
Woods

**24** Custom Shape Woodworks Bag Tag:
**Aug** Behind the Print #8

**04** Custom Leatherworks Valuables Pouch:
**Aug** Behind the Print #7

**14** Tips from the Tee #1: Mastering Golf
**Feb** Tee Height
1 Comment

## CART

No products in the cart.

Copyright 2024 © Evolve Golf

Free Ground Shipping Within The Contiguous U.S. On Orders $100+

**VESSEL**

Golf      Tennis      Lifestyle

Home  /  Golf  /  Golf Accessories  /  Golf Essentials  /  VESSEL Golf Tees



# VESSEL Golf Tees

★★★★★  30 Reviews

$14.95





Add to cart

Description

Features

$14.95

Add to cart

Description

Features



| Material | Bamboo |
| --- | --- |

## You May Also Like



Reviews   Q&A



Sort by: Most recent ▾

| | | |
|---|---|---|
| **Otis Y.** Verified Buyer | ★ ★ ★ ★ ★  **New Customer** <br> Very nice! I hope I wont break them!! | 03/28/24 |
| **Nicholas...** Verified Buyer | ★ ★ ★ ★ ★  **Great product** <br> Great looking tees, strong as well! Not the same as the old white tees that snap after each drive. | 03/19/24 |
| **Bafedile...** Verified Buyer | ★ ★ ★ ★ ★  **Reliable** <br> Reliable, unbreakable! | 03/14/24 |
| **John B.** Verified Buyer | ★ ★ ★ ★ ★  **Top Tier Tees** <br> I love the look and feel of these tees... a touch of class! <br> The stripes are very usefull for setting consistently ball heights from short irons, woods and driver! <br> Great price for 50 tees! | 03/13/24 |
| **Nick T.** Verified Buyer | ★ ★ ★ ★ ★  **Tees** <br> Solid tee. Paint looks good | 03/10/24 |
| **Ryan** Verified Buyer | ★ ★ ★ ★ ★ <br> Awesome!!! | 03/05/24 |
| **Jerad R.** Verified Buyer | ★ ★ ★ ★ ★  **Super sturdy** <br> These don't break easy. Legitimately used one tee for about 6 holes. I think it broke on the 4 time and I still got two more uses out of it before it broke completely. Granted, I'm not a heavy hitter, but I recommend these for sure. <br><br> No matter how big or small a product, Vessel's premium quality is  Read more | 02/13/24 |



| | | |
|---|---|---|
| David W.<br>Verified Buyer | ★★★★★ Tees<br>Great tee's. | 02/04/24 |
| Eric S.<br>Verified Buyer | ★★★★★ Hard to beat, hard to<br>Hard to beat, hard to brake. One tee for one round of golf | 01/01/24 |
| Stephen C.<br>Verified Buyer | ★★★★★ Brush<br>Awesome brush great magnet. | 12/26/23 |

‹ **1** 2 3 ›



**Free shipping**

Free Ground Shipping Within The
Contiguous U.S. On Orders $100+

**Need Additional Help?**

Chat with a VESSEL representative M-F
from 8-4:30 PM PST

Contact Us

**Newsletter**

Subscribe to our newsletter for updates +
10% off your first order!

**VESSEL Club**

Join our rewards program to earn points
on every purchase.

Join VESSEL Club

Subscribe to our newsletter to stay connected on
product launches, access to exclusive deals &
10% off your first order!

**Company**

About

Reviews

**Support**

FAQ

Order Status



E-mail

Blog
Press
Technology
Personalization
Custom Golf Bags
Buy a Bag, Give a Bag

Customer Care
Contact Us
Returns & Exchanges
Accessibility
Terms & Conditions

© 2024, VESSEL FWP LLC

Privacy Policy   Cookie Policy   Terms and Conditions

Your Privacy Choices Notice at Collection

https://vesselgolf.com/collections/apparel

at 04 33 04, 04/04/2024

Free Ground Shipping Within The Contiguous U.S. On Orders $150+

VESSEL

Golf          Tennis          Lifestyle












Golf Headcovers · Golf Bag Straps · Golf Travel Gear · Golf Essentials · Apparel · Headwear

Filters

Sort by: Best selling





Free shipping

Free Ground Shipping Within The
Contiguous U.S. On Orders $100+

Need Additional Help?

Chat with a VESSEL representative M-F
from 8-4:30 PM PST

Contact Us

Newsletter

Subscribe to our newsletter for updates +
10% off your first order!

VESSEL Club

Join our rewards program to earn points
on every purchase.

Join VESSEL Club

Subscribe to our newsletter to stay connected on
product launches, access to exclusive deals &
10% off your first order!

E-mail

**Company**

About

Reviews

Blog

Press

Technology

Personalization

Custom Golf Bags

Buy a Bag, Give a Bag

**Support**

FAQ

Order Status

Customer Care

Contact Us

Returns & Exchanges

Accessibility

Terms & Conditions

© 2024, VESSEL FWP LLC

Privacy Policy   Cookie Policy   Terms and Conditions

Your Privacy Choices Notice at Collection

GET 10% OFF  ✕



friend . The quality...   The guys on our...       the first of many...    great. My favorite...

## CONTACT

2959 Biddle Avenue
Suite 100
Wyandotte, MI 48192

(800) 505-2904

## HELPFUL LINKS

FAQ

Our Story

Return Request

Belt Size Guide

Terms of service

© ACE OF CLUBS GOLF COMPANY 2024   POS AND ECOMMERCE BY SHOPIFY

USE CODE **FREESHIP** TO RECEIVE FREE SHIPPING ON ORDERS $200+



### GOLF TEES

ADD TO CART  ·  $5.00





Pay in 4 interest-free installments for orders over $50.00 with shop Learn more

Secure Checkout With

Learn more

Secure Checkout With

| DESCRIPTION | ⟩ |
|---|---|
| CUSTOM ORDER TIMELINES | ⟩ |
| BELT SIZE GUIDE | ⟩ |
| HEADCOVER SIZE GUIDE | ⟩ |



OTHER PRODUCTS

## BEST SELLING PRODUCTS



SOLD OUT

**GRAPHITE ALLIGATOR BELT**
$130.00
*Sold Out*

**NAVY BLUE ALLIGATOR BELT**
$130.00

**AUGUSTA ALLIGATOR BELT**
$130.00

SHOP ALL BEST SELLING PRODUCTS ›

## NEW ARRIVALS







WHITE BELT BUCKLE
$20.00

GRAY GENUINE ALLIGATOR
CASH COVER WALLET
$150.00

GRAY GENUINE ALLIGATOR BELT
$500.00

SHOP ALL NEW ARRIVALS ›


stumbled upon Ace
of Clubs through a
friend . The quality...


quality and
professionally done.
The guys on our...




quality is awesome.
This is going to be
the first of many...


Drivers, fairways,
putter, they're all
great. My favorite...

CONTACT

2959 Biddle Avenue
Suite 100
Wyandotte, MI 48192

(800) 505-2904

HELPFUL LINKS

FAQ

Our Story

Return Request

Belt Size Guide

Terms of service





ACE RED SPOT T-SHIRT
~~$40.00~~  $20.00

CONTACT

2959 Biddle Avenue
Suite 100

HELPFUL LINKS

FAQ

Our Story

USE CODE **FREESHIP** TO RECEIVE FREE SHIPPING ON ORDERS $200+







**ACE AMATEUR T-SHIRT**

$40.00



SAVE 50%

**I LIKE BIG PUTTS WHITE T-SHIRT**

$20.00 $40.00



SAVE 50%

**PURE MULLIGAN GRAY T-SHIRT**

$20.00 $40.00



SAVE 50%

**ACE RED GPS T-SHIRT**

$20.00 $40.00

**CONTACT**

2959 Biddle Avenue

Suite 100

Wyandotte, MI 48192

(800) 505-2904

**HELPFUL LINKS**

FAQ

Our Story

Return Request

Belt Size Guide

Terms of service



https://www.froggergolf.com/products/green-monsters-1-1-8-bamboo-tees/

at 11:05:10, 04/04/2024



### Green Monsters™ 1⅛" Bamboo Golf Tees

$6.99

In stock

QTY  1

ADD TO CART

SKU: 1241GM118
NEW – Now pay with your Amazon account!

FREE SHIPPING ON ORDERS OF $49.99 OR MORE
Backed by the Frogger Warranty

#### World's best bamboo golf tees

Green Monsters golf tees are crazy strong - made from bamboo, they are proven to last 7 times longer than traditional wood tees (and they're eco-friendly, too!)

## Product details

- Proven 7x stronger than hardwood tees by independent testing

- Milled with a vertical grain to make each tee stronger

- Available in 3 ¼", 2 ¾", and 1 1/8" sizes

- Eco-friendly orange coating on Nubbies makes them easy to find

- 1 1/8" Nubbles are perfect for hitting fairway, hybrid, or irons off the tee.

View product instructions

| SPECS | |
|---|---|
| Size | 1 1/8" - fairway, hybrid, or irons |
| Material | Bamboo |







**PROVEN 7X STRONGER**

Independent test results on a swing robot proved Green Monsters tees over seven times stronger than leading solid hardwood tees.

**RENEWABLE RESOURCE**

Bamboo can be harvested for golf tees after three years of growth whereas hardwoods like oak take at least forty years to mature before they can be harvested. No other plant on Earth has a faster growth rate than bamboo.

**GREENSKEEPERS' BEST FRIEND**

Bamboo tees biodegrade faster than any other form of golf tee and does not dull mowing blades like hardwood or other types of tees due to its plant like fibrous nature.

## You might also like...









**BRUSHPRO ORIGINAL GOLF BRU...**

$19.95

**GREEN MONSTERS™ 2 ¾" BAMB...**

$7.99

**HOP! GOLF GREEN REPAIR TOOL**

$17.95

**GREEN MONSTERS™ 3 ¼" BAMB...**

$8.99

### Stay connected with our newsletter

Email address

**PRODUCTS**
Cart accessories
Bag accessories
Training aids
Apparel

**CUSTOMIZE**
AFFILIATE SIGNUP - HOP ON!
Think Pink

**SUPPORT**
Warranty & Returns
FAQ
Contact us

**Innovative Golf Gear & Accessories**

BEND, OREGON

800-718-FROG

INFO@FROGGERGOLF.COM

Accessibility Controls

© Copyright Frogger Golf 2024 All rights reserved  |  Privacy Policy | Terms of Service | Cookie Policy





WHO'S YOUR CADDY
CREW T-SHIRT

$29.99 $24.99

MUNI CREW T-SHIRT

$29.99 $24.99

## Golf Clothing

If you want to look good and enjoy maximum comfort in all conditions, get yourself some Fly Dry golf clothing. Frogger's Fly Dry moisture wick technology combines a comfortable feel that is light on the body and keeps you cool. Fly Dry when the temps are high and makes a perfect base layer should temperatures turn cool. Fly Dry apparel not only feels great, it provides maximum protection from the sun with a 50+ SPF sunblock rating.

## Golf Shirts

Fly Dry golf shirts are meant to let golf swings perform so they aren't a tight form fitting golf shirt but they measure out nicely in important areas like the neck, shoulders, and are nice and long so they stay tucked in.

## Golf Hats

Nobody likes a hot head. Fly Dry moisture wick technology will keep your cool and comfortable and looking great at the same time. Fly Dry golf hats are super breathable and protect your head from harmful sunlight with it's SPF 50+ protection. Fly Dry hats feature a structured front, unstructured back, interior sweatband, and adjustable strap in the back accommodating most any head size.

## Golf Clothing Gifts

Frogger's Fly Dry clothing make the perfect gift for any golfer who enjoys high quality golf shirts and hats. When a golfer wears Frogger clothing, they are in the "know" about sporting a brand completely geared toward making for a better and more enjoyable game for caddie-less golfers and not for just the Pro's. Frogger Fly Dry clothing sporting our iconic frog makes a great gift for friends and family any time of year!



### Stay connected with our newsletter

Email address 



**PRODUCTS**
Cart accessories
Bag accessories
Training aids
Apparel

**CUSTOMIZE**
AFFILIATE SIGNUP - HOP ON!
Think Pink

**SUPPORT**
Warranty & Returns
FAQ
Contact us

**Innovative Golf Gear & Accessories**

BEND, OREGON

800-718-FROG

INFO@FROGGERGOLF.COM

Accessibility Controls

© Copyright Frogger Golf 2024 All rights reserved    |    Privacy Policy | Terms of Service | Cookie Policy

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on April 4, 2024 for
**U.S. Trademark Application Serial No. 97349256**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action**.  This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS) or the Electronic System for Trademark Trials and Appeals (ESTTA), as appropriate.  Your response and/or appeal must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**.  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **<u>Hiring a U.S.-licensed attorney</u>.**  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.