# COMPOSITE EXHIBIT 3

| To: | Christopher R. Chase(pto@fkks.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 97349313 - STINGER GC - 031259.0200 |
| **Sent:** | January 30, 2023 06:31:39 AM EST |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

6837849
3398038
4281501
screencapture-www-sportingnews-com-us-golf-news-liv-golf-team-names-logos-meanings-
cleeks-niblicks-ls0p1kstp05c1fxy79tg7sx7-16745790516051
screencapture-www-walmart-com-ip-PGA-TOUR-3-1-8-In-High-Performance-Black-Golf-
Tee-296773864-16745806381841
screencapture-en-wikipedia-org-wiki-PGA_Tour-16745810798231
screencapture-www-pgatoursuperstore-com-16745811402201
screencapture-www-ebay-com-itm-204176173219-16745812189571
screencapture-www-masters-com-en_US-index-html-16745812688061
screencapture-www-masters-com-en_US-info-shop-index-html-16745813096591

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 97349313

**Mark:** STINGER GC

**Correspondence Address:**
CHRISTOPHER R. CHASE
FRANKFURT KURNIT KLEIN & SELZ PC
28 LIBERTY STREET
NEW YORK NY 10005 UNITED STATES

**Applicant:** LIV GOLF INCORPORATED

**Reference/Docket No.** 031259.0200

**Correspondence Email Address:** pto@fkks.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:**  January 30, 2023

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## Summary of Issues

- Section 2(d) refusal
- Disclaimer of wording


## Section 2(d) - Likelihood of Confusion Refusals

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 6837849, 3398038, 4281501. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registrations.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

Applicant has applied to register the mark STINGER GC in standard characters for "Entertainment services in the nature of professional golf tournaments, matches, competitions, and exhibitions; providing sports news and information in the field of golf" in International Class 041.

The mark in U.S. Registration No. 6837849 is STINGER with a design for "golf tees" in International Class 028 and "Retail and wholesale store services featuring golfing equipment and golf gameplay

accessories; Distributorship services in the field of supplies and equipment sold to golf clubs and country clubs for use by or resale to their customers for golf gameplay, and golf supplies and accessories distributed by the clubs as promotional and merchandising items to promote their courses and businesses; Distributorship services in the field of supplies and equipment to golf clubs and country clubs for use in operating their business; Retail and wholesale store services featuring customized sports equipment, namely, golf tees, golf pencils, golf-ball markers, divot-repair tools, golf-ball bags, shag bags" in International Class 035.

The mark in U.S. Registration No. 4281501is STINGER with a design for "golf tees" in International Class 028.

The mark in U.S. Registration No. 3398038 is STINGER in standard characters for "golf tees" in International Class 028.

The above are owned by the same registrant.

<u>Similarity of the Marks</u>

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Here, applicant's mark, STINGER GC, is confusingly similar to the registered marks, STINGER and STINGER with design. All of the marks incorporate the same word, STINGER. The remaining text element in applicant's mark, GC, is merely descriptive and must be disclaimed. Specifically, the letters GC stand for "golf club" as shown by the attached screen capture. As such, it is descriptive of the services and therefore less dominant in commercial impression. Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); TMEP §1207.01(b)(viii), (c)(ii). Greater weight is often given to this dominant feature when determining whether marks are confusingly similar. *See In re Detroit Athletic Co.*, 903 F.3d at 1305, 128 USPQ2d at 1050 (citing *In re Dixie Rests.*, 105 F.3d at 1407, 41 USPQ2d at 1533-34).

Continuing, the design element in two of the registered marks is less dominant than the term STINGER. When evaluating a composite mark consisting of words and a design, the word portion is normally accorded greater weight because it is likely to make a greater impression upon purchasers, be remembered by them, and be used by them to refer to or request the goods and/or services. *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *CBS Inc. v. Morrow*, 708 F.2d 1579, 1581-82, 218 USPQ 198, 200 (Fed. Cir. 1983)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022) (quoting *Sabhnani v. Mirage Brands, LLC*,

2021 USPQ2d 1241, at *31 (TTAB 2021)); TMEP §1207.01(c)(ii).  Thus, although marks must be compared in their entireties, the word portion is often considered the dominant feature and is accorded greater weight in determining whether marks are confusingly similar, even where the word portion has been disclaimed.  *In re Viterra Inc.*, 671 F.3d at 1366-67, 101 USPQ2d at 1911 (citing *Giant Food, Inc. v. Nation's Foodservice, Inc.*, 710 F.2d 1565, 1570-71, 218 USPQ2d 390, 395 (Fed. Cir. 1983)).  Consumers are likely to recall and use the term STINGER when seeking the goods in the marketplace, making the term dominant over the design.


Because the marks look and sound similar and create the same commercial impression, the marks are considered similar for likelihood of confusion purposes.

Relatedness of the Goods and/or Services

The goods and/or services are compared to determine whether they are similar, commercially related, or travel in the same trade channels.  *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion.  *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i).  They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source."  *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i); *see Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *In re Jump Designs LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006)).


In the present case, all of the registered marks identify "golf tees" and the mark in U.S. Registration No. 6837849 also identifies retail and distributorship services related to golf, particularly to golf clubs and country clubs.  Applicant's mark identifies entertainment services related to golf; specifically, golf tournaments and competitions, as well as golf information and news.

Applicant's services and registrant's goods/services are complementary goods and services that are often used together or otherwise purchased or encountered by the same purchasers.  Please see the attached screen captures that show the same mark used to identify golf tees and/or retail services related to golf and golf tournaments and/or golf news and information.  These screen captures show that consumers are accustomed to finding these goods/services under the same mark in the same trade channels, and the goods/services are used by the same purchasers.


Accordingly, the goods and/or services are considered related for purposes of the likelihood of confusion analysis.

Conclusion

Because the marks are similar and the goods and/or services are related, there is a likelihood of confusion as to the source of applicant's goods and/or services, and registration is refused pursuant to Section 2(d) of the Trademark Act.

**Disclaimer of "GC" Required**

Applicant must disclaim the wording "GC" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from Sporting News shows this wording means "golf club," as in the organization, not the physical object. Thus, the wording merely describes applicant's goods and/or services because applicant's services are golf matches and competitions, making GC descriptive of a characteristic of the services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "GC" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Shannon Twohig/
Shannon Twohig
Trademark Examining Attorney
Law Office 105
(571) 272-8855
Shannon.Twohig@USPTO.GOV

# RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find <u>contact information for the supervisor</u>** of the office or unit listed in the signature block.

**Print: Tue Jan 24 2023**                                    **90877191**

### (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS



**Mark Punctuated**
STINGER

**Translation**

**Goods/Services**

- IC 028. US 022 023 038 050.G & S: Golf tees. FIRST USE: 20190930. FIRST USE IN COMMERCE: 20190930
- IC 035. US 100 101 102.G & S: Retail and wholesale store services featuring golfing equipment and golf gameplay accessories; Distributorship services in the field of supplies and equipment sold to golf clubs and country clubs for use by or resale to their customers for golf gameplay, and golf supplies and accessories distributed by the clubs as promotional and merchandising items to promote their courses and businesses; Distributorship services in the field of supplies and equipment to golf clubs and country clubs for use in operating their business; Retail and wholesale store services featuring customized sports equipment, namely, golf tees, golf pencils, golf-ball markers, divot-repair tools, golf-ball bags, shag bags. FIRST USE: 20190930. FIRST USE IN COMMERCE: 20190930
- IC 040. US 100 103 106.G & S: Custom-manufacturing services for others of promotional, merchandising and novelty items for others, namely, golf tees, golf pencils, golf-ball markers, divot-repair tools, poker chips, signs and flags for golf carts, table covers; Customized imprinting of designs on the goods of others, namely, golf tees, golf clubs, golf apparel, golf towels, caps, visors, golf accessories, golf pencils, golf ball markers, golf ball mark repair tools, driving range supplies. FIRST USE: 20190930. FIRST USE IN COMMERCE: 20190930

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

**Design Code**
032306 270303

**Serial Number**
90877191

**Filing Date**
20210811

**Current Filing Basis**
1A

**Original Filing Basis**
1A

**Publication for Opposition Date**
20220621

**Registration Number**

6837849

**Date Registered**
20220906

**Owner**
(REGISTRANT) Stinger Tees, Inc. CORPORATION OHIO 26001 Miles Road, Unit 10 Warrensville Heights
OHIO 44128

**Priority Date**

**Disclaimer Statement**

**Description of Mark**
The mark consists of a stylized bee with a prominent stinger above the word "STINGER" wherein the stinger of
the bee forms part of the letter "N".

**Type of Mark**
TRADEMARK. SERVICE MARK

**Register**
PRINCIPAL

**Live Dead Indicator**
LIVE

**Attorney of Record**
Steven J. Solomon

**Print: Tue Jan 24 2023**                                        **77230845**

## (4) STANDARD CHARACTER MARK

# STINGER

**Mark Punctuated**
STINGER

**Translation**

**Goods/Services**

- IC 028. US 022 023 038 050.G & S: [ Golf clubs and ] golf tees. FIRST USE: 19990111. FIRST USE IN COMMERCE: 19990111

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Design Code**

**Serial Number**
77230845

**Filing Date**
20070716

**Current Filing Basis**
1A

**Original Filing Basis**
1A

**Publication for Opposition Date**
20080101

**Registration Number**
3398038

**Date Registered**
20080318

**Owner**
(REGISTRANT) Golfsmith International, Inc. CORPORATION DELAWARE 11000 North IH-35 Austin TEXAS 78753 (LAST LISTED OWNER) STINGER TEES, INC. CORPORATION OHIO 26001 MILES ROAD UNIT 10 WARRENSVILLE HEIGHTS OHIO 44128

**Priority Date**

**Disclaimer Statement**

**Description of Mark**

**Type of Mark**
TRADEMARK

**Register**

PRINCIPAL

**Live Dead Indicator**
LIVE

**Attorney of Record**
Steven J. Solomon

**Print: Tue Jan 24 2023**                                           **85464583**

## (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS



**Mark Punctuated**
STINGER

**Translation**

**Goods/Services**

- IC 028. US 022 023 038 050.G & S: Golf tees. FIRST USE: 20100400. FIRST USE IN COMMERCE: 20100400

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

**Design Code**
032306 032324

**Serial Number**
85464583

**Filing Date**
20111104

**Current Filing Basis**
1A

**Original Filing Basis**
1A;1B

**Publication for Opposition Date**
20120424

**Registration Number**
4281501

**Date Registered**
20130129

**Owner**
(REGISTRANT) Stinger Tees, Inc. CORPORATION OHIO Unit 10 26001 Miles Road Warrensville Heights OHIO 44128

**Priority Date**

**Disclaimer Statement**

**Description of Mark**
Color is not claimed as a feature of the mark. The mark consists of the word "STINGER" superimposed over a drawing of a bee.

**Type of Mark**

TRADEMARK

**Register**
PRINCIPAL

**Live Dead Indicator**
LIVE

**Attorney of Record**
Steven J. Solomon

https://www.sportingnews.com/us/golf/news/liv-golf-team-names-logos-meanings-cleeks-niblicks/ls0p1kslzp05cl1fxy79fg7six7                                                                            at 11:51:07, 01/24/2023







GOLF

## LIV Golf team names, explained: Breaking down meanings, logos for Cleeks, Niblicks and more

Jacob Camenker
07-01-2022 • 6 min read



(Getty Images)

LIV Golf's first event is set to begin on Thursday. The Saudi-backed start-up tour has generated a lot of buzz ahead of its three-day tournament in London, including everything from the golfers joining the upstart competition to the massive purse that will be available in the competition.

But on Tuesday, one thing overshadowed all else: the announcement of the 12 team names for the tour.





MORE FROM SPORTING NEWS





KITTLE

LIV Golf is using a unique format in its tournaments. Players will compete individually to win the event, but they will also be a part of a four-man team as well. In the first two rounds of the tournament, the two best scorers on each team will be credited. In the final round, the three best scores will be counted.

The teams are drafted days ahead of each event by a captain, and this added element of competition is one of the ways LIV Golf is attempting to differentiate itself.

The new setup may well work. But after the announcement of the tour's 12 team names, some were rolling their eyes — or scratching their heads — at the names and logos that LIV Golf chose. Here's a look at the names and logos for all 12 teams and how they relate to the game of golf.

**MORE:** How much money LIV Golf will pay out compared to the PGA Tour

### What are the teams for LIV Golf London?

There are 12 teams that are a part of the LIV Golf tour, and they will remain in place throughout the season. The only thing that will change is the players playing for each squad.

The 12 teams for the first LIV Golf event are as follows:

- Aces GC
- Cleeks GC
- Crushers GC
- Fireballs GC
- Hy Flyers GC
- Iron Heads GC
- Majesticks GC
- Niblicks GC
- Punch GC
- Torque GC
- Smash GC
- Stinger GC

**MORE:** Phil Mickelson explains why he joined LIV Golf, broke from PGA Tour

How to watch Baseball Hall of Fame voting announcement

betway

Next Premier League manager sacked: Latest odds

Tom Brady disappointed in NFL tripping fine vs. Malik Hooker

THE ALL-NEW 2022
GRAND WAGONEER
GRAND WAGONEER

### What do the LIV Golf team names mean?

Some of the LIV Golf team names are fairly self-explanatory. Others are a bit less familiar to the tour's viewers. All of them, naturally, are related to golf.

Below is a description of each team name:

### Aces GC

Aces is likely a reference to a hole-in-one, which is often referred to as an "ace."

### Cleeks GC

If you didn't know what a "cleek" was, you're not alone. The word is primarily Scottish and describes "a club with an iron head, a narrow face, and little slope, used for shots from a poor lie on the fairway and sometimes for putting," per Dictionary.com.

### Crushers GC

Likely a reference to those that hit the ball far. That makes it fitting that Peter Uihlein, who averages 310.9 yards per drive, would be on this team.

### Fireballs GC

The logo for this team is an anthropomorphic golf ball on fire. You get the picture.

### Hy Flyers GC

Here's a team name that's a play on words. A "highflyer" is a person who has the potential to be successful in something. Meanwhile, "hy" is the abbreviation for a hybrid club in a golf bag. Thus, "Hy Flyers" was born.

### Iron Heads GC

Most of the clubs in a golfer's bag are irons. What would you call the club face on those clubs? That's right, iron head.

MORE: Bryson DeChambeau and Patrick Reed reportedly will join LIV Golf

### Majesticks GC

Another play on words, but this one is easier to decipher. LIV Golf combined "majestic" and "sticks" — which golf clubs can be referred to as — to make "Majesticks."

### Niblicks GC

Niblick is defined by the Merriam-Webster dictionary as "an iron golf club with a wide deeply slanted face used for short shots out of sand or long grass or for shots where quick loft and little roll is desired." In other words, it's a 9-iron.

### Punch GC

How many times have we heard an announcer mention "punching" a ball out of the rough? To hit a punch





shot, a golfer a shorter swing to lower the trajectory of the ball in flight. This is often done in an attempt to avoid obstacles such as overhead trees.



**Torque GC**

Different golf club shafts have different amounts of torque on them, and that determine how prone the club is to twisting. Some prefer the club to have more torque (more twist) while others prefer less torque (less twist).

**Smash GC**

Smash is likely a reference to how hard a golf ball is hit. There is something called "smash factor," which measures "the ratio between the speed of the ball as it leaves the clubface and your swing speed," per Golf Digest. So, this team's name may stem from that advanced stat.

**Stinger GC**

A stinger shot is a control shot used by golfers which keeps the ball lower to the ground during its flight. It is often used on windy days to avoid the ball being pushed wayward by strong gusts.

MORE: Why is Dustin Johnson playing in Saudi-backed LIV Golf Series?

## What does the GC at the end of each team name stand for?

The "GC" following each team name stands for "Golf Club." And in this context, golf club is in reference to the organizational term, not the physical club with which you hit the ball.

### LIV Golf team logos

LIV Golf released a video revealing its 12 team names on Tuesday. The logos can be seen in that video. The group of logos contains everything from plain letters to a scorpion's stinger to an anthropomorphic golf ball on fire.

Below is a look at the official release from LIV Golf:









And below is a screenshot of each of the 12 teams' default logos:











❤️ 12    💬 Reply    ⬆️ Share

**Read 1 reply**

**MORE:** What does LIV Golf stand for?

### LIV Golf draft results

The teams for LIV Golf's first event were established two days ahead of it. Below is a list of each four-man squad, including the captain, who selected his three fellow golfers.

| Team | Captain | Player 2 | Player 3 | Player 4 |
|------|---------|----------|----------|----------|
| Crushers | Peter Uihlein | Richard Bland | Phachara Khongwatmai | Travis Smyth |
| Stinger GC | Louis Oosthuizen | Hennie Du Plessis | Charl Schwartzel | Branden Grace |
| Iron Heads | Kevin Na | Sadom Kaewkanjana | Hideto Tanihara | Viraj Madappa |
| Torque GC | Talor Gooch | Hudson Swafford | Adrian Otaegui | Andy Ogletree |
| Fireballs | Sergio Garcia | David Puig | James Piot | Jediah Morgan |
| Hy Flyers | Phil Mickelson | Justin Harding | Ratchanon Chantananuwat | Chase Koepka |
| Majesticks GC | Ian Poulter | Lee Westwood | Sam Horsfield | Laurie Canter |
| Smash GC | Sihwan Kim | Scott Vincent | Jinichiro Kozuma | Itthipat Buranananyarat |
| Cleeks GC | Martin Kaymer | Pablo Larrazabal | JC Ritchie | Ian Snyman |
| Punch GC | Wade Ormsby | Matt Jones | Ryosuke Kinoshita | Blake Windred |
| Niblicks GC | Graeme McDowell | Bernd Wiesberger | Turk Pettit | Oliver Fisher |
| Aces GC | Dustin Johnson | Shaun Norris | Oliver Bekker | Kevin Yuan |

**Around The Web**









PREMIUM   TECHNOLOGY   **SAFETY**

Available Active Driving Assist² helps you stay in control along the way

Build Your Grand Wagoneer    Search Inventory

Legal



GRAND WAGONEER

PREMIUM   TECHNOLOGY   **SAFETY**

Available Active Driving Assist² helps you stay in control along the way

Virginia Will Cover the Cost to Install Solar if You Live in These Zip Codes

Finance Daily

These Investment Property Loans May Be Easier to Get Than People Think

Searchads| Business Loans

Photos Proving You Can't Fix Stupid

Cndeared





Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels Every Morning

Guthealthwellness

Doctors Stunned : This Removes Wrinkles and Eye-bags Like Crazy (Try Tonight)

Trending Stories

Virginia Seniors with No Life Insurance Get a $250k Policy for $18/month

Smart Lifestyle Trends





Remember Her? Take A Deep Breath Before You See What She Looks Like Now

SurelyAwesome

I Had Enough of My Keurig! Was About to Throw it in the Trash when I Found This.

Angelino's Coffee

Virginia: Say Bye To Your Car Insurance If You Drive Less Than 50 Miles/day

BindRight






MORE FROM SPORTING NEWS







Next Premier League

Tom Brady disappointed in

https://www.walmart.com/ip/PGA-TOUR-3-1-8-In-High-Performance-Black-Golf-Tee/296773864?wmlspartner=wlpa&selectedSellerId=0&wl13=3639&addid=22222222277296773864_117755028669_12420145346&wmlspartner=wmtlabs&wl0=&wl1=g&wl2=c&wl3=501107745824&wl4=pla-294505072980&wl5=9059726&wl6=&wl7=&wl8=&wl9=pla&wl10=8175035&wl11=local&wl12=296773864&wl13=3639&veh=sem_LIA&gclid=CjwKCAiAoL6eBhA3EiwAXDom5mnk8tTsdccCrF41iq0X8sblcENb_1xlb5clrXJazYN_MD8hWQbkxoCcL4QAvD_BwE&gclsrc=aw.ds

at 12.17.27, 01/24/2023









**About this item**

### Product details

These PGA TOUR branded tees will provide additional assistance with consistency off the tee. Designed to help reduce surface contact with your golf ball to help reduce friction and produce straighter, longer drives. That can be used with any driver, hybrid, or iron. These tees are designed for durability and made to withstand contact. The PGA TOUR High-Performance Tees use a plastic base and a rubber cupped top that is nearly impossible to break. At 3 1/8" tall these tees are perfect to use with today's 460cc drivers. With the PGA TOUR insignia on the tees, you'll be able to stand out from the rest.

- 3 1/8 inches permanent tee
- Large top for easy ball placement
- Increases confidence

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
PGA Tour

**Color**
Black

**Manufacturer Part Number**
AVASB044

**Manufacturer**
Perry Ellis

### Warnings

⚠ CHOKING HAZARD - Children Under 3





**Related pages**

Golf Tee Mats                          Golf Tace                          Golf Cup

| | | |
|---|---|---|
| Wood Golf Tees | White Tee Golf | Top Golf Gifts |
| Golf Tees | Sporting Goods Clearance | Other Sports Safety Equipment |
| Sports Equipment Fan Shop | Sports & Outdoor Play Fan Shop | Golf Balls |

We'd love to hear what you think!

Give feedback

All Departments   Store Directory   Careers   Our Company   Sell on Walmart.com   Help   COVID-19 Vaccine Scheduler   Product Recalls   Accessibility   Tax Exempt Program
Get the Walmart App   Sign-up for Email   Safety Data Sheet   Terms of Use   Privacy & Security   CA Privacy Rights   California Supply Chain Act   Your Privacy Choices
Request My Personal Information   #IYWYK

© 2023 Walmart. All Rights Reserved.



External links

The tour, then known informally as "The Circuit" for professional golfers in the PGA,[7] became formalized in 1929. A tournament committee was formed, consisting of Tommy Armour, Al Espinosa and J.J. Patterson.[7] In 1930, Bob Harlow was hired as manager of the PGA Tournament Bureau and worked to formalize a year-round schedule of tournaments.[8]

With an increase of revenue in the late 1960s due to expanded television coverage, a dispute arose between the touring professionals and the PGA of America on how to distribute the windfall. The tour players wanted larger purses, where the PGA desired the money to go to the general fund to help grow the game at the local level.[9][10] Following the final major in July 1968 at the PGA Championship, several leading tour pros voiced their dissatisfaction with the venue and the abundance of club pros in the field.[11] The increased friction resulted in a new entity in August, what would eventually become the PGA Tour.[12][13][14][15] Tournament players formed their own organization, American Professional Golfers, Inc. (APG), independent of the PGA of America.[16][17][16] Its headquarters were in New York City.[13]

| | (South Korea) |
|---|---|
| **Related competitions** | Korn Ferry Tour |
| | PGA Tour Canada |
| | PGA Tour Champions |
| | PGA Tour China |
| | PGA Tour Latinoamérica |
| **Official website** | pgatour.com ↗ |

After several months,[18] a compromise was reached in December: the tour players agreed to abolish the APG and form the PGA "Tournament Players Division", a fully autonomous division under the supervision of a new 10-member Tournament Policy Board.[20][21][22][23] The board consisted of four tour players, three PGA of America executives, and three outside members, initially business executives.[21][22][24]

Joseph Dey, the recently retired USGA executive director, was selected by the board as the tour's first commissioner in January 1969 and agreed to a five-year contract.[25][26] He was succeeded by tour player Deane Beman in early 1974,[27] who served for twenty years. The name officially changed to "PGA Tour" in 1975.[28][29] In 1978 the PGA Tour "removed its restrictions on women."[30] However, no women have joined the tour since then.

In late August 1981, the PGA Tour had a marketing dispute with the PGA of America and officially changed its name to the **TPA Tour**, for the "Tournament Players Association."[31][32] The disputed issues were resolved within seven months and the tour's name was changed back to the "PGA Tour" in March 1982.[33][34]

Tim Finchem became the third commissioner in June 1994 and continued for over 22 years; on January 1, 2017, he was succeeded by Jay Monahan.[35]

Without the tour players, the PGA of America became primarily an association of club professionals, but retained control of two significant events; the PGA Championship and the Ryder Cup.[9] The former was an established major championship, but the latter was an obscure match play team event which was not particularly popular with golf fans, due to predictable dominance by the United States. With the addition of players from continental Europe in 1979 and expanded television coverage, it became very competitive and evolved into the premier international team event, lately dominated by Europe. Both events are very important revenue streams for the PGA of America.

In June 2022, the PGA Tour suspended seventeen players who played in the inaugural LIV Golf Invitational Series event. Monahan wrote in a memo to the tour's membership that any players that take part in future LIV Golf events will be subjected to the same punishment.[36] PGA Tour members that joined LIV Golf included major champions Brooks Koepka, Bryson DeChambeau, Patrick Reed, Dustin Johnson, and Phil Mickelson.[37][38][39]

On July 11, 2022, it was reported that the US Department of Justice was investigating the PGA Tour to determine if they engaged in anti-competitive behavior with LIV Golf. In late 2021, the PGA Tour began speaking with White House officials and congress members to express concerns over LIV Golf. The tour has paid over $400,000 to the firm DLA Piper to lobby lawmakers on their behalf for various topics including LIV Golf proposals.[40] The tour had previously been investigated in the early 1990s for tour policies having been found to be in violation of antitrust laws, no further action was taken.[41][42]

In August 2022, eleven players who had joined LIV Golf filed an antitrust lawsuit against the PGA Tour to challenge their suspensions.[43] Three players failed to obtain a temporary restraining order to allow them to participate in the FedEx Cup playoffs. Trial for the main case was scheduled to begin in September 2023.[44]

## Tours operated by the PGA Tour  [edit]

The PGA Tour does not run any of the major championships (Masters, PGA Championship, U.S. Open, The Open),[45] or the Ryder Cup. The PGA of America, not the PGA Tour, runs the PGA Championship and the Senior PGA Championship, and co-manages with the women's golf tours in the U.S., which are mostly controlled by the PGA European Tour. Additionally, the PGA Tour is not involved with the women's golf tours in the U.S., which are mostly controlled by the LPGA. The PGA Tour is also not the governing body for the game of golf in the United States; this, instead, is the role of the United States Golf Association (USGA), which organizes the U.S. Open. What the PGA Tour does organize are the remaining 43 (in 2009) week-to-week events,

Structure of the PGA Tour season
Money winners and most wins leaders
Player and rookie of the year awards
Career money leaders
Commissioners
See also
Notes
References
External links
Structure of the PGA Tour season
Money winners and most wins leaders
Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

including The Players Championship and the FedEx Cup events, as well as the biennial Presidents Cup. It also runs the main tournaments on five other tours: PGA Tour Champions, the Korn Ferry Tour (formerly known as Web.com Tour[46]), PGA Tour Canada, PGA Tour China, and PGA Tour Latinoamérica.[47]

The PGA Tour operates six tours. Three of them are primarily contested in the U.S., and the other three are international developmental tours centered on a specific country or region.

- PGA Tour, the top tour.
  - Some events take place outside the United States: Canada, South Korea, Japan, the United Kingdom, the Dominican Republic, Bermuda and the U.S. possession of Puerto Rico host one sole-sanctioned event each year; Mexico hosts two. The events in Puerto Rico, Bermuda and the Dominican Republic are alternate events held opposite World Golf Championships tournaments and therefore have weaker fields than regular Tour events. In addition, China hosts a World Golf Championships event and the United Kingdom hosts a major championship.
- PGA Tour Champions, for golfers age 50 and over
  - As of 2016, one regular tournament is held in Canada, and one of the senior majors is held in the UK, the rest in the US.
- Korn Ferry Tour, a US developmental tour.
  - As of 2014, Colombia, Panama, Chile, Brazil, Mexico, and Canada host one tournament each.
- PGA Tour Latinoamérica, an international developmental tour
  - As of 2014, nine Latin American countries host tournaments.
- PGA Tour Canada, another international developmental tour
  - Historically known as the "Canadian Tour", it was taken over by the PGA Tour in November 2012.[48] The 2013 season, the first under PGA Tour operation, began with a qualifying session in California, followed by nine tournaments in Canada.
- PGA Tour China, also an international developmental tour
  - Launched in 2014, it is independent of the former China Tour, which folded after its 2009 season.

The PGA Tour also conducts an annual Qualifying Tournament, known colloquially as "Q-School" and held over six rounds each fall. Before 2013, the official name of the tournament was the PGA Tour Qualifying Tournament; it is now officially the Korn Ferry Tour Qualifying Tournament. Through the 2012 edition, the top-25 finishers, including ties, received privileges to play on the following year's PGA Tour. Remaining finishers in the top 75, plus ties, received full privileges on the Korn Ferry Tour. Since 2013, all competitors who made the final phase of Q-School earned status on the Korn Ferry Tour at the start of the following season, with high finishers receiving additional rights as follows.[49]

- Golfers who finish 11th through 45th (including ties) are exempt until the second "reshuffle" of the following season (first eight events).
  - On the Korn Ferry Tour, a "reshuffle" refers to a reordering of the tour's eligibility list, which determines the players who can enter tournaments. After four tournaments, and every fourth tournament thereafter until the Korn Ferry Tour Finals, players are re-ranked according to their tour earnings on the season. However, the ranking position of players who are exempt from a "reshuffle" does not change.
- Those who finish 2nd through 10th (including ties) are exempt until the third reshuffle of the following season (first 12 events).
- The medalist (top finisher) has full playing privileges for the entire regular season, which carries with it automatic entry to the Tour Finals.

Since 2013, 50 Korn Ferry Tour golfers earn privileges during the next PGA Tour season, which now begins the month after the Tour Finals. The top 25 money winners over the regular season (i.e., before the Tour Finals) receive PGA Tour cards, as do the top 25 money winners in the Finals. The priority position of all 50 golfers on the PGA Tour is based on money earned during the Tour Finals, except that the regular season money leader shares equal status with the Finals money leader. In addition, a golfer who wins three events on that tour in a calendar year earns a "performance promotion" (informally a "battlefield promotion") which garners PGA Tour privileges for the remainder of the year plus the following full season.[50]

At the end of each year, the top 125 in FedEx Cup points (top 125 on the money list before 2013) receive a tour card for the following season, which gives them exemption from qualifying for most of the next year's tournaments. However, at some events, known as invitationals, exemptions apply only to the previous year's top 70 players. Since 2013, players who are ranked between 126 and 200 in FedEx Cup points (and are not already exempt by other means) are eligible for entry in the Korn Ferry Tour Finals, where they can regain their PGA Tour privileges. Non-exempt players who finish 126th–150th in the FedEx Cup but fail to regain their PGA Tour cards are given conditional PGA Tour status for the season and are fully exempt on the Korn Ferry Tour.

Winning a PGA Tour event provides a tour card for a minimum of two years, with an extra year added for each additional win with a maximum of five years

> Structure of the PGA Tour season

> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

› Structure of the PGA Tour season
› Money winners and most wins leaders
› Player and rookie of the year awards
Career money leaders
Commissioners
See also
Notes
References
External links

Winning a World Golf Championships event, The Tour Championship, the Arnold Palmer Invitational, or the Memorial Tournament provides a three-year exemption. Winners of the major championships, The Players Championship, and the FedEx Cup earn a five-year exemption. Other types of exemptions include lifetime exemptions for players with twenty wins on the tour; one-time, one-year exemptions for players in the top fifty on the career money earnings list who are not otherwise exempt; two-time, one-year exemptions for players in the top twenty-five on the career money list; and medical exemptions for players who have been injured or are going through a family crisis, which gives them an opportunity to regain their tour card after a period out of the tour. In 2015, the PGA Tour added a clause which would freeze an exemption for those required to perform military service in their native countries in response to South Korea's Bae Sang-moon having to leave the Tour for that reason. Once a player wins a PGA Tour event, he will have at minimum past champion status should he fail to retain PGA Tour privileges.

Non-members can play their way into the PGA Tour by finishing the equivalent or better of 125th in FedEx Cup points. Those who still but fall within the top 200 in current season points are eligible for the Korn Ferry Tour Finals. During the season, non-members can earn Special Temporary Member status by exceeding the equivalent of 150th in the previous season's FedEx Cup. Special Temporary Members receive unlimited sponsor exemptions, while non-members are limited to seven per season and twelve total events.[51]

Similar to other major league sports, there is no rule that limits PGA Tour players to "men only". In 1938, Babe Zaharias became the first woman to compete in a PGA Tour event. In 1945, Zaharias became the first and only woman to make a cut in a PGA Tour event. In 2003, Annika Sörenstam and Suzy Whaley played in PGA Tour events, and Michelle Wie did so in each year from 2004 through 2008. In 2011, Isabelle Beisiegel became the first woman to earn a Tour card on a "men's" professional golf tour, the Canadian Tour, now PGA Tour Canada.[52]

The LPGA Tour like all other women's sports, is limited to female participants only, except for mixed tournaments.[citation needed]

An organization called the PGA European Tour, separate from both the PGA Tour and the PGA of America, runs a tour, mostly in Europe, but with events throughout the world outside of North America. Several other regional tours are around the world. However, the PGA Tour, European Tour, and many of the regional tours co-sponsor the World Golf Championships. These, along with the major championships, usually count toward the official money lists of each tour as well as the Official World Golf Ranking.[citation needed]

## Charity fundraising  [ edit ]

The PGA Tour places a strong emphasis on charity fundraising, usually on behalf of local charities in cities where events are staged.[53] With the exception of a few older events, PGA Tour rules require all Tour events to be non-profit; the Tour itself is also a non-profit company. In 2005, it started a campaign to push its all-time fundraising tally past one billion dollars ("Drive to a Billion"), and it reached that mark one week before the end of the season. However, monies raised for charities derive from the tournaments' positive revenues (if any), and not any actual monetary donation from the PGA Tour, whose purse monies and expenses are guaranteed. The number of charities which receive benefits from PGA Tour, PGA Tour Champions and Korn Ferry Tour events is estimated at over 2,000. In 2009, the total raised for charity was some $108 million.[54] The organization announced to have generated $180 million for charities in 2017 through the tournaments of its six tours.

## Media coverage  [ edit ]

### Domestic

The PGA Tour's broadcast television rights are held by CBS Sports and NBC Sports, under contracts most recently renewed in 2020 to last through 2030. While it considered invoking an option to opt out of its broadcast television contracts in 2017, the PGA Tour ultimately decided against doing so. Golf Channel (which, since the acquisition of NBC Universal by Golf Channel owner Comcast, is a division of NBC Sports) has served as the pay television rightsholder of the PGA Tour since 2007. Under the contracts, CBS broadcasts weekend coverage for an average of 20 events per-season, and NBC broadcasts weekend coverage for an average of 10 events per-season. Golf Channel broadcasts early-round and weekend morning coverage of all events, as well as weekend coverage of events not broadcast on terrestrial television, and primetime encores of all events.[56][57][58]

On March 9, 2020, the PGA Tour announced that it had reached an agreement to renew its contracts with CBS and NBC, which expired after the 2020–21 season, through 2030, maintaining most of the existing broadcast arrangements.[59][60] A notable change in production under the new contract is that the PGA Tour now controls the on-site production and infrastructure for all media partners, although each individual broadcaster continues to employ their own on-air talent and personnel.[61]

Tournaments typically featured in NBC's package include marquee events such as The Players Championship, the final three tournaments of the FedEx

Cup Playoffs, and the biennial Presidents Cup event. The 2011 contract granted more extensive digital rights, as well as the ability for NBC to broadcast supplemental coverage of events on Golf Channel during its broadcast windows.[62] Beginning in 2022, coverage of the final three FedEx Cup playoff tournaments will begin alternating annually between CBS and NBC, rather than having them exclusive to NBC.[89][90]

The PGA Tour operates a streaming service known as *PGA Tour Live*, which carries early-round coverage of events preceding Golf Channel television coverage, including featured groups. The service is offered as a subscription basis; until 2019, it was operated by BAMTech (formerly MLB Advanced Media), and for a period, was also carried as part of ESPN+. From 2019 to 2021, it has been operated under NBC Sports' subscription streaming platform NBC Sports Gold, adding featured holes coverage during Golf Channel's windows. Since 2017, following a pilot at the end of the 2016 season, portions of the PGA Tour Live coverage are also carried for free via the PGA Tour's Twitter account.[63][64] Under the 2022–2030 contract, the service moved back to ESPN+.[65]

In 2005, the PGA Tour reached a deal with XM Satellite Radio to co-produce a channel, the PGA Tour Network (now Sirius XM PGA Tour Radio), featuring event coverage, and talk programming relating to golf (which, since 2013, has also included audio simulcasts of selected Golf Channel programs). Its contract with Sirius XM was renewed through 2021.[66][66][67]

### International   [ edit ]

The PGA Tour is also covered extensively outside the United States. In the United Kingdom, Sky Sports was the main broadcaster of the tour for a number of years up to 2006. Setanta Sports won exclusive UK and Ireland rights for ten years from 2007 for a reported cost of £103 million. The deal includes Champions Tour and the Nationwide Tour events, but like the U.S. television deals it does not include the major championships, and unlike the U.S. deal, it does not include the World Golf Championships. Setanta set up the Setanta Golf channel to present its coverage.[68] On June 23, 2009, Setanta's UK arm went into administration and ceased broadcasting. Eurosport picked up the television rights for the remainder of the 2009 season.[69] Sky Sports regained the TV rights with an eight-year deal from 2010 to 2017.[70] In South Korea, SBS, which has been the tour's exclusive TV broadcaster in that country since the mid-1990s, agreed in 2009 to extend its contract with the PGA Tour through 2019. As a part of that deal, it became sponsor of the season's opening tournament, a winners-only event that was renamed the SBS Championship effective in 2010.[71] In 2011 however, Korean automobile manufacturer Hyundai took over the title sponsorship, but SBS still remains a sponsor of the event.[72]

In June 2018, it was announced that Eurosport's parent company Discovery Inc. had acquired exclusive international media rights to the PGA Tour outside of the United States, beginning 2019, under a 12-year, US$2 billion deal. The contract covers Discovery's international channels (including Eurosport), sub-licensing arrangements with local broadcasters, and development of an international PGA Tour over the top subscription service—which was unveiled in October under the brand GolfTV. The service will replace PGA Tour Live in international markets as existing rights lapse, beginning with Australia, Canada, Italy, Japan, the Netherlands, Portugal, Russia and Spain in January 2019.[73][74][75] GolfTV also acquired rights to the Ryder Cup and European Tour in selected markets, and signed a deal with Tiger Woods to develop original content centered upon him.[76][77]

## Structure of the PGA Tour season   [ edit ]

 This section needs to be **updated**. Please help update this article to reflect recent events or newly available information. *(January 2015)*

### Outline of the season (2007–2013)   [ edit ]

Three of the four majors take place in eight weeks between June and August. In the past, this has threatened to make the last $2\frac{1}{2}$ months of the season anti-climactic, as some of the very top players competed less from that point on. In response, the PGA Tour has introduced a new format, the FedEx Cup. From January through mid-August players compete in "regular season" events and earn FedEx Cup points, in addition to prize money. At the end of the regular season, the top 125 FedEx Cup points winners are eligible to compete in the "playoffs", four events taking place from mid-August to mid-September. The field sizes for these events are reduced from 125 to 100 to 70 and finally the traditional 30 for the Tour Championship. Additional FedEx Cup points are earned in these events. At the end of the championship, the top point winner is the season champion. To put this new system into place, the PGA Tour has made significant changes to the traditional schedule.[citation needed]

In 2007, The Players Championship moved to May so as to have a marquee event in five consecutive months. The Tour Championship moved to mid-September, with an international team event (Ryder Cup or Presidents Cup) following at the end of September. The schedule was tweaked slightly in both 2008 and 2009. After the third FedEx Cup playoff event, the BMW Championship, the Tour takes a full week off. In 2008, the break came before the Ryder

Structure of the PGA Tour season
Money winners and most wins leaders
Player and rookie of the year awards
Career money leaders
Commissioners
See also
Notes
References
External links

Structure of the PGA Tour season
Money winners and most wins leaders
Player and rookie of the year awards
Career money leaders
Commissioners

See also

Notes

References

External links

Cup, with the Tour Championship the week after that. In 2009, the break was followed by the Tour championship, with the Presidents Cup taking place two weeks after that.[citation needed]

The Tour continues through the fall, with the focus on the scramble of the less successful players to earn enough money to retain their tour cards. A circuit known as the Fall Series, originally with seven tournaments but now with four, was introduced in 2007. In its inaugural year, its events were held in seven consecutive weeks, starting the week after the Tour Championship. As was the case for the FedEx Cup playoff schedule, the Fall Series schedule was tweaked in 2008 and 2009. The first 2008 Fall Series event was held opposite the Ryder Cup, and the Fall Series took a week off for the Tour Championship before continuing with its remaining six events.[citation needed]

The Fall Series saw major changes for 2009, with one of its events moving to May and another dropping off the schedule entirely. It returned to its original start date of the week after the Tour Championship. Then, as in 2008, it took a week off, this time for the Presidents Cup. It then continued with events in three consecutive weeks, took another week off for the HSBC Champions (now elevated to World Golf Championships status), and concluded the week after that.[citation needed]

Most recently, the Fall Series was reduced to four events, all held after the Tour Championship, for 2011. This followed the move of the Viking Classic into the regular season as an alternate event.[citation needed]

2007 saw the introduction of a tournament in Mexico, an alternate event staged the same week as the WGC-Accenture Match Play Championship.[78] A tournament in Puerto Rico was introduced in 2008 as an alternate event staged opposite the WGC-CA Championship.[citation needed]

## Tournaments  [ edit ]

The 2013 season, which was the last before the tour transitioned to a schedule spanning two calendar years, had 40 official-money events in 38 weeks, including three alternate events played the same week as a higher-status tournament. The other event that is considered part of the 2013 season is the biennial Presidents Cup, matching a team of golfers representing the US with an "International" team consisting of non-European players (Europeans instead play in the Ryder Cup, held in even-numbered years).[citation needed]

Before the transition, the Tour held a group of events known as the PGA Tour Fall Series, which provided a final opportunity for golfers to make the top 125 in season earnings and thereby retain their Tour cards. With the change to an October-to-September season, several of the former Fall Series events will now open the season. The Tour also sanctions two events in Asia during that part of the year:

- The CIMB Classic, a limited-field event held in Malaysia and the Tour's first sanctioned event in Southeast Asia. The field is limited to 40 players—the top-25 available players in the final FedEx Cup standings, the top ten available Asian players and five sponsor's exemptions, with at least one place reserved for a Malaysian player. The 2013 edition, which was part of the 2014 season, was the first as an official-money event.[79]
- The WGC-HSBC Champions, traditionally held the week after the Malaysia tournament. Despite its elevation to World Golf Championships status in 2009, it initially was not an official-money event.[80] Starting in 2010, if the event was won by a PGA Tour member, it counted as an official win and carried the three-year exemption of the other WGCs.[81] Starting in 2013, the HSBC Champions became an official money event, and wins are official for Tour and non-Tour members alike.[citation needed]

Most members of the tour play between 20 and 30 tournaments in the season. The geography of the tour is determined by climate. It starts in Hawaii in January and spends most of its first two months in California and Arizona during what is known as the "West Coast Swing" and then moves to the American Southeast for the "Southern Swing." Each swing culminates in a significant tour event. In April, tour events begin to drift north. The summer months are spent mainly in the Northeast and the Midwest, and in the fall (autumn) the tour heads south again.[citation needed]

In most of the regular events on tour, the field is either 132, 144 or 156 players, depending on time of year (and available daylight hours). All players making the cut earn money for the tournament with the winner usually receiving 18% of the total purse.[citation needed]

In 2008, the PGA Tour Policy Board approved a change in the number of players that will make the cut. The cut will continue to be low 70 professionals and ties, unless that results in a post-cut field of more than 78 players. Under that circumstance, the cut score will be selected to make a field as close to 70 players as possible without exceeding 78. Players who are cut in such circumstances but who have placed 70th or worse will get credit for making the cut and will earn official money and FedEx Cup points. This policy affected two of the first three events with cuts, the Sony Open in Hawaii and the Buick Invitational. In late February, the Policy Board announced a revised cut policy, effective beginning with the Honda Classic. The new policy calls for 36-hole cut to the low 70 professionals and ties and, if that cut results in more than 78 players, a second 54-hole cut to the low 70 professionals and ties. Those who do not survive the 54-hole cut were designated as MDF (made the cut, did not finish).[82] For the 2020 season, the cut line was reduced to 65 plus ties

> Structure of the PGA Tour season

> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards
  Career money leaders
  Commissioners
  See also
  Notes
  References
  External links

and eliminated the 54-hole cut.

In the event that the PGA Tour cannot guarantee four rounds of play, the PGA Tour can shorten an event to 54 holes. A 54-hole event is still considered official, with full points and monies awarded. Any tournament stopped before 54 holes can be completed is reverted to the 36-hole score and the win is considered unofficial, notably Adam Scott at the 2005 Nissan Open.

## Priority ranking system   [ edit ]

The PGA Tour maintains a priority ranking system that is used to select the fields for most tournaments on tour. Below is the 2016–17[20] ranking system, in order of priority.

1. Winner of PGA Championship or U.S. Open prior to 1970 or in the last five seasons and the current season
2. Winner of The Players Championship in the last five seasons and the current season
3. Winners of the Masters Tournament in the last five seasons and the current season
4. Winners of The Open Championship in the last five seasons and the current season
5. Winners of the Tour Championship in the last three seasons and the current season
6. Winners of World Golf Championships events in the last three seasons and the current season
7. Winners of the Arnold Palmer Invitational and the Memorial Tournament in the last three seasons and the current season, beginning with the 2015 winners
8. Leader from the final FedExCup Points List in each of the last five seasons
9. Leaders from the final PGA Tour Money List prior to 2017 for the subsequent five seasons
10. Winners of PGA Tour co-sponsored or approved tournaments, whose victories are considered official, within the last two seasons, or during the current season; winners receive an additional season of exemption for each additional win, up to five seasons
11. Career earnings
    A. Players among the top 50 in career earnings as of the end of the preceding season may elect to use a one-time exemption for the next season
    B. Players among the Top 25 in career earnings as of the end of the preceding season may elect to use this special one-time exemption for the next season
12. Sponsor exemptions (a maximum of eight, which may include amateurs with handicaps of 0 or less), on the following basis:
    A. Not less than two sponsor invitees shall be PGA Tour members not otherwise exempt.
    B. Not less than two of the 2016 Top Finishers of the Web.com Tour, if not all can otherwise be accommodated.
13. Two international players designated by the Commissioner.
14. The current PGA Club Professional Champion up to six open events (3 must be opposite The Open Championship and World Golf Championships events), in addition to any sponsor selections. The exemption does not apply to open, limited-field events.
15. PGA Section Champion or Player of the Year of the Section in which the tournament is played
16. Four low scorers at Open Qualifying which shall normally be held on Monday of tournament week.
17. Past champions of the particular event being contested that week, if cosponsored by the PGA Tour and the same tournament organizer (not title sponsor), as follows
    A. Winners prior to July 28, 1970: unlimited exemptions for such events.
    B. Winners after Jan. 1, 2000: five seasons of exemptions for such events.
18. Life Members (who have been active members of the PGA Tour for 15 years and have won at least 20 co-sponsored events)
19. Top 125 on the previous season's FedExCup points list.
20. Top 125 on the previous season's Official Money List through the Wyndham Championship
21. Players who finished greater than or equal to top 125 on the 2015–16 PGA Tour Official Season FedExCup Points List or top 125 on the 2015–16 Official Season Money List through the Wyndham Championship as non-members
22. Major Medical Extension: If granted by the Commissioner, if not otherwise eligible, and if needed to fill the field, Special Medical Extension
23. Leading Money Winner from the previous season's Top 25 regular season players using combined money earned on the Official Web.com Tour

Regular Season Money List and web.com Tour Finals Money List, Leading Money Winner from the previous Web.com Tour and Three-Time Winners from previous season Web.com Tour.

24. Leading money winner from Web.com Tour medical
25. Top 10 and ties, not otherwise exempt, among professionals from the previous open tournament whose victory has official status are exempt into the next open tournament whose victory has official status
26. Top Finishers of the Web.com Tour
27. Top Finishers from the Web.com Tour medical
28. Players winning three Web.com Tour events in the current season
29. Minor medical extension
30. Twenty-five finishers beyond 125th place on prior season's FedExCup Points List (126–150)
31. Nonexempt, major medical/family crisis
32. The following categories are reordered after the end of calendar year tournament, The Players, and the majors, based on FedEx Cup points the previous season, and then if necessary, career earnings, for players outside 150th on the FedEx Cup points list.

    Past Champions - Players who have won a PGA Tour event.
    Special Temporary Members - Non-members who scored more points than 150th place in the previous year's FedEx Cup points list.
    Team Tournament Winners - Players who have won a team tournament.
    Veteran Members - Players with over 150 cuts made in the PGA Tour. Ordered by money won in career.

Some tournaments deviate from this system; for example, the Phoenix Open has only five sponsor exemptions and three Monday qualifying spots, while invitational tournaments such as the Arnold Palmer Invitational, Memorial Tournament, and Dean & DeLuca Invitational have completely different eligibility categories.

## Event categories   [ edit ]

- **Majors**: The four leading annual events in world golf are the Masters Tournament, U.S. Open, The (British) Open Championship, and the PGA Championship. These events each automatically receive 100 OWGR points.
- **World Golf Championships (WGC)**: A set of events co-sanctioned by the International Federation of PGA Tours which attract the leading golfers from all over the world, including those who are not members of the PGA Tour. Note that the HSBC Champions was made a WGC event in the middle of the 2009 season.
- **Unique**: Two tournaments rate as unique, for different reasons:
  - The Sentry Tournament of Champions, the first tournament of the calendar year, has a field consisting of winners from the previous season's competition only. This results in a field much smaller than any other tournament except for The Tour Championship, with no cut after 36 holes of play
  - The Players Championship is the only event, apart from the majors and the World Golf Championships, which attracts entries from almost all of the world's elite golfers. It is the designated OWGR flagship event for the PGA Tour and awards 80 OWGR points to its winner. Only major championships can be awarded more OWGR points. For purposes of the FedEx Cup standings, The Players has had an identical point allocation to that of the majors since the Cup was instituted in 2007.
- **Playoff event**: The final three events of the season (four from 2007 to 2018). The top 125 players on the points list are eligible for the first event and the field size decreases to The Tour Championship with 30 players.



- **Team**: A United States team of 12 elite players competes in the Ryder Cup and the Presidents Cup in alternate years. The Ryder Cup, pitting a team of U.S. golfers against a European team, is arguably the highest profile event in golf, outranking the majors. The Presidents Cup, which matches a team of U.S. golfers against an international team of golfers not eligible for the Ryder Cup, is less well established, but is still the main event of the week when it is played. There is no prize money in these events, so they are irrelevant to the money list, but an immense amount of pride rides on the results.
- **Regular**: Routine weekly tour events. The "regular" events vary somewhat in status, but this is a fairly

Structure of the PGA Tour season
Money winners and most wins leaders
Player and rookie of the year awards
Career money leaders
Commissioners
See also
Notes
References
External links

Structure of the PGA Tour season
Money winners and most wins leaders
Player and rookie of the year awards
Career money leaders
Commissioners
See also
Notes

References

External links

subjective and not usually based on the size of the purse. Some of the factors which can determine the status of a tournament are:

- Its position in the schedule, which influences the number of leading players that choose to enter.
- Its age and the distinction of its past champions.
- The repute of the course on which it is played.
- Any associations with "legends of golf". Six events in particular have such associations (four of these are invitational events):
  - The AT&T Byron Nelson, named after Byron Nelson, was until 2007 the only current event named after a PGA Tour golfer.
  - The Arnold Palmer Invitational, formerly the Bay Hill Invitational, closely identified with Arnold Palmer and played at a resort he owned.
  - The Genesis Invitational, identified with Tiger Woods through his foundation as of 2020.
  - The Charles Schwab Challenge, identified with Ben Hogan.
  - The Memorial Tournament, founded by Jack Nicklaus, played on a course he designed, and annually honoring a selected "legend".



The FedEx Cup, presented to the winner of the season-ending playoffs



The Ryder Cup, contested in even-numbered years between teams from Europe and the United States.

> Structure of the PGA Tour season

> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

- **Invitational**: These events are similar to the regular ones, but have a slightly smaller field and do not follow the normal PGA Tour exemption categories. Invitational tournaments include the Genesis Invitational, the Charles Schwab Challenge, the Arnold Palmer Invitational, the RBC Heritage, the Memorial Tournament. The tournaments usually have an association with a golf legend, or in the case of the RBC Heritage, a famous course. The table below illustrates some of the notable features of the exemption categories for these events.[84]

| Tournament | Field size | Exemptions based on FedEx Cup standings | | Sponsor exemptions | Method of filling field |
|---|---|---|---|---|---|
| | | Previous year | Current | | |
| Genesis Invitational | 120 | Top 125 | Top 10 | 8 | Current FedEx Cup standings |
| Arnold Palmer Invitational | 120 | Top 70 | Top 70 | 18 | Current FedEx Cup standings |
| RBC Heritage | 132 | Top 125 | Top 10 | 8 | Standard exemption categories |
| Charles Schwab Challenge | 120+ | Top 80 | Top 80 | 12 | Current FedEx Cup standings |
| Memorial Tournament | 120 | Top 70 | Top 70 | 14 | Alternating current and previous year's FedEx Cup standings |

- **Alternate**: Events which are played in the same week as a higher status tournament (either a WGC or the Open Championship) and therefore have weakened fields and reduced prize money. They are often considered an opportunity for players who would not qualify for certain events due to their world rankings, positions on the FedEx Cup points list, or position on the Tour's priority list, to move up more easily or have an easier attempt at a two-year exemption for winning a tournament. Because of their weaker fields, these events usually receive the minimum amount of world ranking points reserved for PGA Tour events (24 points) and fewer FedEx Cup points than most tournaments (300 points instead of 500). Alternate event winners also do not earn Masters invitations. Fields for alternate events have 132 players. These events have 12 unrestricted sponsor exemptions, four more than the regular events.

> Structure of the PGA Tour season

> Money winners and most wins leaders

>

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

- **Fall Series** (defunct): Prior to the 2013 season, the PGA Tour included a fall series consisting of those events after the final playoff event of the FedEx Cup season (The Tour Championship) through the end of the calendar year. These events provided extra opportunities for players to retain their cards by finishing within the top 125 of the money list. Since fall 2013 (the 2014 season), the events held in the fall have opened the tour season, and receive full FedEx Cup points allocations and Masters invitations.

There are also a number of events which are recognized by the PGA Tour, but which do not count towards the official money list. Most of these take place in the off season (November and December). This slate of unofficial, often made-for-TV events (which have included the PGA Grand Slam of Golf, the Wendy's 3-Tour Challenge, the Franklin Templeton Shootout, the Skins Game, etc.) is referred to as the "Challenge Season" or more commonly as the "Silly Season".

## Changes since the 2013 season   [ edit ]

 This section needs to be **updated**. Please help update this article to reflect recent events or newly available information. *(July 2018)*

On March 20, 2012, the tour announced radical changes to the tour's season and qualifying process.[85][86] Further details of these changes relating to the Fall Series were announced on June 26,[87] with the remaining details announced on July 10.[88] One of the final details received a minor tweak, effective for the 2013 season only, on September 11.[89]

First, the 2013 season was the last to be conducted entirely within a calendar year. Since the 2014 season, the season starts in October of the previous calendar year, shortly after the Tour Championship.[88] The tournaments in the now season-opening Fall Series are awarded full FedEx Cup points.[87]

As a result of the schedule change, the qualifying school no longer grants playing rights on the PGA Tour, but only privileges on the Korn Ferry Tour.[88]

The criterion for retaining tour cards at the end of the season also changed. Through 2012, the top 125 players on the money list at the end of the PGA Tour season retained their tour cards. For the 2013 season only, the top 125 players on *both* the money list and the FedEx Cup points list at the end of the FedEx Cup regular season in August retained their cards.[89] The tour also said that it would decide at a later time whether to keep this aspect of the qualifying system in place in future seasons.[89] Otherwise, the planned move by the tour to have the top 125 players on the FedEx Cup points list retain their tour cards took effect with the 2014 season. The next 75 players on the points list, along with the top 75 on the money list of the Korn Ferry Tour at the end of that tour's regular season, are eligible to play a series of three tournaments in September known as the Korn Ferry Tour Finals. The Finals field, however, is not expected to consist of all 150 players, as some of the PGA Tour players will be exempt by other criteria, such as a tournament win in the previous two years.[90] A total of 50 PGA Tour cards for the next season is awarded at the end of the Finals. The 25 leading money winners during the Korn Ferry Tour regular season receive cards, and total money earned during the Finals determines the remaining 25 card earners.[91] For all 50 new card earners, their positions on the PGA Tour's priority order for purposes of tournament are based on money earned in the Finals.[88] College players who turn professional can enter the series if their earnings are equivalent to a top-200 PGA Tour or top-75 Korn Ferry Tour finish.

In addition, the leading money winners on the Korn Ferry Tour in both the regular season and Finals receive automatic invitations to The Players Championship (note that if a golfer tops both money lists, only one Players invitation is awarded).[91]

Finally, two events held in Asia after the end of the PGA Tour's current regular season – the CIMB Classic in Malaysia and the HSBC Champions, a World Golf Championships event held in China – became full PGA Tour events, with official prize money, for the first time. Before 2013, neither event had full PGA Tour status despite being sanctioned by the Tour. Wins in the CIMB Classic were not classified as official PGA Tour wins, and HSBC Champions victories were official wins only for current PGA Tour members. Money earned in these events did not count as official PGA Tour earnings for any purpose.

## Money winners and most wins leaders   [ edit ]

Players who lead the money list on the PGA Tour win the Arnold Palmer Award (1981–2018).

| Season | Money winner | Prize money (US$) | Most wins |
|---|---|---|---|
| 2021–22 | Scottie Scheffler | 14,046,910 | 4: Scottie Scheffler |

> Structure of the PGA Tour season

> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links



> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards
  Career money leaders
  Commissioners
  See also
  Notes
  References
  External links

| | | | | |
|---|---|---|---|---|
| 2020–21 | 🇪🇸 Jon Rahm | 7,705,933 | 4 | Patrick Cantlay |
| 2019–20 | 🇺🇸 Justin Thomas (3/3) | 7,344,040 | 3 | Dustin Johnson, Justin Thomas |
| 2018–19 | 🇺🇸 Brooks Koepka | 9,684,006 | 3 | Brooks Koepka, Rory McIlroy |
| 2017–18 | 🇺🇸 Justin Thomas (2/3) | 8,694,821 | 3 | Bryson DeChambeau, Dustin Johnson, Justin Thomas, Bubba Watson |
| 2016–17 | 🇺🇸 Justin Thomas (1/3) | 9,921,560 | 5 | Justin Thomas |
| 2015–16 | 🇺🇸 Dustin Johnson | 9,365,185 | 3 | Jason Day, Dustin Johnson |
| 2014–15 | 🇺🇸 Jordan Spieth | 12,030,465 | 5 | Jason Day, Jordan Spieth |
| 2013–14 | 🏴 Rory McIlroy (2/2) | 8,280,096 | 3 | Rory McIlroy, Jimmy Walker |
| 2013 | 🇺🇸 Tiger Woods (10/10) | 8,553,439 | 5 | Tiger Woods |
| 2012 | 🏴 Rory McIlroy (1/2) | 8,047,952 | 4 | Rory McIlroy |
| 2011 | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 Luke Donald | 6,683,214 | 2 | Keegan Bradley, Luke Donald, Webb Simpson, Steve Stricker, Nick Watney, Bubba Watson, Mark Wilson |
| 2010 | 🇺🇸 Matt Kuchar | 4,910,477 | 3 | Jim Furyk |
| 2009 | 🇺🇸 Tiger Woods (9/10) | 10,508,163 | 6 | Tiger Woods |
| 2008 | 🇫🇯 Vijay Singh (3/3) | 6,601,094 | 4 | Tiger Woods |
| 2007 | 🇺🇸 Tiger Woods (8/10) | 10,867,052 | 7 | Tiger Woods |
| 2006 | 🇺🇸 Tiger Woods (7/10) | 9,941,563 | 8 | Tiger Woods |
| 2005 | 🇺🇸 Tiger Woods (6/10) | 10,628,024 | 6 | Tiger Woods |
| 2004 | 🇫🇯 Vijay Singh (2/3) | 10,905,166 | 9 | Vijay Singh |
| 2003 | 🇫🇯 Vijay Singh (1/3) | 7,573,907 | 5 | Tiger Woods |
| 2002 | 🇺🇸 Tiger Woods (5/10) | 6,912,625 | 5 | Tiger Woods |
| 2001 | 🇺🇸 Tiger Woods (4/10) | 5,687,777 | 5 | Tiger Woods |
| 2000 | 🇺🇸 Tiger Woods (3/10) | 9,188,321 | 9 | Tiger Woods |
| | 🇺🇸 Tiger Woods | | | |

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards
  Career money leaders
  Commissioners
  See also
  Notes
  References
  External links

> Structure of the PGA Tour season
> **Money winners and most wins leaders**
> Player and rookie of the year awards
  Career money leaders
  Commissioners
  See also
  Notes
  References
  External links

> Structure of the PGA Tour season
> **Money winners and most wins leaders**
> Player and rookie of the year awards
  Career money leaders

| Year | Player | Money | Most wins leaders |
|---|---|---|---|
| 1999 | (2/10) | 6,616,585 | 8: Tiger Woods |
| 1998 | David Duval | 2,591,031 | 4: David Duval |
| 1997 | Tiger Woods (1/10) | 2,066,833 | 4: Tiger Woods |
| 1996 | Tom Lehman | 1,780,159 | 4: Phil Mickelson |
| 1995 | Greg Norman (3/3) | 1,654,959 | 3: Lee Janzen, Greg Norman |
| 1994 | Nick Price (2/2) | 1,499,927 | 6: Nick Price |
| 1993 | Nick Price (1/2) | 1,478,557 | 4: Nick Price |
| 1992 | Fred Couples | 1,344,188 | 3: John Cook, Fred Couples, Davis Love III |
| 1991 | Corey Pavin | 979,430 | 2: Billy Andrade, Mark Brooks, Fred Couples, Andrew Magee, Corey Pavin, Nick Price, Tom Purtzer, Ian Woosnam |
| 1990 | Greg Norman (2/3) | 1,165,477 | 4: Wayne Levi |
| 1989 | Tom Kite (2/2) | 1,395,278 | 3: Mark Calcavecchia, Tom Kite, Steve Jones |
| 1988 | Curtis Strange (3/3) | 1,147,644 | 4: Curtis Strange |
| 1987 | Curtis Strange (2/3) | 925,941 | 3: Paul Azinger, Curtis Strange |
| 1986 | Greg Norman (1/3) | 653,296 | 4: Bob Tway |
| 1985 | Curtis Strange (1/3) | 542,321 | 3: Curtis Strange, Lanny Wadkins |
| 1984 | Tom Watson (5/5) | 476,260 | 3: Tom Watson, Denis Watson |
| 1983 | Hal Sutton | 426,668 | 2: Seve Ballesteros, Jim Colbert, Mark McCumber, Gil Morgan, Calvin Peete, Hal Sutton, Lanny Wadkins, Fuzzy Zoeller |
| 1982 | Craig Stadler | 446,462 | 4: Craig Stadler, Tom Watson, Calvin Peete |
| 1981 | Tom Kite (1/2) | 375,699 | 5: Bill Rogers |
| 1980 | Tom Watson (4/5) | 530,808 | 7: Tom Watson |
| 1979 | Tom Watson (3/5) | 462,636 | 5: Tom Watson |
| 1978 | Tom Watson (2/5) | 362,429 | 5: Tom Watson |
| 1977 | Tom Watson (1/5) | 310,653 | 5: Tom Watson |
| 1976 | Jack Nicklaus (8/8) | 266,439 | 3: Ben Crenshaw, Hubert Green |
| | Jack Nicklaus | 298,149 | |

Commissioners

See also

Notes

References

External links

| | | | |
|---|---|---|---|
| 1975 (7/8) | | 290,749 | 5: Jack Nicklaus |
| 1974 | Johnny Miller | 353,022 | 8: Johnny Miller |
| 1973 | Jack Nicklaus (6/8) | 308,362 | 7: Jack Nicklaus |
| 1972 | Jack Nicklaus (5/8) | 320,542 | 7: Jack Nicklaus |
| 1971 | Jack Nicklaus (4/8) | 244,491 | 6: Lee Trevino |
| 1970 | Lee Trevino | 157,037 | 4: Billy Casper |
| 1969 | Frank Beard | 164,707 | 3: Billy Casper; Raymond Floyd, Dave Hill, Jack Nicklaus |
| 1968 | Billy Casper (2/2) | 205,169 | 6: Billy Casper |
| 1967 | Jack Nicklaus (3/8) | 188,998 | 5: Jack Nicklaus |
| 1966 | Billy Casper (1/2) | 121,945 | 4: Billy Casper |
| 1965 | Jack Nicklaus (2/8) | 140,752 | 5: Jack Nicklaus |
| 1964 | Jack Nicklaus (1/8) | 113,285 | 5: Tony Lema |

> Structure of the PGA Tour season

Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

| | | | |
|---|---|---|---|
| 1963 | Arnold Palmer (4/4) | 128,230 | 7: Arnold Palmer |
| 1962 | Arnold Palmer (3/4) | 81,448 | 8: Arnold Palmer |
| 1961 | Gary Player | 64,540 | 6: Arnold Palmer |
| 1960 | Arnold Palmer (2/4) | 75,263 | 8: Arnold Palmer |
| 1959 | Art Wall Jr. | 53,168 | 5: Gene Littler |
| 1958 | Arnold Palmer (1/4) | 42,608 | 4: Ken Venturi |
| 1957 | Dick Mayer | 65,835 | 4: Arnold Palmer |
| 1956 | Ted Kroll | 72,836 | 4: Mike Souchak |
| 1955 | Julius Boros (2/2) | 63,122 | 6: Cary Middlecoff |
| 1954 | Bob Toski | 65,820 | 4: Bob Toski |
| 1953 | Lew Worsham | 34,002 | 5: Ben Hogan |
| 1952 | Julius Boros (1/2) | 37,033 | 5: Jack Burke Jr., Sam Snead |
| 1951 | Lloyd Mangrum | 26,089 | 6: Cary Middlecoff |
| 1950 | Sam Snead (3/3) | 35,759 | 11: Sam Snead |
| 1949 | Sam Snead (2/3) | 31,594 | 7: Cary Middlecoff |

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards
Career money leaders
Commissioners
See also
Notes
References
External links

| 1948 | Ben Hogan (5/5) | 32,112 | 10: Ben Hogan |
| 1947 | Jimmy Demaret | 27,937 | 7: Ben Hogan |
| 1946 | Ben Hogan (4/5) | 42,556 | 13: Ben Hogan |
| 1945 | Byron Nelson (2/2) | 63,336 | 18: Byron Nelson |
| 1944 | Byron Nelson (1/2) | 37,968 | 8: Byron Nelson |
| 1943 | No records kept | | 1: Sam Byrd, Harold McSpaden, Steve Warga |
| 1942 | Ben Hogan (3/5) | 13,143 | 6: Ben Hogan |
| 1941 | Ben Hogan (2/5) | 18,358 | 7: Sam Snead |
| 1940 | Ben Hogan (1/5) | 10,655 | 6: Jimmy Demaret |
| 1939 | Henry Picard | 10,303 | 8: Henry Picard |
| 1938 | Sam Snead (1/3) | 19,534 | 8: Sam Snead |
| 1937 | Harry Cooper | 14,139 | 8: Harry Cooper |
| 1936 | Horton Smith | 7,682 | 3: Ralph Guldahl, Jimmy Hines, Henry Picard |
| 1935 | Johnny Revolta | 9,543 | 5: Henry Picard, Johnny Revolta |
| 1934 | Paul Runyan | 6,767 | 7: Paul Runyan |
| 1933 | | | 9: Paul Runyan |
| 1932 | | | 4: Gene Sarazen |
| 1931 | | | 4: Willy Cox |
| 1930 | | | 8: Gene Sarazen |
| 1929 | | | 8: Horton Smith |
| 1928 | | | 7: Bill Mehlhorn |
| 1927 | | | 7: Johnny Farrell |
| 1926 | | | 5: Bill Mehlhorn, Macdonald Smith |
| 1925 | | | 5: Leo Diegel |
| 1924 | | | 5: Walter Hagen |
| 1923 | | | 5: Walter Hagen, Joe Kirkwood Sr. |
| 1922 | | | 4: Walter Hagen |
| 1921 | | | 4: Jim Barnes |
| 1920 | | | 4: Jock Hutchison |
| 1919 | | | 5: Jim Barnes |
| 1918 | | | 1: Pat Doyle, Walter Hagen, Jock Hutchison |
| 1917 | | | 2: Jim Barnes, Mike Brady |
| 1916 | | | 3: Jim Barnes |

**Multiple money list titles**   [ edit ]

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards
Career money leaders
Commissioners
See also
Notes
References
External links

The following players have won more than one money list title through 2022:

- 10: Tiger Woods
- 8: Jack Nicklaus
- 5: Ben Hogan, Tom Watson
- 4: Arnold Palmer
- 3: Sam Snead, Curtis Strange, Greg Norman, Vijay Singh, Justin Thomas
- 2: Byron Nelson, Julius Boros, Billy Casper, Tom Kite, Nick Price, Rory McIlroy

## Player and rookie of the year awards   [edit]

PGA Tour players compete for two player of the year awards. The **PGA Player of the Year** award dates back to 1948 (originally named the **PGA Golfer of the Year**) and is awarded by the PGA of America. Since 1982 the winner has been selected using a points system with points awarded for wins, money list position and scoring average. The **PGA Tour Player of the Year** award,[52] also known as the **Jack Nicklaus Trophy**, is administered by the PGA Tour and was introduced in 1990; the recipient is selected by the tour players by ballot; although the results are not released other than to say who has won. More often than not the same player wins both awards; in fact, as seen in the table below, the PGA and PGA Tour Players of the Year have been the same every year from 1992 through 2018.

The **Rookie of the Year** award was also introduced in 1990 [53] Players are eligible in their first season of PGA Tour membership if they competed in less than seven events from any prior season. Several of the winners had a good deal of international success before their PGA rookie season, and some have been in their thirties when they won the award. In March 2012, a new award, the **PGA Tour Courage Award**, was introduced in replacement of the defunct Comeback Player of the Year award.[54]

| Season | PGA Player of the Year | PGA Tour Player of the Year | PGA Tour Rookie of the Year | PGA Tour Courage Award |
|---|---|---|---|---|
| 2021–22 | Cameron Smith | Scottie Scheffler | Cameron Young | |
| 2020–21 | Jon Rahm | Patrick Cantlay | Will Zalatoris | Morgan Hoffmann |
| 2019–20 | Justin Thomas (2) | Dustin Johnson (2) | Scottie Scheffler | None |
| 2018–19 | Brooks Koepka (2) | Rory McIlroy (3) | Im Sung-jae | None |
| 2017–18 | Brooks Koepka | Brooks Koepka | Aaron Wise | None |
| 2016–17 | Justin Thomas | Justin Thomas | Xander Schauffele | Gene Sauers |
| 2015–16 | Dustin Johnson | Dustin Johnson | Emiliano Grillo | None |
| 2014–15 | Jordan Spieth[95] | Jordan Spieth | Daniel Berger | Jarrod Lyle |
| 2013–14 | Rory McIlroy (2) | Rory McIlroy (2) | Chesson Hadley | None |
| 2013 | Tiger Woods (11) | Tiger Woods (11) | Jordan Spieth | Erik Compton |
| 2012 | Rory McIlroy | Rory McIlroy | John Huh | None[96] |
| 2011 | Luke Donald | Luke Donald | Keegan Bradley | None[96] |
| Year | PGA Player of the Year | PGA Tour Player of the Year | PGA Tour Rookie of the Year | Comeback Player of the Year |
| 2010 | Jim Furyk | Jim Furyk | Rickie Fowler | Stuart Appleby |
| 2009 | Tiger Woods (10) | Tiger Woods (10) | Marc Leishman | None[97] |
| 2008 | Pádraig Harrington | Pádraig Harrington | Andrés Romero | Dudley Hart |
| 2007 | Tiger Woods (9) | Tiger Woods (9) | Brandt Snedeker | Steve Stricker (2) |
| 2006 | Tiger Woods (8) | Tiger Woods (8) | Trevor Immelman | Steve Stricker |
| 2005 | Tiger Woods (7) | Tiger Woods (7) | Sean O'Hair | Olin Browne |

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards
  Career money leaders
  Commissioners
  See also
  Notes
  References
  External links

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards
  Career money leaders
  Commissioners
  See also

Notes

References

External links

| Year | | | |
|---|---|---|---|
| 2004 | Vijay Singh | Vijay Singh | Todd Hamilton | John Daly |
| 2003 | Tiger Woods (6) | Tiger Woods (6) | Ben Curtis | Peter Jacobsen |
| 2002 | Tiger Woods (5) | Tiger Woods (5) | Jonathan Byrd | Gene Sauers |
| 2001 | Tiger Woods (4) | Tiger Woods (4) | Charles Howell III | Joe Durant |
| 2000 | Tiger Woods (3) | Tiger Woods (3) | Michael Clark II | Paul Azinger |
| 1999 | Tiger Woods (2) | Tiger Woods (2) | Carlos Franco | Steve Pate |
| 1998 | Mark O'Meara | Mark O'Meara | Steve Flesch | Scott Verplank |
| 1997 | Tiger Woods | Tiger Woods | Stewart Cink | Bill Glasson |
| 1996 | Tom Lehman | Tom Lehman | Tiger Woods | Steve Jones |
| 1995 | Greg Norman | Greg Norman | Woody Austin | Bob Tway |
| 1994 | Nick Price (2) | Nick Price (2) | Ernie Els | Hal Sutton |
| 1993 | Nick Price | Nick Price | Vijay Singh | Howard Twitty |
| 1992 | Fred Couples | Fred Couples (2) | Mark Carnevale | John Cook |
| 1991 | Corey Pavin | Fred Couples | John Daly | Bruce Fleisher, D. A. Weibring |
| 1990 | Nick Faldo | Wayne Levi | Robert Gamez | |

> Structure of the PGA Tour season

> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

| Year | PGA Player of the Year |
|---|---|
| 1989 | Tom Kite |
| 1988 | Curtis Strange |
| 1987 | Paul Azinger |
| 1986 | Bob Tway |
| 1985 | Lanny Wadkins |
| 1984 | Tom Watson (6) |
| 1983 | Hal Sutton |
| 1982 | Tom Watson (5) |
| 1981 | Bill Rogers |
| 1980 | Tom Watson (4) |
| 1979 | Tom Watson (3) |
| 1978 | Tom Watson (2) |
| 1977 | Tom Watson |
| 1976 | Jack Nicklaus (5) |
| 1975 | Jack Nicklaus (4) |
| 1974 | Johnny Miller |
| 1973 | Jack Nicklaus (3) |
| 1972 | Jack Nicklaus (2) |
| 1971 | Lee Trevino |
| 1970 | Billy Casper (2) |

> Structure of the PGA Tour season



> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links



Note: No award was presented in 1968 due to the rift between the PGA of America and the professional golfers on the PGA tour.

### Multiple Player of the Year Awards [edit]

The following players have won more than one PGA Player of the Year Award through 2022:

- 11: Tiger Woods
- 6: Tom Watson
- 5: Jack Nicklaus
- 4: Ben Hogan
- 2: Julius Boros, Billy Casper, Brooks Koepka, Rory McIlroy, Arnold Palmer, Nick Price, Justin Thomas

The following players have won more than one PGA Tour Player of the Year Award through 2022 (first awarded in 1990):

- 11: Tiger Woods
- 3: Rory McIlroy
- 2: Fred Couples, Dustin Johnson, Nick Price

### Career money leaders [edit]

> Structure of the PGA Tour season

> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

References

External links

The top ten career money leaders on the tour as of the 2024–25 season, are as follows:

The top ten career money leaders on the tour of the 2021–22 season, are as follows:

| Rank | Player | Country | Prize money ($) |
|---|---|---|---|
| 1 | Tiger Woods | United States | 120,895,206 |
| 2 | Phil Mickelson | United States | 94,955,060 |
| 3 | Jim Furyk | United States | 71,507,269 |
| 4 | Vijay Singh | Fiji | 71,236,216 |
| 5 | Rory McIlroy | Northern Ireland | 66,174,549 |
| 6 | Adam Scott | Australia | 59,873,599 |
| 7 | Justin Rose | England | 57,184,239 |
| 8 | Matt Kuchar | United States | 54,918,469 |
| 9 | Jordan Spieth | United States | 52,769,335 |
| 10 | Justin Thomas | United States | 50,915,400 |

A complete list updated weekly is available on the PGA Tour's website. [50]

Due to increases in prize funds over the years, this list consists entirely of current players. The figures are not the players' complete career prize money as they do not include FedEx Cup bonuses, winnings from unofficial money events, or earnings on other tours such as the European Tour. In addition, elite golfers often earn several times as much from endorsements and golf-related business interests as they do from prize money.

## Commissioners  [ edit ]

| No. | Name | Service | Years |
|---|---|---|---|
| 1 | Joe Dey | 1969–1974 | 5 |
| 2 | Deane Beman | 1974–1994 | 20 |
| 3 | Tim Finchem | 1994–2016 | 22 |
| 4 | Jay Monahan | 2017– | |

## See also  [ edit ]

- Golf in the United States
- Professional golf tours
- List of golfers with most PGA Tour wins
- List of golfers with most wins in one PGA Tour event
- Most PGA Tour wins in a year
- Vardon Trophy

## Notes  [ edit ]

   a. ^ Schedules have also included events outside North America: in Asia, Australasia, Europe and South America.

## References  [ edit ]

1. ^ a b "PGA War On". Toledo Blade. Ohio. Associated Press. June 15, 1967. p. 42.
2. ^ Burke, Monte (May 8, 2013). "The PGA Tour: A Not-For-Profit Money

50. ^ "What is the Web.com Tour Battlefield Promotion and how do you earn it?". TheGolfNewsNet.com. Retrieved January 24, 2019.
51. ^ "PGA Tour Special Temporary Membership: How to get it, what it means".

External links

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

**References**

External links

> Structure of the PGA Tour season
> Money winners and most wins leaders
> Player and rookie of the year awards

Machine"⊡. *Forbes*. Retrieved August 1, 2018.

3. ^ Matt, Nick (January 19, 2018). "Foster + Partners Unveils Its Stunning Design of the New PGA Tour Headquarters"⊡. *Architectural Digest*. Retrieved October 31, 2018.

4. ^ Mile, Chris (2009). "Golf Organizations — How Golf Works"⊡. *Miles of Golf*. Retrieved October 31, 2018.

5. ^ "Many Pro Golfers Join Association; Seventy-five Class A Men Admitted – Tournament Plans Discussed"⊡. *The New York Times*. April 11, 1916. Retrieved February 17, 2022.

6. ^ Lavner, Ryan (September 10, 2002). "PGA Tour Recognizes British Open Wins"⊡. *Golf Channel*. Retrieved February 17, 2022.

7. ^ "1920's Golf History"⊡. 1920-30.com. Retrieved February 17, 2022.

8. ^ "Tour History & Chronology"⊡. PGA Tour Media Guide. Retrieved February 17, 2022.

9. ^ ᵃ ᵇ Awtrey, Stan (February 11, 2009). "Professionals' split was a good thing for the game"⊡. PGA Tour. Retrieved August 30, 2013.

10. ^ "Feud sours picture at Open"⊡. *Spartanburg Herald*. South Carolina. Associated Press. June 14, 1967. p. 14.

11. ^ "Touring pros studying break"⊡. *Spokesman-Review*. Spokane, Washington. Associated Press. July 23, 1968. p. 12.

12. ^ McCarthy, Denis (August 14, 1968). "Golf tour pros break with PGA"⊡. *The Palm Beach Post*. p. 19.

13. ^ ᵃ ᵇ Green, Bob (August 20, 1968). "Rebel golfers number 205; pros form APG"⊡. *Eugene Register-Guard*. Oregon. Associated Press. p. 3B.

14. ^ "Touring golf pros set up own shop"⊡. *Milwaukee Journal*: press dispatches. August 20, 1968. p. 11.

15. ^ "Rebel touring pros organize to battle for tournament, television jackpot"⊡. *The Palm Beach Post*. Associated Press. August 20, 1968. p. 15.

16. ^ Mulvoy, Mark (September 2, 1968). "The revolt of the touring pros"⊡. *Sports Illustrated*. p. 20.

17. ^ Nicklaus, Jack (September 16, 1968). "Rebuttal to a searing attack"⊡. *Sports Illustrated*. p. 30.

18. ^ "Making an impact: Golf 1895–2004"⊡. *USA Today*. January 8, 2004.

19. ^ "PGA, sponsors eye settlement"⊡. *Eugene Register-Guard*. Oregon. Associated Press. September 6, 1968. p. 3B.

20. ^ "History: 1960–69"⊡. PGA of America. Archived from the original⊡ on January 27, 2009. Retrieved August 30, 2013.

21. ^ ᵃ ᵇ "Tour golfers, PGA settle fuss over tourney control"⊡. *Spokesman-Review*. Spokane, Washington. Associated Press. December 14, 1968. p. 15.

22. ^ ᵃ ᵇ "Pro golf struggle is settled; PGA forms tourney group"⊡. *Milwaukee Journal*. December 14, 1968. p. 18.

23. ^ "Dispute in U.S. settled"⊡. *Glasgow Herald*. Scotland, U.K. December 16, 1968. p. 6.

24. ^ "A year later and, peace on golf tour"⊡. *Daytona Beach Morning Journal*. Florida. Associated Press. August 5, 1969. p. 8.

25. ^ "Dey named new czar of pro golf"⊡. *Spokesman-Review*. Spokane, Washington. Associated Press. January 23, 1969. p. 12.

26. ^ "Dey named new player commissioner"⊡. *Lodi News-Sentinel*. California. United Press International. January 23, 1969. p. 10.

27. ^ "Beman faces change, challenge in golf"⊡. *Lakeland Ledger*. Florida.

52. ^ "Isabelle Beisiegel earns men's tour card"⊡. ESPN. Associated Press. May 27, 2011. Retrieved August 22, 2013.

53. ^ Sullivan, Paul (October 25, 2019). "Money Game: Here's where the PGA Tour's money goes"⊡. *Golf Magazine*.

54. ^ "PGA Tour Charity Blog"⊡. PGA Tour. Archived from the original⊡ on June 29, 2011. Retrieved May 18, 2012.

55. ^ "Running a charity on the PGA Tour"⊡. PGA Tour. January 7, 2018.

56. ^ Andreeva, Nellie (September 1, 2011). "PGA Tour Signs New 9-Year Agreements With NBC & CBS"⊡. *Deadline*. Retrieved November 18, 2016.

57. ^ Wacker, Brian (September 3, 2017). "PGA Tour opts to continue its relationship with CBS, NBC"⊡. *Golf Digest*. Retrieved November 18, 2016.

58. ^ "PGA Tour signs 9-year extension with networks"⊡. ESPN. September 1, 2011. Retrieved November 18, 2016.

59. ^ ᵃ ᵇ "SBJ Media: PGA Tour, Mountain West Get New Rights Deals"⊡. *Sports Business Daily*. Retrieved December 17, 2019.

60. ^ ᵃ ᵇ ᶜ "CBS, NBC re-up with the PGA Tour in a 9-year, $6.3 billion deal"⊡. *Advertising Age*. March 9, 2020. Retrieved March 9, 2020.

61. ^ Dachman, Jason (January 25, 2022). "It's a New Era for CBS Sports Golf as PGA Tour Takes Over Onsite Facilities"⊡. *Sports Video Group*. Retrieved January 31, 2022.

62. ^ "Analysis: CBS, NBC Extend PGA Rights, But Golf Channel Also Gains"⊡. *Multichannel*. Retrieved November 18, 2016.

63. ^ Spangler, Todd (July 31, 2018). "NBC Sports, PGA Tour Ink Three-Year Deal for Live-Streaming Golf Subscription Package"⊡. *Variety*. Retrieved August 1, 2018.

64. ^ "PGA Tour, Twitter Extend Multi-year Deal for Free Global Streaming of PGA Tour Live"⊡. *Sports Video Group*. January 7, 2019. Retrieved January 27, 2019.

65. ^ "XM, PGA Ink Golf Channel Agreement"⊡. *Radio World*. March 15, 2005. Retrieved November 18, 2016.

66. ^ "SiriusXM Extends Deal For PGA Tour Radio"⊡. *All Access*. March 12, 2018. Retrieved November 18, 2016.

67. ^ "SiriusXM PGA Tour Radio Adds Golf Channel Programming"⊡. *Radio World*. December 31, 2013. Retrieved January 26, 2020.

68. ^ "Broadcaster is seeking £350m for TV soccer"⊡. *The Sunday Times*. July 1, 2006.

69. ^ "Eurosport to show remainder of 2009 Tour events in UK"⊡ (Press release). PGA Tour. June 25, 2009. Retrieved August 30, 2013.

70. ^ "Sky Sports, PGA Tour extend deal for U.K viewers"⊡. PGA Tour. November 23, 2009. Retrieved August 30, 2013.

71. ^ "SBS to sponsor season-opening event through 2019"⊡ (Press release). PGA Tour. May 7, 2009. Retrieved August 30, 2013.

72. ^ "Hyundai taking over sponsorship at Kapalua"⊡. PGA Tour. November 4, 2010. Retrieved August 30, 2013.

73. ^ Murray, Ewan (June 4, 2018). "Sky faces battle to keep golf rights as PGA Tour strikes $2bn Discovery deal"⊡. *The Guardian*. Retrieved June 5, 2018.

74. ^ Clarke, Stewart (June 4, 2018). "Discovery Inks International Deal For PGA Tour Golf Rights"⊡. *Variety*. Retrieved June 5, 2018.

75. ^ Clarke, Stewart (October 22, 2018). "Discovery and PGA Tour Tee Up 'GOLFTV' Streaming Brand for 2019 Launch"⊡. *Variety*. Retrieved

Thegolfnewsnet.com. Retrieved February 23, 2022.

Career money leaders

Commissioners

See also

Notes

**References**

External links

> Structure of the PGA Tour season

> Money winners and most wins leaders

> Player and rookie of the year awards

Career money leaders

Commissioners

See also

Notes

**References**

External links

Associated Press. January 6, 1974. p. 6C.

28. ^ "History: 1970–79". Hall of America. Archived from the original on January 27, 2008. Retrieved August 13, 2012.

29. ^ "Q-School timeline: History of golf's most grueling event". Golf Channel. November 30, 2012. Retrieved February 21, 2021.

30. ^ Woodson, Rick (March 28, 1979). "Mize pro challenging the 'L' in LPGA". The San Bernardino County Sun. p. 59. Retrieved July 4, 2021.

31. ^ "Pro Golf Tour Changes Name". The New York Times. August 31, 1981. Retrieved June 18, 2008.

32. ^ "Touring pros get new name – TPA". Eugene Register-Guard. Oregon. Associated Press. August 31, 1981. p. 2D.

33. ^ "Tour Changes Its Name Again". The New York Times. March 20, 1982. Retrieved June 17, 2008.

34. ^ "Professional golf gets a new look". Montreal Gazette. Associated Press. March 20, 1982. p. H10.

35. ^ "Monahan appointed as PGA Tour's next Commissioner". PGA Tour. November 7, 2016.

36. ^ Schlabach, Mark (June 9, 2022). "PGA Tour suspends LIV golfers from all events". ESPN. Retrieved June 9, 2022.

37. ^ Close, David; Woodyatt, Amy; Mrigpooni, Sammy. "Dustin Johnson resigns from PGA Tour to play in LIV Golf series, as Phil Mickelson returns to golf to play in event". CNN. Retrieved August 9, 2022.

38. ^ Schlabach, Mark (June 6, 2022). "Source: DeChambeau to play in LIV Golf series". ESPN. Retrieved August 9, 2022.

39. ^ Saul, Derek (June 21, 2022). "Brooks Koepka Plans To Jump To Saudi-Backed LIV Golf". Forbes. Retrieved August 9, 2022.

40. ^ Schwartz, Brian (July 21, 2022). "Inside the PGA Tour's Washington lobbying effort against the Saudi-funded LIV golf league". CNBC. Retrieved August 9, 2022.

41. ^ Radnofsky, Louise; Beaton, Andrew (July 11, 2022). "Justice Department Is Investigating PGA Tour Over Potential Antitrust Violations in LIV Golf Battle". The Wall Street Journal. Retrieved July 11, 2022.

42. ^ Serra, Josh (July 11, 2022). "PGA Tour under federal antitrust investigation in LIV Golf fight". Golf Magazine. Retrieved July 20, 2022.

43. ^ Beaton, Louise Radnofsky and Andrew (August 3, 2022). "Phil Mickelson and 10 Other LIV Golfers File Antitrust Lawsuit Against PGA Tour". The Wall Street Journal. Retrieved August 9, 2022.

44. ^ "PGA can block golfers who joined Saudi-backed rival from playoffs, judge rules". Financial Times. Retrieved August 9, 2022.

45. ^ "The Players Championship increases purse to $15 million". Golf Channel. Associated Press. January 25, 2020. Retrieved January 30, 2020.

46. ^ "Korn Ferry becomes new sponsor of PGA Tour developmental Tour". Golf Magazine. June 19, 2019. Retrieved August 12, 2019.

47. ^ "PGA Tour moves licensing business". SportsBusinessDaily.com. Retrieved January 24, 2019.

48. ^ "Canadian Tour to convert to PGA Tour Canada" (Press release). PGA Tour. October 18, 2012. Retrieved February 6, 2013.

49. ^ Martin, Sean (December 17, 2013). "Q-School roundup: Status breakdown". PGA Tour. Retrieved January 8, 2014.

November 18, 2016.

75. ^ Weinman, Sam. "Tiger Woods, GOLFTV, announce exclusive content partnership promising "unparalleled" insight into golfer". Golf Digest. Retrieved January 4, 2019.

76. ^ Lafayette, Jon (December 13, 2018). "Discovery Expands GolfTV With European Tour Deal". Broadcasting & Cable. Retrieved January 4, 2019.

77. ^ "PGA Tour to conduct official-money event in Mexico". PGA Tour. January 13, 2006. Archived from the original on January 6, 2008. Retrieved May 18, 2012.

78. ^ "PGA Tour to conduct official-money event in Mexico". PGA Tour. January 13, 2006. Archived from the original on January 6, 2008. Retrieved May 18, 2012.

79. ^ "First Tour-sanctioned event in Southeast Asia set for October" (Press release). PGA Tour. March 3, 2010. Retrieved August 30, 2013.

80. ^ "China gets World Golf Championship with asterisk". Golf Magazine. Associated Press. April 29, 2009. Archived from the original on June 3, 2009. Retrieved September 30, 2009.

81. ^ "HSBC Champions, Round 1 Notebook, HSBC Champions and PGA Tour eligibility". PGA Tour. Retrieved August 30, 2013.

82. ^ "PGA Tour Policy Board makes immediate changes to cut policy" (Press release). PGA Tour. February 28, 2008. Retrieved August 30, 2013.

83. ^ "2016–17 PGA Tour Eligibility Ranking". Retrieved July 22, 2017.

84. ^ "2017–18 PGA Tour Player Handbook & Tournament Regulations" (PDF). Archived (PDF) from the original on July 11, 2018. Retrieved July 11, 2018.

85. ^ "PGA Tour announces changes". ESPN. March 21, 2013. Retrieved March 23, 2012.

86. ^ Harig, Bob (March 21, 2012). "Decoding tour's schedule changes". ESPN. Retrieved March 23, 2012.

87. ^ a b "Fall Series events to offer full FedExCup points" (Press release). PGA Tour. June 26, 2012. Retrieved August 30, 2013.

88. ^ a b c d Elling, Steve (July 10, 2012). "PGA Tour finalizes controversial makeover as Qualifying School gone after six-decade run". CBS Sports. Eye on Golf. Retrieved July 10, 2012.

89. ^ a b c "Notes: Consistency becomes even more important in 2013". PGA Tour. Associated Press. September 11, 2012. Retrieved August 30, 2013.

90. ^ "Top 25 assured of PGA Tour card". ESPN. Associated Press. July 10, 2012. Retrieved August 30, 2013.

91. ^ a b Dell, John (July 10, 2012). "Web.com impact expanded with qualifying changes". PGA Tour. Retrieved August 30, 2013.

92. ^ "PGA Tour Player of the Year: Past winners". PGA Tour. December 18, 2009. Retrieved August 30, 2013.

93. ^ "PGA Tour Rookie of the Year: Past winners". PGA Tour. December 18, 2009. Retrieved August 30, 2013.

94. ^ Hoggard, Rex (September 23, 2013). "Stenson had a 'comeback' year, but won't receive award". Golf Channel. Retrieved September 24, 2013.

95. ^ "Spieth clinches points-based PGA of America player of the year award". Fox Sports. Associated Press. August 18, 2015.

96. ^ "No comeback player award this season". ESPN. November 8, 2011. Retrieved May 18, 2012.

97. ^ Harig, Bob (November 11, 2009). "No comeback player of year in '09". ESPN. Retrieved May 18, 2012.

98. ^ "PGA Tour Career Money Leaders". PGA Tour. Retrieved January 4, 2023.



## External links  [edit]

- Official website

| | | |
|---|---|---|
| v · t · e | **PGA Tour events** | [show] |
| v · t · e | **PGA Tour seasons** | [show] |
| v · t · e | **Men's professional golf tours** | [show] |
| v · t · e | **Former PGA Tour events** | [show] |
| v · t · e | **Golf** | [show] |
| v · t · e | **Jacksonville area-based corporations** | [show] |
| v · t · e | *PGA Tour* **video game series** | [show] |

| Categories: PGA Tour | Sports organizations established in 1968 | 1968 establishments in New York (state) | Organizations based in Florida |
|---|

This page was last edited on 4 January 2023, at 16:11 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Mobile view   Developers   Statistics   Cookie statement

https://www.pgatoursuperstore.com/

at 12:25:52, 01/24/2023



TOP PRODUCTS











**G/FORE**
Limited Edition Kiltie Disruptor Women's Golf Shoe
$225.00

**NIKE**
Jordan ADG 4 Men's Golf Shoe
$185.00

**NIKE**
Air Jordan 1 Low G Golf Shoe
$140.00












NEW GOLF FOOTWEAR

SHOP NOW



WHAT'S NEW

SHOP WOMEN'S APPAREL,
FOOTWEAR AND MORE!

SHOP NOW



**TOP GOLF BAGS**

STAY ORGANIZED ON THE COURSE

SHOP NOW



**STOCK UP AND SAVE**

MENS' KEY ITEMS STARTING AT $19.99



SHOP NOW



## OUTERWEAR
## STARTING AT $39.99

*SHOP MEN'S & WOMEN'S COLD WEATHER LAYERS*

SAVE ON LAYERS



# NEW AND NOTEWORTHY

SHOP THE LATEST RESORTWEAR JUST IN TIME FOR YOUR








JUST IN TIME FOR YOUR
WINTER GETAWAY

SHOP NOW

FEATURED CATEGORIES    Callaway Paradym    PING G430    TaylorMade Stealth 2    COBRA Aerojet    Tennis Shoes



   

**CUSTOMER SERVICE**

Contact Us

1-888-200-7428

FAQ

COVID-19 Store Update

Performance Guarantee

Shipping Information

Buy Online, Pick Up In-Store

**SERVICES**

All Golf Services

Club Fitting

Ball Fitting

Golf Club Lessons Near Me

Club Repair Services

Golf Club Trade-In

Adult Golf Lessons

**COMPANY INFORMATION**

About Us

Our Core Values

Careers

Total Rewards

Community Mission

Privacy Policy

Do Not Sell My Personal Information



JOIN OUR EMAIL LIST:

Email:

Privacy Policy

| Buy Now, Pay Later | Junior Golf Lessons | Web Accessibility |
| Returns Information | Practice Center | Terms of Use |
| Ordering & Pricing Policies | Girls Golf Foundation | Site Map |
| Gift Cards | Tournaments & Events | Players' Club Terms and Conditions |
| Sizing Guide | Earn Rewards | INTERNATIONAL ORDERS |
| Review Guidelines | Shop PGA TOUR Tickets | International Shipping & FAQ |
| Check Order Status | | International Sizing Guide |
| Check Gift Card Balance | | International Order Status |

© 2022 PGA TOUR Superstore. All rights reserved.

FEEDBACK







## Related sponsored items

Feedback on our suggestions

| Masters mini Gnome augusta national golf caddie 2023 pga new | 2022 Masters Flag augusta national golf pin flag pga new scottie schefler | MASTERS AUGUSTA NATIONAL 4 PACK COLLECTORS BALL MARKERS ANGO 🏌️⛳ | 2022 Masters golf Ornament holiday Christmas augusta national golden bell | The Masters Green 3x5 Flag Man Cave Flag Banner Augusta Golf Club 3 x 5 New. | Mast... vint... |
|---|---|---|---|---|---|
| New | New | New | New | New | New |
| $119.00 | $46.95 | $34.99 | $47.95 | $16.48 | $6... |
| + $12.95 shipping | + $6.95 shipping | + shipping | + $6.95 shipping | Free shipping | + $... |
| 13d sold | 118 sold | Seller 100% positive | Last one | 🔹 Top-Rated Plus | 64 s... |



| About this item | Shipping, returns & payments | | | Report this item |
|---|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 204176173219

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand: | Masters Golf |
|---|---|---|---|
| Sport: | Golf | Size: | Any size adjustable |
| Color: | White | Product: | Cap, Hat |
| Featured Refinements: | Augusta National Golf Club Souvenir | Gender: | Unisex Adult |

### Description

Masters Golf Tees

This is your opportunity to own 250 Tees 2 3/4 Long.

The Tees Are Brand New

A charge of $7.99 for shipping and handling within the United States. Happy Bidding.

Click here to check out my other items!



**teeitup1**

100% Positive Feedback
6.6K Items sold

Visit profile

Contact

More to explore :   Augusta National Golf Club Souvenir,   PGA Autographed Golf Flags,   PGA Autographed Golf Balls,   Not Authenticated Golf PGA Autographed Items,   Ernie Els Golf PGA Autographed Items,   Not Authenticated PGA Original Autographed Golf Flags,   Tiger Woods PGA Original Autographed Golf Flags,   Arnold Palmer PGA Original Autographed Golf Flags,   Hank Stenson PGA Original Autographed Golf Balls,   Jack Nicklaus PGA Original Autographed Golf Balls

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Do not sell my personal information and AdChoice (s)





Mateo Fernandez de Oliveira wins 2023 Latin America Amateur

Read More

## Latest News

Filter by date



Sun, Jan 15 2023

Final-Round Photos From the 2023 Latin America Am

Thu, Jan 5 2023

Higa and Sargent Accept Masters Invitations

Official Film

Masters Newsletter



A Champion's Gallery

Scheffler Outshines Them All

Finding his Confidence, Scheffler Closes Dominant Week

By Bill Fields

Load More



This website uses cookies and similar technologies.

We do this to understand how visitors use our site, improve your experience, and provide content we think might interest you. For more information see our **Privacy Statement**



## Shop The Masters



hardbound coffee table book containing imagery of the beautiful flowers, afternoon shadows of pine trees slowly crossing fairways, and other sights of the season.

IMAGERY STORE

IMAGERY STORE



**PUBLICATIONS STORE**

Preserve your own piece of history by purchasing an official Tournament Journal, the hardbound Masters Annual which highlights each year's Tournament, or a Masters Official Film.

PUBLICATIONS STORE

Feedback     Privacy Statement     Terms Of Use     Careers

© 2022 Augusta National Inc

In partnership with IBM.

## United States Patent and Trademark Office (USPTO)

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on January 30, 2023 for
## U.S. Trademark Application Serial No. 97349313

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action**.  This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE
- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**.  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**.  If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97349313 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| **MARK** | [mark](mark) |
| **LITERAL ELEMENT** | STINGER GC |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **EVIDENCE SECTION** | |
| **EVIDENCE FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | evi_45395226-2023042 81610 17544376_._STINGER_GC_Cla ss_41_Office_Action_Respo nse_FINAL.pdf |
| **CONVERTED PDF FILE(S)** (13 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0014.JPG |
| **ORIGINAL PDF FILE** | evi_1-45395226-2023042816 1017544376_._STINGER_GC_C lass_41_Exhibit_A-B.pdf |
| **CONVERTED PDF FILE(S)** (12 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0017.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0019.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0026.JPG |
| **ORIGINAL PDF FILE** | evi_1-45395226-2023042816 1017544376_._STINGER_GC_C lass_41_Exhibit_C.pdf |
| **CONVERTED PDF FILE(S)** **(24 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0029.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0030.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0031.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0032.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0033.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0034.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0035.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0036.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0037.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0038.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0039.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0040.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0041.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0042.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0043.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0044.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0045.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0046.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0047.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0048.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0049.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0050.JPG |
| **ORIGINAL PDF FILE** | evi_1-45395226-2023042816 1017544376_._STINGER_GC_C lass_41_Exhibit_D-F.pdf |

| CONVERTED PDF FILE(S) (37 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0051.JPG |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0052.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0053.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0054.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0055.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0056.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0057.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0058.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0059.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0060.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0061.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0062.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0063.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0064.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0065.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0066.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0067.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0068.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0069.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0070.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0071.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0072.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0073.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0074.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0075.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0076.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0077.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0078.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0079.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0080.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0081.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0082.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0083.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0084.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0085.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0086.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0087.JPG |
| **ORIGINAL PDF FILE** | evi_1-45395226-2023042816 1017544376 _. STINGER_GC_C lass_41_Exhibit_G-H.pdf |
| **CONVERTED PDF FILE(S)** **(24 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0088.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0089.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0090.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0091.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0092.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0093.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0094.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0095.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0096.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0097.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0098.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0099.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0100.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0101.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0102.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0103.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0104.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0105.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0106.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0107.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0108.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0109.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0110.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0111.JPG |
| **ORIGINAL PDF FILE** | evi_1-45395226-2023042816 1017544376 _. STINGER_GC_C lass_41_Exhibit_I-J.pdf |
| **CONVERTED PDF FILE(S)** **(36 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0112.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0113.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0114.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0115.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0116.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0117.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0118.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0119.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0120.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0121.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0122.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0123.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0124.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0125.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0126.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0127.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0128.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0129.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0130.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0131.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0132.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0133.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0134.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0135.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0136.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0137.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0138.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0139.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0140.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0141.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0142.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0143.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0144.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0145.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0146.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0147.JPG |
| **ORIGINAL PDF FILE** | evi_1-45395226-2023042816 1017544376 _._STINGER_GC_C lass_41_Exhibit_K-L.pdf |
| **CONVERTED PDF FILE(S)**<br>**(9 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0148.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0149.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0150.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0151.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0152.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0153.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0154.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0155.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0156.JPG |
| **ORIGINAL PDF FILE** | evi_1-45395226-2023042816 1017544376_._STINGER_GC_Class_41_Exhibit_M.pdf |
| **CONVERTED PDF FILE(S)** (15 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0157.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0158.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0159.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0160.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0161.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0162.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0163.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0164.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0165.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0166.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0167.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0168.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0169.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0170.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\493\97349313\xml2\ ROA0171.JPG |
| **DESCRIPTION OF EVIDENCE FILE** | legal arguments and exhibits |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **DISCLAIMER** | No claim is made to the exclusive right to use GC apart from the mark as shown. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Christopher R. Chase |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | FRANKFURT KURNIT KLEIN & SELZ PC |
| **STREET** | 28 LIBERTY STREET |
| **CITY** | NEW YORK |
| **STATE** | New York |
| **POSTAL CODE** | 10005 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 212-980-0120 |
| **FAX** | 212-593-9175 |
| **EMAIL** | pto@fkks.com |

| DOCKET/REFERENCE NUMBER | 031259.0200 |
|---|---|
| **CORRESPONDENCE INFORMATION** | |
| NAME | CHRISTOPHER R. CHASE |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | pto@fkks.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | alaroui@fkks.com |
| DOCKET/REFERENCE NUMBER | 031259.0200 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Christopher Chase/ |
| SIGNATORY'S NAME | Christopher R. Chase |
| SIGNATORY'S POSITION | Attorney of record, New York Bar member. |
| SIGNATORY'S PHONE NUMBER | 2129800120 |
| DATE SIGNED | 04/28/2023 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Apr 28 16:44:27 ET 2023 |
| TEAS STAMP | USPTO/ROA-X.XX.XX.XXX-202 30428164427584226-9734931 3-85067802a9b692722241053 1fcacf9a4ca40456dd0e28096 1740bf5bf46619431-N/A-N/A -20230428161017544376 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **97349313** STINGER GC(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/97349313/large) has been amended as follows:

**EVIDENCE**
Evidence has been attached: legal arguments and exhibits
**Original PDF file:**
evi_45395226-202304281610 17544376_._STINGER_GC_Cla ss_41_Office_Action_Respo nse_FINAL.pdf
**Converted PDF file(s)** ( 13 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13
**Original PDF file:**
evi_1-45395226-2023042816 1017544376_._STINGER_GC_C lass_41_Exhibit_A-B.pdf
**Converted PDF file(s)** ( 12 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12
**Original PDF file:**
evi_1-45395226-2023042816 1017544376_._STINGER_GC_C lass_41_Exhibit_C.pdf
**Converted PDF file(s)** ( 24 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20Evidence-21Evidence-22Evidence-23Evidence-24

**Original PDF file:**
evi_1-45395226-2023042816 1017544376 _. STINGER_GC_C lass_41_Exhibit_D-F.pdf
**Converted PDF file(s)** ( 37 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20Evidence-21Evidence-22
Evidence-23Evidence-24Evidence-25Evidence-26Evidence-27Evidence-28Evidence-29Evidence-30
Evidence-31Evidence-32Evidence-33Evidence-34Evidence-35Evidence-36Evidence-37
**Original PDF file:**
evi_1-45395226-2023042816 1017544376_. STINGER_GC_C lass_41_Exhibit_G-H.pdf
**Converted PDF file(s)** ( 24 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20Evidence-21Evidence-22Evidence-23Evidence-24
**Original PDF file:**
evi_1-45395226-2023042816 1017544376 _. STINGER_GC_C lass_41_Exhibit_I-J.pdf
**Converted PDF file(s)** ( 36 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14
Evidence-15Evidence-16Evidence-17Evidence-18Evidence-19Evidence-20Evidence-21Evidence-22
Evidence-23Evidence-24Evidence-25Evidence-26Evidence-27Evidence-28Evidence-29Evidence-30
Evidence-31Evidence-32Evidence-33Evidence-34Evidence-35Evidence-36
**Original PDF file:**
evi_1-45395226-2023042816 1017544376 _. STINGER_GC_C lass_41_Exhibit_K-L.pdf
**Converted PDF file(s)** ( 9 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6Evidence-7Evidence-8Evidence-9
**Original PDF file:**
evi_1-45395226-2023042816 1017544376 _. STINGER_GC_C lass_41_Exhibit_M.pdf
**Converted PDF file(s)** ( 15 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6
Evidence-7Evidence-8Evidence-9Evidence-10Evidence-11Evidence-12Evidence-13Evidence-14Evidence-15

## ADDITIONAL STATEMENTS
**Disclaimer**
No claim is made to the exclusive right to use GC apart from the mark as shown.


The owner's/holder's current attorney information: Christopher R. Chase. Christopher R. Chase of FRANKFURT KURNIT KLEIN & SELZ PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    28 LIBERTY STREET
    NEW YORK, New York 10005
    United States
The docket/reference number is 031259.0200.
    The phone number is 212-980-0120.
    The fax number is 212-593-9175.
    The email address is pto@fkks.com

**Correspondence Information**
    CHRISTOPHER R. CHASE
    PRIMARY EMAIL FOR CORRESPONDENCE: pto@fkks.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): alaroui@fkks.com

The docket/reference number is 031259.0200.


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

## SIGNATURE(S)
**Response Signature**
Signature: /Christopher Chase/    Date: 04/28/2023
Signatory's Name: Christopher R. Chase
Signatory's Position: Attorney of record, New York Bar member.

Signatory's Phone Number: 2129800120 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   CHRISTOPHER R. CHASE
  FRANKFURT KURNIT KLEIN & SELZ PC

  28 LIBERTY STREET
  NEW YORK, New York 10005
Mailing Address:   Christopher R. Chase
  FRANKFURT KURNIT KLEIN & SELZ PC
  28 LIBERTY STREET
  NEW YORK, New York 10005

Serial Number: 97349313
Internet Transmission Date: Fri Apr 28 16:44:27 ET 2023
TEAS Stamp: USPTO/ROA-X.XX.XX.XXX-202304281644275842
26-97349313-85067802a9b6927222410531fcac
f9a4ca40456dd0e280961740bf5bf46619431-N/
A-N/A-20230428161017544376

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Mark | : | STINGER GC |
| International Class | : | 041 |
| Serial No. | : | 97349313 |
| Applicant | : | LIV Golf Inc. |
| Filed | : | April 6, 2022 |
| Law Office | : | 305 |
| Examining Attorney | : | Shannon Twohig |

**RESPONSE TO NONFINAL OFFICE ACTION**

This Response answers the Office Action issued on January 30, 2023 in connection with Application Serial No. 97349313 for the trademark STINGER GC ("Applicant's Mark") filed in the name of LIV Golf Inc. ("Applicant") for "[e]ntertainment services in the nature of professional golf tournaments, matches, competitions, and exhibitions; providing sports news and information in the field of golf" in International Class 41.  The Examining Attorney has refused registration of Applicant's Mark on the grounds that the mark is likely to be confused with the registered marks STINGER in standard characters for "golf tees" in International Class 28 (Reg. No. 3398038), STINGER in stylized text with a design for "golf tees" in International Class 28 (Reg. No. 4281501) and STINGER in a stylized text with a design for golf tees, retail and wholesale store services, and custom manufacturing services (Reg. No. 6837849) (collectively, the "Registered Marks") owned by Stinger Tees, Inc. (the "Registrant").  Additionally, the Examining Attorney has requested that Applicant disclaim the term "GC".

Applicant agrees with the Examining Attorney with respect to the disclaimer request. However, in response to the Examining Attorney's refusal based on Section 2(d), Applicant submits that because of the differences between the marks and goods/services at issue, the

1

conditions under which and buyers to whom sales are made/services are provided, and the sophistication of relevant consumers, Applicant respectfully requests that the Examining Attorney reconsider the decision that confusion between Applicant's Mark and the Registered Marks is likely, and approve Applicant's Mark for publication. To maintain the refusal would ignore the significant differences between the parties' marks and goods/services, the relevant consumers, and the realities of the marketplace.

Simply put, it is unlikely that consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services offered by a professional golf team in a global golf league and those offered by a golf tee manufacturer and retailer.

**1.**      **Disclaimer Requirement**

Applicant agrees to make the following disclaimer:

"*No claim is made to the exclusive right to use "GC" apart from the mark as shown.*"

**2.**      **Refusal Based on Section 2(d) – the Registered Marks.**

There is no mechanical test for determining likelihood of confusion. The issue is not whether the marks themselves, or the goods or services offered under those marks, rather "whether there is a likelihood of confusion as to the source or sponsorship of the goods or services because of the marks used thereon." T.M.E.P. § 1207. "The degree of 'relatedness' must be viewed in the context of all the factors, in determining whether the services are sufficiently related that a reasonable consumer would be confused as to source or sponsorship." In re Shell Oil Co., 992 F.2d 1204, 1208 (Fed. Cir. 1993). Here, there is no likelihood of confusion as to the source of the goods and services – particularly given the entities using the

marks at issue and the conditions under which consumers will encounter them.  Additionally, the

USPTO examiner must consider more than simply the similarity of the marks and the

goods/services – rather, all relevant DuPont factors must be considered.  See In re Dixie Rests.,

Inc., 105 F.3d 1405, 1406 (Fed. Cir. 1997) (quoting DuPont, 476 F.2d at 1361).

      **A.**     **Applicant's Background.**

Applicant operates the professional golf league LIV Golf, which upended the traditional

format of competitive, professional golf by providing an innovative new format featuring

simultaneous team and individual play.  (Exhibit A, Declaration of Ross Antrobus ("Ross

Declaration") ¶ 2).  In 2022, LIV Golf held eight (8) events in several locations throughout the

world, including five (5) in the United States - in Portland, Oregon, Bedminster, New Jersey,

Boston, Massachusetts, Chicago, Illinois, and Miami, Florida (the "2022 Season").  (Ross

Declaration ¶¶  4 and 9).  In 2023, LIV Golf will organize fourteen (14) events, adding the U.S.

locations of Tucson, Arizona, Orlando, Florida, Tulsa, Oklahoma, Washington, D.C.,  and

Greenbrier, West Virginia to those in Bedminster, New Jersey, Boston, Massachusetts, Chicago,

Illinois, and Miami, Florida (the "2023 Season"), with the events in Tucson and Orlando having

occurred already.  (See Exhibit L, a true and correct copy of the "Schedule/Events" page from

Applicant's website).  According to industry publication *Sports Business Journal*, LIV Golf was

the "biggest sports business story of the year" (see Exhibit D, a true and correct copy of the

article "Asked and Answered: 2022 Reader Survey"), and the *New York Times* even noted that

for 2022, "LIV Golf Was the Story."  (See Exhibit E, a true and correct copy of the article "For

2022, LIV Golf Was the Story").

STINGER GC is one of the teams in the LIV Golf League, which, during the 2022

Season, consisted of professional golfers Charl Schwartzel, Hennie Du Plessis, Branden Grace,

Shaun Norris, and Louis Oosthuizen.  (Ross Declaration ¶ 4).  STINGER GC competed in all of

the events in the 2022 Season and will compete in all of those in the 2023 Season as well.  (Id.)

STINGER GC branding was present throughout the golf courses at all of the events in the 2022

Season and the events thus far in the 2023 Season.  (Id. at ¶ 3; see also, Exhibit B, a true and

correct copy of the *Golf Monthly* article "Multiple LIV Golf Teams to be Renamed for 2023

League", which includes a photo of the on-course banners showing the team branding, including

STINGER GC).

The STINGER GC team was very successful during the 2022 Season.  It won the initial

LIV Golf event, which was held from June 9 through 11, 2022 at the Centurion Club near

London, England, with team member Charl Schwartzel finishing first in the individual

competition.  (Id. at ¶ 5).  Following that, STINGER GC team member Branden Grace finished

first at the first LIV Golf event in the United States, held from June 30 through July 2, 2022 at

the Pumpkin Ridge Golf Club in Portland, Oregon, with the STINGER GC team finishing

second at such event.  (Id. at ¶ 6).  STINGER GC finished tied for third overall in the 2022

Season final standings and currently sits in third place in the 2023 Season.  (Id. at ¶ 7).  As a

result, the STINGER GC team brand is and has been highly publicized.

Over 100,000 people attended the eight total LIV Golf events in 2022, and so far in the

2023 Season, the 100,000 attendee figure has already been exceed in just the first five events

(which included events in Tucson, Arizona and Orlando, Florida) – with such attendees seeing

the STINGER GC team and its branding on the courses.  (Id. at ¶ 9).  STINGER GC

merchandise, including t-shirts, caps, and towels, were available for sale at all of the LIV Golf

events in the 2022 Season and has been and will be also available for sale at all of the LIV Golf

events in the 2023 Season.  (Id. at ¶ 10; see also Exhibit C, a true and correct copy of the *Pro*

*Golf Weekly* article "Photos: 25 Things that Make LIV Golf Tournaments Unique", which includes a photo of the team merchandise for sale under the "24. Team Logo" heading). Additionally, the league plans to offer STINGER GC merchandise for sale on the league's digital channels in 2023 and going forward.  (Ross Declaration at ¶ 10).

All of the LIV Golf Events for the 2023 Season will be broadcast on The CW Network in the United States, as well as streamed via both The CW's streaming video app and LIV Golf's streaming video app "LIV Golf+".  (Id. at ¶ 8).  Such broadcast and streaming coverage will feature imagery of the STINGER GC branding on the courses themselves, as well as graphic overlays with the STINGER GC team name.  (See Id. at 11 and Exhibit 2.)  Further, the caddies for each of the team's players will be visible on the broadcasts and streams wearing bibs with the STINGER GC name and logo.  (Id. at ¶ 2).

Relevant consumers (those who play and/or watch professional golf) will be well-aware of the team.  STINGER GC received 463 hours of exposure globally across all broadcast and digital platform coverage of the LIV Golf events during the 2022 Season.  When on-screen during the event broadcasts, the graphic to accompany each team member was branded with STINGER GC.  (Id. at ¶ 11).  Additionally, the LIV Golf League's official social media accounts have included 76 posts about the STINGER GC team, which would have been received by at least 2.5 million third party social media accounts.  (Id. at ¶ 12).  Over the past year, there have been over 5,300 posts on online channel about the STINGER GC team, with an engagement figure of over 88,000 responses (i.e., likes, retweets, shares, and comments) to the 5,300 posts.  (Id. at ¶ 13).  Further, the official STINGER GC social media accounts have posted 133 pieces of content that have generated nearly 520,000 impressions.  (Id. at ¶ 14).

FKKS:3626965v.1                                                                                               31259.200

Significantly, the STINGER GC team, and LIV Golf as a whole, received major, international media coverage since the launch of the league.  For example, articles by *CNN*, *NBC Sports*, and *Fox News* about the inaugural event outside of London heavily featured STINGER GC.  (See Exhibits F, G, and H, true and correct copies of articles from the preceding publications).  Additionally, articles by *Sports Illustrated*, *CBS Sports*, and *ESPN* covering the 2022 Season finale in Miami covered STINGER GC's performance.  (See Exhibits I, J, and K, true and correct articles from the preceding publications).  Further, *Golf Monthly* included a feature on the STINGER GC team.  (See Exhibit M, true and correct article from the preceding publication).

Given the foregoing, golf fans and consumers of golf-related products and services will be well aware that STINGER GC refers to a professional golf team in the LIV Golf League.

**B.     The Parties' Marks Are Distinct in Appearance, Pronunciation, and Commercial Impression.**

To evaluate likelihood of confusion, the marks must be considered in their entireties and in their commercial settings, and "[a]ll relevant facts pertaining to the appearance and connotation must be considered."  Recot Inc. v. M.C. Becton, 214 F.3d 1322, 1329, 54 U.S.P.Q.2d 1894, 1897 (Fed. Cir. 2000); see also In re Viterra Inc., 671 F.3d 1358, 1362 (Fed. Cir. 2012) (the "marks [of applicant and registrant] must be viewed 'in their entireties,' and it is improper to dissect a mark when engaging in this analysis") (quoting In re Shell Oil Co., 992 F.2d 1204, 1206 (Fed. Cir. 1993)); Opryland USA Inc. v. Great American Music Show, Inc., 970 F.2d 847, 851, 23 U.S.P.Q.2d 1471, 1473 (Fed. Cir. 1992) ("When it is the entirety of the marks that is perceived by the public, it is the entirety of the marks that must be compared.").

6

That marks share a common term or terms, or even contain an identical term, is not determinative that a likelihood of confusion exists. <u>Lever Bros. Co. v. American Bakeries Co.</u>, 216 U.S.P.Q. 177, 182 (2d Cir. 1982) ("Even close similarity between two marks is not dispositive of the issue of likelihood of confusion.") (citing <u>McGregor-Doniger Inc. v. Drizzle Inc.</u>, 599 F.2d 1126, 1133 (2d Cir. 1979)); <u>see also</u> <u>In re TSI Brands, Inc.</u>, 67 U.S.P.Q.2d 1657 (T.T.A.B. 2002) (finding that the parties' respective AK & Design marks, both for wearing apparel, were not confusingly similar); <u>Lever Bros. Co.</u>, 216 U.S.P.Q. at 182 (AUTUMN for margarine not confusingly similar to AUTUMN GRAIN for bread); <u>Conde Nast Publications, Inc. v. Miss Quality, Inc.</u>, 184 U.S.P.Q. 422 (C.C.P.A. 1975) (no confusing similarity between COUNTRY VOGUES and VOGUE).

Where there is substantial similarity with a registered mark for similar products, a mark may be registered if even slight differences exist that avoid creating a likelihood of confusion. <u>Industrial Adhesive Co. v. Borden, Inc.</u>, 218 U.S.P.Q. 945, 951 (T.T.A.B. 1983) (dismissing opposition to the registration of WONDER BOND PLUS for cyanoacrylate adhesive filed by prior registrant for BOND-PLUS for industrial adhesive); <u>Taco Time Int'l, Inc. v. Taco Town, Inc.</u>, 217 U.S.P.Q. 268, 271 (T.T.A.B. 1982) (permitting registration of TACO TOWN for fast food restaurant services despite prior registration of TACO TIME for restaurant services). Indeed,

> even close similarity between two marks is not dispositive
> of the issue of likelihood of confusion.  Similarity in and of
> itself is not the acid test.  Whether the similarity is likely to
> provoke confusion is the crucial question.  For this reason,
> cases involving the single alliteration, addition or

> elimination of only a single letter from the old mark to the
>
> new reach divergent results.

McGregor-Doniger Inc. v. Drizzle, Inc., 599 F.2d 1126, 1133 (2d Cir. 1979) (no likelihood of confusion between DRIZZLE for women's overcoats and DRIZZLER for golf jackets).

In the initial Office Action, the Examining Attorney focused on the similarity of Applicant's Mark and the Registered Marks and the goods at issue (although Applicant encourages the Examining Attorney to consider all relevant DuPont factors here).  While on their face, both the marks and the goods at issue seem similar, there are enough differences to render such confusion unlikely.  Applicant respectfully submits that insufficient weight has been accorded to the entireties of its STINGER GC mark and the Registered Marks, and that, when considered in their entireties and in their commercial settings, there is no likelihood of confusion between Applicant's Mark and the Registered Marks.

Although both Applicant's Mark and the Registered Marks share the text "Stinger," Applicant's Mark includes the critical acronym "GC."  This acronym is used to denote a team within Applicant's golf league (see Ross Declaration ¶ 2) and, as such, should not be given short shrift when considering Applicant's Mark as a whole.  Given the amount of third party media coverage for the various "GC" golf teams in Applicant's golf league, consumers will be attuned to the nature of the "GC" and how it relates to Applicant's teams, thereby recognizing Applicant as the source of goods and services emanating from marks using the "GC" – including those of STINGER GC.  Further, the mark STINGER GC must be considered as a whole, as the "GC" will always be used when the team name is used.  (See e.g., Ross Declaration, Exhibit 1).  The team name – and that when featured on the goods set forth in Applicant's application – will always be the full STINGER GC and that is the commercial impression consumers will receive.

As such, with respect to Applicant's Mark, there is no dominant portion – but rather the mark should be considered as a whole.

Adding the "GC" significantly differentiates Applicant's Mark from the Registered Marks, as the sight, sound, and commercial impression made upon consumers greatly differ.

      **C.**    **The Goods and Services Are Unrelated, Given the Way They are Marketed.**

"Even when two products or services fall within the same general field, it does not mean that the two products or services are sufficiently similar to create a likelihood of confusion." Harlem Wizards Entertainment Basketball, Inc. v. NBA Properties, Inc., 952 F. Supp. 1084, 1095 (D.N.J. 1997) (WIZARDS and WASHINGTON WIZARDS for professional basketball team not confusingly similar to WIZARDS and HARLEM WIZARDS for a show basketball team). The Board and the courts have long recognized this principle, admonishing that "a finding that the goods are similar is not based on whether a general term or overarching relationship can be found to encompass them both." Edwards Lifesciences Corporation v. VigiLanz Corporation, 94 U.S.P.Q.2d 1399 (T.T.A.B. 2010) (no likelihood of confusion between VIGILANCE for a monitor with operating software used in critical care settings and VIGILANZ for a computer monitoring system, and attendant software and database, used in hospitals to analyze lab results); see also Modular Cinemas of America, Inc. v. Mini Cinemas Corp., 175 U.S.P.Q. 355 (S.D.N.Y. 1972) (no likelihood of confusion between MINI CINEMA for family movie theaters and MINI CINEMA for erotic movie theaters even though both marks were used in connection the operation of motion picture theaters); In re Mars, Inc., 741 F.2d 395, 396 (Fed. Cir. 1984) (no likelihood of confusion between exact mark CANYON for food products, where one party's use was for candy bars and the other's was for fruit); Sunenblick v. Harrell, 895 F. Supp. 616 (S.D.N.Y. 1995) (no likelihood of confusion between exact mark UPTOWN

               

RECORDS for music label where one party's use related to jazz, and the other's was for rap and R&B), *aff'd*, 101 F.3d 684 (2d Cir. 1996); <u>Vitarroz Corp. v. Borden., Inc.</u>, 644 F.2d 960 (2d Cir. 1981) (no likelihood of confusion between BRAVO'S for crackers and BRAVOS for tortilla chips); <u>In re Donnay International Société Anonyme</u>, 31 U.S.P.Q.2d 1953 (T.T.A.B. 1994) (no likelihood of confusion between GHOST and THE GHOST for sporting goods, where one party's use related to racquet sports and the other's related to soccer).

Given that Applicant's services will always be offered in connection with a professional golf team within Applicant's league, the services in question are not marketed in such a way that they would be encountered by the same persons in situations that would create the incorrect assumption that they originate from the same source, and therefore even if the marks are similar or identical, confusion may not be likely.  <u>See</u> T.M.E.P. § 1207.01(a)(i).  As such, the goods and services at issue are not related for purposes of the likelihood of confusion analysis.

While golf tees, retail services for golf products, and participation in professional golf tournaments may fall within the same general field, Applicant respectfully submits that the services specifically related to a professional golf team offered under Applicant's Mark are sufficiently different from the golf tees and retail services for golf products offered under the Registered Marks such that no likelihood of confusion exists.  Any conclusion to the contrary would give credence to a superficial similarity based on an overinclusive view of the parties' goods and services that simply is not borne out by the realities of the marketplace.

The Examiner argues that Applicant's services and registrant's goods/services are complementary goods and services that are often used together or otherwise purchased or encountered by the same purchasers and references the PGA Tour's licensed goods and e-commerce retailing and products with the Masters' logos on them.  However, those examples are

inapposite to the situation here.   The PGA Tour is an organizer of professional golf tours (i.e., tournaments and events) and the Masters is one specific professional golf tournament.  A golf tee manufacturer and online retailer, as Registrant is, will not organize or host professional golf tournaments and consumers would not expect it to.  The trade channels through which the PGA Tour and the Masters offers its goods and services are highly specific to those particular organizations – in fact, the Masters only offers its goods and services on the grounds of its events.[1]  Consumers would only find officially licensed products of a professional golf tour at the tour's events or at official tour retailers, rather than the opposite (i.e., a third party golf tee product offered by a professional tour without the professional tour's indicia).

Again, while the goods and services at issue may fall within the same general field, consumers would not encounter them in a manner that confuses the source of those goods and services.

**D.    The Conditions Under Which and Buyers to Whom Sales Are Made**

The services offered under Applicant's Mark are specifically related to a professional golf team in Applicant's league.  These services are offered at the league's events and on the league's and team's digital media channels.  Consumers will know the source of the services offered under Applicant's Mark – *Applicant* – given that the only opportunity to observe and receive such services will be at Applicant's events or online channels, in addition to the fact that major media publications – both golf-specific and sports media generally - have discussed

---

[1] The screenshot of Masters-branded golf tees included by the Examiner shows materials that are likely unlicensed – the Masters organizers would not sell bags of golf tees on eBay nor in the format included in such eBay listing.  See "Golf Shop sees busy lines for Masters merch," Hayley Boland, *WTOC*, April 5, 2023 ("you can only buy Masters merch at the tournament which is what patrons say makes it so special").

Applicant's services as applied to the golf team, something for which relevant consumers will be aware.

Consumers of sports teams, leagues, and events are sufficiently sophisticated that confusion is unlikely. Sports fans are among the most passionate, dedicated consumers in the marketplace. Many are deeply devoted to their sports they love and their teams. This passion for and connection to teams gives those who purchase the goods associated with their team or tickets to sporting events a high level of sophistication as consumers. The level of care they exercise in making their purchasing decisions prevents confusion from being likely in the instant situation. See, e.g., PC Club v. Primex Technologies, Inc., 32 F. App'x 576, 579 (Fed. Cir. 2002) ("When goods are sold to consumers that exercise care there is less chance that confusion will occur."); Magnaflux Corp. v. Sonoflux Corp., 231 F.2d 669, 672 (C.C.P.A. 1956) (finding less likelihood of confusion when goods are sold to discerning customers). Simply put – consumers are not going to think that a professional golf team that is part of a global, well-organized league and a golf tee manufacturer and retailer are the same source for goods and services offered under Applicant's Mark.

Further, the marks at issue were used in the same geographic area during the relevant time – with Applicant marketing its products and services throughout the United States and providing STINGER GC's services and offering STINGER GC merchandise for sale at golf events in Arizona, Florida, Illinois, Massachusetts, New Jersey, and Oregon, while Registrant maintains its headquarters in Ohio and presumably sells its golf tees in interstate commerce in the United States. Applicant, to the best of its knowledge, is unaware of any actual confusion between its goods and those of the Registrant over the past year (see Ross Declaration ¶ 15) and has not been provided any evidence of such from the Registrant.

Given the foregoing, the totality of the circumstances provides more than sufficient bases to distinguish Applicant's Mark from the Registered Marks.

## <u>CONCLUSION</u>

For the reasons detailed above, Applicant respectfully submits that its Mark, STINGER GC, is unlikely to be confused with the Registered Marks and should be passed for publication.

Dated: April 28, 2023

Respectfully Submitted,
FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: */Christopher R. Chase/*

Christopher R. Chase
28 Liberty Street
New York, NY 10005
212-980-0120

*Attorneys for Applicant, LIV Golf Inc.*

13

# EXHIBIT A

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Mark | : | STINGER GC |
| International Class | : | 041 |
| Serial No. | : | 97349313 |
| Applicant | : | LIV Golf Inc. |
| Filed | : | April 6, 2022 |
| Law Office | : | 105 |
| Examining Attorney | : | Shannon Twohig |

### DECLARATION OF ROSS ANTROBUS

Ross Antrobus hereby declares under penalty of perjury as follows:

1.      I, Ross Antrobus, am the VP Insight, Analytics & Loyalty for LIV Golf Inc. ("Applicant") and its affiliate Liv Golf Ltd.  I have held this position since February 2022 and previously worked for The English Football Association in similar capacities for nine and a half years.  I am directly involved in, and am fully familiar with, Applicant's marketing activity, sales, and overall operations.  As such, I am personally and fully familiar with the matters set forth in this Declaration.

2.      In 2022, Applicant launched a new, global golf league called LIV Golf.  LIV Golf is a new concept for professional golf, as it simultaneously features golfers competing in the tournaments individually and as part of teams.  Each team in the LIV Golf League is branded with the initials "GC," a moniker that stands for "golf club" to denote a team in the league and which is unique in the world of professional golf.  For example, the league features teams called 4ACES GC, TORQUE GC, CRUSHERS GC, and MAJESTICKS GC.

3.      Each team played under the banner of their team name and were photographed, recorded, and broadcast in and around their team branding, as all of the courses featuring

1

branding for each team. When the team name was included in such branding, it would always feature the "GC" portion. The caddies for each player wore bibs with team branding on them.

4.      One of the inaugural teams in the league was STINGER GC, which consisted of professional golfers Charl Schwartzel, Hennie Du Plessis, Branden Grace, Shaun Norris, and Louis Oosthuizen. The STINGER GC team participated in all 8 LIV Golf events in 2022 (the "2022 Season"). The STINGER GC team will participate in the 14 events for the upcoming 2023 LIV Golf season (the "2023 Season") as well, and thus far has participated in 5 such events for the 2023 Season.

5.      The STINGER GC team won the initial LIV Golf event, which was held from June 9 through 11, 2022 at the Centurion Club just outside of London, England, with team member Charl Schwartzel finishing first in the individual competition. Attached as Exhibit 1 to this Declaration is a photo commemorating Schwartzel's victory.

6.      STINGER GC team member Branden Grace finished first at the first LIV Golf event in the United States, held from June 30 through July 2, 2022 at the Pumpkin Ridge Golf Club in Portland, Oregon, with the team finishing second at that event.

7.      STINGER GC finished tied for third overall in the 2022 Season final standings, with $8,500,000 in team prize money, and currently sits in third place in the 2023 Season.

8.      All of the LIV Golf Events for the 2023 Season will be broadcast on The CW Network in the United States, as well as streamed via both The CW's streaming video app and LIV Golf's streaming video app LIV Golf+.

9.      Over 100,000 people attended the 8 total LIV Golf events in 2022, all of which featured the STINGER GC team and its branding. Within the United States, the locations included Portland, Oregon, Bedminster, New Jersey, Boston, Massachusetts, Chicago, Illinois,

and Miami, Florida. So far in the 2023 Season, this 100,000 figure has already been exceed in just the first 5 events, which includes events in Tucson, Arizona and Orlando, Florida.

10.     STINGER GC merchandise, including t-shirts, caps, and towels, were available for sale at all of the LIV Golf events in the 2022 Season, has been available for sale at each of the first 5 LIV Golf events in the 2023 Season, and will be available for sale at all of the remaining LIV Golf events in the 2023 Season.  LIV Golf plans to offer STINGER GC merchandise for sale on the league's digital channels during the 2023 Season as well.

11.     For the 2022 Season, the STINGER GC team received 463 hours of exposure globally across all broadcast and media platform coverage of the LIV Golf events for their players and sponsorship patches.  When on-screen during the event broadcasts, the graphic to accompany each team member was branded with STINGER GC and the leaderboard graphic also featured the STINGER GC team name.  (See Exhibit 2)

12.     The LIV Golf League's official social media accounts have included 76 posts about the STINGER GC team, which would have been received by at least 2.5 million third party social media accounts.

13.     Over the past year, there have been over 5,300 posts on online channel about the STINGER GC team, with an engagement figure of over 88,000 responses (i.e., likes, retweets, shares, and comments) to the 5,300 posts.

14.     The official STINGER GC social media accounts have posted 133 pieces of content that have generated nearly 520,000 impressions.

15.     To the best of my knowledge, Applicant is not aware of any confusion between Stinger Tees (or any other manufacturer of golf tees) and the STINGER GC team.

16.     The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that all statements made above of his knowledge are true and that all statements made on information and belief are believed to be true.

Dated: April 27, 2023          By: _____

                                      Ross Antrobus
                                      VP Insight, Analytics & Loyalty
                                      LIV Golf Inc.

Exhibit 1



Exhibit 2



# EXHIBIT B



US Edition 🇺🇸 ▾

NEWS | BUYING ADVICE | TIPS | BETTING | TOUR | RULES | REVIEWS | FEATURES | WOMEN'S GOLF | COURSES | FORUM | TRAVEL | MORE

TRENDING    I've Watched Every Episode Of Full Swing. Here's What I Thought...    Do Tour Players Own Private Jets?    Rick Shiels' Ultimate 30 Minute Range Session



When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.

Home  >  News

# Multiple LIV Golf Teams To Be Renamed For 2023 League

A number of LIV teams will be getting new names and logos ahead
of the full LIV Golf League launch







(Image credit: Getty Images)



BY ELLIOTT HEATH
PUBLISHED SEPTEMBER 27, 2022

Around half of the current 12 LIV Golf teams will be renamed for 2023, Golf Monthly understands.



Of those, it is understood that Sergio Garcia's Fireballs GC will be getting a new name along with Bubba Watson's Niblicks GC and Brooks Koepka's Smash GC. Garcia had previously announced that the Fireballs would be getting re-branded. "Exciting news, my team is set and we'll soon be changing the logo and the name of the team so very excited to have all these things going on," Garcia said ahead of the second event in Portland.

Most of the other LIV Golf teams will be getting re-branded, it's understood, which could include new logos and colors.

The inaugural season of LIV Golf Invitational tournaments was always seen as a pilot year, with 2023 and the launch of the 14-event LIV Golf League being how LIV was envisioned. It is understood the 12 team names and branding were thought up just to get the pilot series' teams off the ground, with captains and team owners who inherited the franchises free to change them.

RECOMMENDED VIDEOS FOR YOU...







The 2023 calendar could also see players wear team uniforms or team colors, which may still be undecided due to players' sponsorship agreements.

Next year's LIV Golf League is set to get underway in February, with new tournaments potentially lined up in Australia, Singapore, Spain, Arizona, California and also Mexico or Canada. A total of $405m will be up for grabs in the 2023 league.

There will be new signings announced for the upcoming season, although no announcements are expected until next year. One player linked with moving to LIV is Chile's Mito Pereira, with Torque GC captain Joaquin Niemann said to be very keen to have his countryman join up.

---



**Elliott Heath**
Senior Staff Writer

Elliott Heath is our Senior Staff Writer and has been with Golf Monthly since early 2016 after graduating with a degree in Sports Journalism. He manages the Golf Monthly news, features, courses and travel sections as well as our large Facebook, Twitter and Instagram pages. Elliott has interviewed some huge names in the golf world including Sergio Garcia, Thomas Bjorn, Bernd Wiesberger and Scotty Cameron as well as a number of professionals on the DP World and PGA Tours. He covered the 2022 Masters from Augusta National as well as four Open Championships on-site including the 150th at St Andrews. He has played 35 of our Top 100 golf courses, with his favourites being both Sunningdales, Woodhall Spa, Old Head and Turnberry. He has been obsessed with the sport since the age of 8 and currently plays at West Byfleet Golf Club in Surrey, where his handicap index floats anywhere between 2-6.

His golfing highlights are making albatross on the 9th hole on the Hotchkin Course at Woodhall Spa, shooting an under-par round, playing in the Aramco Team Series on the Ladies European Tour and making his one and only hole-in-one at the age of 15 - a long time ago now!

Elliott is currently playing:

Driver: Titleist TSR4
3 wood: TaylorMade SIM2 Max
Hybrid: TaylorMade SIM Max
Irons: Mizuno MP5 4-PW

---

Elliott is currently playing:

Driver: Titleist TSR4
3 wood: TaylorMade SIM2 Max
Hybrid: TaylorMade SIM Max
Irons: Mizuno MP5 4-PW
Wedges: Cleveland RTX ZipCore 50, 54, 58
Putter: Odyssey White Hot OG #5
Ball: Titleist Pro V1x

---

## LATEST



### Motocaddy M5 GPS Electric Trolley

We test out Motocaddy's flagship electric trolley, the M5 GPS, with integrated GPS and moveable pointer to adjust the pin position



### Jeunghun Wang Leads On DP World Tour After Returning From Military Service

Wang currently co-leads the Singapore Classic as he looks for his first DP World Tour title since 2017

BY MATT CRADOCK • PUBLISHED 2 DAYS AGO



### PGA Tour Player Putts Into Water Before Chipping In And Withdrawing From Event

Maverick McNealy may have produced one of the most bizarre moments of 2023

BY MATT CRADOCK • PUBLISHED 2 DAYS AGO





GOLF MONTHLY    ABOUT US    CONTACT US    TERMS AND CONDITIONS    PRIVACY POLICY    ACCESSIBILITY STATEMENT

Golf Monthly is part of Future plc, an international media group and leading digital publisher. Visit our corporate site.

© Future Publishing Limited Quay House, The Ambury, Bath BA1 1UA. All rights reserved. England and Wales company registration number 2008885.

# EXHIBIT C

Advertisement

☀ 65° Bluffton    Monday, February 13, 2023    HOME    ABOUT    CONTACT    SUBSCRIBE    Send Anonymous Tips



SOCIAL ⌄    VIDEO ⌄    PHOTOS ⌄    TRAVEL ⌄    LINKS ⌄    TOUR SCHEDULES ⌄    🔍

ADVERTISEMENT

PHOTOS

# Photos: 25 Things That Make LIV Golf Tournaments Unique

Posted By Jordan Thomas  -  JULY 11, 2022        💬 1

      



Fans watch Phachara Khongwatmai of Crushers GC tees off on the 1st hole during day 3 of the LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)

The PGA Tour is the staid and secretive pro golf tour that's basically been run like a monopoly for the past forty years. LIV Golf, on the other hand, is the upstart that is changing the way tour golf is run... and marketed.

Here are 25 ways that LIV Golf is different from the PGA Tour.

## 1. COMMISSIONER OF THE PEOPLE

The PGA Tour commissioner rarely even shows his face until the trophy presentation, never mind throwing out some Heinekens to the crowd.



ADVERTISEMENT



CALLAWAY
JAWS RAW
Wedges

"Two hops...
and stops on a dime!"

-Jordan Thomas
Equipment Editor,
PRO GOLF WEEKLY

presentation, never mind throwing out some Heinekens to the crowd.



*LIV Golf commissioner Greg Norman tosses a beer from the deck of a pavilion on the 18th green during the final round of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Steve Dykes via Getty Images)*



*Greg Norman, CEO and commissioner of LIV Golf, signs his autograph for a fan, and then poses with a hat type he made famous, during day three of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

## 2. PYROTECHNICS

The PGA Tour hands out a trophy and then says thank you and goodbye. The LIV Golf League puts on a made-for-TV show with pyrotechnics and whatnot.



*A general view of the trophy ceremony is seen as Team Captain Dustin Johnson, Patrick Reed, Talor*



ADVERTISEMENT

CALLAWAY
JAWS RAW
Wedges

"Two hops...
and stops on a dime!"

-Jordan Thomas
Equipment Editor,
PRO GOLF WEEKLY

BUY CALLAWAY GOLF AT AMAZON



*A general view of the trophy ceremony is seen as Team Captain Dustin Johnson, Patrick Reed, Talor Gooch and Pat Perez of 4 Aces GC are honored after winning the team portion during day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Chris Trotman / LIV Golf via Getty Images)*



*Team Captain Dustin Johnson (R) of 4 Aces GC alongside Patrick Reed (L) of 4 Aces GC on stage after winning the team award during day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

### 3. CHAMPAGNE SPRAY

The champagne spray is a great effect and gives off a big-league look in photos. It's used often on the LPGA Tour, European Tour and the Ryder Cup. It's never been used on the haughty PGA Tour – although we predict that will change soon.



*Branden Grace of Stinger GC is sprayed with champagne by Team Captain Louis Oosthuizen after winning on the 18th green during day three of the LIV Golf Invitational–Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*





ADVERTISEMENT

CALLAWAY
JAWS R
Wedge

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

JAWS R

BUY CALLAWAY GOLF AT AM

MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023



*Team Stinger GC's Hennie du Plessis and Branden Grace celebrate winning the team title of the LIV Golf Invitational-London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)*

## 4. OLYMPIC-LIKE PODIUMS

We've always advocated for the implementation of an Olympic-like medaling system to make it more exciting... and enticing. The LIV Golf series has implemented this type of award system, and while it doesn't offer Gold, Silver, and Bronze medals (like we'd prefer) it does celebrate the top-3 finishers with trophies and podiums.



*Branden Grace (C) of Stinger GC celebrates with the first-place trophy alongside runner-up Carlos Ortiz (L) of Fireballs GC and bronze winner Patrick Reed (R) of 4 Aces GC after the conclusion of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*





ADVERTISEMENT

CALLA
JAWS
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

BUY CALLAWAY GOLF AT AM

MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023



*Charl Schwartzel (center) poses with the winner's trophy alongside runner-up Hennie du Plessis (left) and top-3 finisher Branden Grace (right) after day 3 of the LIV Golf Invitational at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Craig Mercer for MB Media via Getty Images)*

## 5. WELCOME PARTY

The PGA Tour doesn't even show the players practicing beforehand, never mind parties. The LIV Golf Tour hosts a Tuesday 'Welcome Party' each tournament week so players can mingle with one another, and just create some buzz ahead of the event.



*Team Captain Dustin Johnson, Talor Gooch and Patrick Reed of 4 Aces GC smile together during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Joe Scarnici/LIV Golf via Getty Images)*



*A guest photographs Greg Norman, CEO and commissioner of LIV Golf, during the LIV Golf Invitational–Portland Welcome Party at Redd in Portland, Oregon on June 28, 2022. (Photo by Joe Scarnici for LIV Golf via Getty Images)*

## 6. SHOTGUN CARTS

One of the best aspects of the LIV Golf league is the shotgun start which ends the early/late waves and the unfairness related to weather.



ADVERTISEMENT

CALLAWAY
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS R

BUY CALLAWAY GOLF AT AM

✕   MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

*Portland Welcome Party at Redd in Portland, Oregon on June 28, 2022. (Photo by Joe Scarnici for LIV Golf via Getty Images)*

## 6. SHOTGUN CARTS

One of the best aspects of the LIV Golf league is the shotgun start which ends the early/late waves and the unfairness related to weather.



*Branden Grace of Stinger GC and golfers wait to be taken to their starting holes before the start of the round on day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*



*Golfers are driven in golf carts to their starting holes during day 3 of the LIV Golf invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*

## 7. CONCERTS

The LIV Golf event puts on concerts, among other types of entertainment, all week for its fans.





ADVERTISEMENT

✕   MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



The band Hit Machine performs during day 1 of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Joe Scarnici for LIV Golf via Getty Images)



James Morrison performs in concert following day 1 of the LIV Golf Invitational – London at The Centurion Club on June 9, 2022 in St Albans, England. (Photo by Joe Maher for LIV Golf via Getty Images)

## 8. VIP TRANSPORTATION

LIV golfers get VIP transportation, replete with photographers waiting to snap up pics for marketing purposes.



Team Captain Bryson DeChambeau of Crushers GC arrives at Pumpkin Ridge GC on day 1 of the LIV Golf Invitational-Portland on June 30, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)





*Invitational-Portland on June 30, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*



*Team Captain Kevin Na of Iron Heads GC arrives to day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 2, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 9. TEAM CADDIE BIBS

Instead of the title sponsor on caddie bibs, LIV Golf promotes team names, front and back.



*Dustin Johnson of 4 Aces GC tees off on the 2nd hole as Phil Mickelson of Hy Flyers GC looks on during day 1 of the LIV Golf Invitational – London at The Centurion Club on June 09, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*



*The caddie bib of Fireballs GC Captain Sergio Garcia is shown during day 2 of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV*

ADVERTISEMENT



MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*The caddie bib of Fireballs GC Captain Sergio Garcia is shown during day 2 of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

## 10. TWO TROPHIES

Two trophies are up for grabs during each tournament: individual and team.



*LIV Golf Commissioner and CEO, Greg Norman, on the 1st tee during day 3 of the LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Matthew Lewis via Getty Images)*



*LIV Golf trophies (Team (L) and Individual) are seen ahead of the LIV Golf Invitational at The Centurion Club on June 08, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 11. LONDON CABS

LIV Golf branded London's iconic cab for its inaugural event.





ADVERTISEMENT

CALLAWAY
JAWS R
Wedge

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

BUY CALLAWAY GOLF AT AM

× MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

## 11. LONDON CABS

LIV Golf branded London's iconic cab for its inaugural event.



*A LIV Golf branded London black cab taxi is seen ahead of the LIV Golf Invitational at The Centurion Club on June 8, 2022 in St Albans, England. (Photo by Joe Maher for LIV Golf via Getty Images)*



*LIV Golf branded London black cab taxis are seen ahead of the LIV Golf Invitational at The Centurion Club on June 8, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 12. BRITISH TRUMPETERS

LIV Golf also brought in Britain's famous trumpeters for its London stop.



*Trumpets players on day 1 of the LIV Golf Invitational – London at The Centurion Club in St Albans, England on June 9, 2022. (Photo by Steven Paston for PA Images via Getty Images)*



ADVERTISEMENT

MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



Trumpets players on day 1 of the LIV Golf Invitational – London at The Centurion Club in St Albans, England on June 9, 2022. (Photo by Steven Paston for PA Images via Getty Images)



A tee marker is shown on the 1st tee during day 1 of the LIV Golf Invitational – London at The Centurion Club on June 9, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)

### 13. AMERICAN PARACHUTERS

For its first American event, LIV Golf brought in some patriotic parachuters.



A military parachuter lands on the course ahead of day 1 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)

ADVERTISEMENT

CALLA
JAWS
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

BUY CALLAWAY GOLF AT AM

✕ | MORE STORIES



**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*A military parachuter is seen in the sky before landing on the course ahead of day 3 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Charles Laberge for LIV Golf via Getty Images)*

## 14. DRIVING RANGE

The PGA Tour never shows photos from the range. The LIV Golf league makes it a centerpiece.



*LIV golfers practice on the driving range during day 1 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*



*LIV golfers practice on the driving range ahead of day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 15. WAYFINDING SIGNS

Similar to the iconic wayfinding signs at Augusta National, these pointers have become a staple at LIV Golf events.

ADVERTISEMENT



× MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

*Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 15. WAYFINDING SIGNS

Similar to the iconic wayfinding signs at Augusta National, these pointers have become a staple at LIV Golf events.



*A wayfinding sign is seen during day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC July 1, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*



*Wayfinding signs are seen during the pro-am prior to the LIV Golf Invitational – Portland at Pumpkin Ridge GC on June 29, 2022 in North Plains, Oregon. (Photo by Joe Scarnici for LIV Golf via Getty Images)*

## 16. FAN FESTIVAL

LIV Golf's tagline is 'Golf But Louder.' The Fan Festival conveys those words best.



**ADVERTISEMENT**

**CALLAWAY**
**JAWS R**
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

BUY CALLAWAY GOLF AT AM

**✕ MORE STORIES**

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*Fans enjoy the atmosphere during day 3 of the LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Aitor Alcalde for LIV Golf via Getty Images)*



*Spectators enjoy the Food Market in the Fan Zone during the final round of the inaugural LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Montana Pritchard for LIV Golf via Getty Images)*

## 17. CLEAN & BOLD BRANDING

The PGA Tour's branding is different each week with the change of title sponsor. LIV Golf, however, delivers the same exact branding each event, with a bold and clean look.



*Dustin Johnson of 4 Aces GC putts on the 7th green during day 3 of LIV Golf Invitational – London at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)*





ADVERTISEMENT

CALLAWAY
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS R

BUY CALLAWAY GOLF AT AM

×     MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

Centurion Club on June 11, 2022 in St Albans, England. (Photo by Chris Trotman for LIV Golf via Getty Images)



*Phil Mickelson, of HY Flyers GC, putts on the 14th green, during day 3 of the LIV Golf Invitational Series at the Centurion Club, Hertfordshire on June 11, 2022. (Photo by Kieran Cleeves for PA Images via Getty Images)*

## 18. TEAM PHOTOS

The PGA Tour doesn't have teams so you'd never see it, anyhow.

ADVERTISEMENT



*Pat Perez, Talor Gooch, Greg Norman, CEO and commissioner of LIV Golf, Team Captain Dustin Johnson and Patrick Reed of 4 Aces GC during the LIV Golf Invitational–Portland Welcome Party at Redd in Portland, Oregon on June 28, 2022. (Photo by Chris Trotman for LIV Golf via Getty Images)*



*Greg Norman, Commissioner and CEO, poses for a photo with the golfers during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*



× **MORE STORIES**

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*Greg Norman, Commissioner and CEO, poses for a photo with the golfers during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 19. POULTER PLAID

No one rocks the plaid like Poulter. For now, only available on the LIV Golf tour.



*Ian Poulter plays a shot on the practice range during a practice round prior to the LIV Golf Invitational– Portland at Pumpkin Ridge GC in No. Plains, Oregon on June 28, 2022. (Photo by Jamie Squire for LIV Golf via Getty Images)*



*Ian Poulter of Majesticks GC plays his shot from the 6th tee during day 1 of the LIV Golf Invitational– Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Chris Trotman for LIV Golf via Getty Images)*

## 20. LIV GOLF BALL

LIV giant golf ball has become popular after only two events.





ADVERTISEMENT

MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*A general view of the leaderboard on the 17th hole during day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Steve Dykes via Getty Images)*



*A general view of signage during a practice round prior to the LIV Golf Invitational–Portland at Pumpkin Ridge GC in No. Plains, Oregon on June 27, 2022. (Photo by Steve Dykes for LIV Golf via Getty Images)*

## 21. LIV GOLF TAGLINES

'Don't Blink,' one of LIV Golf's two taglines ('Golf, But Louder' is the other), is promoted throughout the course.



*Team Captain Dustin Johnson of 4 Aces GC lines up a putt on the 18th green during day one of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

ADVERTISEMENT



× MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

Team Captain Dustin Johnson of 4 Aces GC lines up a putt on the 18th green during day one of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 30, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)



Graeme McDowell of Niblicks GC tees off on the 4th hole during day 1 of the LIV Golf Invitational – London at The Centurion Club on June 9, 2022 in St Albans, England. (Photo by Joe Maher for LIV Golf via Getty Images)

## 22. DJ'S SWING

One of the most recognizable (and smoothest) swings in golf history can only be seen at LIV Golf events.



Dustin Johnson tees off on the 7th hole during round two of the LIV Golf Invitational-Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Steve Dykes via Getty Images)



ADVERTISEMENT



MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Document title: Photos: 25 Things That Make LIV Golf Tournaments Unique - Pro Golf Weekly
Capture URL: https://progolfweekly.com/photos-25-things-that-make-liv-golf-tournaments-unique/
Capture timestamp (UTC): Mon, 13 Feb 2023 20:26:34 GMT



*Louis Oosthuizen watches as Dustin Johnson tees off on the 16th hole ahead of the LIV Golf Invitational at The Centurion Club on June 08, 2022 in St Albans, England. (Photo by Charlie Crowhurst / LIV Golf via Getty Images)*

## 23. OLD SCHOOL TOURNAMENT NAMES

The tournament names, simply based on location, bring us back in time, before the PGA sold the title rights to fund its purses.



*Branding for the forthcoming LIV Golf event, is pictured on the 18th hole at The Centurion Club in St Albans, north of London, on May 11, 2022. (Photo by GLYN KIRK / AFP via Getty Images)*



*A general view of signage during a practice round prior to the LIV Golf Invitational-Portland at Pumpkin Ridge GC on June 27, 2022 in North Plains, Oregon. (Photo by Steve Dykes / LIV Golf via Getty Images)*

## 24. TEAM LOGOS

Similar to F1 Racing, the team logos play a big part in LIV Golf events.





ADVERTISEMENT

CALLA
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway

JAWS R

BUY CALLAWAY GOLF AT AM

✕   MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

## 24. TEAM LOGOS

Similar to F1 Racing, the team logos play a big part in LIV Golf events.



*Team of Fireballs GC (L-R) Captain Sergio Garcia, Carlos Ortiz, Abraham Ancer and Amateur Eugenio Lopez-Chacarra during the LIV Golf Invitational – Portland Welcome Party at Redd on June 28, 2022 in Portland, Oregon. (Photo by Joe Scarnici for LIV Golf via Getty Images)*



*Fans at merchandise shop during day 2 of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 1, 2022 in North Plains, Oregon. (Photo by Jamie Squire for LIV Golf via Getty Images)*

## 25. MEGA VIDEO BOARD

Not only useful for fans on site, the mega video boards give off a high-end look as well.



*Charl Schwartzel celebrates after winning the LIV Golf Invitational at The Centurion Club on June 11*

ADVERTISEMENT

CALLA
JAWS R
Wedg

"Two ho
and stops on

-Jorda
Equipm
PRO GO

Callaway
JAWS R

BUY CALLAWAY GOLF AT AM



✕   MORE STORIES

**2023 WM Phoenix Open: Money, Points Earned By Every Player**
KEVIN REID · FEBRUARY 13, 2023

**WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023

**Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open**
KEVIN REID · FEBRUARY 13, 2023



*Charl Schwartzel celebrates after winning the LIV Golf Invitational at The Centurion Club on June 11, 2022 in St Albans, England. (Photo by Matthew Lewis via Getty Images)*



*Carlos Ortiz of Fireballs GC on the podium stage during the award ceremony after claiming the individual silver medal honors during day three of the LIV Golf Invitational – Portland at Pumpkin Ridge GC on July 02, 2022 in North Plains, Oregon. (Photo by Jonathan Ferrey for LIV Golf via Getty Images)*

Advertisement

**TAGS**   Concerts   LIV Golf   PGA Tour   photos

Share   [Facebook] [Twitter] [Pinterest] [Linkedin] [Reddit] [Email]

PREVIOUS ARTICLE
WITB: Xander Schauffele's Winning Bag at 2022 Scottish Open

NEXT ARTICLE
The 2022 Open Championship Primer: History, TV, Field, Odds

**Jordan Thomas**

Jordan Thomas is a Pro Golf Weekly producer and contributor. Jordan performs research, crunches numbers, compiles content, and writes up quick-hit posts.

RELATED ARTICLES   MORE FROM AUTHOR



LIV Golf League Captains Unveil 2023 Team Names, Logos



Photos: Justin Rose's 20 Big-League Trophies

Winner's Circle: Justin Rose Claims Emotional Victory at AT&T Pebble Beach Pro-Am



ADVERTISEMENT

MORE STORIES

2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

BUY CALLAWAY GOLF AT AM





LIV Golf League Captains Unveil 2023 Team Names, Logos

Photos: Justin Rose's 20 Big-League Trophies

Winner's Circle: Justin Rose Claims Emotional Victory at AT&T Pebble Beach Pro-Am



ADVERTISEMENT

### 1 COMMENT

**Brendan O'Shea**   July 11, 2022 at 5:35 pm

Good luck to LIV golf. No golf fan gives a lick about team golf or having the guys on a podium to spray champagne.

Winning a LIV invitational means about as much as winning the CVS Charity Classic hosted by Brad Faxon and Billy Andrade back in the day. In other words, it means nothing.

Why did LIV target guys that had kind of an oblong attitude like Garcia, Reed, DeChambeau, Johnson, Koepka, etc. Not the most likeable bunch.

Reply

### LEAVE A REPLY

Name.*

Email.*

Website:

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT



CALLAWAY
JAWS RAW
Wedges

"Two hops...
and stops on a dime!"

-Jordan Thomas
Equipment Editor,
PRO GO

BUY CALLAWAY GOLF AT AM

✕   MORE STORIES



2023 WM Phoenix Open: Money, Points Earned By Every Player
KEVIN REID · FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

Winner's Circle: Scottie Scheffler Recycles Victory at 2023 WM Phoenix Open
KEVIN REID · FEBRUARY 13, 2023

**LATEST CONTENT**

2023 WM Phoenix Open: Money, Points Earned By Every Player
FEBRUARY 13, 2023

WITB: Scottie Scheffler's Winning Bag at 2023 WM Phoenix Open
FEBRUARY 13, 2023

**ADVERTISEMENT**

**VAULT V**

Tyrrell Hatton Admits He "Super Sucked" After Blowing Five-Shot Lead at

The 10 Most Smug, Self-Righteous Media Reactions To Phil Mickelson





# EXHIBIT D



Monday, February 13, 2023   |   Sign In   SUBSCRIBE

All Topics ▾

Daily Editions ▾   |   Newsletters ▾   |   Weekly Issue  2.13.2023 ▾   in  🐦  🔗  f

## Asked and Answered: 2022 Reader Survey

12.5.2022





GETTY IMAGES

The sports industry is ever-changing, and one need look no further for proof than by checking out the top two vote-getters for the question that kicks off the return of our annual Reader Survey: What was the biggest sports business story of the year? The most common answer: The LIV Golf tour. Second: The influence of name, image and likeness on college sports.

Neither of those topics were a factor the last time we did our survey, in 2020, and because that year's edition focused on the dueling dominant forces of that historic year — the pandemic and the social justice movement — it has been three years since we polled executives about the broad state of the industry. In 2019, no one had ever heard of LIV Golf and the chances of NIL both becoming real just a few years later

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

edition focused on the dueling dominant forces of that historic year — the pandemic and the social justice movement — it has been three years since we polled executives about the broad state of the industry. In 2019, no one had ever heard of LIV Golf and the chances of NIL both becoming real just a few years later and having the broad, seismic and immediate impact it has had seemed, well, nil.

On the following pages you will find answers to questions that reflect other changes to the sports business in recent years — including the rise of streaming and sports betting — as well as familiar topics such as the year's most intriguing executive and a look to the future related to the 2026 FIFA men's World Cup and the 2028 Summer Olympics. There's no telling what the industry — or this survey — will look like by then.

## Who Voted

**What is your gender?**

| Responses | Pct. |
|---|---|
| Male | 73.0% |
| Female | 26.0% |
| Other | 0.4% |

Get the data · Created with Datawrapper

**What is your age?**

| Responses | Pct. |
|---|---|
| Under 18 | 0.2% |
| 18 - 24 | 4.0% |
| 25 - 34 | 17.0% |
| 35 - 44 | 26.0% |
| 45 - 54 | 26.0% |
| 55 - 64 | 20.0% |
| 65 - 74 | 6.0% |
| 75+ | 0.7% |

Get the data · Created with Datawrapper

**How long have you worked in the sports industry?**

| Responses | Pct. |
|---|---|
| 0-5 years | 16.0% |
| 6-10 years | 16.0% |
| 11-20 years | 27.0% |
| 21-30 years | 24.0% |
| More than 30 years | 16.0% |

Get the data · Created with Datawrapper

**What is your general title?**

| Responses | Pct. |
|---|---|
| Student | 3.0% |
| Junior level executive | 22.0% |
| Senior level executive | 38.0% |
| C-level executive | 17.0% |
| Ownership | 5.0% |
| Other | 15.0% |

Get the data · Created with Datawrapper

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

| | |
|---|---|
| C-level executive | 17.0% |
| Ownership | 5.0% |
| Other | 15.0% |

Get the data · Created with Datawrapper

What area of sports business do you work in?

| Responses | Pct. |
|---|---|
| Marketing and Advertising | 16.0% |
| League/NGB | 15.0% |
| Media | 14.0% |
| Other | 12.0% |
| Team | 6.0% |
| Agency | 5.0% |
| Events | 5.0% |
| Technology | 4.0% |
| Legal | 4.0% |
| Facilities | 3.0% |
| College Athletics | 2.0% |
| Ticketing | 2.0% |
| Data and Analytics | 2.0% |
| N/A | 2.0% |
| Finance | 1.0% |
| Financial Services | 1.0% |
| Athlete Representation | 0.8% |
| Betting | 0.8% |
| Gaming | 0.6% |
| Food and Beverage Hospitality | 0.5% |

Get the data · Created with Datawrapper



You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

— Kevin Warren
GETTY IMAGES

## PEOPLE

Which of the following is the biggest sports business story of the year?

| Responses | Pct. |
|---|---|
| The LIV Golf tour | 27.0% |
| The influence of NIL on college sports | 19.0% |
| The rising impact of streaming platforms | 12.0% |
| The return of full-capacity venues | 10.0% |
| Deal-making in college football | 7.0% |
| The rise of women's sports | 7.0% |
| The MLB lockout | 5.0% |
| MLS's media rights deal with AppleTV+ | 3.0% |
| The rise of pickleball | 3.0% |
| The USWNT settles its equal pay lawsuit | 2.0% |
| Jersey patch deals coming to MLB, NHL | 2.0% |
| The debut of Charlotte FC | 1.0% |
| Unionization by minor league baseball players | 1.0% |
| Sale of the Denver Broncos | 1.0% |
| The Winter Olympics held without fans | 1.0% |
| The crash of the SPAC craze | 0.3% |

Get the data • Created with Datawrapper

Who is the most intriguing sports executive?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Steve Phelps, NASCAR | 13% |
| Adam Silver | 4% |
| Mark Cuban | 4% |
| Rob Manfred | 3% |
| Daniel Snyder | 3% |
| Greg Norman | 3% |
| Jay Monahan | 2% |
| Tim Leiweke | 2% |
| Jerry Jones | 2% |
| Ben Kennedy | 2% |

You have 1 All Access article remaining | SUBSCRIBE TODAY ▶

| | |
|---|---|
| Greg Norman | 3% |
| Jay Monahan | 2% |
| Tim Leiweke | 2% |
| Jerry Jones | 2% |
| Ben Kennedy | 2% |
| Dana White | 2% |
| Jimmy Pitaro | 2% |
| Greg Sankey | 2% |
| Kevin Warren | 2% |
| Theo Epstein | 1% |
| Roger Goodell | 1% |
| Jim France | 1% |

Get the data · Created with Datawrapper

**Who is the most intriguing sports business athlete**
**(Minimum 10 votes)**

| Responses | Pct. |
|---|---|
| LeBron James | 11% |
| Tom Brady | 10% |
| Shohei Ohtani | 7% |
| Aaron Judge | 7% |
| Ross Chastain | 6% |
| Steph Curry | 4% |
| Rory McIlroy | 4% |
| Serena Williams | 4% |
| Bubba Wallace | 3% |
| Aaron Rodgers | 3% |
| Tiger Woods | 3% |
| Kyrie Irving | 2% |
| Patrick Mahomes | 2% |
| Giannis Antetokounmpo | 1% |
| Bryce Harper | 1% |

Get the data · Created with Datawrapper

**Who is the most effective college commissioner?**
**(Minimum 10 votes)**

| Responses | Pct. |
|---|---|
| Kevin Warren | 29% |
| Greg Sankey | 27% |
| Not sure/no answer | 19% |
| Brett Yormark | 3% |
| Val Ackerman | 1% |

Get the data · Created with Datawrapper

**Who is the most effective athletic director?**
**(Minimum 10 votes)**

| Responses | Pct. |
|---|---|
| Greg Byrne, Alabama | 7% |
| Gene Smith, Ohio State | 7% |
| Jack Swarbrick, Notre Dame | 4% |

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

---

| Responses | Pct. |
|---|---|
| Greg Byrne, Alabama | 7% |
| Gene Smith, Ohio State | 7% |
| Jack Swarbrick, Notre Dame | 4% |
| Mike Bohn, USC | 3% |
| Danny White, Tennessee | 3% |
| Bubba Cunningham, North Carolina | 2% |
| Chris Del Conte, Texas | 2% |
| Nina King, Duke | 2% |
| Joe Castiglione, Oklahoma | 2% |
| Warde Manuel, Michigan | 1% |

Get the data · Created with Datawrapper

Who is the most effective pro sports commissioner?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Adam Silver | 32% |
| Roger Goodell | 17% |
| Rob Manfred | 10% |
| Steve Phelps | 10% |
| Gary Bettman | 7% |
| Jay Monahan | 5% |
| Don Garber | 4% |
| Cathy Engelbert | 1% |

Get the data · Created with Datawrapper

Who is the most effective union leader?
(Minimum 10 votes)

| Responses | Pct. |
|---|---|
| Tony Clark | 16% |
| DeMaurice Smith | 11% |
| Tamika Tremaglio | 8% |
| Don Fehr | 4% |
| JC Tretter | 2% |
| Chris Paul | 2% |
| CJ McCollum | 1% |

Get the data · Created with Datawrapper

What are the three hottest sports properties?

| Responses | Pct. |
|---|---|
| NFL | 64.0% |
| Formula One | 38.0% |
| NBA | 37.0% |
| NASCAR | 28.0% |
| Premier League | 20.0% |
| NCAA | 19.0% |
| MLB | 19.0% |
| NWSL | 9.0% |
| PGA Tour | 9.0% |

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

| | | |
|---|---|---|
| Premier League | | 20.0% |
| NCAA | | 19.0% |
| MLB | | 19.0% |
| NWSL | | 9.0% |
| PGA Tour | | 9.0% |
| MLS | | 9.0% |
| NHL | | 8.0% |
| LIV Golf | | 8.0% |
| WNBA | | 8.0% |
| UFC | | 5.0% |
| Minor League Baseball | | 4.0% |
| IndyCar | | 3.0% |
| WWE | | 3.0% |
| USTA | | 2.0% |
| PBR | | 1.0% |
| ATP Tour | | 1.0% |
| Minor league hockey | | 1.0% |
| NHRA | | 1.0% |
| LPGA | | 0.9% |
| PGA of America | | 0.8% |
| USOC | | 0.7% |
| USGA | | 0.4% |
| WTA Tour | | 0.3% |

Get the data • Created with Datawrapper



— Major League Pickleball will expand to 16 teams in 2023.
GETTY IMAGES

## Leagues

Which emerging league would prove to be the wisest investment?

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶



— Major League Pickleball will expand to 16 teams in 2023.
GETTY IMAGES

## Leagues

Which emerging league would prove to be the wisest investment?

| Responses | Pct. |
|---|---|
| NWSL | 40% |
| Major League Pickleball | 39% |
| League of Legends | 11% |
| Premier Hockey Federation | 5% |
| Overwatch | 5% |

Get the data · Created with Datawrapper

Will the NBA be the first league to reduce its number of regular-season games with its next CBA?

■ Yes (51%)  ■ No (49%)



No 49%

Yes 51%

Get the data · Created with Datawrapper

Where will the Oakland A's be playing in 2025?

| Responses | Pct. |
|---|---|
| Oakland | 26% |
| Las Vegas | 66% |
| Other | 8% |

Get the data · Created with Datawrapper

How would you grade sports' efforts at maintaining its commitment to social justice?

■ A (11%)  ■ B (44%)  ■ C (37%)  ■ D (6%)  ■ F (2%)



D 6%  F 2%  A 11%

C 37%

B 44%

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶            ▲



Get the data • Created with Datawrapper

Will a non-North American country get an expansion team in MLB, MLS, the NBA, NFL or NHL in this decade?

■ Yes (60%)   ■ No (40%)



Get the data • Created with Datawrapper

Which are you more interested in: F1 or NASCAR?

Get the data • Created with Datawrapper



You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶



— Tony Romo (left) and Jim Nantz have served as CBS's lead NFL broadcast duo for six seasons, including Super Bowl LIII.

AP IMAGES

## Media, Marketing & Sponsorships

What is your favorite national play-by-play announcer team?

| Responses | Pct. |
|---|---|
| Jim Nantz and Tony Romo | 17% |
| Other | 13% |
| Joe Buck and Troy Aikman | 12% |
| Chris Fowler and Kirk Herbstreit | 11% |
| Mike Tirico and Cris Collinsworth | 10% |
| Mike Breen, Jeff Van Gundy and Mark Jackson | 7% |
| Al Michaels and Kirk Herbstreit | 7% |
| Jim Nantz, Grant Hill and Bill Raftery | 5% |
| Joe Davis and John Smoltz | 4% |
| Karl Ravech, David Cone and Eduardo Perez | 4% |
| Kevin Burkhardt and Greg Olsen | 2% |
| Gus Johnson and Joel Klatt | 2% |
| Sean McDonough and Ray Ferraro | 2% |
| Brad Nessler and Gary Danielson | 1% |

Get the data · Created with Datawrapper

If you worked for a brand, what sports/properties would you most want your company aligned with as a sponsor? (respondents could make multiple selections)

| Responses | Pct. |
|---|---|
| NASCAR | 10% |

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

If you worked for a brand, what sports/properties would you most want your company aligned with as a sponsor? (respondents could make multiple selections)

| Responses | Pct. |
|---|---|
| NASCAR | 19% |
| NFL | 11% |
| MLB | 9% |
| NBA | 7% |
| PGA Tour | 5% |
| NHL | 4% |
| Colleges/NCAA sports | 3% |
| Nike | 3% |
| F1 | 3% |
| NWSL | 2% |
| WNBA | 2% |
| Women's Sports | 2% |
| MLS | 1% |

Get the data · Created with Datawrapper

What is the most effective social media platform for engaging sports fans?

| Responses | Pct. |
|---|---|
| Twitter | 50% |
| Instagram | 28% |
| TikTok | 9% |
| YouTube | 9% |
| Facebook | 3% |
| Snapchat | 1% |

Get the data · Created with Datawrapper

What is your favorite streaming app?

| Responses | Pct. |
|---|---|
| Netflix | 33.0% |
| ESPN+ | 23.0% |
| Amazon Prime Video | 11.0% |
| AppleTV+ | 8.0% |
| Hulu | 8.0% |
| Peacock | 8.0% |
| Disney+ | 8.0% |
| Discovery+ | 0.7% |

Get the data · Created with Datawrapper

Which was your favorite new sports movie, series or documentary?

| Responses | Pct. |
|---|---|
| Other | 29% |
| The Captain (ESPN) | 22% |
| Welcome to Wrexham (Hulu) | 17% |
| Winning Time (HBO) | 12% |
| Hustle (Netflix) | 10% |

You have 1 All Access article remaining | SUBSCRIBE TODAY ▶

| | | |
|---|---|---|
| The Captain (ESPN) | | 22% |
| Welcome to Wrexham (Hulu) | | 17% |
| Winning Time (HBO) | | 12% |
| Hustle (Netflix) | | 10% |
| The Man in the Arena (ESPN) | | 7% |
| McEnroe (Showtime) | | 5% |

Get the data • Created with Datawrapper



— Youth sports, including always popular offerings such as soccer and softball, have returned with high participation rates.
GETTY IMAGES

## Best of the Rest

Are your children playing more or fewer sports compared to before the pandemic?

| Responses | Pct. |
|---|---|
| N/A | 46% |
| More | 14% |
| The same | 30% |
| Fewer | 10% |

Get the data • Created with Datawrapper

Have you gone to as many sporting events this year as you did before the pandemic?


Yes (61%)  No (39%)

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

Have you gone to as many sporting events this year as
you did before the pandemic?

**Yes (61%)** **No (39%)**



No
39%

Yes
61%

Get the data · Created with Datawrapper

Have you watched LIV Golf this year?

**Yes (18%)** **No (82%)**

Yes
18%

No
82%

Get the data · Created with Datawrapper

What is the right number of teams for the College
Football Playoff?

| | 51% | | |
|---|---|---|---|
| 8% | | 34% | 6% |
| 4 | 8 | 12 | Other |

Get the data · Created with Datawrapper

Is NIL good or bad for college sports?

| Responses | Pct. |
|---|---|
| Good | 49% |
| Bad | 31% |
| No Opinion | 20% |

Get the data · Created with Datawrapper

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▶

| | |
|---|---|
| Good | 49% |
| Bad | 31% |
| No Opinion | 20% |

Get the data • Created with Datawrapper

Have you personally contributed to a college NIL program/collective?

| Responses | Pct. |
|---|---|
| Yes | 4% |
| No | 96% |

Get the data • Created with Datawrapper

How many teams will the SEC and Big Ten have by the end of the decade?

| Responses | Pct. |
|---|---|
| 16 | 41% |
| 24 | 49% |
| 32 | 10% |

Get the data • Created with Datawrapper

Do you have a sports betting app on your phone?

■ Yes (28%)   ■ No (72%)



Yes 28%

No 72%

Get the data • Created with Datawrapper

How have your sports betting habits changed in the past year?

| Responses | Pct. |
|---|---|
| I've never bet | 63% |
| I've bet the same amount as always | 18% |
| More | 11% |
| Less | 8% |

Get the data • Created with Datawrapper

Do you own any NFTs?

| Responses | Pct. |
|---|---|
| Yes | 13% |
| I did but I sold them | 2% |
| No | 85% |

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶



| Responses | Pct. |
|---|---|
| Yes | 13% |
| I did but I sold them | 2% |
| No | 85% |

Get the data · Created with Datawrapper

Will fans be able to buy food from a human inside stadiums/arenas in 5 years?

Yes 83%
No 17%

Get the data · Created with Datawrapper

Have you ever played pickleball?

| Responses | Pct. |
|---|---|
| Yes | 37% |
| No | 63% |

Get the data · Created with Datawrapper

Have you ever been to a live esports event?

| Responses | Pct. |
|---|---|
| Yes | 26% |
| No | 74% |

Get the data · Created with Datawrapper

Should American sports properties allow Russian athletes to compete?

| Responses | Pct. |
|---|---|
| Yes | 61% |
| No | 39% |

Get the data · Created with Datawrapper

Will MLB, MLS, the NBA, NHL or NFL allow multiple jersey ads in the next 5 years?

Yes (77%)   No (23%)

No
23%

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶



Get the data • Created with Datawrapper

Which city should host the 2026 men's World Cup final?

| Responses | Pct. |
|---|---|
| Los Angeles | 25% |
| New York/New Jersey | 22% |
| Miami | 11% |
| Atlanta | 11% |
| Dallas | 6% |
| Non-U.S. city | 5% |
| Kansas City | 5% |
| Philadelphia | 4% |
| San Francisco Bay Area | 4% |
| Seattle | 4% |
| Boston | 3% |
| Houston | 2% |

Get the data • Created with Datawrapper

Which are you looking forward to more?


■ 2028 Summer Olympics (52%) ■ 2026 World Cup (48%)



Get the data • Created with Datawrapper

Should the Olympics have a fixed rotation of host cities?

■ Yes (43%)  ■ No (57%)

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

Should the Olympics have a fixed rotation of host cities?

Yes (43%)   No (57%)



Get the data • Created with Datawrapper

What is on your sports bucket list?
(Minimum 10 responses)

| Responses | Pct. |
|---|---|
| The Masters | 13% |
| Super Bowl | 10% |
| FIFA World Cup | 9% |
| The Olympics | 8% |
| F1 Race (any location) | 7% |
| Wimbledon | 5% |
| Daytona 500 | 5% |
| Kentucky Derby | 4% |
| NASCAR Chicago Street Race | 3% |
| World Series | 3% |
| Final Four | 2% |
| Ryder Cup | 2% |
| Stanley Cup Final | 2% |

Get the data • Created with Datawrapper

**PREVIOUS**
Cindy Parlow Cone: Volunteer Boss

**NEXT**
We've officially crossed the sports media Rubicon

SPONSORED CONTENT



[PODCAST] Measure of Success: Churchill Downs Race Track's Sponsorship



ONE Championship Sees Major Growth Opportunity With Prime



MMA's Explosive Growth Powered by the PFL by Professional Fighters

You have 1 All Access article remaining  |  SUBSCRIBE TODAY ▶

SPONSORED CONTENT



**[PODCAST] Measure of Success: Churchill Downs Race Track's Sponsorship Strategy**
by IEG



**ONE Championship Sees Major Growth Opportunity With Prime Video Broadcast Partnership**
by ONE Championship



**MMA's Explosive Growth Powered by the PFL**
by Professional Fighters League



**ADDITIONAL SECTIONS**

- Tech
- Marketing
- Media
- Executive Transactions
- Data
- Franchises
- Esports
- Betting
- Colleges
- Events and Attractions
- Facilities
- Finance
- Labor and Agents
- Leagues
- Olympics
- Opinion
- People and Pop Culture
- Sports and Society

**PODCASTS**

### SBJ Morning Buzzcast: February 13, 2023

February 13, 2023

Postcard from Phoenix; Is Haslam Sports Group set to grow? Could Barkley draw on CNN? TGL lands key exec in Ross Berlin.

[audio player] 00:00 ———————— 09:52



### Measure of Success: Churchill Downs Race Track's Sponsorship Strategy Sponsored by IEG

December 19, 2022

It's been proclaimed the most exciting two minutes in sports. Churchill Downs has been home to some of the most incredible moments in sports history. During today's conversation IEG's Vice President of Strategy and Churchill Downs Vice President of Marketing, Brand and Partnerships Casey Ramage give us some insight on their analytical approach to sponsorship strategy.

### SBJ I Factor: Alex Martins

December 13, 2022

SBJ I Factor presented by Allied Sports features an interview with Orlando Magic CEO Alex Martins. Martins is a long-time sports executive who first started with the Magic in 1989. He has been CEO since 2011, and was instrumental in the Amway Center winning a Sports Business Award for Facility of the Year in 2012. Martins talks with SBJ's Abe Madkour about coming up through the business from the communications side, what he learned during stints with multiple teams, and why he looks for emotional intelligence when interviewing job candidates. SBJ I Factor is a monthly podcast offering interviews with sports executives who have been recipients of one of the magazine's awards, including Forty Under 40, Game Changers and Sports Business Awards.

**SBJ TV**



Is stripped-down Sunday Ticket on the way?

1 MINS



NFL's Brian Rolapp on Sunday Ticket, flex scheduling and what's next for the league

30 MINS

The Marchand and Ourand Sports Media Podcast: Episode 73: Top NFL exec Brian Rolapp

36 MINS

You have 1 All Access article remaining  |  **SUBSCRIBE TODAY** ▸

- Olympics
- Opinion
- People and Pop Culture
- Sports and Society

analytical approach to sponsorship strategy.

## SBJ I Factor: Alex Martins


LISTEN

December 13, 2022

SBJ I Factor presented by Allied Sports features an interview with Orlando Magic CEO Alex Martins. Martins is a long-time sports executive who first started with the Magic in 1989. He has been CEO since 2011, and was instrumental in the Amway Center winning a Sports Business Award for Facility of the Year in 2012. Martins talks with SBJ's Abe Madkour about coming up through the business from the communications side, what he learned during stints with multiple teams, and why he looks for emotional intelligence when interviewing job candidates. SBJ I Factor is a monthly podcast offering interviews with sports executives who have been recipients of one of the magazine's awards, including Forty Under 40, Game Changers and Sports Business Awards.



| DAILY ISSUES | WEEKLY ISSUE | EDITIONS | ALL TOPICS | | EVENTS | PROPERTIES | COMPANY |
|---|---|---|---|---|---|---|---|
| February 10 | February 13 | Morning Buzz | Tech | Facilities | Event Calendar | On Campus | About Us |
| February 9 | February 6 | Closing Bell | Marketing | Finance | Leaders Sports Business Summit | SBJ Atlas | Staff |
| February 8 | January 30 | Global | Media | Labor and Agents | 2023 SBJ Tech Week | SportTechie | FAQ |
| February 7 | January 23 | Weekend Rap | Executive Transactions | Leagues | 2023 Sports Business Awards: Tech | Newzoo | Contact Us |
| February 6 | January 16 | | Data | Olympics | 2023 CAA World Congress of Sports | Leaders in Sport | Advertise |
| February 3 | January 9 | PODCASTS/TV | Franchises | People and Pop Culture | 2023 SBJ ALL IN | | Subscribe |
| February 2 | December 19 | All Podcasts | Esports | Opinion | 4se | | |
| February 1 | December 12 | Buzzcast | Betting | Sports and Society | 2023 Sports Business Awards | | |
| January 31 | December 5 | Unpacks | Colleges | | 2023 Brand Innovation Summit | | |
| January 30 | November 28 | SBJ TV | Events and Attractions | | 2023 Thought Leaders | | |
| | Digital Edition | SBJ Spotlight | | | 2023 Thought Leaders Tech | | |
| | | SBJ I Factor | SPONSORED CONTENT | | Leaders Week London | | |
| | NEWSLETTERS | Sports Media | | | Leaders Sports Awards | | |
| | Betting | | All Sponsored Content | | 2023 New Voices Under 30 | | |
| | College | | | | 2023 Forty Under 40 Awards | | |
| | Esports | | | | 2023 Intercollegiate Athletics Forum | | |
| | Football | | | | SBJ Event | | |
| | Marketing | | | | | | |
| | Media | | | | | | |
| | Power Up | | | | | | |
| | Tech | | | | | | |
| | Unpacks | | | | | | |

© 2023 Leaders Group. All rights reserved.
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.

Privacy Policy | User Agreement | Cookie Statement | California Privacy Rights | Ad Choices

You have 1 All Access article remaining |  SUBSCRIBE TODAY

# EXHIBIT E



ADVERTISEMENT

# For 2022, LIV Golf Was the Story

The Saudi-backed tour, which has used big payments to attract players, has upended the gentlemen's game.

Give this article



Greg Norman, the former world No. 1 and two-time major champion, is the commissioner of LIV Golf. Jonathan Jones/USA Today Sports, via Reuters

By Paul Sullivan

Dec. 9, 2022                                                                      5 MIN READ

**Sign up for the On Golf newsletter.** Our coverage of golf's most interesting stories and athletes, delivered during the biggest tournaments in the sport. Get it sent to your inbox.

Golf is an individual sport, so any year-end reflection is going to be about the people who stood out.

But this year many of the top names who defined the year in golf are past their prime or don't play professionally.

Golf is an individual sport, so any year-end reflection is going to be about the people who stood out.

But this year many of the top names who defined the year in golf are past their prime or don't play professionally.

Pride of place goes to Greg Norman, the former world No. 1 and two-time major champion whose last PGA Tour win came 25 years ago at the 1997 NEC World Series of Golf. In that victory, Norman beat a young Phil Mickelson, who was just at the start of his career that would include six major championships and more than double the PGA Tour victories of Norman.

Now the pair are linked in the creation of the Saudi-backed LIV Golf and roiling the established PGA and DP World Tours. LIV made headlines as much for paying golfers tens or hundreds of millions of dollars to join the league as it did for the source of the support, Saudi Arabia's sovereign wealth fund.



Story continues below advertisement

Add to that a rollout and public relations campaign that was bumpy — including one golfer who took $200 million to join LIV, while saying their move was to grow the game — and it made for a very unexpected year.

"Golf was puttering along in its normal boring sport way, and then everything exploded," said Alan Shipnuck, whose book "Phil: The Rip-Roaring (and Unauthorized!) Biography of Golf's Most Colorful Superstar" and subsequent reporting for The Fire Pit Collective, a golf news site, was at the center of the story. "This was the most fascinating and chaotic season in golf history. The gentlemen's game has never seen this kind" of news conference sniping.

Did you know you can share 10 gift articles a month, even with nonsubscribers?
Share this article.

The league brought fresh attention to the human rights records of Mohammed bin Salman, Saudi Arabia's crown prince. It also held

☰   🔍   **GOLF**                                    𝕿𝖍𝖊 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘                    **GIVE THE TIMES**   Account ⌄

Did you know you can share 10 gift articles a month, even with nonsubscribers?
**Share this article.**

Spending Money
Abroad

The league brought fresh attention to the human rights records of
Mohammed bin Salman, Saudi Arabia's crown prince. It also held
several events at golf courses owned by former President Donald J.
Trump, who didn't shy away from criticizing the PGA Tour.



Phil Mickelson was paid a reported $200 million to join LIV Golf.  Patrick Smith/Getty
Images

While a rival golf league had been talked about for years, just as
LIV was set to start at the beginning of the year, Shipnuck
published an interview with Mickelson on The Fire Pit Collective
that criticized the Saudi government over its human rights record.

Story continues below advertisement

"Knowing all of this, why would I even consider it?" Mickelson
said. "Because this is a once-in-a-lifetime opportunity to reshape
how the PGA Tour operates." He joined LIV in June.

**A Guide to the LIV Golf Series**

**A new series.** The debut of the Saudi-financed LIV Golf series in 2022

*The New York Times*

GOLF | For 2022, LIV Golf Was the Story



**A Guide to the LIV Golf Series**

**A new series.** The debut of the Saudi-financed LIV Golf series in 2022 resurfaced longstanding questions about athletes' moral obligations and their desire to compete and earn money. Here's what to know:

● ● ● ● ● ● ●   ‹  ›

From that moment, the story on the men's and women's game has been Saudi money and LIV Golf.

It overshadowed Rory McIlroy becoming only the second player to win both season-long events on the PGA and DP World Tours in the same year. Henrik Stenson, who now plays on LIV, was the first in 2013.

It put the game's administrators, Jay Monahan, commissioner of the PGA Tour; Keith Pelley, chief executive of the DP World Tour; and Peter Dawson, chairman of the Official World Golf Ranking, front and center.

It spilled over to women's golf, where talk focused on what might happen if the Saudis took a similar interest in top L.P.G.A. players. (The consensus has been Saudi money would decimate a tour that doesn't have the financial reserves or lucrative television rights to fend off a rival league buying up players the way the PGA Tour has.)

**Sign up for the Sports Newsletter** Get our most ambitious projects, stories and analysis delivered to your inbox every week. Get it sent to your inbox.

And it got young professional and amateur players thinking about their future in professional golf after a few unproven players — namely the 2019 and 2021 U.S. Amateur Champions Andy Ogletree and James Piot and a top-ranked college player Eugenio Chacarra — took LIV money and bypassed the traditional route of trying to make their way on the PGA or DP World Tours.

"I spoke to some friends and coaches who said if LIV contacts you go there," said Filippo Celli, who won the silver medal as the low amateur at this year's British Open and is trying to play his way onto the DP World Tour.

"You go there and even if you finish last in the tournament you can earn $150,000, which is a lot of money, especially at 22 years old," he said. "When you're young you're thinking about the money. It's normal. My dream is to play on the DP World Tour and then the PGA Tour."

The New York Times                    GOLF | For 2022, LIV Golf Was the Story                     Give this article  

"You go there and even if you finish last in the tournament you can earn $150,000, which is a lot of money, especially at 22 years old," he said. "When you're young you're thinking about the money. It's normal. My dream is to play on the DP World Tour and then the PGA Tour."

Story continues below advertisement



But the threat of a rival league forced changes on both of the main men's tours. Many of those changes were announced after an August meeting of PGA Tour players in Delaware before the BMW Championship.

The increased money was the main issue, more prize money for the top players and also guaranteed minimum pay for golfers still making their way. That helped defer six-figure costs just to compete, and the money was a carrot to the elite players.

Of course, plenty of good players have not been asked to go to LIV and have said they are not interested. Sam Ryder, who has played on the PGA Tour for six seasons, is one of them.

"I'm not on the players council of the PGA Tour," he said. "I've been trying to stay in my lane and play good golf. I've not been concerning myself too much with all that's been going on. I just know that everything will sort itself out."

His playing status on the PGA Tour has earned him a new multiyear sponsor this year: Ryder, the transportation company. "Both Ryder and Sam Ryder remain committed to the PGA Tour," said J. Steve Sensing, president of supply chain solutions for Ryder System.

Some of the top players have not been as politic in their rhetoric. McIlroy, who reclaimed the world No. 1 spot this year, became the de facto player-defender of the PGA Tour. He and Tiger Woods were at the center of the meeting in Delaware, and he's spoken forcefully in defense of the tour. Recently, McIlroy and Woods called for Norman to step down as LIV commissioner as a necessary first step in negotiations.

  

concerning myself too much with all that's been going on. I just know that everything will sort itself out."

His playing status on the PGA Tour has earned him a new multiyear sponsor this year: Ryder, the transportation company. "Both Ryder and Sam Ryder remain committed to the PGA Tour," said J. Steve Sensing, president of supply chain solutions for Ryder System.

Some of the top players have not been as politic in their rhetoric. McIlroy, who reclaimed the world No. 1 spot this year, became the de facto player-defender of the PGA Tour. He and Tiger Woods were at the center of the meeting in Delaware, and he's spoken forcefully in defense of the tour. Recently, McIlroy and Woods called for Norman to step down as LIV commissioner as a necessary first step in negotiations.



Dustin Johnson was reportedly paid up to $150 million to join LIV Golf.  John David Mercer/USA Today Sports, via Reuters

But there are knock-on effects of losing older but well-known players, like the future of PGA Tour Champions. It is where many of the game's greats go to play when they turn 50. Each year the tour gets marquee players who are suddenly relevant again. This year, it was Padraig Harrington, a three-time major winner and Ryder Cup captain, who won four times on the Champions Tour.

Story continues below advertisement



Yet some of the first players who went to LIV were close to Champions Tour eligibility, including Lee Westwood, Henrik Stenson, and Ian Poulter, with players like Sergio Garcia and Paul Casey not too far behind them. It's those big names that sell tickets.

At a news conference in August for a Champions Tour event in Jacksonville, Fla., Jim Furyk, the 2003 U.S. Open champion and the tournament's host, talked about the course and the fan experience. He even talked about Notah Begay III, a former player turned Golf Channel commentator who was returning to professional golf on his 50th birthday.

What Furyk or anyone else at the event did not talk about was the previous year's winner: Mickelson. That victory was his third win in four starts on the Champions Tour and augured well for his transition to the tour, and for the tour itself.

But right now, the focus is on the main tours and seeing what LIV does next year. There has been little interest in actually watching LIV events. The league has no television contract and worldwide viewership numbers for streaming have declined with each event, particularly after the initial player announcements were made.

Still, the PGA Tour, which had been slow to respond at first, seems to be taking no chances. It recently hired a lobbyist in Washington who is close to Kevin McCarthy, the House minority leader who hopes to become speaker when Republicans take control of the chamber in January.

"The tour has always been all powerful," Shipnuck said. "Now there's a competition."

ADVERTISEMENT

Yet some of the first players who went to LIV were close to Champions Tour eligibility, including Lee Westwood, Henrik Stenson, and Ian Poulter, with players like Sergio Garcia and Paul Casey not too far behind them. It's those big names that sell tickets.

At a news conference in August for a Champions Tour event in Jacksonville, Fla., Jim Furyk, the 2003 U.S. Open champion and the tournament's host, talked about the course and the fan experience. He even talked about Notah Begay III, a former player turned Golf Channel commentator who was returning to professional golf on his 50th birthday.

What Furyk or anyone else at the event did not talk about was the previous year's winner: Mickelson. That victory was his third win in four starts on the Champions Tour and augured well for his transition to the tour, and for the tour itself.

But right now, the focus is on the main tours and seeing what LIV does next year. There has been little interest in actually watching LIV events. The league has no television contract and worldwide viewership numbers for streaming have declined with each event, particularly after the initial player announcements were made.

Still, the PGA Tour, which had been slow to respond at first, seems to be taking no chances. It recently hired a lobbyist in Washington who is close to Kevin McCarthy, the House minority leader who hopes to become speaker when Republicans take control of the chamber in January.

"The tour has always been all powerful," Shipnuck said. "Now there's a competition."

---

**The New York Times**

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| Home Page | Today's Opinion | Today's Arts | Automotive | Reader Center | 🏠 Home Delivery |
| World | Columnists | Art & Design | Games | The Athletic | 📱 Digital Subscriptions |
| Coronavirus | Editorials | Books | Education | Wirecutter | 🎮 Games |
| U.S. | Guest Essays | Best Sellers Book List | Food | Cooking | 🍳 Cooking |
| Politics | Letters | Dance | Health | Headway | |
| New York | Sunday Opinion | Movies | Jobs | Live Events | Email Newsletters |
| Business | Opinion Video | Music | Love | The Learning Network | Corporate Subscriptions |
| Tech | | Pop Culture | Magazine | Tools & Services | Education Rate |
| Science | | Television | Parenting | Podcasts | |
| Sports | | Theater | Real Estate | Video | Mobile Applications |
| Wildfire Tracker | | Video: Arts | Style | Graphics | Replica Edition |

# EXHIBIT F



Advertisement                                                                    Ad Feedback



☰  CNN  **Sports**   World Cup   Tennis   Golf   Motorsport   Football   US Sports   Olympics   Climbing   More        Audio   Live TV   🔍   Log In

# Charl Schwartzel wins inaugural LIV Golf individual competition and $4 million prize

By CNN Sport staff

Updated 6:01 AM EDT, Sun June 12, 2022



ADRIAN DENNIS/AFP/AFP via Getty Images

South African golfer Charl Schwartzel celebrates his victory at the LIV Golf Invitational.

**(CNN)** — South African Charl Schwartzel won the inaugural individual stroke-play competition of the controversial Saudi-backed LIV Golf Invitational Series on Saturday.

With the victory, Schwartzel earned $4 million for the three-round, 54-hole event. The 37-year-old shot 7-under at the Centurion Golf Club outside London, finishing one stroke clear of Hennie du Plessis.

Schwartzel's four-man team, Stinger GC, also won the team competition by 14 shots over Crushers GC and will split the $3 million prize. The 2011 Masters champion combined payday for winning both individual and team contests is $4.75 million.

## MORE FROM CNN

Savannah Chrisley shares update on her parents' lives in prison

Emma Thompson says she was 'utterly blind' about ex-husband Kenneth Branagh'…



Shop science-backed sleep & recovery must-haves

Read more

Sponsored by Gravity

Advertisement                              Ad Feedback



orders us and will split the $6 million prize. The 2011 Masters champion combined payday for winning both individual and team contests is $4.75 million.



CONTENT BY BUILD-A-BEAR

These 'After Dark' teddies aren't your average gift

Advertisement          Ad Feedback

Phil Mickelson finished in 34th place on 10-over in the 48-player field. Dustin Johnson placed eighth, and ended the tournament on 1-under.

Fronted by former world No. 1 Greg Norman, the LIV Golf series runs from June to October with the aim, it says, to "holistically improve the health of professional golf on a global scale to help unlock the sports' (sic) untapped potential."

It is backed by Saudi Arabia's Public Investment Fund (PIF) – a sovereign wealth fund chaired by Mohammed bin Salman, the Crown Prince of Saudi Arabia and the man who a US intelligence report named as responsible for approving the operation that led to the 2018 murder of journalist Jamal Khashoggi. Bin Salman has denied involvement in Khashoggi's murder.

READ: What the LIV Golf series was actually like on the ground



DEVELOPING STORY
CRITICS BLAST NEW GOLF LEAGUE FOR DEEP TIES TO SAUDI MONEY
Phil Mickelson | Six-time Major Golf Champion
SITUATION ROOM

Saudi golf controversy                    Video Ad Feedback          02:58 - Source: CNN

The source of the money has led to queries and criticism aimed at organizers and players about choosing to play for money from the country given its human rights record.

The country has been criticized by human rights groups for years. In March, Saudi Arabia executed 81 men in the biggest mass execution in decades. Rights groups have criticized the country for executing people who were minors at the time of the offenses for which they were convicted.

Mickelson was the main focus of attention at the inaugural tournament, mainly because he is

Shop science-backed sleep & recovery must-haves

Read more
Sponsored by Gravity

Advertisement          Ad Feedback

News & Buzz

Child found alive after a week under the rubble in Turkey

Opinion: Here's when the Fed could start cutting interest rates

Unique gifts to give this Valentine's Day

Read more
Sponsored by 1800Flowers

Advertisement          Ad Feedback

executed 81 men in the biggest mass execution in decades. Rights groups have criticized the country for executing people who were minors at the time of the offenses for which they were convicted.

Mickelson was the main focus of attention at the inaugural tournament, mainly because he is one of the sport's biggest stars but also because this will be his first competitive event since his controversial comments about the Saudi Arabian-funded events were published earlier this year by his biographer.

The six-time major winner was quoted from a 2021 interview with author Alan Shipnuck for his upcoming book, "Phil: The Rip-Roaring (and Unauthorized!) Biography of Golf's Most Colorful Superstar," as saying disparaging things about Saudi Arabia's human rights record and asserting that the kingdom killed journalist Khashoggi.

**5 things**   You give us five minutes, we'll give you five things you must know for the day.   ✕

Email address                     **Sign Me Up**

By subscribing you agree to our privacy policy.

The next LIV Golf tournament is scheduled for June 30-July 2 at Pumpkin Ridge Golf Club near Portland, Oregon.

PAID CONTENT                                                    Outbrain ▷


Seattle: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices
Sponsored: New SUV Deals | Search Ads


Hands Down! The World's Healthiest Breakfast
Sponsored: Ka'Chava


RECOMMENDED   1/5


❤
**Read more**
Sponsored by 1800Flowers
Advertisement          ☐ Ad Feedback

Paid Content                    ◉ ▷


[Photos] Taylor Swift's Private Island Cost Her $17.75M, And This Is What It Looks Like.
YourDIY


Banned For 84 Years; Powerful Pain Reliever Legalized In Washington
healthyedibles4-you.com


[Gallery] The Most Inappropriate Dress on The Met Gala Red Carpet
HeraldWeekly


Save hundreds of dollars a year on ink or toner
**Read more**
Sponsored by HP Instant
Advertisement          ☐ Ad Feedback















# EXHIBIT G





# Charl Schwartzel crowned winner of inaugural LIV Golf Invitational Series

JUN 11, 2022 / BY KRISTEN CONTI

2011 Masters champion Charl Schwartzel is officially the first victor of the inaugural LIV Golf Invitational Series.
USA Today

A fter a long three days, 54 holes, no cuts and shotgun starts, 2011 Masters champion Charl Schwartzel is officially the first victor of the inaugural LIV Golf Invitational Series.

With 15 pro titles to his name, Schwartzel cliched an individual victory as well as a team victory for his group Stinger GC, which includes Louis Oosthuizen, Hennie du Plessis, Schwartzel, Branden Grace.

Series.

With 15 pro titles to his name, Schwartzel cliched an individual victory as well as a team victory for his group Stinger GC, which includes Louis Oosthuizen, Hennie du Plessis, Schwartzel, Branden Grace.



Golf Digest ✓
@GolfDigest · Follow

Charl Schwartzel earns the largest paycheck in golf with his victory at the inaugural LIV Golf Invitational. 🏆

6:25 PM · Jun 11, 2022

Read the full conversation on Twitter

♥ 6.7K    💬 Reply    ⊘ Copy link

Read 679 replies

Round three of three of the controversial series proved to be a walk in the park for the South African golfer. No one put much heat on Schwartzel, who remained in first through the entirety of the 18 holes. As a matter of fact, three Stinger GC members - Schwartzel with 7-under, Plessis with 6-under, and Grace with 5-under - claimed the top three spots.

Peter Uihlein tied Grace for third with 5-under and Sam Horsfield secured fifth place with 3-under. Dustin Johnson took eighth place with 1-under.

Coming into the third and final round of the Saudi-Backed golf invitational, Schwartzel, who also happens to be one of the 17 PGA Tour members suspended, held the lead through the first two rounds of play.

He shot a four-under 66 during the second round at the Centurion Club in England, leaving him with a huge lead at nine under par for the tournament. He was three shots ahead of second place Hennie Du Plessis, who was two shots ahead of third place Peter Uihlein.

held the lead through the first two rounds of play.

He shot a four-under 66 during the second round at the Centurion Club in England, leaving him with a huge lead at nine under par for the tournament. He was three shots ahead of second place Hennie Du Plessis, who was two shots ahead of third place Peter Uihlein.

TRENDING



**Super Bowl locations: 2023, 2024 and beyond**

AUG 22, 2022

**Everything to know about the 2023 Super Bowl Halftime performance**

FEB 4, 2023

**Ranking the top 20 NBA players right now**

JUL 12, 2022

In the first round, six-time major champion Phil Mickelson and two-time major champion Johnson were both four shots off the lead after shooting 1-under. While in round two, Johnson moved to sixth place still with 1-under, while Mickelson fell to 26th with 4-over after struggling a five-over 75 on Friday.

The event marked Mickelson's first return to competitive golf since February. He was grouped with 10 other golfers, including Johnson, competing in the inaugural tournament after resigning their PGA Tour membership.

And that's that. The first sector of the novel LIV golf series has wrapped for the 48 competitors. Next, we head to Portland for the second invitational of the LIV golf series on June 30.

Taboola Feed



Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**Getting 87¢ Generic Viagra Online Isn't Illegal, But CVS Doesn't Want You To**

Public Health Forum by Friday Plans | Sponsored





**Cardiologist: Too Much Belly Fat? Do This Before Bed**

Healthy Guru | Sponsored

**Killer New EVs That Many Don't Realize Are Affordable**

New Electric Cars | Search Ads | Sponsored



**Amazon Left Scrambling As Prime Users Find Out About Secret Deals**

Online Shopping Tools | Sponsored



Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**Amazon Hates When You Do This (But They Can't Stop You)**

Online Shopping Tools | Sponsored



**Here's What A Walk-In Tub Should Cost**

safestepbath.com | Sponsored



**Real-Time 5v5 Mech Combat: So Beautiful, Worth Installing**

Plarium - Mech Arena | Sponsored

Play Now



**Could Eric Bieniemy fill Commanders' OC vacancy?**

NBC Sports Washington



**Taylor Heinicke reiterates interest in returning to Commanders**

NBC Sports Washington



Caps searching for consistency with playoff race heating up



Capitals host Youth Hockey Day at Capital One Arena



Missed opportunities cost Capitals in loss to Sharks



How to watch Capitals vs. Hurricanes



Watch Capitals vs. Hurricanes on NBCSW



Caps secure more young talent by extending Strome, Milano



Capitals set to face Hurricanes in Stadium Series game





**Here's The Standard Price Of Gutter Protection**

LeafFilter Partner | Sponsored                                    Get Quote



**2 Cards Charging 0% Interest Until 2024**

CompareCredit.com | Sponsored        Learn More



**If You Have Toenail Fungus Try This Tonight (It's Genius!)**

WellnessGuide101.com | Sponsored       Watch Now



**Why Deni Avdija is nicknamed 'Turbo'**

NBC Sports Washington



**Robert Griffin III likens Dak Prescott to Tony Romo after Cowboys' playoff loss**

NBC Sports Washington

      

Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**This is the most powerful flashlight in the world**

Bommory | Sponsored

Shop Now



**Roofers Tested 17 Gutter Guards... Here's What They Discovered**

LeafFilter Partner | Sponsored

Learn More





Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**Ireland Train Packages Deals!**

Yahoo! Search | Sponsored

**Washington: "Grocery Allowance" Everyone on Medicare Can Apply for**

Flex Allowance | Sponsored





**Hall of Fame executive Bobby Beathard passes away at 86**

NBC Sports Washington

**Kendrick Nunn excited to show what he can do with Wizards**

NBC Sports Washington



**The Best Men's Shoes for Walking and Standing All Day**

MEN SHOES | Sponsored

Shop Now












Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**Washington: Notice For Cars Used Less Than 50 Miles/Day Near Seattle**

Penny Pinchers | Sponsored





**Dig Up "prehistoric Dinosaur Fossils" and Piece Them Together into Complete**

Hot Sale 70% OFF | Sponsored                    Shop Now

**You Won't Want To Take Off The Waterproof And Orthopedic Boot All**

Wesenrd Shoes | Sponsored                    Shop Now





**Super Bowl 57 props: What are the best bets in Eagles-Chiefs?**

NBC Sports Washington

**Gretzky called Howe family after Ovechkin scored No. 802**

NBC Sports Washington












Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game



**Pentagon consultant–July 25 twist gives Biden landslide election win?**

Altimetry | Sponsored



**This Powerful "Brain Tonic" Is Now Legal Without Prescription**

Health Headlines | Sponsored





**U.S. Surgeon: This Simple Trick Empties Almost Immediately Your Bowels Every**

**Big Change in Washington Leaves Drivers Fuming**

Gundry MD | Sponsored     Watch Now     Expert In Money | Sponsored     Learn More










Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game

**Almost Immediately Your Bowels Every**

Gundry MD | Sponsored

Watch Now

**Fuming**

Expert In Money | Sponsored

Learn More



**Wizards players react to trade deadline**

NBC Sports Washington

**Unseld Jr. commends Avdija's approach during hot streak**

NBC Sports Washington



**Follow Us**

Facebook
@NBCSWashington

Twitter
@NBCSWashington

Instagram
@NBCSWashington

**FAQs**

Streaming

**Regions**

Bay Area
Boston
Chicago
Philadelphia
Washington

Privacy Policy
Advertise
Terms of Service

Do Not Sell My Personal Information
Contact Us
Ad Choices

CA Notice
Closed Captioning

©2022 Lincoln Media L.P.

Caps searching for consistency with playoff race heating up

Capitals host Youth Hockey Day at Capital One Arena

Missed opportunities cost Capitals in loss to Sharks

How to watch Capitals vs. Hurricanes

Watch Capitals vs. Hurricanes on NBCSW

Caps secure more young talent by extending Strome, Milano

Capitals set to face Hurricanes in Stadium Series game

Document title: Charl Schwartzel crowned winner of inaugural LIV Golf Invitational Series - NBC Sports Washington
Capture URL: https://www.nbcsports.com/washington/charl-schwartzel-crowned-winner-inaugural-liv-golf-invitational-series
Capture timestamp (UTC): Mon, 13 Feb 2023 15:59:49 GMT

# EXHIBIT H



GOLF · Published June 11, 2022 4:35pm EDT

# Two-time PGA Tour winner Charl Schwartzel wins inaugural LIV Golf Invitational

Second-place finisher Hennie Du Plessis earned $2.9M

By Paulina Dedaj | Fox News



Fox News Flash top headlines for June 11

Fox News Flash top headlines are here. Check out what's clicking on Foxnews.com.

Two-time PGA Tour winner Charl Schwartzel became the first-ever LIV Golf Invitational champion Saturday after finishing 7 under par.

Schwartzel took home a whopping $4.75 million amid a sea of controversy that prompted

### More From Fox News

Harrison Ford: 'I was raised Democrat' and 'my moral purpose was being a Democrat with the bi...

New York Times Kamala Harris whispers cause fits for days. It looks grim for VP if she's lost the...

Document title: Two-time PGA Tour winner Charl Schwartzel wins inaugural LIV Golf Invitational | Fox News
Capture URL: https://www.foxnews.com/sports/pga-tour-charl-schwartzel-wins-inaugural-liv-golf-invitational
Capture timestamp (UTC): Mon, 13 Feb 2023 16:04:31 GMT

Two-time PGA Tour winner Charl Schwartzel became the first-ever LIV Golf Invitational champion Saturday after finishing 7 under par.

Schwartzel took home a whopping $4.75 million amid a sea of controversy that prompted PGA Tour Commissioner Jay Monahan to ban more than dozen players who committed to playing in the rival Saudi-backed golf league.



Charl Schwartzel of Stinger GC celebrates with the LIV Golf Invitational individual trophy after his victory at the LIV Golf Invitational London at The Centurion Club June 11, 2022, in St Albans, England.  (Aitor Alcalde/LIV Golf/Getty Images)

"The guys put up an amazing show," Schwartzel, the former Masters champion, said after the match. "What they've done was way beyond our expectations. The entertainment. The way they treat everybody. You know, the amount of money they put up for is out of this world."





**New York Times Kamala Harris whispers cause fits for days. It looks grim for VP if she's lost the...**

**Ben Affleck's Dunkin' Super Bowl commercial sends social media into a frenzy: 'Greatest thing ever...**

**NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...**

**Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report**

**Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extreme...**

**Promoted**



6:37 PM · Jun 11, 2022                              ⓘ

♥ 287      💬 Reply      🔗 Copy link

**Read 36 replies**

"This is a historical moment," he added. "First LIV league tournament, and man, it's awesome."

**LIV GOLF OFFICIALLY WELCOMES BRYSON DECHAMBEAU AFTER PGA TOUR ANNOUNCES BAN**

Hennie Du Plessis earned $2.875 million for his second-place finish, just one stroke off from Schwartzel.



Charl Schwartzel of Stinger GC, center, celebrates with the LIV Golf Invitational individual trophy alongside teammates Hennie du Plessis, left, and Branden Grace, right, who hold their runners-up trophies at the LIV Golf Invitational London at The Centurion Club June 11, 2022, in St Albans, England.  (Charlie Crowhurst/LIV Golf/Getty Images)

Having won golf's richest tournament in history comes at a price, however.

Monahan announced Thursday in a memorandum that all 17 members of the PGA Tour — by Saturday, that number had climbed to 20 — who chose to participate in the LIV Golf series would be barred from participating in PGA Tour events and the Presidents Cup.

**CLICK HERE FOR MORE SPORTS COVERAGE ON FOXNEWS.COM**

"These players have made their choice for their own financial-based reasons. But they can't demand the same PGA Tour membership benefits, considerations, opportunities and platform as you," the memo stated. "That expectation disrespects you, our fans and our



NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...

Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report

Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**

Super Bowl 2023: Social media reacts to Rihanna's halftime show



close ✕

NOW PLAYING

**Fox News Flash top headlines for June 11**

series would be barred from participating in PGA Tour events and the Presidents Cup.

**CLICK HERE FOR MORE SPORTS COVERAGE ON FOXNEWS.COM**

"These players have made their choice for their own financial-based reasons. But they can't demand the same PGA Tour membership benefits, considerations, opportunities and platform as you," the memo stated. "That expectation disrespects you, our fans and our partners.

"You have made a different choice, which is to abide by the tournament regulations you agreed to when you accomplished the dream of earning a PGA Tour card and — more importantly — to compete as part of the preeminent organization in the world of professional golf."



Charl Schwartzel of Stinger GC celebrates with the LIV Golf Invitational individual trophy following his victory during day three of the LIV Golf Invitational London at The Centurion Club June 11, 2022, in St Albans, England. (Aitor Alcade/LIV Golf/Getty Images)

Several players, including Dustin Johnson and Kevin Na, announced their resignation prior to Monahan's announcement. But the memo stated that even those who have resigned would be removed from the FedEx Cup Points List following the conclusion of the RBC Canadian Open.

They will also not be allowed to play in PGA Tour tournaments as non-members via sponsor exemption or any other eligibility category.

**CLICK HERE TO GET THE FOX NEWS APP**

LIV Golf has been at the center of controversy since its inception because of its ties to Saudi money.

Saudi Arabia's track record of human rights violations has sparked criticism from groups, including Amnesty International, that the country is "sportswashing" its image by investing in star athletes.

*Fox News' Ryan Gaydos and The Associated Press contributed to this report.*



NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...



Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report



Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**



Super Bowl 2023: Social media reacts to Rihanna's halftime show



NOW PLAYING
Fox News Flash top headlines for June 11

including Amnesty International, that the country is "sportswashing" its image by investing in star athletes.

*Fox News' Ryan Gaydos and The Associated Press contributed to this report.*

Paulina Dedaj is a <u>Sports Reporter</u> for Fox News Digital.

**Sponsored Stories You May Like**                          Recommended by Outbrain|>



**Seattle: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**

New SUV Deals | Search Ads



**Amazon Hates When You Do This, But They Can't Stop You**

Online Shopping Tools



**[Photos] Missing Boy Walks Out Of Woods After 11 Days, But He Wasn't Alone**

Cultaress



**[Pics] The Only President Nicknamed 'Headache' By Secret Service**

Definition

**Sponsored Stories**



**At 28, This Is Where Parker Schnabel Lives...**

Investing Magazine

**Washington Launches New Guidelines For...**

BindRight

Recommended by Outbrain|>

**More From Fox News**

- Adult actress reportedly taken to hospital after shooting scene: 'Almost killed her'
  Fox News

- Bill Maher calls out lack of audience support for Democrats to admit 'some people belong in jail'
  Fox News

- Tom Brady posts hilarious tweet as he watches Super Bowl after retirement announcement
  Fox News

- Megan Fox posts racy revenge photo before deleting Instagram amid breakup rumors with Machine Gun...
  Fox News

- Former F-18 combat fighter pilot on 'high-altitude object' detected over North America
  Fox News

- Eagles fans chant 'f--- the Chiefs,' climb poles after team's narrow Super Bowl LVII loss
  Fox News

**More From Fox News**

---

**NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...**

**Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report**

**Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...**

**Promoted**



**Super Bowl 2023: Social media reacts to Rihanna's halftime show**



**1.** Gas prices hit $5 nationwide for first time in over two decades

NOW PLAYING
Fox News Flash top headlines for June 11

including Amnesty International, that the country is "sportswashing" its image by investing in star athletes.

*Fox News' Ryan Gaydos and The Associated Press contributed to this report.*

Paulina Dedaj is a Sports Reporter for Fox News Digital.

## Sponsored Stories You May Like

Recommended by Outbrain



**Seattle: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**

New SUV Deals | Search Ads



**Amazon Hates When You Do This, But They Can't Stop You**

Online Shopping Tools



**[Photos] Missing Boy Walks Out Of Woods After 11 Days, But He Wasn't Alone**

Cultress



**[Pics] The Only President Nicknamed 'Headache' By Secret Service**

Definition



## Sponsored Stories



**At 28, This Is Where Parker Schnabel Lives...**

Investing Magazine

**Washington Launches New Guidelines For...**

BindRight

Recommended by Outbrain



**NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...**



**Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report**



**Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...**

### Promoted



**Super Bowl 2023: Social media reacts to Rihanna's halftime show**



This Year: ESCAPE & PLAY    The Coeur d'Alene    BOOK NOW

## More From Fox News

- **Adult actress reportedly taken to hospital after shooting scene: 'Almost killed her'**
  Fox News

- **Bill Maher calls out lack of audience support for Democrats to admit 'some people belong in jail'**
  Fox News

- **Tom Brady posts hilarious tweet as he watches Super Bowl after retirement announcement**
  Fox News

- **Megan Fox posts racy revenge photo before deleting Instagram amid breakup rumors with Machine Gun...**
  Fox News

- **Former F-18 combat fighter pilot on 'high-altitude object' detected over North America**
  Fox News

- **Eagles fans chant 'f--- the Chiefs,' climb poles after team's narrow Super Bowl LVII loss**
  Fox News



**Gas prices hit $5 nationwide for first time in over two decades**

NOW PLAYING

**Fox News Flash top headlines for June 11**



At 28, This Is Where Parker Schnabel Lives...
Investing Magazine

Washington Launches New Guidelines For...
BindRight

Recommended by Outbrain

- Bill Maher calls out lack of audience support for Democrats to admit 'some people belong in jail'
  Fox News
- Tom Brady posts hilarious tweet as he watches Super Bowl after retirement announcement
  Fox News
- Megan Fox posts racy revenge photo before deleting Instagram amid breakup rumors with Machine Gun...
  Fox News
- Former F-18 combat fighter pilot on 'high-altitude object' detected over North America
  Fox News
- Eagles fans chant 'f--- the Chiefs,' climb poles after team's narrow Super Bowl LVII loss
  Fox News


NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...


Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report

**More From Fox News**


Ashley Graham slams cancel culture in breastfeeding debate


Super Bowl QBs Mahomes, Hurts embrace faith as NFL kneels for God, not wokeness


Kate Winslet says filming sex scenes with Leonardo DiCaprio in front of her then-husband was 'a bit weird'


Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...


Adult actress reportedly taken to hospital after shooting scene: 'Almost killed her'


Philadelphia Eagles fans riot after losing Super Bowl to Kansas City Chiefs


Ben Affleck's Dunkin' commercial dubbed the winner of the Super Bowl online

**Promoted**


Super Bowl 2023: Social media reacts to Rihanna's halftime show


Black national anthem at Super Bowl stirs debate on social media


Chiefs' Super Bowl-winning field goal comes after controversial penalty on Eagles: 'Can't f---ing call that'


Eagles' James Bradberry admits to committing late-debated penalty: 'It was a holding'


This Year: ESCAPE & PLAY   The Coeur d'Alene   BOOK NOW

**Conversation** 1.9K Comments

What do you think?

Sort by Best ⌄

 3toedjoe
11 June, 2022
Either the players are independent contractors or they're not. The pga tour is trying to have both. If they're employees then the pga tour has a lot of trouble ahead.
Reply · 👍 64 👎 3 · Share

The national average retail price for regular gasoline hit $5 per gallon on Saturday

NOW PLAYING
Fox News Flash top headlines for June 11

Document title: Two-time PGA Tour winner Charl Schwartzel wins inaugural LIV Golf Invitational | Fox News
Capture URL: https://www.foxnews.com/sports/pga-tour-charl-schwartzel-wins-inaugural-liv-golf-invitational
Capture timestamp (UTC): Mon, 13 Feb 2023 16:04:31 GMT

Page 7 of 11

11 June, 2022

The PGA is getting sued within the next two weeks, and it's going to be an antitrust lawsuit. The PGA is attempting to create a monopoly, and they've opened themselves up to be sued

Reply · 👍 56 👎 1 · Share

> **randyrags1**
> 12 June, 2022
>
> They don't have to allow those golfers to play on their tour.  The LIV golfers are allowed to play in the US Open, but the PGA is a private organization entitled to define who plays in their events.
>
> Reply · 👍 12 👎 1 · Share
> ↪ 4 replies

> **bucky1962**
> 11 June, 2022
>
> there are other places they can play on besides the pga tour. there is the Asian tour, European tour. the Mexican tour. now there is the liv league. apparently you forgot when Paul Casey decided to join the pga, he had to drop his affiliation with the European tour. they signed a contract to to pla...**See more**
>
> Reply · 👍 6 👎 2 · Share

**dragonwarrior**
11 June, 2022

I'm not a fan of Saudi Arabia and am definitely pro-America.  That said, I don't see how banning talented golfers whom fans want to see from participating in PGA events serves the PGA well in the future. Players need to be free to participate in the events of their choosing and fans need to be fre...**See more**

Reply · 👍 150 👎 18 · Share

> **IndependentproudAmerican**
> 11 June, 2022
>
> Guess we forget Saudi oil is bought everyday by Americans, arnt they an ally in that region ?
>
> Reply · 👍 25 👎 · Share
> ↪ 2 replies

> **fn35**
> 11 June, 2022
>
> They dont have the kind of money to compete but are trying to keep players. They are between a rock and a hard place.
>
> Reply · 👍 13 👎 1 · Share
> ↪ 2 replies

↪ Show 13 more replies

**elmostool**
11 June, 2022

Something to keep in mind. Saudi Arabia human rights violations would be in issue in a different era. Not today! Why? Because our own government violates our rights everyday and it is getting worse and worse. We have lost the moral high ground.

Reply · 👍 272 👎 11 · Share

> **swordfish812**
> 12 June, 2022
>
> PGA seems to have a problem with SAUDI human rights violations, but has zero to say about China's human rights violations. Guess money works both ways
>
> Reply · 👍 61 👎 · Share
> ↪ 1 reply

> **CyanAnchor**
> 11 June, 2022
>
> And it shows.  25 years ago no amount of money would entice PGA players.  Imagine Trevino, Chi Chi Floyd, Couples? I can't.
>
> Reply · 👍 31 👎 3 · Share
> ↪ 2 replies

↪ Show 10 more replies

> **swordfish812**
> 12 June, 2022
>
> I have a feeling anti trust lawsuits will come the way of the PGA.  Blocking what are effectively free agents from participating in any other league is tantamount to an attempt at a monopoly.

NYT ripped for only reporting Fetterman's 'serious mental health' issues 'now that the truth doesn't...

Chiefs' Nick Allegretti already won Super Bowl Sunday after getting news from wife: report

Eagles' owner Jeffrey Lurie calls decision to part ways with Andy Reid over a decade ago 'extremel...

**Promoted**

Super Bowl 2023: Social media reacts to Rihanna's halftime show

This Year: ESCAPE & PLAY   Coeur d'Alene   BOOK NOW

close ✕
The national average retail price for regular gasoline hit $5 per gallon on Saturday

NOW PLAYING
Fox News Flash top headlines for June 11

↳ 2 replies

↳ Show 10 more replies

**S** **swordfish812**
12 June, 2022
I have a feeling anti trust lawsuits will come the way of the PGA.  Blocking what are effectively free
agents from participating in any other league is tantamount to an attempt at a monopoly.
Reply · 👍 14 ▽ · Share
↳ 2 replies

**K** **KornyPop**
11 June, 2022
People keep pitting this debate as the Liv players versus PGAtour. But really the debate is twofold. One,
guaranteed money versus pay for performance. While, yes, I'd rather watch Sergio verses Cameron
Young or other emerging young players, eventually the young players become the next Sergio. So
fo... See more
Reply · 👍 35 ▽ 3 · Share

   **N** **nationalist1919**
   12 June, 2022
   Can you name one economic and political system better than capitalism? No you can't because there
   has never been one.
   Reply · 👍 16 ▽¹ · Share

   **C** **CyanAnchor**
   11 June, 2022
   I hope everyone reads your post!  Nailed it.  And the local charities and kid's events will lose out too.
   Reply · 👍 11 ▽ 1 · Share
   ↳ Show 4 more replies

**C** **CyanStrawberry**
11 June, 2022
The PGA has been a monopoly for 93 years.
A little healthy competition will do them some good. Maybe they will find a way to compete and make
their organization better.
In the end its always about the money for the golfers. I don't blame them! Collect while you are able. It
will all be over someday.
Reply · 👍 116 ▽ 15 · Share

   **R** **reasonableamerican17**
   12 June, 2022
   PGA tour is not a monopoly. They allow other tours and competition.  It gets a little different when a Govt
   Funded competition steps in though.
   Reply · 👍 6 ▽ 1 · Share

   **bafair027**
   12 June, 2022
   You just admitted you do not know what you are talking about.  This is not the "PGA".  This is the "PGA
   TOUR".  They did not come about until the mid sixties after a revolt by Jack Nicholas and other early
   pros.
   Reply · 👍 7 ▽ 1 · Share
   ↳ 1 reply
   ↳ Show 2 more replies

**F** **flyinginthefaceofstupidity**
11 June, 2022
The PGA sponsors golf in China also the European tour which includes Germany and Italy . They also
play the zozo championship in Japan first  won by tiger woods in 2019. If 9-11 is the criteria shouldn't
Pearl Harbor also be considered.?
Reply · 👍 72 ▽ 4 · Share

   **C** **CyanStrawberry**
   11 June, 2022
   Well said.
   I guess Great Britain should be shunned as well. They were mean to us 250 years ago!
   Reply · 👍 13 ▽ 2 · Share

**NYT ripped for only reporting
Fetterman's 'serious mental health'
issues 'now that the truth doesn't...**

**Chiefs' Nick Allegretti already won
Super Bowl Sunday after getting
news from wife: report**

**Eagles' owner Jeffrey Lurie calls
decision to part ways with Andy
Reid over a decade ago 'extremel...**

Promoted

HALFTIME SHOW

**Super Bowl 2023: Social media
reacts to Rihanna's halftime show**

This Year: ESCAPE & PLAY
Coeur d'Alene
BOOK NOW

close ✕
The national average retail price for regular
gasoline hit $5 per gallon on Saturday

NOW PLAYING
Fox News Flash top headlines for June 11



Reply · 👍 72 👎 4 · Share

**CyanStrawberry**
11 June, 2022
Well said.
I guess Great Britain should be shunned as well. They were mean to us 250 years ago!
Reply · 👍 13 👎 2 · Share
↳ 2 replies

**kleby11175**
12 June, 2022
What about the human abuse's in China. Why would you play there?
Reply · 👍 10 👎 · Share
↳ Show 3 more replies

**fcroc**
11 June, 2022
The PGA is no longer the premier association in the world. The money drew them out. The PGA is left to shaming and suspending players that defect. You know they're thinking of counter offers to lure them back. Maybe not.
Reply · 👍 36 👎 6 · Share

**fn35**
11 June, 2022
Over 100 million for top name players just to play? I dont see the PGA competing with that.
Reply · 👍 12 👎 · Share
↳ 1 reply

**reasonableamerican17**
12 June, 2022
they are not.  You cant compete with a govt funded organization with endless amounts of money
Reply · 👍 3 👎 · Share

**redryder996**
12 June, 2022
The PGA tour keeps 40% of tour revenue and has 500 employees. It is about time the PGA had some competition and the players get a better cut. The stars always do well. It is the journeymen who have trouble meeting expenses each week.
Reply · 👍 10 👎 1 · Share

**reasonableamerican17**
12 June, 2022
which is why it is a great competition.  Gives you something to work for instead of free money, which we see what happens to other players in other sports when they are just getting paid regardless of play
Reply · 👍 👎 1 · Share
↳ 1 reply

**Show More Comments**

Powered by OpenWeb          Terms | Privacy | Feedback







11 June, 2022
Over 100 million for top name players just to play? I dont see the PGA competing with that.
Reply · 12 · Share
1 reply

reasonableamerican17
12 June, 2022
they are not. You cant compete with a govt funded organization with endless amounts of money
Reply · 3 · Share

redryder996
12 June, 2022
The PGA tour keeps 40% of tour revenue and has 500 employees. It is about time the PGA had some competition and the players get a better cut. The stars always do well. It is the journeymen who have trouble meeting expenses each week.
Reply · 10 · 1 · Share

reasonableamerican17
12 June, 2022
which is why it is a great competition. Gives you something to work for instead of free money, which we see what happens to other players in other sports when they are just getting paid regardless of play
Reply · 1 · Share
1 reply

Show More Comments

Powered by OpenWeb
Terms | Privacy | Feedback

reacts to Rihanna's halftime show

This Year: ESCAPE & PLAY
The Coeur d'Alene
BOOK NOW



**U.S.**
Crime
Military
Education
Terror
Immigration
Economy
Personal Freedoms
Fox News Investigates

**World**
U.N.
Conflicts
Terrorism
Disasters
Global Economy
Environment
Religion
Scandals

**Politics**
Executive
Senate
House
Judiciary
Foreign Policy
Polls
Elections

**Entertainment**
Celebrity News
Movies
TV News
Music News
Style News
Entertainment Video

**Business**
Personal Finance
Economy
Markets
Watchlist
Lifestyle
Real Estate
Tech

**Lifestyle**
Food + Drink
Cars + Trucks
Travel + Outdoors
House + Home
Fitness + Well-being
Style + Beauty
Family
Faith

**Science**
Archaeology
Air & Space
Planet Earth
Wild Nature
Natural Science
Dinosaurs

**Tech**
Security
Innovation
Drones
Computers
Video Games
Military Tech

**Health**
Coronavirus
Healthy Living
Medical Research
Mental Health
Cancer
Heart Health
Children's Health

**TV**
Shows
Personalities
Watch Live
Full Episodes
Show Clips
News Clips

**About**
Contact Us
Careers
Fox Around the World
Advertise With Us

**Other**
Fox Weather
Fox Nation
2023 Super Bowl LVII
Fox News Shop

New Terms of Use | New Privacy Policy | Your Privacy Choices | Closed Captioning Policy | Help | Contact Us |

close

LIVE COVERAGE
**WATCH: Double murder trial of former attorney Alex Murdaugh in South Carolina**
Want to get these alerts sent to you directly? Click here.

# EXHIBIT I

# The $35 Million Man: Dustin Johnson Leads 4 Aces to LIV Golf Team Title

Johnson's birdie after driving the 370-yard 16th hole helped the 4 Aces to a one-shot team win and a $16 million payout in a season of big money.

ASSOCIATED PRESS • OCT 30, 2022 5:41 PM EDT

DORAL, Fla. — Dustin Johnson watched the final putt of his season roll in, pumped his right fist and waited for the party to begin.

Another big celebration. Another big check, too.

Johnson drove the green on the 370-yard par-4 16th to set up an easy birdie that provided a bit of breathing room, Patrick Reed birdied his last hole to put their squad ahead for good and 4 Aces GC captured the season-ending LIV Golf Team Championship at Trump National Doral on Sunday by one shot over Cameron Smith and Punch GC.

The victory capped a monster earnings year for Johnson, by far the biggest money winner in the first year of LIV. Including his $18 million for winning the season-long individual title, Johnson finished with $35,637,767 in earnings.

"It's been amazing," Johnson said. "Obviously, the fans (are) what makes it. This week's been incredible. This whole season has gotten better and better and obviously this finale has been unbelievable."

Johnson (70), Reed (70), Talor Gooch (71) and Pat Perez (70) shot a combined 7 under 281 on the par-72 Sunday—and split $16 million.

"I feel unbelievable," Perez said.

Reed felt even better, making birdie on his final hole to give Johnson a one-shot lead to work with. Johnson was on the par-4 18th green in two when Reed finished, while Smith—the other player in Johnson's twosome—was needing a miracle that didn't arrive. Reed's birdie gave his team the lead, and two putts from Johnson later, it was over.







## Latest Golf News


Leaving the 'Designated' Events Alone, Tiger's Outlook and Jason Day's Resurgence


'Designated' Events Are Working and the PGA Tour Should Leave Them Alone


What Kind of Game Will Tiger Woods Have at Riviera?


As Jason Day's Resurgence Continues, He Hopes Restlessness is Next


Weekly Read Fore! Things: Jon Rahm Is Still Hot and a Rare Jordan Spieth Stat




Search for
1. Masters Golf Ticket Prices

miracle that didn't arrive. Reed's birdie gave his team the lead, and two putts from Johnson later, it was over.





Search for

1. Masters Golf Ticket Prices

2. 10 Best Golf Drivers

3. Golf Club Memberships

Featured Insights

"Makes me feel great," Reed said.

Johnson wound up claiming 14% of the $255 million in purses and bonuses won by all players in LIV's inaugural year, not including signing bonuses, which were massive and reported to be around $200 million for Phil Mickelson, and at least $100 million apiece for players like Johnson, Brooks Koepka and Bryson DeChambeau.

**RELATED: The Summer of LIV was the Summer of Excess**

Smith (65), Matt Jones (70), Wade Ormsby (73) and Marc Leishman (74) finished at 6 under, splitting $8 million. Smash GC—Koepka (74), Peter Uihlein (75), Jason Kokrak (68) and Chase Koepka (75)—ended 4 over and split $6 million.

Stinger GC, the team of Louis Oosthuizen (71), Charl Schwartzel (71), Hennie du Plessis (76) and Branden Grace (80), finished at 10 over and split $4 million.

"Coming down the stretch here, you couldn't draw it up any better with me and Cam battling it out to win the team championship," Johnson said.

The payouts next year, when LIV grows from eight to 14 events, will reach $405 million. And if more players join LIV in the coming months, there will be more signing bonuses, too.

"Next year we're going to play 14 events, plus ... the majors," Mickelson said during the LIV Golf broadcast on YouTube, doing the knock-on-wood-for-luck move before saying "the majors." "And that's a lot of golf. I've got a lot of golf coming up next year and I really want to get back to the level that I know I can play."

The majors remain in some question since much of the qualifying process for them revolves around world rankings. For now, LIV players don't get points toward their Official World Golf Ranking. They've been trying to change that.

their Official World Golf Ranking. They've been trying to change that.



Search for

1. Masters Golf Ticket Prices   ›

2. 10 Best Golf Drivers   ›

3. Golf Club Memberships   ›

Ad | Featured Insights

All 16 of the players who competed Sunday finished their LIV year with more than $2 million in earnings, though most of them received much more.

Perez made just over $8 million in seven LIV events, which is more than he had in his last five years on the PGA Tour combined.

Uihlein, who never won on the PGA Tour, finished his LIV season with just over $12.5 million in seven events. That more than doubled his career earnings in 10 years as a pro.

"We've had a lot of headwinds," LIV CEO and commissioner Greg Norman said on the streamed broadcast prior to the start of the final round. "We've weathered all the storms, and we're here. We've got a great crew of people and we've got a great product and we're off and running."

· PATRICK REED · PAT PEREZ · TALOR GOOCH · LIV GOLF · DUSTIN JOHNSON

BY ASSOCIATED PRESS

   

Recommended for you

Recommended by Outbrain |>

Doctor Says Slimming Down After 50 Comes Down To This
Consumer List | Sponsored



Seattle: Empty Alaska Cruise Cabins Huge Clearance Sale: See Prices
All-Inclusive Cruise Deals | Search Ads | Spons...



The Most Inappropriate Dresses on The Golden Globes Red Carpet
Definition | Sponsored



This Is The Highest Rated Hearing Aid In The US
hear.com | Sponsored







their Official World Golf Ranking. They've been trying to change that.



Search for

1. Masters Golf Ticket Prices   ›

2. 10 Best Golf Drivers   ›

3. Golf Club Memberships   ›

Ad | Featured Insights

All 16 of the players who competed Sunday finished their LIV year with more than $2 million in earnings, though most of them received much more.

Perez made just over $8 million in seven LIV events, which is more than he had in his last five years on the PGA Tour combined.

Uihlein, who never won on the PGA Tour, finished his LIV season with just over $12.5 million in seven events. That more than doubled his career earnings in 10 years as a pro.

"We've had a lot of headwinds," LIV CEO and commissioner Greg Norman said on the streamed broadcast prior to the start of the final round. "We've weathered all the storms, and we're here. We've got a great crew of people and we've got a great product and we're off and running."

· PATRICK REED · PAT PEREZ · TALOR GOOCH · LIV GOLF · DUSTIN JOHNSON

BY ASSOCIATED PRESS

   

Recommended for you                                    Recommended by Outbrain ▷

Doctor Says Slimming Down After 50 Comes Down To This
Consumer List | Sponsored


Seattle: Empty Alaska Cruise Cabins Huge Clearance Sale: See Prices
All-Inclusive Cruise Deals | Search Ads | Spons...


The Most Inappropriate Dresses on The Golden Globes Red Carpet
Definition | Sponsored


This Is The Highest Rated Hearing Aid In The US
hear.com | Sponsored


   



Slow-Motion Video Fuels Patrick Reed Penalty Controversy in Dubai



PGA Tour Player Calls Aaron Rodgers's Handicap 'Crap' After QB Wins Pro-Am

Sponsored

1 Simple Trick That Cuts People's Electric Bill by Up To 90%

Lower Bill | Sponsored

Sponsored

Subaru Solterra is Turning Heads.

Subaru Solterra | Search Ads | Sponsored

Sponsored

1/2 Cup Of This (Before Bed) Can Melt Your Belly Fat Like Never Before!

getfittoday.online | Sponsored

Sponsored

If You Are Born Before 1983 You Have To Play This Vintage Game. No Install.

Forge of Empires | Sponsored



The Ouster of Gary Koch and Roger Maltbie Is a Small Part of a Larger Shift in TV Sports



Watch: Pandemonium Erupts on 16th Hole in Phoenix After Hole-in-One



Warm Up The Bus! The Killer New VW Lineup Is Profoundly Incredible

Search ads | Sponsored



This Realistic Game Is Sweeping The World!

RAID: Shadow Legends | Sponsored

Jordan Spieth Explains Why This LIV Golfer Is Missed the Most on PGA Tour

Trailer Drops for Netflix's New Documentary Series on the PGA Tour

A Channel By



**Sports Illustrated**

Sponsored

**[Photos] Man Turns Bus Into A Dream Home, Take A Look Inside**

We've seen remodels before, but we weren't prepared to see something like what this DIY master put together.

ScientistPlus | Sponsored

Sponsored

**These Are The Richest American Idol Winners Of All Time, Ranked In Order**

Definition | Sponsored

Sponsored

**Brain Surgeon - Do This to Relieve Tinnitus and Hearing Loss (Try Tonight)!**

Hearing Loss & Tinnitus Help | Sponsored



Sponsored

**Kia - Brand New and Affordable**

Car deals | Search ads | Sponsored

**What's not to Love about CBS move? Plenty**

**Watch: A Machine to Get Your Swing Back on Plane**





**Do this immediately if you noticed skin tags or moles (It's genius)**
Doctors can't explain but this can remove moles and skin tags in a few days
skintag.info | Sponsored

**Most Affordable Camper Vans**
Camper Vans Warehouse | Sponsored





**Weekly Read Fore! Things: Jon Rahm Is Still Hot and a Rare Jordan Spieth Stat**

**Jordan Spieth Pulled Off This Stat for First Time in a Decade**

**Most Windows PC Users Didn't Know This Simple Trick To Block All Ads (Do It Now)**
Security Savers | Sponsored

Sponsored

**[Photos] She Never Got Married, and Now We Know Why**
DailySportX | Sponsored

Sponsored

**1 Cup of This Daily Burns Pounds of Fat in a Week! Try Tonight**
Health Today News | Sponsored

Sponsored

**[Photos] Most Iconic Swimsuit Moments In Movie History.**
YourDIY | Sponsored

Sponsored



**View Today's Highest CD Rates**

CD Rates | Search Ads | Sponsored



**Washington: Say Bye To Your Home Insurance Bill If You Live In These Zip Codes**

bigbillsaving.com | Sponsored



**Fred Couples Strongly Rebukes LIV, Phil Mickelson: 'I Don't Think I'll Ever Talk to Him Again'**



**Roger Maltbie, Gary Koch Will Not Return to NBC Sports' Golf Coverage in 2023**

**Totally Fake - The 35 Most Fake Reality Shows People Actually Believed Were Real**

YourDIY | Sponsored



**Gronk's Favorite "Dressy" Shoes Feel Like Walking On Clouds**

Wolf & Shepherd | Sponsored



**View Today's Highest CD Rates**

CD Rates | Search Ads | Sponsored



**Washington: Say Bye To Your Home Insurance Bill If You Live In These Zip Codes**

bigbillsaving.com | Sponsored



**Fred Couples Strongly Rebukes LIV, Phil Mickelson: 'I Don't Think I'll Ever Talk to Him Again'**



**Roger Maltbie, Gary Koch Will Not Return to NBC Sports' Golf Coverage in 2023**



**Totally Fake - The 35 Most Fake Reality Shows People Actually Believed Were Real**

YourDIY | Sponsored



**Gronk's Favorite "Dressy" Shoes Feel Like Walking On Clouds**

Wolf & Shepherd | Sponsored







2023 WM Phoenix Open Final Prize Money Payouts Scottie Scheffler Wins 3.6 Million

Anthony Kim Discussed LIV Golf with PGA Tour Officials





Banned For 84 Years; Powerful Pain Reliever Legalized In Washington
healthyedibles4-you.com | Sponsored

New Audi Lineup Shows Competitors What Premium Looks Like
Audi Dealers | Search Ads | Sponsored





The most relaxing game of 2022. No Install
taongafarm.com | Sponsored

Top US Men's Surgeon: Do This Once Daily To 'Shrink' an Enlarged Prostate
WellnessGuide101 | Sponsored

A Channel By



**Sports Illustrated**

Privacy Policy · Terms of Use · Our Team · About Us · Latest News

© 2023 ABG-SI LLC. SPORTS ILLUSTRATED is a registered trademark of ABG-SI LLC. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Use and Privacy Policy

# EXHIBIT J


BEST BUY
Get up to $880
value with pre-order of the new Samsung Galaxy S Series with qualified trade-in.

Pre-Order Now

EXPAND

# 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau

There were some big-name matchups on Saturday at Trump National Doral with some wild finishes

By Patrick McDonald Oct 29, 2022 at 5:53 pm ET • 2 min read

Getty Images

The match play portion of LIV Golf's season-ending championship is complete. The top four teams over the first two days at Trump National Doral have moved on to championship Sunday, where teams will play stroke play for $34 million worth of prize money.

The match of the day on Saturday determined the last team in the championship. Bryson DeChambeau and Louis Oosthuizen went 23 holes before Oosthuizen beat DeChambeau 1 up. That sent the Stinger GC onto Sunday, joining the 4 Aces, Punch GC and Smash GC in the finale.

The 4 Aces -- which had dominated the season --narrowly escaped

LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ

Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ

WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ

WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ

LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ

LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ

Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ

Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ

Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

BEST BUY — Get up to $880 value with pre-order of the new Samsung Galaxy S Series with qualified trade-in. Pre-Order Now

≡ ⬤CBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

on Saturday in the semifinals. Dustin Johnson destroyed Shergo Al Kurdi 5 and 3, but Patrick Reed lost to Laurie Canter. Pat Perez and Talor Gooch had to squeak out a 1-up win over Graeme McDowell and Richard Bland in the foursomes match for the Aces to have a chance to cap their terrific season with a $16 million first prize on Sunday.

One of the other featured matches of the day saw Sergio Garcia defeat Cameron Smith 2 and 1. Despite the individual win, the Fireballs couldn't pull out the team victory. Marc Leishman of Punch GC beat Carlos Ortiz 1 up and Matt Jones and Wade Ormsby defeated the team of Eugenio Chacarra and Abraham Ancer by the same margin to down Garcia's squad.

In the final match, Smash GC beat the Majesticks in all three matches. Brooks Koepka downed Ian Poulter, Peter Uihlein bested Lee Westwood, and Chase Koepka and Jason Kokrak narrowly got past Henrik Stenson and Sam Horsfield.



Punch is the outlier in the finals. All three of the other teams came into the finals ranked in the top five on the year, but Punch came in having finished 11th in the regular season. However, they did make the biggest move down the stretch by adding Open champion Smith, and that could pay off (literally) for them in a big way on Sunday in Miami.

Individual stroke play is the game on the final day, and all four scores count. The lowest aggregate team score will take home $16 million ($4 million per player). The other three finishing spots aren't bad, either.

1st: $16 million
2nd: $8 million
3rd: $6 million
4th: $4 million



 **LIV Golf in Miami: Oosthuizen sends Stinger to finals** PATRICK MCDONALD • 2 MIN READ

 **Tiger to play in Genesis Invitational** KYLE PORTER • 1 MIN READ

 **WATCH: Rickie Fowler make an ace at WM Phoenix Open** PATRICK MCDONALD • 1 MIN READ

 **WATCH: Rahm, Hadwin ignite crowd on par-3 16th** PATRICK MCDONALD • 1 MIN READ

 **Players react to Tiger returning to play next week** PATRICK MCDONALD • 2 MIN READ

 **LOOK: Cink wears Durant Suns jersey at Phoenix Open** AUSTIN NIVISON • 1 MIN READ

 **LOOK: J.T. interviews Super Bowl 57 stars** KYLE PORTER • 1 MIN READ

 **Masters lengthens iconic 13th at Augusta National** PATRICK MCDONALD • 2 MIN READ

 **Davis Love III enthused about golf's young stars** CHRIS BENGEL • 1 MIN READ

**Johnny Damon: How I started loving golf** CHRIS BENGEL • 1 MIN READ



BEST BUY — Get up to $880 value with pre-order of the new Samsung Galaxy S Series with qualified trade-in. Pre-Order Now

☰ ●CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

Here are the scores from each of the semifinal matches in the 2022 LIV Golf Team Championship.

### 4 Aces (1): 2 | Cleeks GC (10): 1

| TEAM | MATCH | SCORE |
| --- | --- | --- |
| 4 Aces | Dustin Johnson over Shergo Al Kurdi | 5 and 3 |
| Cleeks GC | Laurie Canter over Patrick Reed | 2 and 1 |
| 4 Aces | Pat Perez/Talor Gooch over Graeme McDowell/Richard Bland | 1 UP |

### Stinger GC (4): 2 | Crushers (2): 1

| TEAM | MATCH | SCORE |
| --- | --- | --- |
| Stinger | Louis Oosthuizen over Bryson DeChambeau | 1 UP (23 holes) |
| Crushers | Paul Casey over Branden Grace | 1 UP (20 holes) |
| Stinger | Charl Schwartzel/Hennie du Plessis over Charles Howell III/Anirban Lahiri | 2 UP |

### Punch GC (11): 2 | Fireballs (3): 1

| TEAM | MATCH | SCORE |
| --- | --- | --- |
| Fireballs | Sergio Garcia over Cam Smith | 2 and 1 |
| Punch GC | Marc Leishman over Carlos Ortiz | 1 UP |
| Punch GC | Matt Jones/Wade Ormsby over Eugenio Chacarra/Abraham Ancer | 1 UP |

### Smash GC (5): 3 | Majesticks (6): 0

| TEAM | MATCH | SCORE |
| --- | --- | --- |


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ



BEST BUY — Get up to $880 value with pre-order of the new Samsung Galaxy S Series with qualified trade-in. Pre-Order Now

☰  CBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••         PLAY   WATCH   PODCASTS   LOG IN

| Smash GC | Brooks Koepka over Ian Poulter | 3 and 1 |
| Smash GC | Peter Uihlein over Lee Westwood | 4 and 2 |
| Smash GC | Chase Koepka/Jason Kokrak over Henrik Stenson/Sam Horsfield | 1 UP |

### Search for tee times

Find a tee time
City, course or zip

Date
02/13/2023

Players
One

**Search**

Supreme Golf



# Tiger Woods to play 2023 Genesis Invitational in his first PGA Tour tournament since 2022 British Open

Woods will make his return next week at Riviera Country Club

By Kyle Porter Feb 10, 2023 at 1:40 pm ET • 1 min read



CBS SPORTS

**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ

**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ

**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ

**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ

**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ

**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ

**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ

**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ

**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ

**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ


BEST BUY
Get up to $880
value with pre-order of the new Samsung
Galaxy S Series with qualified trade-in.

Pre-Order Now

☰ ● CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

● Watch Now: CBS Sports HQ

Tiger Woods is back. The 15-time major winner <u>announced on Friday</u>
that he will play the Genesis Invitational at Riviera Country Club
next week. It will be his first PGA Tour start since the 2022 Open
Championship at St. Andrews.

This is a bit of a surprise in Woods' schedule, although not a
complete aberration. Woods said at the end of 2022 that he was
aiming to play a few tournaments in addition to the major
championships, and the one his foundation hosts, certainly makes
sense.

"The goal is to play just the major championships and maybe one or
two more," Woods said at the Hero World Challenge (which his
foundation also hosts). "That's it. I mean, that's physically that's all I
can do. I told you that, guys, you know, the beginning of this year,
too. I don't have much left in this leg, so gear up for the biggest
ones and hopefully, you know, lightning catches in a bottle and I'm
up there in contention with a chance to win and hopefully I
remember how to do that.

"But again, giving myself a chance to get out there again. I didn't
expect to play three majors this year. We were hoping for just the
British Open, but I was able to get two more in there, so that was a
big positive."

Woods had to withdraw from the Hero World Challenge at the
beginning of December with plantar fasciitis, but he apparently
recovered in time for the third designated PGA Tour event of the
year.

"No, not yet," Woods said at the PNC Championship in December
when he was asked if he could predict what his 2023 schedule
could look like. "Because if I didn't have the plantar feeling like this,
then yes, I could tell you that and I'd have a better idea. But I'm
supposed to be resting this thing and stretching and letting it heal.
But I'm not doing that at the moment."

Woods last played the Genesis in 2020 when he shot 69-73-76-77
and finished 68th in the field. A few days after the 2021 Genesis,
which he did not play, Woods got into a near-fatal car accident in
Los Angeles, which has led to several injuries to his leg he has been


**LIV Golf in Miami:
Oosthuizen sends Stinger to
finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis
Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make
an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin
ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger
returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant
Suns jersey at Phoenix
Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super
Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic
13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused
about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I
started loving golf**
CHRIS BENGEL • 1 MIN READ



☰  ●CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

Los Angeles, which has led to several injuries to his leg he has been
struggling with for the last few years.



LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ



**Tiger to play in Genesis
Invitational**
KYLE PORTER • 1 MIN READ



WATCH: Rickie Fowler make
an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ

# WATCH: Rickie Fowler sinks hole-in-
one at 2023 Phoenix Open, sending
crowd into frenzy

The past champion continues to be a fan favorite in Scottsdale



WATCH: Rahm, Hadwin
ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

By Patrick McDonald  20 hrs ago • 1 min read



Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ



LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ



LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ



Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ



Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ



Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ

Getty Images

Rickie Fowler sent the Scottsdale, Arizona, faithful into an uproar
when he made an ace in Sunday's final round of the 2023 WM
Phoenix Open. On the outskirts of contention to begin Round 4,
Fowler utilized his hole-in-one on the par-3 7th to push his name
back onto the first page of the leaderboard.

From 216 yards, Fowler's golf ball bounced a couple times before
rolling beautifully into the bottom of the cup. Jumping to 11 under
for the tournament, the 2019 champion got himself within four
strokes of the lead held by overnight leader Scottie Scheffler.

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                                                    Page 6 of 23



🚨 HOLE-IN-ONE for
@RickieFowler from 216
yards! 🚨

It's the third ace of his
career.
pic.twitter.com/djDjZuFQFy

— PGA TOUR (@PGATOUR)
February 12, 2023

For Fowler, this marks his third career hole-in-one on the PGA Tour
and his first since 2015. Going through some well-documented
struggles over the last few seasons, the 34-year-old appears to
have turned a corner with his game, highlighted by vast
improvements with his iron play. Ranking third in strokes-gained
approach on the week, Fowler has continued to impress with his
scoring clubs at a historically comfortable venue.

Known to be one of the biggest fan favorites at not only the WM
Phoenix Open but throughout the entire PGA Tour season, all can
agree an in-form Fowler is a beautiful sight -- even more so when he
is making a hole-in-one.

LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ

Tiger to play in Genesis
Invitational
KYLE PORTER • 1 MIN READ

**WATCH: Rickie Fowler make
an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ

WATCH: Rahm, Hadwin
ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ

LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ

LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ

Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ

Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ

Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ

Our Latest Golf Stories

**WATCH: Rickie Fowler make an
ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ

How to watch 2022 WM Phoenix
Open
PATRICK MCDONALD • 1 MIN READ

**WATCH: Jon Rahm, Adam Hadwin
ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ

LOOK: Spieth gets odd ruling
after fan catches shot
AUSTIN NIVISON • 1 MIN READ

Scheffler on top through two
days at Phoenix Open
PATRICK MCDONALD • 4 MIN READ

Players react to news of Tiger
Woods returning to play
PATRICK MCDONALD • 2 MIN READ

**CBS SPORTS DIGITAL**



☰  ⓒCBS | GOLF    HOME    LEADERBOARD    WATCH LIVE    SCHEDULE    STATS    •••              PLAY    WATCH    PODCASTS    LOG IN



▶ Watch Now:



LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ



Tiger to play in Genesis
Invitational
KYLE PORTER • 1 MIN READ



WATCH: Rickie Fowler make
an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ



**WATCH: Rahm, Hadwin
ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ



Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ

In Saturday's third round of the 2023 WM Phoenix Open, Adam
Hadwin and Jon Rahm were the last to arrive to the famous par-3
16th stadium hole. With the hole playing difficult due to varying
winds and firm conditions, Rahm along with fellow playing
competitor Scottie Scheffler hit their tee shots to roughly 40 feet
before Hadwin got to the tee.

Hadwin was the man to give the raucous faithful their last chance at
glory as the hole was unbothered for most of the day given the
tucked pin location. Stepping up and hitting his tee shot to tap-in
distance, the Canadian sent the locals into a frenzy. Beers rained
from above as the Scottsdale, Arizona, transplant nearly converted
an ace on the last full swing of the day.



LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ



LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ

ALMOST AN ACE 👀 @AHadwinGolf
nearly holed the last shot of the day at
16 @WMPhoenixOpen.
pic.twitter.com/2KUOGq7GkL

— PGA TOUR (@PGATOUR) February 12,
2023



Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ



Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ



Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ

In the stands for as long as 12 hours waiting for a moment such as
Hadwin's, fans' patience was rewarded not once, but twice.
Following some clean up due to plastic cups and water bottles
being thrown onto the green in celebration over Hadwin's shot,
Rahm stepped up to his left-to-right birdie opportunity from 40
feet.

As the world No. 3 so often does, he delivered. Showers ensued and
just like that the Arizona State product had gotten within one of the
lead with a blink of an eye.

☰  ⓒCBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••        PLAY   WATCH   PODCASTS   LOG IN

Hadwin's fans' patience was rewarded not once, but twice.
Following some clean up due to plastic cups and water bottles
being thrown onto the green in celebration over Hadwin's shot,
Rahm stepped up to his left-to-right birdie opportunity from 40
feet.

As the world No. 3 so often does, he delivered. Showers ensued and
just like that the Arizona State product had gotten within one of the
lead with a blink of an eye.

> JON RAHM 💢
>
> With a birdie at 16, @JonRahmpga is
> now only one shot back
> @WMPhoenixOpen
> pic.twitter.com/I1LDV8YNw7
>
> — Golf on CBS 🏌️ (@GolfonCBS)
> February 12, 2023


LIV Golf in Miami:
Oosthuizen sends Stinger to
finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis
Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make
an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin
ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger
returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant
Suns jersey at Phoenix
Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super
Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic
13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused
about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I
started loving golf
CHRIS BENGEL • 1 MIN READ



# Tiger Woods to return in Genesis Invitational: Players react to 15-time major champion playing next week

Woods is officially back and his peers could not be more excited

⚪ By Patrick McDonald Feb 10, 2023 at 6:54 pm ET • 2 min read

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                        Page 9 of 23

≡   ⓒCBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

# Tiger Woods to return in Genesis Invitational: Players react to 15-time major champion playing next week

Woods is officially back and his peers could not be more excited

By Patrick McDonald Feb 10, 2023 at 6:54 pm ET • 2 min read



▶ Watch Now: HQ Spotlight: Tiger Woods Announces He W... (2:00)

Not since the 2020 Zozo Championship has Tiger Woods played in a regular PGA Tour event. That will change next week at the 2023 Genesis Invitational as the 47-year-old announced on Friday his inclusion in the field for the tournament. Garnering designated status by the PGA Tour just like the 2023 WM Phoenix Open, many of those in the field at TPC Scottsdale will make the trip to Los Angeles at the conclusion of the week and reunite with the 15-time major champion at Riviera Country Club.

"He's playing Riv?," asked a genuinely surprised Jon Rahm. "Nice...After all he's gone through. It's incredible that he keeps trying. Spoke to him at Bahamas. Everything he had on his leg and then you add the plantar fasciitis. I really feel for him in that sense. But I know he's going to keep doing everything he can to still try to win more tournaments. Possibly get that 83rd win. Hopefully, obviously in his mind a major, right? So it's a true honor for all of us. Any time Tiger can be present on the golf course playing makes the tournament even better. So I'm hoping he can play comfortably and I'm hoping he can play well."


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

≡ CBS | GOLF HOME LEADERBOARD WATCH LIVE SCHEDULE STATS ••• PLAY WATCH PODCASTS LOG IN

regular PGA Tour event. That will change next week at the 2023 Genesis Invitational as the 47-year-old announced on Friday his inclusion in the field for the tournament. Garnering designated status by the PGA Tour just like the 2023 WM Phoenix Open, many of those in the field at TPC Scottsdale will make the trip to Los Angeles at the conclusion of the week and reunite with the 15-time major champion at Riviera Country Club.

"He's playing Riv?," asked a genuinely surprised Jon Rahm. "Nice...After all he's gone through. It's incredible that he keeps trying. Spoke to him at Bahamas. Everything he had on his leg and then you add the plantar fasciitis. I really feel for him in that sense. But I know he's going to keep doing everything he can to still try to win more tournaments. Possibly get that 83rd win. Hopefully, obviously in his mind a major, right? So it's a true honor for all of us. Any time Tiger can be present on the golf course playing makes the tournament even better. So I'm hoping he can play comfortably and I'm hoping he can play well."

Woods has been stuck on 82 wins since his triumph at the aforementioned Zozo Championship. Tied with Sam Snead for most victories in PGA Tour history, one more trip into the winner's circle is certainly on his list of to-dos. While his history at Riviera Country Club suggests it may not come next week, his participation is nevertheless encouraging for future prospects.

"That's awesome. I imagine we'll be carrying him down the hill on 1 and up it on 18. Which no one would mind," said 2021 Genesis Invitational winner Max Homa. "But it's awesome. I'm really glad he's back. I think we're privileged any time he plays now. Obviously we don't know his schedule. Seems like he's going to try to play the majors. So it's really awesome he's playing a Tour event. Especially his event. One of my favorites. So I'm stoked to see him back out there. Yeah, he's always remarkable. You never know what he's going to do. So it will be fun to watch him play some golf."

Woods played only nine competitive rounds in 2022 between The Masters, PGA Championship and The Open. Scheduled to play in the Hero World Challenge this past December, he ultimately had to

LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ

Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ

WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ

WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ

Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ

LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ

LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ

Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ

Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ

Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

☰  ⬤CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

regular PGA Tour event. That will change next week at the 2023
Genesis Invitational as the 47-year-old announced on Friday his
inclusion in the field for the tournament. Garnering designated
status by the PGA Tour just like the 2023 WM Phoenix Open, many of
those in the field at TPC Scottsdale will make the trip to Los Angeles
at the conclusion of the week and reunite with the 15-time major
champion at Riviera Country Club.

"He's playing Riv?," asked a genuinely surprised Jon Rahm.
"Nice...After all he's gone through. It's incredible that he keeps
trying. Spoke to him at Bahamas. Everything he had on his leg and
then you add the plantar fasciitis. I really feel for him in that sense.
But I know he's going to keep doing everything he can to still try to
win more tournaments. Possibly get that 83rd win. Hopefully,
obviously in his mind a major, right? So it's a true honor for all of us.
Any time Tiger can be present on the golf course playing makes the
tournament even better. So I'm hoping he can play comfortably and
I'm hoping he can play well."

Woods has been stuck on 82 wins since his triumph at the
aforementioned Zozo Championship. Tied with Sam Snead for most
victories in PGA Tour history, one more trip into the winner's circle is
certainly on his list of to-dos. While his history at Riviera Country
Club suggests it may not come next week, his participation is
nevertheless encouraging for future prospects.

"That's awesome. I imagine we'll be carrying him down the hill on 1
and up it on 18. Which no one would mind," said 2021 Genesis
Invitational winner Max Homa. "But it's awesome. I'm really glad he's
back. I think we're privileged any time he plays now. Obviously we
don't know his schedule. Seems like he's going to try to play the
majors. So it's really awesome he's playing a Tour event. Especially
his event. One of my favorites. So I'm stoked to see him back out
there. Yeah, he's always remarkable. You never know what he's going
to do. So it will be fun to watch him play some golf."

Woods played only nine competitive rounds in 2022 between The
Masters, PGA Championship and The Open. Scheduled to play in the
Hero World Challenge this past December, he ultimately had to


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

≡  ⊙ CBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••        PLAY   WATCH   PODCASTS   [LOG IN]

was traded to Phoenix

By Austin Nivison  Feb 10, 2023 at 3:30 pm ET • 1 min read



⊙ Watch Now: Highlights: Phoenix Open Final Round (4:26)

Kevin Durant was traded to the Phoenix Suns in the wee hours of Thursday morning, and it did not take long for his new jersey to fly off the shelves and onto the back of PGA golfer Stewart Cink at the Phoenix Open.

The tournament, which is played at TPC Scottsdale, is known to be the most raucous on the entire golf calendar. The fans have some leeway to get more rowdy than usual, especially on the 16th hole, which is where Stewart Cink pandered to the hometown fans.

Somehow, just hours after the Durant trade went down, Cink was able to get his hands on a Suns jersey featuring Durant's name and number and wore it to play the 16th hole. As he putted for par, Cink got a big reaction from the crowd.


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                    Page 13 of 23

☰  ⓒCBS | GOLF    HOME    LEADERBOARD    WATCH LIVE    SCHEDULE    STATS    •••                    PLAY    WATCH    PODCASTS    LOG IN

was traded to Phoenix

By Austin Nivison  Feb 10, 2023 at 3:30 pm ET • 1 min read



▶ Watch Now: Highlights: Phoenix Open Final Round (4:26)

Kevin Durant was traded to the Phoenix Suns in the wee hours of Thursday morning, and it did not take long for his new jersey to fly off the shelves and onto the back of PGA golfer Stewart Cink at the Phoenix Open.

The tournament, which is played at TPC Scottsdale, is known to be the most raucous on the entire golf calendar. The fans have some leeway to get more rowdy than usual, especially on the 16th hole, which is where Stewart Cink pandered to the hometown fans.

Somehow, just hours after the Durant trade went down, Cink was able to get his hands on a Suns jersey featuring Durant's name and number and wore it to play the 16th hole. As he putted for par, Cink got a big reaction from the crowd.



PGA TOUR ✔
@PGATOUR · Follow

35 on No. 16.

@StewartCink is already rocking a @KDTrey5 jersey 🏀☀️


**LIV Golf in Miami:** Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT
Page 14 of 23



≡  **⊚CBS | GOLF**   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

# interview Patrick Mahomes, other Super Bowl 57 stars

J.T. is an apparent breakout media star in Arizona this week

 By Kyle Porter Feb 8, 2023 at 6:07 pm ET • 1 min read



▶ Watch Now: Highlights: Phoenix Open Final Round (4:26)

With Super Bowl 57 on Sunday in nearby Glendale, Justin Thomas took a break from this week's WM Phoenix Open to cross over to a potential side gig in media. Thomas visited Super Bowl media day and queried a variety of players about how they're feeling ahead of the big game on Sunday.

Up first was Patrick Mahomes, whom Thomas asked about his ankle injury. However, J.T. was only curious if it was going to affect the number of strokes Mahomes asks for in the offseason; Mahomes is a good player with a single-digit handicap.

"I will not let the ankle injury negotiate my strokes, but I heard Aaron [Rodgers] let something negotiate his strokes out at Pebble Beach," said Mahomes. "I just heard that second hand, that's not what I'm saying. But he did get the win so I'll give him that."

Mahomes was, of course, referencing the fact that Rodgers won the AT&T Pebble Beach Pro-Am last week with a handicap that may have been a tad suspect.

> Reporter @JustinThomas34 mic'd up @NFL Media Day before the Super Bowl


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ

Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                          Page 15 of 23

☰   ⬤CBS | GOLF    HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

Reporter @JustinThomas34 mic'd up @NFL Media Day before the Super Bowl during @WMPhoenixOpen week 🏌️
🏈



Thomas also asked Eagles quarterback Jalen Hurts whether he was claiming Oklahoma or Alabama as his college. Thomas, a former Bama player, also bragged about the number of Tide players in the NFL.

Thomas, like everyone else in this week's Phoenix Open field, hopes he won't have the opportunity to head over to the Super Bowl on Sunday afternoon. That would mean he's playing last in Round 4 and tending to his duties as the champion of the event this week. If Thomas and the Chiefs win, Thomas said he and Mahomes agreed to go to Las Vegas together.

Not that it really needed it, but the Phoenix Open has seemingly gotten a bump in popularity and viewership from the fact that the Super Bowl is being played nearby this week.

"I think this was a designated event before we ever knew what they were going to be," said tournament favorite Jon Rahm. "No matter what the purse is, this tournament is going to be what it is. Very few sporting events in the world can comfortably happen in the same week as the Super Bowl and still have the impact that they have like this one."


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

≡ **◉CBS | GOLF**   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••         PLAY   WATCH   PODCASTS   LOG IN

go to Las Vegas together.

Not that it really needed it, but the Phoenix Open has seemingly gotten a bump in popularity and viewership from the fact that the Super Bowl is being played nearby this week.

"I think this was a designated event before we ever knew what they were going to be," said tournament favorite Jon Rahm. "No matter what the purse, this tournament is going to be what it is. Very few sporting events in the world can comfortably happen in the same week as the Super Bowl and still have the impact that they have like this one."

Let the party(ing) begin.

---

# Augusta National officially lengthens iconic 13th hole on Amen Corner ahead of Masters 2023

The 2023 edition of the Masters will be the longest in tournament history

○ By Patrick McDonald Feb 6, 2023 at 5:01 pm ET • 2 min read



▶ Watch Now:


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT

Page 17 of 23

☰  ⦿CBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

One of the most iconic holes at Augusta National will look slightly different for the 2023 Masters. The par-5 13th, commonly known as Azalea, will play 545 yards at this year's tournament. That's an increase of 35 yards up from its prior length of 510 yards.

A famous risk-reward hole that has played a role in green jackets being won and lost, the consistent distance gains made by players throughout the years have reduced the risk portion of Azalea.

Extending the 13th has been a move rumored for years, of course. Talk of it heated up after Augusta National purchased land from the adjacent Augusta Country Club that allowed it to push its the 13th tee box back.

With Rae's Creek running in front of the putting surface, historically, those golfers who were bold enough to take on the second shot from uneven lie in the fairway were often rewarded with an eagle opportunity late in their round. However, in recent years, competitors have been able to cut the corner off the tee and leave themselves with middle to short irons into the green for their second shots. This led to No. 13 consistently playing as one of the easiest holes on the golf course, holding a scoring average of 4.83 in 2022.

With this added yardage, long irons and fairway woods will likely be needed, thus the risk quotient will be increased at No. 13.

Augusta National made a similar change to the par-5 15th ahead of the 2022 Masters, and as a result, zero eagles were made on that hole for the first time since 1966.

In April, Augusta National chairman Fred Ridley was asked whether one of the most famous holes in golf would ever change.

"That's something that certainly we have considered and will continue to consider," Ridley said. "Admittedly, and I've said this before, the 13th hole does not have the same challenges that it has historically. I can just remember as a young guy watching the Masters, you know, some of the triumphs and tragedies. And while we still have those, the fact that players are hitting middle to short irons into that hole is not really how it was designed.

"My reluctance to date has been that it's such an iconic hole. ... So that probably, you know, has been sort of a counter to doing anything. At some point in time, it's something that we likely will do. We just don't have anything to say about it right now. "


**LIV Golf in Miami:** Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ



Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                                                              Page 19 of 23

☰  ⓒCBS | GOLF   HOME   LEADERBOARD   WATCH LIVE   SCHEDULE   STATS   •••          PLAY   WATCH   PODCASTS   LOG IN

property, before this year's tournament. Holes near #2 on the par-3 course were also redesigned.

# 2023 PGA Show: Davis Love III explains why Cameron Young has some of the highest upside on the PGA Tour

Love III won four major championships in his PGA Tour career

By Chris Bengel  Jan 25, 2023 at 7:40 pm ET • 1 min read



⊙ Watch Now: Davis Love III joins CBS Sports HQ at th... (11:23)

Several newcomers have burst onto the golf scene and taken the sport by storm over recent years. The days of Tiger Woods dominating the golf landscape are long since passed, and now golfers like Jon Rahm and Cameron Young are rising to the top.

On Wednesday, Davis Love III joined CBS Sports at the 2023 PGA Show and broke down the future of the sport and its stars.

"I love watching Jon Rahm. We played together some in 2015 and 2016 when I was playing a lot of PGA Tour events, and I was really impressed with his game," he said. "Obviously, we knew about him


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 3 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                                                                Page 20 of 23

sport by storm over recent years. The days of Tiger Woods dominating the golf landscape are long since passed, and now golfers like Jon Rahm and Cameron Young are rising to the top.

On Wednesday, Davis Love III joined CBS Sports at the 2023 PGA Show and broke down the future of the sport and its stars.

"I love watching Jon Rahm. We played together some in 2015 and 2016 when I was playing a lot of PGA Tour events, and I was really impressed with his game," he said. "Obviously, we knew about him coming out of college and we knew he was going to be great. I don't know if guys like Rahm or Cam Young can be underrated, but Cam is my guy right now.

"I'm blown away with how Cam Young hits a golf ball. He's unreal. I think he's got the most upside even though he's already had some good years."

Those are kind words from Love III, who has been around the sport for several decades and knows what it takes to be a great golfer.

Rahm has had an impressive start to his PGA Tour career as he won the U.S. Open in 2021. While Young hasn't won a major just yet, he finished second in The Open Championship in 2022 and also was tied for third in the PGA Championship last year.



# 2023 PGA Show: Johnny Damon on how he learned to love golf while playing MLB

The former MLB star has been an avid golfer for years

○  By Chris Bengel Jan 27, 2023 at 12:49 pm ET • 1 min read


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ


**Davis Love III enthused about golf's young stars**
CHRIS BENGEL • 1 MIN READ


**Johnny Damon: How I started loving golf**
CHRIS BENGEL • 1 MIN READ

Document title: 2022 LIV Golf in Miami leaderboard, scores: Louis Oosthuizen sends Stinger GC to finals over Bryson DeChambeau - CBSSports.com
Capture URL: https://www.cbssports.com/golf/news/2022-liv-golf-in-miami-leaderboard-scores-louis-oosthuizen-sends-stinger-gc-to-finals-over-bryson-dechambeau/
Capture timestamp (UTC): Mon, 13 Feb 2023 16:08:58 GMT                                                              Page 21 of 23

 ☰  @CBS | GOLF    HOME    LEADERBOARD    WATCH LIVE    SCHEDULE    STATS    •••              PLAY    WATCH    PODCASTS    LOG IN

## star to learners to love golf while playing MLB

The former MLB star has been an avid golfer for years

By Chris Bengel  Jan 27, 2023 at 12:49 pm ET • 1 min read



▶ Watch Now:

Many professional athletes from other sports enjoy hitting the links and enjoying a round of golf in their spare time. Former MLB star Johnny Damon is no different.

On Friday, former MLB star Johnny Damon joined CBS Sports at the 2023 PGA Show and talked about his love for the sport of golf, and how that love grew while he was playing baseball professionally.

"Well, I can't play baseball forever and hopefully I can play golf for a long time," Damon said. "I just enjoy the camaraderie with the guys because we had it for so many years with the guys when I was playing baseball. And now it's on the golf course. We go out and have as much fun as we can.

"I know a lot of people take this game seriously. I will never. I always want to do good, I always want to have fun. I'm not getting paid to play this game, so I want to have as much as fun as possible."

Damon explained that he began playing golf during his time with the Kansas City Royals in the early stages of his baseball career. He never had a ton of chances to play during the season, though. Instead, he would play golf during spring training, more so when he was with the Boston Red Sox as an established veteran, without having the pressure of having to make the ball club.

Damon played 18 seasons in the majors, splitting time between the


LIV Golf in Miami: Oosthuizen sends Stinger to finals
PATRICK MCDONALD • 2 MIN READ


Tiger to play in Genesis Invitational
KYLE PORTER • 1 MIN READ


WATCH: Rickie Fowler make an ace at WM Phoenix Open
PATRICK MCDONALD • 1 MIN READ


WATCH: Rahm, Hadwin ignite crowd on par-3 16th
PATRICK MCDONALD • 1 MIN READ


Players react to Tiger returning to play next week
PATRICK MCDONALD • 2 MIN READ


LOOK: Cink wears Durant Suns jersey at Phoenix Open
AUSTIN NIVISON • 1 MIN READ


LOOK: J.T. interviews Super Bowl 57 stars
KYLE PORTER • 1 MIN READ


Masters lengthens iconic 13th at Augusta National
PATRICK MCDONALD • 2 MIN READ


Davis Love III enthused about golf's young stars
CHRIS BENGEL • 1 MIN READ


Johnny Damon: How I started loving golf
CHRIS BENGEL • 1 MIN READ

want to do good, I always want to have fun. I'm not getting paid to play this game, so I want to have as much as fun as possible."

Damon explained that he began playing golf during his time with the Kansas City Royals in the early stages of his baseball career. He never had a ton of chances to play during the season, though. Instead, he would play golf during spring training, more so when he was with the Boston Red Sox as an established veteran, without having the pressure of having to make the ball club.

Damon played 18 seasons in the majors, splitting time between the Royals, Red Sox, New York Yankees, Oakland Athletics, Detroit Tigers, Tampa Bay Rays and Cleveland. He retired from the sport back in 2012.


**LIV Golf in Miami: Oosthuizen sends Stinger to finals**
PATRICK MCDONALD • 2 MIN READ


**Tiger to play in Genesis Invitational**
KYLE PORTER • 1 MIN READ


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Rahm, Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**Players react to Tiger returning to play next week**
PATRICK MCDONALD • 2 MIN READ


**LOOK: Cink wears Durant Suns jersey at Phoenix Open**
AUSTIN NIVISON • 1 MIN READ


**LOOK: J.T. interviews Super Bowl 57 stars**
KYLE PORTER • 1 MIN READ


**Masters lengthens iconic 13th at Augusta National**
PATRICK MCDONALD • 2 MIN READ

## Our Latest Golf Stories


**WATCH: Rickie Fowler make an ace at WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**How to watch 2022 WM Phoenix Open**
PATRICK MCDONALD • 1 MIN READ


**WATCH: Jon Rahm, Adam Hadwin ignite crowd on par-3 16th**
PATRICK MCDONALD • 1 MIN READ


**LOOK: Spieth gets odd ruling after fan catches shot**
AUSTIN NIVISON • 1 MIN READ

**Scheffler on top through two days at Phoenix Open**
PATRICK MCDONALD • 4 MIN READ


**Players react to news of Tiger Woods returning to play**
PATRICK MCDONALD • 2 MIN READ

⦿CBS SPORTS DIGITAL

    

HELP   ABOUT US   CAREERS   NEWSLETTERS   MOBILE APPS   CLOSED CAPTIONING   PRIVACY POLICY   COOKIES POLICY   TERMS OF USE   DO NOT SELL MY PERSONAL INFORMATION

    

© 2004-2023 CBS INTERACTIVE. ALL RIGHTS RESERVED.

CBS Sports is a registered trademark of CBS Broadcasting Inc. Commissioner.com is a registered trademark of CBS Interactive Inc.

Images by Getty Images and US Presswire

# EXHIBIT K





Smith (65), Matt Jones (70), Wade Ormsby (73) and Marc Leishman (74) finished at 6 under, splitting $8 million. Smash GC -- Koepka (74), Peter Uihlein (75), Jason Kokrak (68) and Chase Koepka (75) -- ended 4 over and split $6 million.

Stinger GC, the team of Louis Oosthuizen (71), Charl Schwartzel (71), Hennie du Plessis (76) and Branden Grace (80), finished at 10 over and split $4 million.

"Coming down the stretch here, you couldn't draw it up any better with me and Cam battling it out to win the team championship," Johnson said.

The payouts next year, when LIV grows from eight to 14 events, will reach $405 million. And if more players join LIV in the coming months, there will be more signing bonuses, too.

"Next year we're going to play 14 events, plus ... the majors," Mickelson said during the LIV Golf broadcast on YouTube, doing the knock-on-wood-for-luck move before saying "the majors." "And that's a lot of golf. I've got a lot of golf coming up next year and I really want to get back to the level that I know I can play."

The majors remain in some question since much of the qualifying process for them revolves around world rankings. For now, LIV players don't get points toward their Official World Golf Ranking. They've been trying to change that.

All 16 of the players who competed Sunday finished their LIV year with more than $2 million in earnings, though most of them received much more.

Perez made just over $8 million in seven LIV events, which is more than he had in his last five years on the PGA Tour combined.

Uihlein, who never won on the PGA Tour, finished his LIV season with just over $12.5 million in seven events. That more than doubled his career earnings in 10 years as a pro.

"We've had a lot of headwinds," LIV CEO and commissioner Greg Norman said on the streamed broadcast prior to the start of the final round. "We've weathered all the storms, and we're here. We've got a great crew of people and we've got a great product and we're off and running."

### Sidebar stories

- Johnson's squad cashes in with LIV Golf team title — 108d
- News, matchups and best bets for the 'Greatest Show on Grass' — 5d · Mark Schlabach
- Justin Rose's drought ends at Pebble Beach and more golf news of the week — 7d · Mark Schlabach
- Scheffler repeats at Phoenix Open, back to No. 1 — 18h
- Strydom rallies in Singapore for 2nd Euro victory — 1d
- Griner joins big Saturday crowd at Phoenix Open — PHOENIX MERCURY · 1d
- Scheffler up 2 with repeat, No. 1 ranking in sight — 2d
- Ames completes wire-to-wire win in Morocco — 2d · Reuters
- Scheffler leads, Rahm right behind at Phoenix — 2d
- Ames holds on to 3-shot lead in Morocco — 3d · Reuters
- Tiger to play in next week's Genesis Invitational — 3d · Mark Schlabach
- Taylor, Hadwin up early at suspended Phoenix — 4d
- U.S. Open adds NCAA champ, tweaks exemptions — 4d
- 'I'm playing well': Rory proud to own No. 1 ranking — 5d · Mark Schlabach
- News, matchups and best bets for the 'Greatest Show on Grass' — 5d · Mark Schlabach
- Attorneys: LIV Golf revenue 'virtually zero' in '22 — 5d · Mark Schlabach

### EDITOR'S PICKS

- This week in golf: McIlroy takes top spot, it's LIV Golf Team Championship time, and LPGA prepares for return to Japan — 111d · Mark Schlabach
- PGA Tour commissioner Jay Monahan talks about the tour's future, Tiger Woods, LIV Golf and more — 138d · Mark Schlabach
- DeChambeau: Still part of suit out of 'principle' — 109d · Mark Schlabach

# EXHIBIT L





**May 12 - 14**

Cedar Ridge Country Club  ·  USA

**May 26 - 28**

Trump National Golf Club Washington DC  ·  USA

Buy Tickets ↗

Buy Tickets ↗

**Jun 30 - Jul 02**

Real Club Valderrama  ·  Spain

**Jul 07 - 09**

Centurion Club, Hertfordshire  ·  UK

Buy Tickets ↗

Buy Tickets ↗



**Aug 04 - 06**



**Aug 11 - 13**



**Aug 04 - 06**
The Old White at The Greenbrier  ·  USA



**Aug 11 - 13**
Trump National Golf Club Bedminster  ·  USA

Buy Tickets ↗



**Sep 22 - 24**
Rich Harvest Farms  ·  USA



**Oct 20 - 22**
Trump National Doral  ·  USA



**Nov 03 - 05**
Royal Greens Golf & Country Club  ·  Saudi Arabia

# Completed events

Document title: Schedule | LIV Golf
Capture URL: https://www.livgolf.com/events
Capture timestamp (UTC): Fri, 28 Apr 2023 19:49:49 GMT

# Completed events

## MAYAKOBA

Feb 24 - 26
El Camaleón Golf Course · Mexico

| TEAM WINNERS | | | INDIVIDUAL WINNERS | | |
|---|---|---|---|---|---|
| | Crushers GC | -26 | | C. Howell III | -16 |
| | 4Aces GC | -17 | | P. Uihlein | -12 |
| | Torque GC | -13 | | B. Grace | -10 |

**View results** ↗

## TUCSON

Mar 17 - 19
The Gallery Golf Club · USA

| TEAM WINNERS | | | INDIVIDUAL WINNERS | | |
|---|---|---|---|---|---|
| | Fireballs GC | -25 | | D. Lee | -9 |
| | 4Aces GC | -21 | | C. Ortiz | -9 |
| | Iron Heads GC | -19 | | B. Steele | -9 |

**View results** ↗

## ORLANDO

Mar 31 - Apr 02
Orange County National · USA

| TEAM WINNERS | | | INDIVIDUAL WINNERS | | |
|---|---|---|---|---|---|
| | Torque GC | -36 | | B. Koepka | -15 |
| | Smash GC | -35 | | S. Muñoz | -14 |
| | 4Aces GC | -34 | | D. Burmester | -12 |

**View results** ↗

## ADELAIDE

Apr 21 - 23
The Grange Golf Club · Australia

| TEAM WINNERS | | | INDIVIDUAL WINNERS | | |
|---|---|---|---|---|---|
| | 4Aces GC | -47 | | T. Gooch | -19 |
| | RangeGoats GC | -46 | | A. Lahiri | -16 |
| | Stinger GC | -44 | | P. Reed | -15 |

**View results** ↗

SCHEDULE          TEAMS          PLAYERS

| TEAM WINNERS | Crushers GC | -26 | INDIVIDUAL WINNERS | C. Howell III | -16 | View results ↗ |
| | 4Aces GC | -17 | | P. Uihlein | -12 | |
| | Torque GC | -13 | | B. Grace | -10 | |

## TUCSON

Mar 17 - 19
The Gallery Golf Club · USA

| TEAM WINNERS | Fireballs GC | -25 | INDIVIDUAL WINNERS | D. Lee | -9 | View results ↗ |
| | 4Aces GC | -21 | | C. Ortiz | -9 | |
| | Iron Heads GC | -19 | | B. Steele | -9 | |

## ORLANDO

Mar 31 - Apr 02
Orange County National · USA

| TEAM WINNERS | Torque GC | -36 | INDIVIDUAL WINNERS | B. Koepka | -15 | View results ↗ |
| | Smash GC | -35 | | S. Muñoz | -14 | |
| | 4Aces GC | -34 | | D. Burmester | -12 | |

## ADELAIDE

Apr 21 - 23
The Grange Golf Club · Australia

| TEAM WINNERS | 4Aces GC | -47 | INDIVIDUAL WINNERS | T. Gooch | -19 | View results ↗ |
| | RangeGoats GC | -46 | | A. Lahiri | -16 | |
| | Stinger GC | -44 | | P. Reed | -15 | |



**LIV GOLF**

SCHEDULE          TEAMS          PLAYERS

LATEST NEWS       ABOUT          FORMAT

CAREERS           REPORT COUNTERFEITS

© 2023 LIV GOLF INC. ALL RIGHTS RESERVED        TERMS AND CONDITIONS   PRIVACY POLICY   CONTACT US   MEDIA & PRESS   SAFEGUARDING

# EXHIBIT M



(image credit: Getty Images)



(image credit: Getty Images)

BY ELLIOTT HEATH
LAST UPDATED SEPTEMBER 01, 2022

## STINGER GC LIV GOLF TEAM

The all-South African Stinger GC was the only one of the 12 LIV Golf teams to have remain unchanged in opening three events of the series but a change finally happened ahead of event four in Boston.

The team was ready made prior to the opening tournament, with captain Louis Oosthuizen, Charl Schwartzel, Branden Grace and Hennie Du Plessis making up the quartet. However, Hennie Du Plessis was one of the eight players to leave LIV Golf after round three and was replaced by fellow South African Shaun Norris. Norris left Bryson DeChambeau's Crushers GC to join Stinger GC.

The team dominated the first LIV Golf event at the Centurion Club to win by 14 strokes with a score of 20-under-par and then finished second in Portland in round two. It also produced individual winners in the opening two events with Charles Schwartzel winning at the Centurion Club and Branden Grace emerging victorious in Portland.

Sponsored Links

Washington Seniors Rave About This Genius Fungus Solution

## VIDEO: WHAT IS LIV GOLF?

GameStop

NEW RELEASES
ORDER TODAY!

Shop Now

LIV Golf describes Stinger GC's name as: "It's the scorpion's natural weapon. It's also a big weapon in golf -- for those skilled enough to pull it off. A control shot, with less spin and low trajectory. It requires practice. And confidence. And attitude. Done right, it can get you to the winner's circle."

## STINGER GC PLAYERS

- Louis Oosthuizen (captain)
- Charl Schwartzel
- Branden Grace
- Shaun Norris
- Hennie Du Plessis (previously)

## STINGER GC RESULTS

- Centurion Club, London: 1st (-20)
- Pumpkin Ridge, Portland: 2nd (-16)
- Trump Bedminster, New Jersey: 5th (-8)

## STINGER GC EARNINGS

Stinger GC has won a total of $4.5m in team earnings with its first and second place finishes in the opening two LIV Golf events. The money is shared evenly between the players, meaning each team member has won $1.125m each. Branden Grace and Charl Schwartzel also picked up $4m winner's checks for their individual victories.

---



**Elliott Heath**
Senior Staff Writer

Elliott Heath is our Senior Staff Writer and has been with Golf Monthly since early 2016 after ... in Sports Journalism. He manages the Golf Monthly news, features, courses and travel secti... Facebook, Twitter and Instagram pages. He covered the 2022 Masters from Augusta Nation... Championships on-site including the 150th at St Andrews. His first Open was in 2017 at Ro... walked inside the ropes with Jordan Spieth during the Texan's memorable Claret Jug triump... our Top 100 golf courses, with his favourites being both Sunningdales, Woodhall Spa, Weste... Turnberry. He has been obsessed with the sport since the age of 8 and currently plays at W... Surrey, where his handicap index floats anywhere between 2-5. His golfing highlights are making albatross on the 9th hole on the Hotchkin Course at Woodhall Spa, shooting an under-par round, playing in the Aramco Team Series on the Ladies European Tour and making his one and only hole-in-one at the age of 15 - a long time ago now!



walked inside the ropes with Jordan Spieth during the Texan's memorable Claret Jug triumph. He has played 35 of our Top 100 golf courses, with his favourites being both Sunningdales, Woodhall Spa, Western Gailes, Old Head and Turnberry. He has been obsessed with the sport since the age of 8 and currently plays at West Byfleet Golf Club in Surrey, where his handicap index floats anywhere between 2-5. His golfing highlights are making albatross on the 9th hole on the Hotchkin Course at Woodhall Spa, shooting an under-par round, playing in the Aramco Team Series on the Ladies European Tour and making his one and only hole-in-one at the age of 15 - a long time ago now!

Elliott is currently playing:

Driver: Titleist TSR4
3 wood: TaylorMade SIM2 Max
Hybrid: TaylorMade SIM Max
Irons: Mizuno MP5 4-PW
Wedges: Cleveland RTX ZipCore 50, 54, 58
Putter: Odyssey White Hot OG #5
Ball: TaylorMade TP5x

---

Tab☿la Feed



**TechRadar Exclusive: Get Hostinger Web Hosting for Free worth $40, T&C Apply**
We've partnered with Hostinger to give our readers a free hosting package worth $40
Exclusive for TechRadar: Get free hosting from Hostinger



**Washington Seniors Rave About This Genius Fungus Solution**



Washington Seniors Rave About This Genius Fungus Solution

WellnessGuide101.com | Sponsored · Watch Now

A Teaspoon On An Empty Stomach May Burn 12 Lbs Of Fat A Week

Women's Health News | Sponsored · Learn More

Washington Surgeon: This Trick Empties Almost Immediately Your Bowels Every Morning

Gundry MD | Sponsored



**Electric Companies Will Hate You for Doing This, but They Can't Stop You**

Lower Bill | Sponsored

Learn More

**The Seven LIV Golf Players Dropped Ahead Of Season 2**

Seven players have been dropped for the start of the 2023 LIV Golf season - but how did they fare in 2022 and what are they up to now?

Golf Monthly

**Brand New Walk-In Tubs Are Almost Being Given Away**

Senior Bath Solution | Sponsored

**Brand New Walk-In Tubs Are Almost Being Given Away**

Senior Bath Solution | Sponsored

Learn More



**Unlucky Break Costs DeChambeau Chance Of Making Masters Cut**

Unlucky Break Costs DeChambeau Chance Of Making Masters Cut - At the 15th hole, and whilst chasing down the cut line, DeChambeau struck the flag and found the water

Golf Monthly

**Roofers Tested 17 Gutter Guards… Here's What They Discovered**

LeafFilter Partner | Sponsored

Learn More

**Is Brooks Koepka Having 'Buyer's Remorse' Over Joining LIV Golf?**

Golf Monthly

**'A Miracle That Nobody Got Hurt' - React After Trees Fall At Augusta**

Golf Monthly

**Is Brooks Koepka Having 'Buyer's Remorse'
Over Joining LIV Golf?**
Golf Monthly

**'A Miracle That Nobody Got Hurt' - Players
React After Trees Fall At Augusta National**
Golf Monthly



**New Military Invention Melts Fat Like Butter**
Tactical X | Sponsored



**How Much Did LIV Golf Pay Ian Poulter?**
England's Ian Poulter joined LIV Golf in 2022 but how much was he paid and how much has he won so far?
Golf Monthly



$39
BUY 2 GET 10% OFF


GOLF                CLOSE
PLAY SOUND



The Best Men's Shoes for Walking and Standing All Day

dmcfashion | Sponsored

Shop Now

**'The Irony' - Ian Poulter Mocks PGA Tour For Copying LIV Golf Format**

Ian Poulter says he is looking forward to hearing LIV Golf critics backtracking after the PGA Tour proposed changes to designated events

Golf Monthly

Weight Loss After 55 Comes Down To This Simple Greek Method

Health Truth Finder | Sponsored



**'It's Sad' - Tour Pro Reacts To Bryson DeChambeau's LIV Golf Form**

'It's Sad' - Tour Pro Reacts To Bryson DeChambeau's LIV Golf Form - In a response to a tweet, Eddie Pepperell expressed sympathy towards DeChambeau, stating 'it's sad' to see his drop in form

Golf Monthly



**What Actually Triggers Nail Infection, You Will Be Shocked**

Healthy Guru | Sponsored



**PGA Tour Pro's Apparent LIV Golf U-Turn**

Comments made by reported LIV signing Brendan Steele claiming he wasn't interested in joining the circuit have resurfaced

Golf Monthly



### PGA Tour Pro's Apparent LIV Golf U-Turn

Comments made by reported LIV signing Brendan Steele claiming he wasn't interested in joining the circuit have resurfaced

Golf Monthly



### What Actually Triggers Tinnitus, You Will Be Shocked

Healthy Guru | Sponsored



### Why Is LIV Golf So Controversial?

Why Is LIV Golf So Controversial?

Golf Monthly









**#1 Tip for Thinning Hair**

Hair La Vie | Sponsored



**Rose Zhang Wins Augusta National Women's Amateur In Dramatic Playoff**

Rose Zhang Wins Augusta National Women's Amateur In Dramatic Playoff - Zhang picked up yet another amateur title, as she secured the win in Augusta

Golf Monthly

**NFL Star Rob Gronkowski Loves These Shoes**

Wolf & Shepherd | Sponsored




Wolf & Shepherd | Sponsored



**How Much Did LIV Golf Pay Brooks Koepka?**
What was Brooks Koepka's signing fee to join LIV Golf and how much has he made in winnings?
Golf Monthly



**Report: Thomas Pieters Dropped By Agent After LIV Golf Move**
Thomas Pieters told journalist Alan Shipnuck he discovered he'd been dropped by agent Mark Steinberg when he arrived for the LIV Golf Mayakoba event
Golf Monthly

## LATEST



**LIV Golf Singapore 2023 Live Stream**



**Cole Haan GrandPro AM Golf Shoe Review**



**Report: Thomas Pieters Dropped By Agent After LIV Golf Move**

Thomas Pieters told journalist Alan Shipnuck he discovered he'd been dropped by agent Mark Steinberg when he arrived for the LIV Golf Mayakoba event

Golf Monthly

## LATEST

**Motocaddy M5 GPS Electric Trolley**

We test out Motocaddy's flagship electric trolley, the M5 GPS, with integrated GPS and moveable pointer to adjust the pin position

**LIV Golf Singapore 2023 Live Stream**

Here are all the details on how you can stream the fifth LIV Golf event, taking place in Singapore.

BY GOLF MONTHLY • PUBLISHED 19 HOURS AGO

**Cole Haan GrandPro AM Golf Shoe Review**

Elliott Heath puts the sneaker-style GrandPro AM shoes from Cole Haan to the test

BY ELLIOTT HEATH • PUBLISHED 1 DAY AGO

ABOUT US    CONTACT FUTURE'S EXPERTS    CONTACT US    TERMS AND CONDITIONS    PRIVACY POLICY    ACCESSIBILITY STATEMENT    COOKIES POLICY    CAREERS

Golf Monthly is part of Future plc, an international media group and leading digital publisher. Visit our corporate site.

© Future Publishing Limited Quay House, The Ambury, Bath BA1 1UA. All rights reserved. England and Wales company registration number 2008885.

| **To:** | Christopher R. Chase(pto@fkks.com) |
| **Subject:** | U.S. Trademark Application Serial No. 97349313 - STINGER GC - 031259.0200 |
| **Sent:** | June 20, 2023 04:16:28 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

screencapture-www-merriam-webster-com-dictionary-stinger-16854774295821
screencapture-www-pebblebeach-com-events-taylormade-pebble-beach-invitational-16869337291241
screencapture-www-taylormadegolf-com-100-Pack-of-Tees-DW-SQ921-html-16869338920921
screencapture-www-golfgalaxy-com-p-maxfli-2-75-white-golf-tees-200-pack-w14mxflwht234200-w14mxflwht234200-16869343938921
screencapture-www-golfgalaxy-com-p-maxfli-2-75-white-golf-tees-200-pack-w14mxflwht234200-w14mxflwht234200-16869343938922
screencapture-www-amateurgolf-com-golf-tournament-news-1879-Maxfli-Pro-Scratch-Championship-winners-go-low-16869349622571
screencapture-www-taylormadegolf-com-home-16869357088401
screencapture-thegolfwire-com-callaway-golf-fcg-tour-16869359735371
screencapture-www-callawaygolf-com-media-16869360204821
screencapture-www-golfgalaxy-com-f-golf-tees-16869360625211

## United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 97349313

**Mark:** STINGER GC

**Correspondence Address:**
Christopher R. Chase
FRANKFURT KURNIT KLEIN & SELZ PC
28 LIBERTY STREET
NEW YORK NY 10005
UNITED STATES

**Applicant:** LIV GOLF INCORPORATED

**Reference/Docket No.** 031259.0200

**Correspondence Email Address:** pto@fkks.com

## FINAL OFFICE ACTION

**Response deadline.** File a request for reconsideration of this final Office action and/or a timely appeal to the Trademark Trial and Appeal Board (TTAB) within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links below to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response and/or an appeal. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response and/or appeal within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** June 20, 2023

This Office action is in response to applicant's communication filed on April 28, 2023. An Office action issued January 30, 2023 refused registration under Section 2(d) of the Trademark Act, due to the likelihood of confusion with the marks in U.S. Registration Nos. 6837849, 3398038, 4281501. Applicant was also required to disclaim the wording GC.

The disclaimer is acceptable and the requirement is satisfied. The examining attorney has reviewed the applicant's arguments in response to the Section 2(d) refusal but is not persuaded that the refusal should be withdrawn. Therefore, the refusal to register the mark is now made final.

## SUMMARY OF ISSUES MADE FINAL

- Section 2(d) likelihood of confusion refusals.

## Section 2(d) - Likelihood of Confusion Refusals

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 6837849, 3398038, 4281501. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* Copies of the registrations were attached to the previous Office action.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d

1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

Applicant has applied to register the mark STINGER GC, with GC disclaimed, in standard characters for "Entertainment services in the nature of professional golf tournaments, matches, competitions, and exhibitions; providing sports news and information in the field of golf" in International Class 041.

The mark in U.S. Registration No. 6837849 is STINGER with a design for "golf tees" in International Class 028 and "Retail and wholesale store services featuring golfing equipment and golf gameplay accessories; Distributorship services in the field of supplies and equipment sold to golf clubs and country clubs for use by or resale to their customers for golf gameplay, and golf supplies and accessories distributed by the clubs as promotional and merchandising items to promote their courses and businesses; Distributorship services in the field of supplies and equipment to golf clubs and country clubs for use in operating their business; Retail and wholesale store services featuring customized sports equipment, namely, golf tees, golf pencils, golf-ball markers, divot-repair tools, golf-ball bags, shag bags" in International Class 035

The mark in U.S. Registration No. 3398038 is STINGER in standard characters for "golf tees" in International Class 028.

The mark in U.S. Registration No. 4281501 is STINGER with a design for "golf tees" in International Class 028.

The above are owned by the same registrant.

Similarity of the Marks

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Here, applicant's mark, STINGER GC, is confusingly similar to the registered marks, STINGER and STINGER with a design. As explained in the previous Office action, all the marks incorporate the identical term STINGER. This is the only wording in registrant's mark, and is likely to be recalled and used by consumers seeking the goods/services in the marketplace. While applicant's mark contains the additional letters GC, this wording has been disclaimed and is thus less dominant for comparison purposes. Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. *See In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii).  Disclaimed matter that is descriptive

of or generic for a party's goods and/or services is typically less significant or less dominant when comparing marks. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022); TMEP §1207.01(b)(viii), (c)(ii).

While two of the registrations contain an additional design element, this does not obviate the similarity of the marks. The word portions of the marks are nearly identical in appearance, sound, connotation, and commercial impression; therefore, the addition of a design element does not obviate the similarity of the marks in this case. *See In re Shell Oil Co.*, 992 F.2d 1204, 1206, 26 USPQ2d 1687, 1688 (Fed. Cir. 1993); TMEP §1207.01(c)(ii).

When the marks are compared in their entireties, the mark STINGER GC is confusingly similar to the registrant's marks STINGER and STINGER with a design. The marks share a similar commercial impression of something that stings, or is sharp, as shown by the attached definition of STINGER. They share a similar overall appearance and sound, due to the shared wording STINGER. Consumers are likely to recall and use the identical wording STINGER when seeking the goods/services in the marketplace and are likely to be confused as to the source of the goods/services when offered under similar marks such as STINGER GC and STINGER.

Applicant argues that its mark differs because of the use of "GC" in the mark. This is unpersuasive. The lettering GC in the mark is descriptive, as explained in the previous Office action. The wording has also been disclaimed by the applicant, and disclaimed matter is less dominant for purposes of commercial impression, as explained above. While the mark STINGER GC is considered in its entirety, it remains confusingly similar to registrant's STINGER marks.

Because the marks look and sound similar and create the same commercial impression, the marks are considered similar for likelihood of confusion purposes.

Relatedness of the Goods and/or Services

The goods and/or services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i); *see Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *In re Jump Designs LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006)).

Attached are screen captures that show companies that offer golf tees sponsoring golf tournaments. For

example, attachments from taylormadegolf.com and pebblebeach.com show a single mark used to identify the source of golf tees and the sponsor of a golf tournament. The screen captures from taylormadegolf.com also show a single mark used in connection with golf tees and retail services (registrant's goods and services) and providing information and news about golf (applicant's services). Also attached are screen captures from golfgalaxy.com, callawaygolf.com, thegolfwire.com, showing a single mark used to identify a tournament sponsor, to provide news and information related to golf, retail store services, and golf tees. These screen captures show that consumers are accustomed to finding the same mark used to identify the type of goods and services offered by registrant and the services offered by applicant.

Applicant argues that its services will always be offered in connection with a professional golf team within applicant's own league, and thus would not be encountered by the same consumers as registrant's goods/services. This is unpersuasive. There are no limitations on trade channels in either the application or the registration. The presumption under Trademark Act Section 7(b) is that the registrant is the owner of the mark and that their use of the mark extends to all goods and/or services identified in the registration. 15 U.S.C. §1057(b). In the absence of limitations as to channels of trade or classes of purchasers in the goods and/or services in the registration, the presumption is that the goods and/or services move in all trade channels normal for such goods and/or services and are available to all potential classes of ordinary consumers of such goods and/or services. *See In re I-Coat Co.*, 126 USPQ2d 1730, 1737 (TTAB 2018); *In re Melville Corp.*, 18 USPQ2d 1386, 1388 (TTAB 1991); TMEP §1207.01(a)(iii). Thus, it is presumed that applicant's services and registrant's goods/services will move in the normal trade channels for golf-related goods and services. As shown by the attached evidence and the previously attached evidence, these goods and services are often offered from the same source and would be encountered by the same consumers. Without limitations as to the channels of trade or class of purchaser in the application or registration, a limitation cannot be presumed or created.

Applicant also argues that the purchasers are sophisticated. This is unpersuasive. The fact that purchasers are sophisticated or knowledgeable in a particular field does not necessarily mean that they are sophisticated or knowledgeable in the field of trademarks or immune from source confusion. TMEP §1207.01(d)(vii); *see, e.g.*, *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d. 1317, 1325, 110 USPQ2d 1157, 1163-64 (Fed. Cir. 2014); *Top Tobacco LP v. N. Atl. Operating Co.*, 101 USPQ2d 1163, 1170 (TTAB 2011). Further, where the purchasers consist of both professionals and the public, the standard of care for purchasing the goods is that of the least sophisticated potential purchaser. *In re FCA US LLC*, 126 USPQ2d 1214, 1222 (TTAB 2018) (citing *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d. at 1325, 110 USPQ2d at 1163), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 375518 (Fed. Cir. 2019).

Thus, applicant's and registrant's goods and/or services are considered related for likelihood of confusion purposes. *See, e.g.*, *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

Conclusion

Because the marks are similar and the goods and/or services are related, there is a likelihood of confusion as to the source of applicant's goods and/or services, and registration is refused pursuant to Section 2(d) of the Trademark Act.

**How to respond.** File a **request form for reconsideration of this final Office action** that fully resolves all outstanding requirements and/or refusals and/or file a timely **appeal form to the Trademark Trial and Appeal Board** with the required fee(s). Alternatively, applicant may file a **request form for an extension of time to file a response** for a fee.

/Shannon Twohig/
Shannon Twohig
Trademark Examining Attorney
Law Office 105
(571) 272-8855
Shannon.Twohig@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response, appeal, or extension request must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) and Electronic System for Trademark Trials and Appeals (ESTTA) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.



https://www.merriam-webster.com/dictionary/stinger
at 04:10:46, 05/30/2023

**stinger** noun

sting·er | stin-ər 🔊

plural **stingers**

Synonyms of *stinger* >

**1**  : one that **stings**

specifically : a sharp blow or remark

**2**  : a sharp organ (as of a bee, scorpion, or **stingray**) that is usually connected with a poison gland or otherwise adapted to wound by piercing and injecting a poison

Share

Kids Definition

Medical Definition

More from M-W

Show Less ˄

Save Word 🚩

More from M-W

Show Less ˄

Save Word 🚩

3   : a cocktail usually consisting of brandy and white crème de menthe

medical  : a usually sports-related injury of the brachial plexus marked by a painful burning sensation that radiates from the neck down the arm and is often accompanied by weakness or numbness of the affected area

> Arrington had missed the second quarter with a concussion and a *stinger* that left him, momentarily, without feeling in his left arm.
> — Peter King

→ called also *burner*

burning sensation that radiates from the neck down the arm and is often accompanied by weakness or numbness of the affected area

> Arrington had missed the second quarter with a concussion and a *stinger* that left him, momentarily, without feeling in his left arm.
> — Peter King

→ called also *burner*

5   : a short scene that appears during or after the closing credits of a movie or TV program

> And don't walk out of said theater too fast either; the credits offer two *stingers*, one points the way toward a new comic franchise, another includes an escaped space monster.
> — D. J. Palladino





Quordle

Can you solve 4 words at once?

Play

Can you solve 4 words at once?

Play



POTTERY BARN

Memorial Day Sale

UP TO 50% OFF

SHOP NOW



WORD OF THE DAY

nemesis 🔊





## Synonyms

| | | |
|---|---|---|
| bang | bash | bat |
| beat | belt | biff |
| blow | bop | box |
| buffet | bust | chop |
| clap | clip | clout |
| crack | cuff | dab |
| douse [*British*] | fillip | hack |
| haymaker | hit | hook |
| knock | larrup [*dialect*] | lash |
| lick | pelt | pick |
| plump | poke | pound |
| punch | rap | slam |
| slap | slug | smack |
| smash | sock | spank |
| stripe | stroke | swat |
| swipe | switch | thud |
| thump | thwack | wallop |
| welt | whack | wham |
| whop | whap | |

See all Synonyms & Antonyms in Thesaurus ›



## Example Sentences

the *stinger* of a bee

in the eighth round he delivered a *stinger* that knocked his opponent flat

## Recent Examples on the Web

Members of a colony use their *stingers* to capture the plankton that feeds their shared digestive system.
— Meghan Bartels, *Scientific American*, 3 May 2023

And Austin Reaves knew his sore quad was going to be more of an issue than the shoulder *stinger* that sent him to the locker room.
— Dan Woike, *Los Angeles Times*, 6 Apr. 2023

Surely there's an end-credits *stinger* showing us that John Wick is still alive?
— *Vulture*, 25 Mar. 2023

**See More** ⌄

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'stinger.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.








## Word History

### First Known Use

circa 1552, in the meaning defined at sense 1

### Time Traveler

**The first known use of *stinger* was circa 1552**

See more words from the same year

## Articles Related to *stinger*



**We Added New Words to the Dictionary in...**

More than 530 new words, from 'deep state' to 'dad joke'





**Dictionary Entries Near *stinger***

stinge

**stinger**

stingfish

See More Nearby Entries >

**Cite this Entry**

Style   MLA

"Stinger." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/stinger. Accessed 30 May. 2023.

Copy Citation

Do not use
K9 Advantix® II on cats.
by vets.
petco | Elanco   SHOP NOW

by vets.
Do not use
K9 Advantix® II on cats.
petco | Elanco   SHOP NOW

## Share

Facebook     Twitter

## Kids Definition

# stinger *noun*

sting·er    stiŋ-ər 🔊

1    : one that stings

   *especially* **:** a piercing blow or remark

2    : a sharp organ of some animals (as bees or scorpions) that is used to wound, paralyze, or kill prey or an enemy by piercing and injecting a poisonous fluid



petco flano   SHOP NOW

**Medical Definition**

# stinger *noun*

sting·er    ˈstiŋ-ər 🔊

1    : a sharp organ (as of a wasp, bee, scorpion, or stingray) that is usually connected with a poison gland or otherwise adapted to wound by piercing and injecting a poison

2    : a usually sports-related injury of the brachial plexus marked by a painful burning sensation that radiates from the neck down the arm and is often accompanied by weakness or numbness of the affected area
→ called also *burner*

**More from Merriam-Webster on *stinger***

Nglish: Translation of *stinger* for Spanish Speakers

Last Updated: 21 May 2023 - Updated example sentences

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM·WEBSTER UNABRIDGED

WORDS AT PLAY





**Palter, Dissemble, and Other Words for Lying**

Trust us



**Skunk, Bayou, and Other Words with Native American Origins**

You've used more than you might think



**Words For Things You Didn't Know Have Names, Vol. 2**

When 'thingamajig' and 'thingamabob' just won't do



**When Were Words First Used?**

Look up any year to find out

ASK THE EDITORS



**What Is 'Semantic Bleaching'?**

How 'literally' can mean 'figuratively'



**How to Remember 'Affect' and 'Effect'**

A simple way to keep them apart. (Most of the time.)

(Most of the time.)



**Why Is There a 'C' in 'Indict'?**

And who put it there, anyway?



**'Everyday' vs. 'Every Day'**

A simple trick to keep them separate

WORD GAMES



   

**Name That Thing MegaQuiz: Vol. 5**

Test your visual vocabulary!

TAKE THE QUIZ >

**Match the Baby Animal to Its Mama**

Prove you're the best of the nest.

TAKE THE QUIZ >

**Spell It**

Hear a word and type it out. How many can you get...

TAKE THE QUIZ >

**Spelling Bee Quiz**

Can you outdo past winners of the National Spelli...

TAKE THE QUIZ >

**Learn a new word every day.**
**Delivered to your inbox!**

Your email address

SUBSCRIBE

https://www.pebblebeach.com/events/taylormade-pebble-beach-invitational/

at 12.42.26, 06/16/2023

To Content





Events | Photos

## TaylorMade Pebble Beach Invitational

Founded in 1972, the TaylorMade Pebble Beach Invitational is the world's only tournament that pits players from the PGA, LPGA, Champions and Korn Ferry Tours against each other.

The event's innovative tee placement system strives to see players from each tour hitting the same clubs into every green. The pros play from different tees, but compete for the same $300,000 purse.

Pros also rotate and play with teams of four amateurs each day. Following the first three rounds of tournament play, there is a 54-hole cut to the top 40 professional and ties, as well as, to the top 10 amateur teams and ties. On Sunday, the top 10 amateur teams will be paired with a professional who did not make the cut.



### Congratulations to Parker Coody!

*Winner of the 2022 TaylorMade Pebble Beach Invitational*

Congratulations to Parker Coody, a first-year pro from Texas, and winner of the 2022 TaylorMade Pebble Beach Invitational. Coody secured his second win in four months with a three-shot victory over LPGA tour player Lauren Stephenson. Coody was the only player in the field with four sub-70 rounds opening with a 69 at The Links at Spanish Bay, a 68 at Spyglass Hill Golf Course, followed by a 64 and 69 at Pebble Beach Golf links for a total of 18-under (270).

**2022 RESULTS   ›**

### #MyPebbleBeach at TaylorMade Pebble Beach Invitational

The latest photos and videos shared by players and guests.





Load More

*Inside Pebble Beach*







5 OF THE BEST PHOTOS FROM THE 2019 TAYLORMADE PEBBLE BEACH INVITATIONAL

Posted in *Golf, Special Events* on November 26, 2019

THE TOUGHEST TOURNAMENT HOLES OF PEBBLE BEACH RESORTS

Posted in *Golf* on November 29, 2016 | 6 min read

5 REASONS TO JOIN US AT THE TAYLORMADE PEBBLE BEACH INVITATIONAL PRESENTED BY DELL TECHNOLOGIES



Read More »

### Stay, Play and Compete in the
### TaylorMade Pebble Beach Invitational

Play the iconic courses of Pebble Beach Resorts alongside the pros while enjoying world-class accommodations, dining, special events and more!

Events    Photos



### Stay, Play and Compete in the

Play the iconic courses of Pebble Beach Resorts alongside the pros while enjoying world-class accommodations, dining, special events and more!

*Call (831) 625-8575 for More Information.*









THE PLAYERS

From Annika Sorenstam and Natalie Gulbis to Bubba Watson and Rickie Fowler, this tournament draws some of the world's top golfers.

THE GOLF COURSES

The Invitational is played on three of our nationally ranked courses: Pebble Beach Golf Links, Spyglass Hill Golf Course and the Links at Spanish Bay.

THE ATMOSPHERE

Enjoy wide-open views of the fairways and close-ups of the players

THE CHARITIES

The tournament benefits Kiwanis Club of Monterey and the AT&T Pebble Beach Junior Golf Association.

*Don't Miss Out on Upcoming Events & Special Offers:*
*Become a Pebble Beach Insider Today!*

Enter your email address

JOIN NOW

*Pebble Beach Resorts: The Home of Legendary Events*

**PEBBLE BEACH GOLF LINKS**
1700 17-Mile Drive, Pebble Beach, CA 93953
DIRECTIONS ›

TOURNAMENT INFORMATION
**(800) 877-0597**

RESERVATION REQUESTS
 PLAN MY TRIP ›



PLAN YOUR WEDDING

PLAN A GOLF TOURNAMENT

PLAN A MEETING OR CONFERENCE

*Say 'I Do' to an Unforgettable Celebration*   ›     *Play a Round on Our World-Famous Courses*   ›     *Make Your Next Gathering Truly Legendary*   ›

Pebble Beach Resorts > Events > TaylorMade Pebble Beach Invitational

https://www.taylormadegolf.com/100-Pack-of-Tees/DW-SQ921.html?utm_source=google&utm_medium=shopping&utm_campaign=mrlw+dri+sdri+pds+ggi+conv+gen+shp&gclid=EAIaIQobChMI3-7O1qiy_wIVFNzICh0InQOQEAQYASABEgKppPD_BwE

at 12.45.02, 06/16/2023





# FEATURES

Stock up for the season with a pack of 100

stock up for the season with a pack of 100
wooden TaylorMade golf tees (2 ¾ inches).



# REVIEWS

REVIEWS



Rating Snapshot

Select a row below to filter reviews.

| | |
|---|---|
| 5 stars | 340 |
| 4 stars | 28 |
| 3 stars | 7 |
| 2 stars | 1 |
| 1 star | 1 |

Overall Rating

**4.9** ★★★★★
377 Reviews

134 out of 137 golfers (97.81%) recommend this product

Review this Product

☆ ☆ ☆ ☆ ☆

Adding a review will require a valid email for verification

Customer Images

    

Filter Reviews

Search topics and reviews 🔍



1 – 8 of 377 Reviews

Sort by  Most Recent

**NickA**
VERIFIED PURCHASER
RECEIVED LOYALTY POINTS
New York
Reviews **3**
Votes **0**
Gender **Male**
Age **31 to 44**

★★★★★
NICE LOOKING TEES FOR CHEAP!
7 days ago
Big bag of tees for a very cheap price! Can't go wrong there. Always looks a bit cooler having TM on these tees amongst everyone else.
Yes, I recommend this product.
Helpful? 👍 (0) 👎 (0)      Report

**NickA**
VERIFIED PURCHASER
RECEIVED LOYALTY POINTS
New York
Reviews **3**
Votes **0**
Gender **Male**
Age **31 to 44**
Golf Handicap **16-20**

★★★★★
NICE LOOKING TEES FOR CHEAP!
7 days ago
Big bag of tees for a very cheap price! Can't go wrong there. Always looks a bit cooler having TM on these tees amongst everyone else.
Yes, I recommend this product.
Helpful? 👍 (0) 👎 (0)      Report

**Dan D.**
VERIFIED PURCHASER
RECEIVED LOYALTY POINTS

★★★★★
TAYLORMADE TEES.
9 days ago
These TaylorMade tees hold the ball up perfectly, at various heights of my choosing, and don't damage my clubs.

Nebraska

Reviews **4**

Votes **0**

Gender **Male**

Age **31 to 44**

Golf Handicap **6-10**

Yes, I recommend this product.

Helpful? 👍 (0) 👎 (0)        Report

---

EricP

✅ VERIFIED PURCHASER

Wisconsin

Reviews **4**

Votes **0**

Gender **Male**

Age **31 to 44**

Golf Handicap **16-20**

★★★★★

GREAT WOODEN TEES.

24 days ago

Great wooden tees - logo looks great. Strong, good looking and for not much more than a plain old tee. Will buy again.

Yes, I recommend this product.

Helpful? 👍 (0) 👎 (0)        Report

---

RobAtlGolf

✅ VERIFIED PURCHASER

Atlanta, GA

Reviews **2**

Votes **0**

Gender **Male**

Age **31 to 44**

Golf Handicap **16-20**

★★★★★

GREAT TEES

24 days ago

These are great tall tees. They are perfect for all tee boxes I have played on so far. Thank you Taylormade.

Yes, I recommend this product.

Helpful? 👍 (0) 👎 (0)        Report

---

Dan Bags

✅ VERIFIED PURCHASER

★★★★★

NOT A 1 AND DONE TEE

RECEIVED LOYALTY POINTS

New Hampshire

Reviews **4**

Votes **0**

Gender **Male**

Age **31 to 44**

Golf Handicap **21 or higher**

a month ago

This 100 pack of tees will last you a good long time. You can expect to get through 3-7 holes on just one. Extremely durable for a wood tee. I will definitely be buying these again, if I ever run out

✓ Yes, I recommend this product.

Helpful? 👍 (0) 👎 (0)       Report

---

Lou G

✓ VERIFIED PURCHASER

RECEIVED LOYALTY POINTS

Cary, NC

Reviews **4**

Votes **0**

Gender **Male**

Age **45 to 64**

Golf Handicap **1-5**

★★★★★

TAYLORMADE GOLF TEES

a month ago

If you play TaylorMade clubs and balls, you should show your loyalty and play TaylorMade golf tees off the tee box!

✓ Yes, I recommend this product.

Helpful? 👍 (0) 👎 (0)       Report

---

ohhenry

✓ VERIFIED PURCHASER

RECEIVED LOYALTY POINTS

Dallas, Ga

Reviews **8**

Votes **0**

Gender **Male**

Age **45 to 64**

Golf Handicap **1-5**

★★★★★

TAYLOR MADE: ENOUGH SAID!

a month ago

Number 1 tee in gold! Just plan cool looking, well constructed and perfect length. The tees are sturdy enough to be used several time with your driver.

✓ Yes, I recommend this product.

Helpful? 👍 (0) 👎 (0)       Report



Rick452

✓ VERIFIED PURCHASER

🎁 RECEIVED LOYALTY POINTS

Greenville, SC

Reviews 4

Votes 0

Gender Male

Age 45 to 64

Golf Handicap 16-20

★★★★★
GOOD TEES

a month ago

Nice tees I wish they had a longer version. Need the extra length... decent price for the quantities. I would recommend

✓ Yes, I recommend this product.

Helpful? 👍 (0)  👎 (0)    Report

1 – 8 of 377 Reviews

BROWSE → DRIVERS  BALLS  FAIRWAYS  IRONS  WEDGES  PUTTERS  HATS  GLOVES  BUILD A CUSTOM CLUB

**HELP**
Customer Service
Order Status
Shipping Info
Returns
Warranty
Product Specifications
Authorized Online Retailers
Counterfeit
Find a Retailer
Product Registration

**OUR OFFERINGS**
Text a TaylorMade Golf Expert
Gift Cards
Golf Club Innovation
Licensed Gear
Personalized Products
Subscription
Club Trade-In
Klarna Financing
Loyalty Rewards
ID.me
Irons Selector Tool
Wedge Selector Tool
Receipt Upload

**COMPANY**
About Us
Leadership
Careers
Newsroom
Privacy Policy
Terms & Conditions
Supplier Transparency
Transparency in Coverage

**SIGN ME UP**
Be the first to know about exclusive products, the latest releases, tour news and more.

SUBSCRIBE

UNITED STATES ▼

© 2023 TaylorMade Golf Co.

If you are using a screen reader and are having problems using this website, please call 1-877-860-8624 for assistance.

Stealth 2 *Forgiveness claim based on distance and increased MOI vs. Stealth drivers. Total volume of carbon includes carbon composite materials within the ring.

https://www.golfgalaxy.com/p/maxfli-2-75-white-golf-tees-200-pack-w14mxflwht234200/w14mxflwht234200

at 12:54:02, 06/16/2023



Golf Accessories  |  Tees

**Maxfli 2 3/4" White Golf Tees - 200 Pack**

$14.99

4.8 (33)

Pay over time on orders $30+ with affirm) ⓘ



Store Pickup



**SHIPPING INFORMATION**

☐  <u>Usually ships in 4 business days.</u>

---

## Product Information

___

Tee up your golf ball in bold style with the Maxfli 2 ¾" White Tees. These clean, white tees have a classic look that complements any golf swing. Specially designed to be the optimal length for your driver and fairway woods but are perfect for teeing up the occasional iron tee shot.

- 2 ¾" tees
- Clean and fresh white color adds low-profile style to your swing
- Optimal length for your driver and fairway woods
- A great alternative for the occasional iron tee shot
- 200 count
- Country of Origin : Imported
- Brand : Maxfli

⚠ WARNING: Cancer and Reproductive Harm - www.P65Warnings.ca.gov.

Web ID: W14MXFLWHT234200

SKU: 14652136

**YOU MAY ALSO LIKE**

View All

      

Pride PTS 2.75" Yellow on White ProLength Tees - 1...
$16.99

Maxfli 2 3/4" White Golf Tees - 100 Pack
$10.99

Pride PTS 3.25" Blue on White ProLength Plus Te...
$16.99

Maxfli 3 1/4" White Golf Tees - 200 Pack
$14.99

Maxfli 2.75" Performance Series Precision Golf Tee...
$12.99

Maxfli 3 1/4" Natural Golf Tees - 100 Pack
$10.99

Maxfli 2 3/4" Natural Golf Tees - 200 Pack
$14.99



★★★★★ 4.8 | 33 Reviews

Search topics and reviews 🔍

## Reviews

Write A Review

Rating Snapshot
Select a row below to filter reviews.

| | | |
|---|---|---|
| 5★ | ████████ | 27 |
| 4★ | ██ | 5 |
| 3★ | █ | 1 |
| 2★ | | 0 |
| 1★ | | 0 |

Average Customer Ratings

Overall ★★★★★ 4.8

1-8 of 33 Reviews                                                                    Sort by: Most Recent ▼

★★★★★ **Johnny Vegas77** · a month ago
**Great Tees**
[This review was collected as part of a promotion.] Great tees, very durable, long lasting, very good to use

DICK'S  Originally posted on dickssportinggoods.com

★★★★★ **Bakeryjake** · 3 months ago
**White tees**
[This review was collected as part of a promotion.] About these a month ago and can't wait for the snow to melt to use them.

DICK'S  Originally posted on dickssportinggoods.com

★★★★★ **MOTtom** · 3 months ago
**Good product and price.**
[This review was collected as part of a promotion.] Bought these for the value and the amount. Enough to share with friends.

DICK'S  Originally posted on dickssportinggoods.com

★★★★★ **81SJ** · 3 months ago
**Great Tee**
[This review was collected as part of a promotion.] Bought these tees and they do what they are intended to do, which is allow for height adjustment with little to no fuss. Great basic tee.

DICK'S  Originally posted on dickssportinggoods.com

★★★★★ **Duffrt** · 5 months ago
**Duffer**
[This review was collected as part of a promotion.] Wood white and great price.Definitely will buy again

DICK'S  Originally posted on dickssportinggoods.com



★★★☆☆ js2249 · 5 months ago

**great value**

[This review was collected as part of a promotion.] purchased these for my son as a gift and he was very pleased with them

DICK'S  Originally posted on dickssportinggoods.com

★★★★★ Progolfer64 · 5 months ago

**Perfect for what I need!**

[This review was collected as part of a promotion.] These tees are the perfect length and nice and durable. The best part is I can get a lot of great tees for a great low price.

DICK'S  Originally posted on dickssportinggoods.com

★★★★★ Lawn furniture · 10 months ago

**Golf tee**

[This review was collected as part of a promotion.] I am very pleased with the merchandise, so glad I bought them

DICK'S  Originally posted on dickssportinggoods.com

Load More

CUSTOMERS ALSO BOUGHT                                                  View All









Callaway 2021 Supersoft Gloss White Golf Balls
$21.99

Maxfli 3 1/4" Natural Golf Tees - 200 Pack
$14.99

Martini White Golf Tees - 5 Pack
$9.99

Brush-t 2.125" Oversize Golf Tees - 3 Pack
$10.99

Western Birch Boston Tee Party 2.75" Golf Tees- 50...
See Price In Cart

Team Effort Vegas Golden Knights Hat Clip and Ball...
$14.99

Top Flite 2022 BOMB Long Drive Golf Balls - 24 Pack
$29.98

## DICK'S PRO TIPS



**Running Back Tips: The 2-Point Stance Form**

Learning the right form is the first step to making a play on the gridiron.



**Basketball 101: Common Defensive Strategies**

Man-to-Man. 2-3. 1-3-1. Full-court press. There are a variety of defensive strategies available for teams to implement on the court. Learn the mo...



**Football Drills: The 4-Cone Box Drill**

Learn how to change direction and build versatility from the practice field to the gridiron.



**Learning the Quarterback 3-Step Drop**

A basic fundamental action each quarterback should use is the 3-step drop. In this video, learn three simple steps for mastering this basic ...

How are we doing?

**GIVE FEEDBACK**



© 2023 Golf Galaxy

*Price Promotions - Due to manufacturer restrictions, select new release and other specified products are excluded from price promotions. Additionally, there are restrictions on the use of coupon codes.

If you are using a screen reader and are having problems using this website, please call 800-287-9060 for assistance.

Terms of Use                    Accessibility Policy                    Associate Log-in                    Privacy Policy                    Your Privacy Choices

California Disclosures                    Site Feedback

Chat

Feedback

https://www.amateurgolf.com/golf-tournament-news/1879/Maxfli-Pro-Scratch-Championship--winners-go-low

at 01:02:48, 06/16/2023

 

HOME    TOURNAMENTS +    THE MAJORS +    NEWS +    PLAYERS +    RANKINGS +    EQUIPMENT +    ABOUT US +    SEARCH





### MAXFLI PRO-SCRATCH CHAMPIONSHIP: WINNERS GO LOW
17 Apr 2007

SHARE:



**AMATEUR GOLF SCOREBOARD**
**Tournaments Now Playing:**

view all >>



RANCHO MURIETA, Calif. (April 17, 2007)-- Doug Hanson and Turlock Golf and Country Club professional Tom Clarke were the medalists at the Maxfli Pro-Scratch Championship, shooting 65-66--131 to win the Barnewolt Division.

In the Hughes Division, it was Charlie Gibson and Wes Leith of the Wildhorse Golf Club who shot a 67-65--132 to take honors.

Bob Klein and Gary Maniery of the Graeagle Meadows Golf Club had the most competitive go of it in the Badger Division, shooting 69-71--140 to top Mike Cook and Allen Herd by a stroke.

Top-10 results follow, with amateurs listed first:

-- 131 -- Doug Hanson, Tom Clark

-- 132 -- Charlie Gibson, Wes Leith

-- 136 -- Mitch Lowe, Jeff Burda Mark Sherman, Jamie Edman

-- 137 -- Ryan Wiczycki, Jamie Edman

-- 138 -- Kenny Collins, Kelly Strickland Tighe Hammam, Michael O'Brien Shawn Kelly, Joe Cox Shawn McEntee, Travis Hunter Ken Woods, Tom Rahe

## MOST POPULAR ARTICLES

1  COMPLETE: 13 Amateurs advance at U.S. Open Final Qualifying

2  U.S. OPEN: Meet the 19 amateurs in the field at Los Angeles Country Club

3  FINAL: 2023 U.S. Senior Open Qualifying roundup

4  Sunnehanna Amateur: After 3.5 hour delay, Johnny Keefer (65) holds clubhouse lead

5  Alex Maguire of Ireland continues his winning ways with St. Andrews Links Trophy



LEARN MORE

LATEST IN  National

Southwestern Amateur: Zibilski, Haskew maintain leads as defending champs
Yesterday

Just minutes from campus, Omar Morales of UCLA hits the opening shot at the U.S.
Yesterday

Jackson Van Paris takes the 36-hole lead at the Sunnehanna Amateur
Yesterday

It's Paladino vs. Dowling in the Connecticut State Amateur final
Yesterday

Luke Haskew, Reagan Zibilski lead parade of red numbers at 108th
Jun 14

Sunnehanna Amateur: After 3.5 hour delay, Johnny Keefer (65) holds clubhouse
Jun 14

U.S. OPEN: Meet the 19 amateurs in the field at Los Angeles Country Club
Jun 13

Davis Bryant, Camille Boyd return to defend titles at the 108th Southwestern
Jun 13

Wellons, Jenkins win the Devlin in a rain-delayed



playoff
*Jun 19*

José Cristóbal Islas records a big win at the Mexican National Amateur
*Jun 12*

Randolph and DeJohn win the Anderson Memorial at Winged Foot
*Jun 12*

Alex Maguire of Ireland continues his winning ways with St. Andrews Links Trophy
*Jun 11*

Marc Dull wins Florida Amateur Championship for the mid-ams
*Jun 11*

NCGA Mid-Amateur: Daniel Connolly defeats Nick Randazzo in sudden-death
*Jun 11*

Sam Engel wins Arizona Mid-Amateur
*Jun 11*

**more news >>**

---

Amateurgolf.com, Inc.
6965 El Camino Real 105-631
Carlsbad, CA 92011



Privacy Policy
Copyright ©2023 Amateurgolf.com. All rights reserved.

Home
Tournaments
Courses
Equipment
Players
Rankings
About Us
Contact

Scoreboard
The Majors
By State
AmateurGolf Tour
Men's Ranking
Women's Ranking
Senior Ranking
Super Senior Ranking
Membership

https://www.taylormadegolf.com/home/?lang=en_US

at 01:15:24, 06/16/2023



## FOR THE ART OF THE GAME

As the City of Angels hosts the summer's first major, this collection pays homage to L.A. by featuring the work of renowned artist James Haunt.

SHOP NOW



**SUMMER COMMEMORATIVE DRIVER HEADCOVER**



**TP5 PIX SUMMER COMMEMORATIVE**



**SUMMER COMMEMORATIVE FAIRWAY HEADCOVER**



**The Stealth Advantage**



**Gifts Your Dad Will Love**



**G/FORE Back Nine Collection**

Get in the swing of Summer and earn up to $150 in TaylorMade Bucks

Nothing says thank you to the best dad in the world like gifts from the #1 Family in golf.

The bright and elegant stylings of G/FORE as interpreted by performance mindset of TaylorMade.

**ELEVATE YOUR GAME**





## LATEST NEWS



**THE LEGEND OF BOB FORD**

Get to know Bob Ford, the legendary golf pro who led both Oakmont and Seminole. He's leaning into his new role as first tee announcer for U.S. Opens.

Read More



AS SEEN AT THE U.S. OPEN

**SIGHTS AND SOUNDS FROM LACC**

Let's dive into some of the sights and sounds from LACC, including some of the best Team TaylorMade social posts from this week, a full photo gallery and look at WITB for key TaylorMade athletes.

Read More



**TIGER WOODS AND SCOTTIE SCHEFFLER BUNKER MASTERCLASS**

Three time U.S. Open champion and Team TaylorMade's Tiger Woods is back with Scottie Scheffler for a bunker masterclass. Using his Milled Grind 3 Wedge with a special TW grind, Tiger talks about his set up and how he thinks draw in order to hit a cut and talks with Scottie about technique and swing path. Scottie gets right to work and has no issue splashing them close out of the sand.

Watch



BEHIND THE BAG

**GET TO KNOW ARTIST JAMES HAUNT, DESIGNER OF THE LATEST TAYLORMADE MAJOR CHAMPIONSHIP COLLECTION**

With the City of Angels playing hosts to a major championship, we partnered with iconic L.A. artist James Haunt to create a west coast-inspired collection.

Read More

**EXPLORE MORE**   TIPS & TRICKS

## GEAR FOR YOUR LEVEL

**PROS (& ALMOST PROS)**   OUT THERE EVERY WEEKEND   NEW TO GOLF



**STEALTH 2 PLUS DRIVER**



**STEALTH 2 PLUS FAIRWAY**



**STEALTH 2 PLUS RESCUE**

TEAM *TaylorMade*

See what our Tour Pros have in their bags





Tiger Woods   Collin Morikawa   Rory McIlroy   Rickie Fowler   Scottie Scheffler   Nelly Korda   Brooke Henderson   Tommy

EXPLORE TOUR PLAYERS

FAST.
EASY.
EFFICIENT.

Restock Golf Balls & Gloves Automatically.

START MY SUBSCRIPTION

TAKE THE
60 SEC QUIZ

SHORT SMS
CONSULTATION

BUY WITH
CONFIDENCE

FAST,





**GET GOOD ON YOUR TERMS**

On-course GPS for accurate yardages and post round stats. Take ownership of your game.

DOWNLOAD MYTAYLORMADE+





**HELP**

Customer Service
Order Status
Shipping Info
Returns
Warranty
Product Specifications
Authorized Online Retailers
Counterfeit
Find a Retailer

**OUR OFFERINGS**

Text a TaylorMade Golf Expert
Gift Cards
Golf Club Innovation
Licensed Gear
Personalized Products
Subscription
Club Trade-In
Loyalty Rewards
Klarna Financing

**COMPANY**

About Us
Leadership
Careers
Newsroom
Privacy Policy
Terms & Conditions
Supplier Transparency
Transparency in Coverage

**SIGN ME UP**

Be the first to know about exclusive products, the latest releases, tour news and more.

SUBSCRIBE

https://thegolfwire.com/callaway-golf-fcg-tour/

at 01:19:39, 06/16/2023

THE GOLF WIRE
Covering the business of golf!

APPAREL    BUSINESS    COURSES    EQUIPMENT    PEOPLE    PODCASTS    JOBS

Advertise    •    Subscribe    •    Contact

THE GOLF WIRE
Covering the business of golf

APPAREL ⌄   BUSINESS ⌄   COURSES ⌄   EQUIPMENT ⌄   PEOPLE ⌄   PODCASTS   JOBS









### CALLAWAY GOLF EXTENDS SPONSORSHIP OF FCG TOUR

DECEMBER 1, 2022







Future Champions Golf Tour is thrilled to announce Callaway Golf has extended its sponsorship of the FCG Tour for the 2023 Tournament Program. Callaway Golf will continue to be the Title Sponsor of the FCG World Championship now known as the FCG Callaway World Junior Golf Championship, that is the fastest-growing World Championship in Junior Golf. In 2023 the event will expand to 12 Championship Golf Courses and nearly 900 junior golfers from over 50 countries. Qualifying is already underway to play your way into the Championship.

"We are thrilled to extend our partnership with The Future Champions Golf Tour. We admire their commitment to excellence and the development of junior golf." – Chip Brewer, CEO of Callaway Golf



In addition Callaway Golf will provide Champion Golf Bags at many of the FCG World Series Tournaments in 2023. Callaway Golf Tee Gifts will be on hand at most 2023 FCG Tour Events as well including Chrome Soft Golf Balls with the FCG Tour Logo and Signature FCG/ Callaway Golf Hats.

Stay Tuned for More in 2023 from your friends at Future Champions Golf and Callaway Golf!







IQ | Privacy Policy | Turnstile Media Group © 2021. All rights reserved.













**Videos**

**World Of Wunder**

**Resources**

**Podcasts**

**FREE SHIPPING**

Receive free shipping and returns.

**30-DAY PERFORMANCE GUARANTEE**

Not satisfied? Return your product for a refund.

**2-YEAR WARRANTY**

Callaway products are backed for two years.

**EASY PAYMENTS**

Make easy payments over 3, 6 or 12 months.

GET SOCIAL    

SUBSCRIBE TO OUR NEWSLETTER

Enter your email address ❯

## Callaway

2180 Rutherford Road
Carlsbad, CA 92008

1-877-723-5218

**HELP**

Contact Us
Order Status
Find a Store
FAQs
Warranty Info
Counterfeit Warning

**CORPORATE**

2021 Sustainability Report
Corporate Governance
Corporate Social Responsibility
Environmental Responsibility
Company Info
Press Center

**LEGAL**

Terms & Conditions
Privacy, Ad, & Cookie Policies
Manage Cookie Preferences
Your Privacy Choices 
Testimonial Disclaimer
Accessibility Statement

Monday-Friday: 8am-5pm CDT

Saturday: 9am-3pm CDT

Return Policy

Payment/Shipping Options

Trade In! Trade Up!

Become An Affiliate

Callaway Rewards

Investor Relations

Careers

Military Appreciation

Event Donations

Callaway Golf Foundation

© 2023 Topgolf Callaway Brands.

All rights reserved.



UNITED STATES



M

**GOLF TEE SIZE** ^

🛒 ADD TO CART

☐ 1.75"                                    (1)
☐ 3.25"                                    (1)

**RECENTLY VIEWED**



Maxfli 2 3/4" White Golf
Tees - 200 Pack

$14.99

Choose the Right Golf Tee for Your Game

| Selection | ⌄ |
|---|---|

| Buying Tips | ⌄ |
|---|---|

| Expert Advice | ⌄ |
|---|---|

| Featured Categories | ⌄ |
|---|---|

💲 **Best Price Guarantee**
If You Find a Lower Price, We'll Match It

📅 **Free Curbside Pickup**
Grab Your Gear and Go

🚚 **Free Shipping**
Exclusions and minimum order values may apply

🎗 **Sports Matter**
Join Us in Helping Save Youth Sports

## Connect With Us & Save

**Sign Up For Email and Get 15% Off***

Email Address    SIGN UP

*Online only. First-time subscribers only. Returning subscribers will be resubscribed for marketing/promo emails.

**Need More Help?**

CONTACT US

## Score More. Give More. Play More.

**Gift Cards & eGift Cards**
Give the Gift That Always Fits. Shop Gift Cards

**ScoreCard Loyalty**
Earn One Point for Every $1 and get a $10 Reward for Every 300 Points. Learn More

**ScoreRewards® Credit Card**
Accelerate your Rewards and earn 2 points for every $1 on qualified purchases with a ScoreRewards credit card. Learn More

**CUSTOMER SERVICE**
Gift Cards
Promotion Exclusions
Returns
Track Your Order
Security

**SCORECARD**
Create Account
Manage My Account
ScoreRewards Credit Card
ScoreCard & ScoreRewards Benefits

**ABOUT GOLF GALAXY**
Store Locator
Careers
Donations & Sponsorships
Brands
Recalls

**GOLF SERVICES**
Online Services
In-Store Services
In-Store Events
Professional Lessons

© 2023 Golf Galaxy

*Price Promotions - Due to manufacturer restrictions, select new release and other specified products are excluded from price promotions. Additionally, there are restrictions on the use of coupon codes.

If you are using a screen reader and are having problems using this website, please call 800-287-9060 for assistance.

Terms of Use    Accessibility Policy    Associate Log-in    Privacy Policy    Your Privacy Choices

California Disclosures                    Site Feedback

Feedback



United States Patent and Trademark Office (USPTO)

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on June 20, 2023 for
**U.S. Trademark Application Serial No. 97349313**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action**.  This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS) or the Electronic System for Trademark Trials and Appeals (ESTTA), as appropriate.  Your response and/or appeal must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**.  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **<u>Hiring a U.S.-licensed attorney</u>.**  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.