UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-22508-CIV-ALTONAGA

**STINGER TEES, INC.**,

    Plaintiff,
v.

**LIV GOLF INC.**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mediator Mark Stein on **April 15, 2026, at 9:00 a.m.** at the offices of Mark Stein Law, located at 1680 Michigan Avenue, Suite 700, in Miami Beach, unless otherwise agreed to by the mediator and at least one party to mediate via video conference call. The parties are reminded that a report of the mediation is due within seven (7) days of the mediation conference.

**ENTERED** in Miami, Florida, this 31st day of January, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record